ORIGINAL

District Court of United States for Northern Texas

| | |
|---|---|
| Glenn Winningham; house of Fearn<br>C/O 6340 Lake Worth Blvd., #437<br>Fort Worth, Texas<br>ZIP CODE EXEMPT<br>18 USC § 1342<br>480-213-0897 | ]<br>]<br>]<br>]<br>]<br>] |
| Petitioner | ] Case Number _____ |
| vs. | ] |
| | **4-13CV-576-C** |
| Larry Overcast, Port Director, United States<br>Janet Napolitano, Secretary, United States<br>Barak Obama, CEO, United States<br>Eric Holder, Chief Counsel, for United States<br>John Boehner, Board of Directors, United States<br>Mitch McConnel, Board of Directors, United States<br>Wandler, Second Lieutenant, US Customs, Toronto<br>Lopez, Captain, US Border Patrol, Hudspeth County, Texas<br>Ramirez, US Border Patrol, Hudspeth County, Texas<br>Navarez, US Border Patrol, Hudspeth County, Texas<br>Montoya, US Border Patrol, Hudspeth County, Texas<br>United States, Inc., criminal corporation<br>US Border Patrol, Inc.<br>US Customs, Inc.<br>US Department of Homeland Security (DHS), Inc.<br>Capitol Process Servers<br>David Felter, | |
| Respondents | ] |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 16 2013

CLERK, U.S. DISTRICT COURT
By_____
Deputy

---

**PETITION**

| | | |
|---|---|---|
| **Texas** | ) | |
| | ) | Subscribed, Sworn, Sealed |
| **Robertson County** | ) | |

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, hereinafter known as the Petitioner, a sovereign living soul, a Texas citizen, and thereby an American national, and a holder of the office of "the people", and a judicial power citizen by right of blood, hereby petitions My servants in the government for a redress of his grievances pursuant to his Article One in Amendment unlimited and un-regulatable right, and further,

1.      All the Facts stated herein are true, correct, complete, are not hearsay, are not misleading, but are admissible as evidence, if not rebutted and proven inaccurate, and if testifying, the Petitioner shall so state, and further,

2.      The Petitioner has standing capacity to act as to the lawful matters herein, and further,

3.      The Petitioner has personal, executive and documented knowledge of the Facts stated herein, and further,

4.      The Petitioner is not a so-called Fourteenth Amendment citizen, but is an American national, and a Texas citizen, as described in the <u>Corporate Denial Affidavit 062013, which is recorded with the Pinal County Recorder at Fee Number 2013-032373</u>, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and further,

5.      The Petitioner is not in the military, and further,

6.      The use of any statutes, codes, rules, regulations, or court citations, within any document created by the Petitioner, at any time, is only to notice that which is applicable to government officials, and their subordinates, and is not intended, not shall it be construed, to mean that the Petitioner has conferred, submitted to, or entered into any jurisdiction alluded to thereby, and further,

7.      Petitioner has filed this as a "Petition" because a "petitioner" is NOT a "person", and any attempt by these bencher thugs named herein, or any other bencher thugs, or their hired thugs in the Clerk's office to falsely accuse the Petitioner of being a "Plaintiff" or any other kind of "person" will result in numerous criminal complaints, shall be nothing more than fabricating evidence by the bencher thugs with their objective being criminally converting of the Petitioner into one of their lowlife scumbag US citizens to justify their assaults, and their kidnappings, and their murder when the Petitioner exercises His right to resist their assault with lethal force if necessary, and further,

8.     These criminals named herein and their hired thugs like to perjure their oaths of office, and are; "People In Government" (who like to perjure their oaths of office) – hereinafter "**PIG**", (no disrespect to swine intended - swine are useful – they eat feces), and further,

9.     The Petitioner is NOT registered to vote anywhere. The Petitioner has attempted to Register, but was unable to do it because it required that the Petitioner bear false witness that He is a US citizen, and even though the Petitioner can  prove that He is NOT a "whoever" because it is a felony to a "whoever" to say they are a US citizen;

**"the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;"** 1 USC § 1,

but in any event, the Petitioner does NOT bear false witness, and cannot say He is a US citizen, when He knows He is NOT, therefore they will NOT allow Him to vote, and they are all corporate elections anyway, and US citizens have no political power and mean nothing anyway, which is why they rig the elections;

**"...it is evident that they [US citizens] have not the political rights which are vested in citizens of the States. They are not constituents of any community in which is vested any sovereign power of government. Their position partakes more of the character of subjects than of citizens. They are subject to the laws of the United States, but have no voice in its management. If they are allowed to make laws, the validity of these laws is derived from the sanction of a Government in which they are not represented. Mere citizenship they may have, but the political rights of citizens they cannot enjoy..."** People v. De La Guerra, 40 Cal. 311, 342 (A.D. 1870) [emphasis added], and further,

10.     The Petitioner filed the action as Petitioner because a Petitioner is NOT a "person". A petitioner is;

**"One who presents a petition to a court..."** Black's Law Dictionary, 5th Edition, at page 1031 but these criminals described herein and their handlers in the Attorney General's office, and their BAR member bencher buddies intend to criminally converted the Petitioner into a "Plaintiff" because a Plaintiff is;

**"A person who brings an action; the party who complains in a civil action..."** Black's Law Dictionary 5th Edition at page 1035 [emphasis added]

because they intend to fabricate evidence that the Petitioner has entered into some so-called contract to become one of their US citizen slaves,

**"All persons born or naturalized in the United States, and subject to the jurisdiction thereof..."** US Constitution (so-called) 14th Amendment [emphasis added]

and thereby facilitate the violation of the Petitioner's rights under the color of law, to justify their

seditious conspiracy,

**"If two or more persons in any State or Territory, <u>or in any place subject to the jurisdiction of the United States</u>, conspire to overthrow, put down, or to destroy by force the Government of the United States, <u>or to levy war against them</u>, <u>or to oppose by force the authority thereof</u>, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."** 18 USC § 2384,

and the respondents named herein and their BAR member handlers both on and off the bench know that a "person" is ONLY a fictitious entity
**"Chap. LXXI. - An Act prescribing the form of the enacting and resolving Clauses of Acts and Resolutions of Congress, and Rules of construction therefore."** which was approved on Feb 25, 1871, in Volume 16, Forty-First Congress, Session III, under Sec. 2., at 16 Stat. 431, says;
**"And be it further enacted that in all Acts hereinafter passed...; and <u>the word "person" may extend and be applied to bodies politic and corporate...</u>",** [emphasis added]

which is almost word for word with what was enacted in New Mexico almost 20 years earlier in;
**"An Act Concerning the Construction of Statutes"** which was Approved on <u>January 2, 1852</u> by the <u>Legislative Assembly of the Territory of New Mexico</u>, Second Session, which was begun and held on the <u>first</u> day of <u>December</u> in the year <u>eighteen hundred and fifty-one</u>, at Santa Fe, New Mexico, that says;
**"*Be it enacted by the Legislative Assembly of the Territory of New Mexico*:
Section 1. That is the construction of the Statutes of this Territory, the following rules shall be observed...
*Sixth*. <u>The word "person" may be extended to bodies politic and corporate.</u>"** [emphasis added]

and this is consistent with other federal <u>color of law</u> codes when they say a "person" is a fictitious entity,
**"(a) When used in this title, where not otherwise distinctly expressed or manifestly incompatible with the intent thereof—
(1) Person
The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation."** 26 USC § 7701. Definitions

and the US Supreme Court;
**Inasmuch as <u>every government</u> is an <u>artificial person</u>, an abstraction, and a <u>creature of the mind only</u>, a government can interface <u>only with other artificial persons</u>. The imaginary, having <u>neither actuality nor substance</u>, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that <u>no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.</u>** Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795), and further,

11.     The Petitioner DEMANDS a lawful de jure Article III Judge in this matter but he is

skeptical as to whether there are any because it means that the bencher cannot be a BAR member, and can NEVER have been a BAR member, as evidenced in the BAR Member Affidavit 082013 which was recorded with the Pinal County Recorder at Fee Number 2013-039716 a true copy of which is attached to which is attached hereto at TAB 23, and incorporated herein by reference in its entirety, and the Petitioner further DEMANDS "a common law remedy", and this foreign corporate commercial de facto so-called court has no lawful de jure judges, since there have been no judicial courts since 1789.

**"There are no Judicial courts in America and there has not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. There have not been any Judges in America since 1789. There have just been Administrators."** FRC v. GE 281 US 464, Keller v. PE 261 US 428 1Stat. 138-178, and

because the US Congress sold themselves to the bankster thieves, and imposed martial law rule since the civil war, there is no common law in the federal jurisdiction as evidenced in the BAR Member Affidavit 082013 which was recorded with the Pinal County Recorder at Fee Number 2013-039716 a true copy of which is attached to which is attached hereto at TAB 23, and incorporated herein by reference in its entirety;

**"...statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property.......to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial....",** Causes and Necessity of Taking Up Arms (1775),

**"The corrupt Star Chamber Courts of England required defendants to have counsel. Star Chamber stood for swiftness and arbitrary power [martial law], it was a limitation on the common law."** Faretta v. California, 422 U.S. 806, 821 [Emphasis added],

**"In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which was largely (if not wholly) governed by martial law rule. "Equity" has always been understood to follow the law; to have "superior equity," is to turn things on their head. This is exactly what happens when martial law is imposed. If "equity" is the law, then it follows its own course rather than following the common law, thereby destroying the common law and leaving what is called "equity" in its place."** Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court, [emphasis added],

therefore all courts (federal and state) are ONLY Article 1 tribunals (military courts under martial law),

**"The Fourteenth Amendment is an extension of national military powers presently used in a municipal character and enforced by municipal laws, stretched far beyond their original limitations and enforced in Article I Tribunals."** Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court,

**"The United States District Court . . . . is not a true United States court established under Const, art. 3, to administer the judicial power of the United States, but was created by virtue of the sovereign congressional faculty, granted under Article 4, § 3, of making all needful rules and regulations respecting the territory belonging to the United States."** Balzac v People of Puerto Rico, 258 U.S. 298,

and they have a gold fringed martial law flag in them;
**"The gold-fringed flag only stands inside military courts that sit in summary court martial proceedings against civilians and such courts are governed in part by local rules, but more especially by The Manual of Courts Martial, U.S., 1994 Ed., at Art. 99, (c)(1)(b), pg. IV-34,"** PIN 030567-0000, U.S. Government Printing Office, Wash. D.C.

**"LAW OF THE FLAG law of the flag. Maritime law. The law of the nation whose flag is flown by a particular vessel where it is registered. [Cases: Shipping 2.C.J.S. Shipping § 1.]"** Black's Law Dictionary 8th Edition page 2591,

**"A shipowner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the master that he intends the law of that flag to regulate such contracts, and that they must either submit to its operation or not contract with him."** Ruhstrat v. People, 185 Ill. 133, 57 N.E. 41, 49 L.R.A. 181, 76 Am.St.Rep. 30., and

they are Admiralty Courts selling their so-called justice, and they further deny their so-called justice to anyone who does not pay their tax, therefore they intend that these respondents conspire together in their seditious conspiracy to assault the Petitioner, and kidnap the Petitioner, and the upcoming murder of the Petitioner, when the Petitioner exercises His right to resist their assault, with lethal force if necessary, <u>because it is so good for business</u>, and all judges are BAR members, and further,

12. The Petitioner is entitled to an impartial judge;
**"It is a fundamental right of a party to have a neutral and detached judge preside over the judicial proceedings."** Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93 S.Ct 80, 83, 34 L.Ed. 2d 267 (1972); Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437, 440, 71 L.Ed. 749 (1927), and,

how can any judge be neutral and detached when their color of law code <u>28 USC Chapter 176</u> <u>Federal Debt Collection Procedure</u> places all courts federal and state, into the position of being revenue officers, and under;

**"Chap. XII. – An Act to establish the Treasury Department.",** which was Approved on Sept. 2, 1789, in Volume 1, First Congress, Session I, under Sec. 8., at 1 Stat. 67, it says;
**"Sec. 8. And be it further enacted, That no person appointed to any office instituted by this act, shall directly or indirectly be concerned or interested in carrying on the business of trade or commerce, or be owner in whole or in part of any sea-vessel, or purchase by himself, or another in trust for him, any public lands or other public property, <u>or be concerned in the purchase or disposal of any public securities, of any</u>**

**State, or of the United States,** or take or apply to his own use, any emolument or gain for negotiating or transacting any business in the said department,  other than what shall be allowed by law,…" [emphasis added], and,

Federal Reserve Notes are securities, as well as a Certificate of Title for an automobile, is a security under 18 USC § 2314 as found in Moskal v United States, 498 U.S. 103, and a Certificate  of Title certifies that the State has the Title, therefore the State is the owner  of the automobile and the security, -public security- and this Section 8., above, potentially covers any bond fund, or stock fund, or share in the stock market, and if employees of the Treasury Department have to do all of this to avoid the appearance  of impropriety, and the Petitioner would NOT be anywhere near this or any de facto so-called court except that He can't find 26 State Citizens to convene a common law grand jury, and another 12 Citizens to convene a common law 12 man jury, who are also knowledgeable and inclined, therefore the choice is to let these respondents continue in their assault, kidnapping, and potential MURDER, or pay their tax, and further,

13.    This action was previously brought in Texas State courts because State courts are superior courts with general jurisdiction, as case number 352-263583-13 in the 352nd District Court in Fort Worth, Texas. The Petitioner is a judicial power citizen by right of blood as evidenced in the Corporate Denial Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a true copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and further,

### SUMMARY
14.    The Petitioner has been assaulted, and kidnapped several times by the respondents named herein, and it is deliberate, and calculated, as evidenced herein, and further,

### Count 1 – Assault, extortion, kidnapping, sedition, perjury, treason, conspiracy
15.    On the 27th day of May in the year two thousand and two, the Petitioner and his wife and children were assaulted by David Vincent, a/k/a Steve Fickles, of the Immigration and Naturalization Service, and the Petitioner was forced to go back to Canada (kidnapping), unless we agreed to pay extortion of only $150.00, as described herein, and as evidenced in the attachments hereto, and,

**Count 2 – Assault, Kidnapping, perjury, treason, sedition, conspiracy**

16.     On the 15th day of February, in the year two thousand and eleven the Petitioner was travelling from the land of Alberta to the land of Montana, and the Petitioner was assaulted, by Larry Overcasts hired thugs, under the direction of Napolitano, and Obama, and kidnapped into their jail, as described herein, and as evidenced in the attachments hereto, and,

**Count 3 – Assault, kidnapping, perjury, treason, sedition, conspiracy**

17.     On the 25th day of February, in the year two thousand and eleven the Petitioner was travelling from Dallas to Toronto, and the Petitioner was assaulted at the DFW Airport as described herein, and he was kidnapped because they would not let the Petitioner proceed, as described herein, and as evidenced in the attachments hereto,

**Count 4 – Assault, kidnapping, perjury, treason, sedition, conspiracy**

18.     On the 27th day of February in the year two thousand and eleven, the Petitioner was travelling home to the land of Texas from the land of Ontario, and the Petitioner was assaulted and kidnapped, by some of Napolitano's hired thugs by the name of Wandler, with US Customs at Toronto, as described herein, and as evidenced in the attachments hereto, and,

**Count 5 – Assault, kidnapping, perjury, treason, sedition, conspiracy**

19.     On the 3rd day of June in the year two thousand and eleven the Petitioner was travelling home from London, England to the land of Texas, when Napolitano's hired thugs assaulted the Petitioner and kidnapped the Petitioner, as described herein, and as evidenced in the attachments hereto, and,

**Count 6 – Assault, kidnapping, perjury, treason, sedition, conspiracy**

20.     On the 11th day of June in the year two thousand and eleven the Petitioner was travelling home from Paris, France to the land of Texas, when Napolitano's hired thugs assaulted the Petitioner and kidnapped the Petitioner, as described herein, and as evidenced in the attachments hereto, and,

**Count 7 – Assault, kidnapping, perjury, treason, sedition, conspiracy**

21.     On the 17th day of June in the year two thousand and eleven the Petitioner was travelling home from Paris, France to the land of Texas, when Napolitano's hired thugs assaulted the Petitioner and kidnapped the Petitioner, as described herein, and as evidenced in the attachments hereto, and,

**Count 8 – Assault, kidnapping, perjury, treason, sedition, conspiracy**

22.     On the 8th day of July, in the year two thousand and eleven, the Petitioner was travelling from Paris France, to the land of Texas, when He was assaulted and kidnapped by Napolitano's hired thugs at DFW Airport, as described herein, and as evidenced in the attachments hereto, and,

**Count 9 – Assault, kidnapping, perjury, treason, sedition, conspiracy**

23.     On the 25th day of September in the year two thousand and eleven, the Petitioner was travelling from London, England, to the land of Pennsylvania, and Napolitano's hired thugs assaulted the Petitioner, and kidnapped Him, as described herein, and as evidenced in the attachments hereto, and,

**Count 10 – Assault, kidnapping, perjury treason, sedition, conspiracy**

24.     On the 16th day of December in the year two thousand and eleven, the Petitioner was travelling from the land of Ontario, to the land of Pennsylvania, and he was assaulted and kidnapped by Napolitano's hired thugs at US Customs in Toronto, as described herein, and as evidenced in the attachments hereto, and,

**Count 11 – Assault, kidnapping, perjury, treason, sedition, conspiracy,**

25.     On the 3rd day of January in the year two thousand and thirteen the Petitioner was travelling home to the land of Texas from the land of Arizona, when Napolitano's hired thugs assaulted the Petitioner, as described herein, and,

26.     The Petitioner is convinced that almost all of the Petitioner's public servants are just honest hard working people doing a very difficult job, and the Petitioner has no idea what they get paid, but in His opinion, it is NOT enough, because we need people to do the job they do, especially the job of hunting down criminals, and bringing them to justice, and the Petitioner would be truly honored to be called upon to come to their aid, and fully intend to do so to His last dying breath;

**"Posse comitatus.   Latin.   The power or force of the county. The entire population of a county above the age of fifteen, which a sheriff may summon to his assistance in certain cases, as to aid him in keeping the peace, in pursuing and arresting felons, etc. Williams v. State, 253 Ark. 973, 490 S.W.2d 117, 121."** Black's Law Dictionary 6th Ed. 1990

but when they perjure their oaths, and engage in treason, and sedition, it is the Petitioner's duty to do everything He can to bring their crimes to light, and further,

27.     What that objective in mind the Petitioner serves His public servants with a Notice and Demand that is designed to put them into estoppel, by pointing out the law to them, and how they may be violating the Petitioner's rights, and the rights of others, and it is the Petitioner's

experience that many times they do NOT understand that they are violating the Petitioner's rights, and once they find out how they are violating the Petitioner's rights, they stop doing it, and the Petitioner is convinced that most of them are good and honorable people doing a very difficult job, and further,

28.     Each paragraph in the Petitioner's <u>Notice and Demand</u> is an estoppel certificate, that is designed to put them into estoppel in one point of the law

**"ESTOPPEL - estoppel (e-stop-<<schwa>>l), n.1. A bar that prevents one from asserting a claim or right that contradicts what one has said or done before or what has been legally established as true. [Cases: Estoppel 52–59. C.J.S. Estoppel §§ 2–4, 58–64, 66–81, 83–89, 120–121, 153–155, 157, 159–160, 167.]"** Black's Law Dictionary 8th Edition page 1662

because under certain circumstances they are operating under the color of office;

**"Color of office. Pretense of official right to do act made by one who has no such right. Kiker v. Pinson, 120 Ga.App. 784, 172 S.E.2d 333, 334. An act under color of office is an act of an officer who claims authority to do the act by reason of his office <u>when the office does not confer on him any such authority. Maryland Cas. Co. v. McCormack, Ky., 488 S.W.2d 347, 352.</u>"** Black's Law Dictionary 6th Edition, page 266 [emphasis added],

and if they continue to violate My rights, then the Petitioner has proof that they knew exactly what they were doing, and they have no plausible deniability, and the Petitioner will be able to pierce their qualified immunity, and further,

29.     It is their duty to explain why the Petitioner is not correct in His assertion, therefore they are also put into estoppel by their silence, because they are given an opportunity to respond;

**"<u>estoppel by silence</u>. Estoppel that arises when a party is under a duty to speak but fails to do so. — Also termed estoppel by standing by; estoppel by inaction. [Cases: Estoppel 95. C.J.S. Estoppel § 99.]"** Black's Law Dictionary 8th Edition, page 1664

because it is a fraud for them not to say something, when they know they should;

**"Silence can only be equated with fraud when there is a legal or moral duty to speak, or when an inquiry left unanswered would be intentionally misleading... We cannot condone this shocking conduct... If that is the case we hope our message is clear. This sort of deception will not be tolerated and if this is routine it should be corrected immediately"** U.S. v. Tweel, 550 F2d 997, 299-300,

**"Fraud: An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right."** Black's 5th, Edition, p 594

**"When one conveys a false impression by disclosure of some facts and the concealment of others, such concealment is in effect a false representation that what is disclosed is the whole truth."** State v Coddington, 662 P.2d 155,135 Ariz. 480. (1983)

**"Suppression of a material fact which a party is bound in good faith to disclose is equivalent to a false representation."** Leigh v. Loyd, 244 P.2d 356, 74 Ariz. 84- (1952)

**"Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth."** Morrison v Acton, 198 P.2d 590, 68 Ariz. 27 (1948)

**"Where relation of trust or confidence exists between two parties so that one places peculiar reliance in trustworthiness of another, latter is under duty to make full and truthful disclosure of all material facts and is liable for misrepresentation or concealment."** Stewart v. Phoenix Nat. Bank, 64 P.2d 101, 49 Ariz. 34- (Ariz. 1937)

**"Concealing a material fact when there is duty to disclose may be actionable fraud."** Universal Inv. Co. v. Sahara Motor Inn, Inc., 619 P-2d 485,127 Ariz. 213- (Ariz. App. 1980)

**"Fraud" may be committed by a failure to speak when the duty of speaking is imposed as much as by speaking falsely."** Batty v Arizona State Dental Board, 112 P.2d 870, 57 Ariz. 239. (1941)

**"Truth which is not sufficiently defended is overpowered; and he who does not disapprove, approves."** 3 Inst. 27, and further,

30.      The courts, and the legislatures have given them qualified immunity, as evidenced in the BAR Member Affidavit 082013 which is recorded with the Pinal County Recorder at Fee Number 2013-039716, a true copy of which is attached hereto at TAB 23, all of which is now the un-rebutted truth, and public policy, and all of which is incorporated herein by reference in its entirety, but because the Petitioner has served them with the Notice and Demand by Registered Mail, which is kept under lock and key and the Post Office keeps a chain of custody, the Petitioner has proof that they know exactly what they are doing, and if they continue, they lose their immunity and they become personally responsible, civilly and criminally, and further,


31.      In the past the Petitioner has used statements like "I intend to see some judicial whores do that little dance they do at the end of a common law rope" and it is a general statement, because "a common law rope" is talking about death by hanging, which is the common law penalty for some of the crimes that are being perpetrated, but the Petitioner does NOT know who the jury will convict, and the Petitioner intends to build a case against the criminals who the Petitioner happens to be dealing with at the time, and even though the criminals described, intend to deprive the Petitioner of any justice, the Petitioner has to take the high road, and make sure they are provided with real justice, and due process, because if the Petitioner did NOT, then He would be just as bad (or worse) than they are, and the Petitioner told the FBI and the Texas DPS all of this during the first meeting, but Napolitano, and her hired thugs don't care and

they intend to violate the Petitioner's rights, and are the real terrorists as evidenced herein, and further,

32.    Also, the Petitioner would NEVER do anything that would hurt innocent people, and if the Petitioner ever received information about anyone who intended to engage in something that could cause innocent people injury, or even if the Petitioner did not know who was involved, the Petitioner would still notify authorities, and aid them in every way that He could to prevent such an incident, and the Petitioner told the FBI, and the Texas DPS all of this during the first meeting, but Napolitano and her hired thugs don't care and they intend to violate the Petitioner's rights, and fabricate evidence that the Petitioner is one of their US citizen corporate slaves, because Overcast and his handlers Napolitano, Boehner, McConnel, Holder and Obama are the real terrorists as evidenced herein, and further,

33.    The Petitioner likes to use the founding fathers of the American revolution as a good example to follow because they bent over backwards to operate in a just and honorable manner, and the worst thing they did was throw some tea in the sea, but at the same time, they did exercise their right to defend themselves, and the Petitioner told the FBI, and the Texas DPS all of this during the first meeting, but Napolitano and her hired thugs don't care and they intend to violate the Petitioner's rights, and fabricate evidence that the Petitioner is one of their US citizen corporate slaves, because Overcast and his handlers Napolitano, Boehner, McConnel, Holder and Obama are the real terrorists as evidenced herein, and in fact there is a lot of evidence that many of these so-called terrorist acts are actually false flag operations being carried out by Napolitano and her hired thugs, and further,

34.    The Petitioner thinks we have a wonderful government, the best government that has ever been on the face of the planet, that we know of, but in all governments there are people who, for a variety of reasons (including being overzealous), go beyond their authority, and some of them do it innocently, and some of them do it deliberately, and calculatedly, and the Petitioner's favorite founding father, Jefferson said; **"the price of liberty is eternal vigilance"**, which means that it is the Petitioner's duty to do His part to root out the criminals, and build a case against them, and do His best to make sure that they are brought to justice, and further,

35.    Napolitano, Obama, Holder, Overcast, McConnel, and Boehner, would have the

Petitioner stop doing it because of the hardships it is causing the Petitioner's family, and it is true that the Petitioner has spent tens of thousands of dollars "administrating My public servants", and it has caused hardship for the Petitioner's 5 children, and the Petitioner's wife does NOT support Him in this, but the question the Petitioner would ask; "Is there a price that makes your freedom too expensive?" and "At what point do you say that My freedom is too expensive, and I would rather be a slave.", and further,

36.     Literally hundreds of thousands of Americans have died to preserve the Petitioner's freedoms, and the Petitioner is going to complain because the Petitioner has to go to some expense, or the Petitioner has to endure some hardship?, and further,

37.     The Petitioner's ONLY complaint is that it seems like every time He turn around, He is being forced to deal with criminals like Napolitano, and her buddies named herein, because it seems like He is a criminal magnet, and further,

38.     The Petitioner is removing some statements He usually makes, NOT because anyone has made numerous threats of assault, and kidnapping, and NOT because they intend to deprive the Petitioner of His right to free speech, as evidenced herein, but because the Petitioner intends to be seen taking the highroad, and the Petitioner is NOT going to stoop to the level of the real terrorists, Napolitano, and Obama, Holder, McConnel, Boehner, and Overcast, as evidenced herein,

**"Terrorism - *noun* – 2 A system of government that seeks to rule by intimidation."** Funk and Wagnal's New Practical Standard Dictionary (1946), and further,

39.     It doesn't matter how many times the Petitioner tells Napolitano and her thugs that He is not a corporation, Napolitano intends to assault the Petitioner, and kidnap the Petitioner, and it doesn't matter what the Petitioner says or does, as evidenced herein, and as attached hereto, and the same holds true for Holder, and McConnel, and Bohner, and Obama, and their hired thugs Overcast, and others known and unknown, and they intend to deprive the Petitioner of His due process rights, and they intend to assault the Petitioner, and kidnap the Petitioner, and MURDER the Petitioner if the Petitioner thinks He is going to exercise His right to resist their assault, or kidnap, with lethal force if necessary, and further,

40.     These criminals named herein had plenty of opportunities to resolve this matter, as evidenced by the lawsuit the Petitioner filed in Texas courts, as well as the numerous criminal

complaints that were filed and served on these criminals, therefore, they have deliberately, and calculatedly engaged in this activity, and they intend to continue to engage in their assaults, and kidnappings, and they intend to compel the Petitioner to file this lawsuit, and punitive damages and criminal penalties clearly apply, and there is nothing that would make the Petitioner happier than to see Napolitano, in particular, do that little dance they do at the end of a common law rope, given her continued intentional deliberate, and calculated, treason, sedition, perjuries of oath, assaults, and kidnappings, but at the same time the Petitioner is very glad that such a decision is NOT up to him, and further,

## THE PARTIES

41.     Larry Overcast, was, at all material times, Port Director, for the maritime port on the land located at Sweetgrass, Montana, and is a US citizen, and Overcast is being sued in his personal capacity, and further,


42.     Janet Napolitano, was, at all material times, the boss of Larry Overcast, and is a US citizen, and Secretary for the color of law Department of (so-called) Homeland Security, hereinafter is being sued in her personal capacity, and further,


43.     The US Department of Homeland Security is a federal municipal corporation set up to enforce the martial law rule, that was established during the civil war, by the US Congress and the White House, as described herein, and is an unconstitutional delegation of authority as described herein, and further,

44.     The Transportation Security Administration (TSA) is a federal municipal corporation set up to enforce the martial law rule, that was established during the civil war, by the US Congress and the White House, as described herein, and is an unconstitutional delegation of authority as described herein, and further,

45.     The United States is a federal municipal corporation set up to enforce the martial law rule, that was established during the civil war, by the US Congress and the White House, as described herein, and is an unconstitutional delegation of authority as described herein, and further,

46.     The US Border Patrol is a federal municipal corporation set up to enforce the martial law rule, that was established during the civil war, by the US Congress and the White House, as

described herein, and is an unconstitutional delegation of authority as described herein, and further,

47.     US Customs Service is a federal municipal corporation set up to enforce the martial law rule, that was established during the civil war, by the US Congress and the White House, as described herein, and is an unconstitutional delegation of authority as described herein, and further,

48.     The United States Customs and Border Protection (CBP) is a federal municipal corporation set up to enforce the martial law rule, that was established during the civil war, by the US Congress and the White House, as described herein, and is an unconstitutional delegation of authority as described herein, and further,

49.     The United States Immigration and Customs Enforcement (ICE) is a federal municipal corporation set up to enforce the martial law rule, that was established during the civil war, by the US Congress and the White House, as described herein, and is an unconstitutional delegation of authority as described herein, and further,

50.     The United States Citizenship and Immigration Services (USCIS) is a federal municipal corporation set up to enforce the martial law rule, that was established during the civil war, by the US Congress and the White House, as described herein, and is an unconstitutional delegation of authority as described herein, and further,

51.     It is claimed that the respondents are protecting America, but the fact is that they are harassing people at the border, and elsewhere, and they are engaging in unlawful arrests, kidnappings, assaults, and unlawful searches, and they are fabricating evidence with their hearsay evidence, and their informations,

**"The technical niceties of the common law are not regarded. . . .", 1 R.C.L. 31, p. 422. "A jury does not figure, ordinarily, in the trial of an admiralty suit. . . the verdict of the jury merely advisory, and may be disregarded by the court." 1 R.C.L. 40, p. 432. "[The] rules of practice may be altered whenever found to be inconvenient or likely to embarrass the business of the court." 1 R.C.L. 32, p. 423. "A court of admiralty. . . acts upon equitable principles." 1 R.C.L. 17, p. 416. "A libel of information [accusation] does not require all the technical precision of an indictment at common law. If the allegations describe the offense, it is all that is necessary; and if it is founded upon a statute, it is sufficient if it pursues the words of the law." The Emily v. The Caroline, 9 Wheat. 381**

**"The oppressive use of this mode of prosecution by Information occasioned struggles to procure a declaration of its illegality."  People v. Sponsler, 46 N.W. 450,**

"The use of (<u>information</u>) has a long history, For example, in the reign of Henry VII", ..a very oppressive use was made of them for something more than a century, so as to continually harass and shamefully enrich the crown." Blackstone, 4 BL. Comm 310.

"<u>Informations are filed in the court of exchequer for forfeiture, upon seizure of property, for breach of laws of revenue, impost, navigation, and trade.</u>" (<u>Admiralty</u>, <u>Commerce</u>) Kent's Commentaries, Lecture XVII

"Information. An accusation exhibited against a <u>person</u> for some criminal offense, without an indictment. An accusation in the nature of an indictment, from which it differs only in being presented by a competent public officer on his oath of office, instead of a grand jury on their oath. <u>A written accusation made by a public prosecutor, without the intervention of a grand jury. Salvail v. Sharkey, 108 R.I. 63, 271 A.2d 814, 817.</u> Function of an "information" is to inform defendant of the nature of the charge made against him and the act constituting such charge so that he can prepare for trial and to prevent him from being tried again for the same offense. People v. Cooper, 35 Misc.2d 90, 229 N.Y.S.2d 287, 288. While Fifth Amendment of U.S. Constitution requires federal government to prosecute infamous crimes only upon presentment of grand jury indictment..." Black's Law Dictionary 6th Edition, page 779

and they are involved in a seditious conspiracy,

"If two or more persons in any State or Territory, <u>or in any place subject to the jurisdiction of the United States,</u> conspire to overthrow, put down, or to destroy by force the Government of the United States, <u>or to levy war against them, or to oppose by force the authority thereof,</u> or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both." 18 USC § 2384, [emphasis added],

by imposing their foreign military dictatorship, that was created with the Act of 1871, Chapter LXII, An Act to provide for the Government of the District of Columbia, 16 Statutes at Large, Forty-First Congress, Session III, and its subsequent replacements and amendments, and as provided for in the United States Code;

"As used in this chapter:
(15) "<u>United States</u>" means—
(A) <u>a Federal corporation;</u>
(B) an <u>agency</u>, <u>department</u>, <u>commission</u>, board, or <u>other entity of the United States</u>; or
(C) <u>an instrumentality of the United States.</u>" 28 USC § 3002 Definitions [emphasis added]

and they are an unconstitutional delegation of authority operating under an unconstitutional delegation of authority, and in a seditious conspiracy, as described herein, and further,

52.    Wadler, was at all material times a Second Lieutenant, for the US Customs Service, located at Toronto, Ontario, and Wadler is being sued in his personal capacity, and further,

53.     Lopez, was at all material times a Captain for the US Border Patrol thugs, located approximately 7 miles west of Sierra Blanca, Texas, and is the ringleader behind the criminal US Border Patrol thugs in the area, a US citizen, and trained to operate in the federal areas of Texas ONLY, and Lopez is being sued in his personal capacity, and further,

54.     Ramirez, was at all material times a manager for the US Border Patrol thugs, located approximately 7 miles west of Sierra Blanca, Texas, and is the ringleader behind the criminal US Border Patrol thugs in the area, a US citizen, and trained to operate in the federal areas of Texas ONLY, and Ramirez is being sued in his personal capacity, and further,

55.     Navarez, was at all material times working for the US Border Patrol thugs, located approximately 7 miles west of Sierra Blanca, Texas, a US citizen, and trained to operate in the federal areas of Texas ONLY, and Navarez is being sued in his personal capacity, and further,

56.     Montoya, was at all material times working for the US Border Patrol thugs, located approximately 7 miles west of Sierra Blanca, a US citizen, and trained to operate in the federal areas of Texas ONLY, and Montoya is being sued in his personal capacity, and further,

57.     David Felter is the person the Petitioner was dealing with at Capitol Process Servers, who took the Petitioner's Federal Reserve Notes to effect service, twice for Napolitano, and who refused to provide evidence showing that Service had been attempted and why it was NOT perfected in the Texas case, as described herein, and further,

58.     Capitol Process Servers is the process service that the Petitioner used to effect service in Washington, District of Columbia, and further,

59.     All of the respondents in this matter are US citizens, operating in sedition to the Articles of Confederation, the Constitution for the United States of America, and the Texas Constitution, and further,

### Administrations

60.     The Petitioner has tried numerous times to administrate his public servants, and the courts are the first ones to tell you that you have to exhaust your administrative remedies, and further,

61.     In December, 2001, Petitioner's wife, Constance was traveling from Canada, home to Arizona and was refused entry at Port Huron, Michigan.

62.     The Petitioner wife Constance then traveled across Canada to Peigan Montana, where she explained that she was married to the Petitioner, had been turned back in Michigan, and the rest of the situation and they let her enter for 30 days only.

a)          On the 11th day of January in the year two thousand and two, the Petitioner served a Notice and Demand on John Ashcroft, Attorney General of the United States, by Certified Mail 7001 0360 0000 2537 8976, the Chief Inspector for Immigration, Port of Paigan, Babb, Montana, by Certified Mail 7001 0360 0000 2537 8945, the Chief Inspector for Immigration, Port Huron, Michigan, by Certified Mail 7001 0360 0000 2537 8969, and the Immigration and Naturalization Service Phoenix, Arizona, by Certified Mail 7001 0360 0000 2537 8952, a true copy of which is attached to the Notice and Demand which is recorded with the Pinal County Recorder at Fee Number 2005-030005, a true copy of which is attached hereto at TAB 17, all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy,  and,

i.          in Paragraph 7, they are NOTICED that at common law the wife and minor children take on the nationality of the husband and father;

**"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine."** In Re Page 12 F (2d) 135.", and,

ii.          in Paragraph 9, they are NOTICED that the Petitioner has been damaged, and,

iii.          in Paragraph 10, they are NOTICED that we are entitled to due process of law, and,

63.     On 27 May, 2002, Petitioners were crossing the border from the land of British Columbia to the land of Washington state.

64.     The Petitioner's wife Constance was assaulted and kidnapped when she was turned back at the border because she is not a United States citizen and doesn't have a green card, or other "permission" to enter.

65.     Napolitano and her hired thugs know that there is no law that says anybody has to get a "green card", and,

66.     Napolitano and her hired thugs know they are converting a right into a privilege, and,

67.     During their visit, the Petitioners were told several times they could apply for a "Parole for only $150.00", which was "sure to be approved". The Petitioner's wife Constance was threatened with deportation if she attempted to cross the border without the proper approval from these INS criminals, and,

68.     During their visit at the border crossing INS facility, Petitioner Constance gave a sworn statement, wherein it is stated by US INS Inspector David W. Vincent, that the "INS does not recognize Arizona State Citizenship", as shown page 8 through 13 of the Document Appendix, and incorporated herein by reference.

69.     On November, 7, 2002, the Petitioners filed a Complaint in United States District Court for the District of Arizona asking for an Order prohibiting the United States Immigration and Naturalization Service from preventing Constance Fearn and other State Citizens from travelling home across the border, as case CIV-02-2230-PHX-SMM, a true copy of the decision of the BAR member bencher thug is attached hereto, at TAB 17, as evidenced in the Notice and Demand which is recorded with the Pinal County Recorder at Fee Number 2005-030005, a true copy  of which is attached hereto at TAB 17, all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and,

70.     On 16 September, 2003, the Court dismissed the case because of a lack of jurisdiction, because the Court claimed that the Petitioners were asking the Court to "grant" citizenship, and they had not exhausted all of the administrative remedies through the Immigration and Naturalization Service, a true copy of the decision of the BAR member bencher thug is attached hereto, at TAB 17, as evidenced in the Notice and Demand which is recorded with the Pinal County Recorder at Fee Number 2005-030005, a true copy  of which is attached hereto at TAB 17, all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and,

71.     On 19 November, 2003, the Petitioners filed a Notice of Appeal to the United States

Court of so-called Appeals, for the Ninth Circuit, as case 03-17230, and,

72.    On 25 October, 2004 the United States Court of Appeal, for the Ninth Circuit affirmed the decision of the lower Court, as shown the true copy of the decision of the BAR member bencher thug is attached hereto, at TAB 18, and,

73.    Because the Petitioners failed to ask "the right question" of the BAR member thugs selling their so-called "justice" in the United States Courts, their case was dismissed summarily. Both Courts have the power to resolve the situation, but they chose to do otherwise, and,

74.    The Petitioner has since spent thousands of dollars administrating these criminals, but the more the Petitioner administrates them, the more they assault the Petitioner and kidnap the Petitioner, and the Petitioner knows that the bencher thugs selling their so-called justice intend that they assault the Petitioner and kidnap the Petitioner and others because it is so good for business, therefore the benchers will never provide a remedy in this matter, but the Petitioner intends to get this on the record, because one day the Petitioner will get justice, and the Petitioner is looking forward to seeing some benchers do that little dance they do at the end of a common law rope, but at the same time the Petitioner is very glad that it is NOT up to the Petitioner, because the Petitioner wants them to go down in history as the criminals that they are, and that can happen ONLY if they are provided with real justice, instead of the kangaroo so-called courts that they provide, and,

75.    On the fourteenth day of February in the year two thousand and nine, the Petitioner served on Napolitano, a Napolitano Secretary of Homeland Security, Notice and Demand 021009 by Registered Mail **RA 351 951 670 US**. The proof of service shows that Napolitano received the document on the eighteenth day of February in the year two thousand and nine, a true copy of all of which together with proof of service is attached to the **Affidavit of Criminal Complaint – Napolitano and hired thugs**, which is recorded with the Pinal County Recorder at Fee Number 2011-054037, a true copy of which is attached hereto at TAB 24, all of which is attached hereto, and all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and all of which was previously served on Napolitano, Obama, Holder, Boehner, McConnel, and Overcast when they were each served with the lawsuit previously filed as case number 352-263583-13 in the 352nd District Court in Fort Worth, Texas, and in which they failed to respond, and further,

76.     On the <u>second</u> day of <u>July</u> in the year <u>two thousand and ten</u>, the Petitioner served on Larry Overcast, a <u>Director, Sweetgrass area Port of Entry, Notice and Demand 063010</u> by Registered Mail **RR 569 486 170 US**. The proof of service shows that the document was received on the <u>ninth</u> day of <u>July</u> in the year <u>two thousand and ten</u>, a true copy of all of which together with proof of service is attached to the **Affidavit of Criminal Complaint – Napolitano and hired thugs**, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2011-054037</u>, a true copy  of which is attached hereto at TAB 24, all of which is attached hereto, and all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and all of which was previously served on Napolitano, Obama, Holder, Boehner, McConnel, and Overcast when they were each served with the lawsuit previously filed as case number <u>352-263583-13</u> in the 352nd District Court in Fort Worth, Texas, and in which they failed to respond, and further,

a)              In paragraph 18 of the documents, Napolitano, and Overcast, and all of their subordinates are noticed that **"….I am not a person…"**, and further,

b)              In paragraph 15 of the documents, Napolitano, and Overcast, and all of their subordinates are noticed that **"….I am not a second class UNITED STATES citizen, 14TH Amendment citizen, corporation or other fictitious entity…"**, and further,

c)              In paragraph 3 of the documents, Napolitano, and Overcast, and all of their subordinates are noticed that they do not have **"the authority for making a legal determination for Me"**, and in Paragraph 4, they are told that if they think they are **"representing Me"**, they are **"FIRED!"**, and further,

d)              In paragraph 5 of the documents, Napolitano, and Overcast, and all of their subordinates are noticed that **"neither you, nor any other person, is competent for dealing with any of My affairs"**, and in Paragraph 6, they are noticed that **"I am competent for dealing in all My affairs"**, and further,

e)              In paragraph 19 of the documents, Napolitano, and Overcast, and all of their subordinates are NOTICED that they are **"because I am not involved in commerce in any way, I do not have a Motor Vehicle"**, and further,

f)          In paragraph 22 of the documents, Napolitano, and Overcast, and all of their subordinates are NOTICED that they are **"NOT authorized to serve commercial process on Me"**, and further,

g)          In Paragraph 23 of the documents, the Petitioner DEMANDs that Napolitano, and Larry Overcast, and all of their subordinates **"protect Me from all foreign agents, like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents from foreign governments."**, and further,

h)          In Paragraph 25 of the documents, Napolitano, and Overcast, and all of their subordinates are NOTICED that their

**"....law merchant..... does not apply to Me, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, ...as well as the republic of Texas."**, and further,

i)          In Paragraph 16 of the documents, Napolitano, and Overcast, and all of their subordinates are NOTICED that **"according to the courts, there is no such thing as a driver's license, under Texas law"**; and further,

j)          In Paragraphs 30 and 41 of the documents respectively, the Petitioner DEMANDs that Napolitano, and Overcast, and all of their subordinates **"protect My unalienable rights"**, and further,

k)          In Paragraph 38 of the document the Petitioner NOTICED Overcast, and all of his subordinates **"I have the right to resist unlawful arrest with lethal force if necessary"**, and further,

l)          In Paragraph 40 of the documents the Petitioner NOTICED Overcast, and all of his subordinates, that any restraint on the Petitioner's freedom is an arrest;

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189, and further,

m)          In Paragraph 32 of the documents the Petitioner NOTICED Overcast, and

all of his subordinates, that; **"...that the ONLY legitimate power that is held by ANY governmental entity in the United States, and their agencies, is power that "We the people" delegated, and "we the people" are not subject to their codes, rules, and regulations."**, and further,

n)        In Paragraph 33 of the documents the Petitioner NOTICED Overcast, and all of his subordinates, that;

**"My rights are "unalienable" as found in the Declaration of Independence (1776), (which is positive law) which means that they CANNOT be alienated under ANY circumstances"**, and further,

o)        In Paragraph 35 of the documents the Petitioner NOTICED Overcast, and all of his subordinates, that;

**"any (so-called) contract which appears to alienate ANY of My God given rights, as one of "the people", involving ANY government in America, or ANY agency of any government in America, is a NULLITY, because the government CANNOT commit TREASON (breach of trust), and ANY presumption to the contrary by <u>ANY</u> Officer..., is Perjury of Oath at a minimum."** and further,

p)        In Paragraph 36 of the documents the Petitioner NOTICE Overcast, and all of his subordinates, that;

**"the ONLY valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of America, and this does NOT include ANY law merchant (so-called) contracts, or any contracts with any fictitious entities."**, and further,

q)        In Paragraph 37 of the documents the Petitioner NOTICE Overcast, and all of his subordinates, that;

**"all corporations are, by definition, incorporated into the government, and all Banks are instrumentalities of Congress (because of the Bank Act), therefore they are all agencies of the government, and ALL contracts with ANY government agency is a NULLITY, as far as ANY violation of My rights is concerned, whether the so-called contract is in writing or not."**, and further,

77.    On the <u>fourth</u> day of <u>March</u> in the year <u>two thousand and eleven</u>, Patrick J. Elko, Special Agent for the Federal Bureau of Investigation, and Conrad Rodriguez, Agent for the Criminal Investigation Division for the Texas Department of Public Safety came to visit the Petitioner because of what Larry Overcast, and his hired thugs under the direction of Napolitano, had put in their computer system, because they intend to continue to assault the Petitioner, and kidnap the Petitioner, and unlawfully search the Petitioner's property, and ultimately MURDER the

Petitioner, when the Petitioner exercises His right to resist their unlawful arrest with lethal force if necessary, and further,

78.     While it is admitted that the Petitioner had a nice cordial visit with Patrick J. Elko, and Conrad Rodriguez, they still had no authority to communicate with the Petitioner, a living soul, as evidenced in the Solemn Asseveration of Criminal Complaint – Napolitano and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-054037, a true copy of which is attached hereto at TAB 24, and over another related incident, because Rodriguez seemed to think he had some authority to communicate with the Petitioner, the Petitioner has filed an Affidavit of Criminal Complaint Conrad Rodriguez and handlers and hired thugs 050113, which is recorded with the Pinal County Recorder at Fee Number 2013-040002, all of which is incorporated herein by reference in its entirety, but that is the subject of an upcoming lawsuit, which should make the bencher thugs happy, and the Petitioner is sure Rodriguez will be getting some "Thank-you" notes, for bringing them the business, and further,

79.     Patrick J. Elko, and Conrad Rodriguez, said they were concerned that the Petitioner had put in His notices to Larry Overcast, the private man acting as Director for the Maritime port of Sweetgrass, Montana, and Michael T. Tooley, the private man acting as Chief Administrator for the Montana Highway Patrol, that the Petitioner had the right to resist an unlawful arrest with lethal force if necessary, and further,

80.     On the eleventh day of March in the year two thousand and eleven, Henry Norman; house of Suhl, Chief Justice, for Robertson County, republic of Texas, served on Eric Holder, the private man acting as United States Attorney General, an Eric H. Holder, Jr., private man, private agreement, 032011, by Registered Mail RR 569 486 245 US, a true copy of which, together with proof of service, and proof of non-response, is attached to the Solemn Asseveration of Criminal Complaint – Barak Obama and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-098476, a true copy of which is attached hereto at TAB 20, and all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and all of which was previously served on Napolitano, Obama, Holder, Boehner, McConnel, and Overcast when they were each served with the lawsuit previously filed as case number 352-263583-13 in the 352nd District Court in Fort Worth, Texas, and in which they failed to respond, and further,

81.    On the <u>eleventh</u> day of <u>March</u> in the year <u>two thousand and eleven</u>, Henry Norman; house of Suhl, Chief Justice, for Robertson County, republic of Texas, served on Barak Obama, the private man acting as President of the United States, a Barak H. Obama, private man, private agreement, 032011, by Registered Mail <u>RR 569 486 271 US</u>, a true copy of which, together with proof of service, and proof of non-response, is attached to the <u>Solemn Asseveration of Criminal Complaint – Barak Obama and hired thugs</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2011-098476</u>, a true copy of which is attached hereto at TAB 20, and all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and all of which was previously served on Napolitano, Obama, Holder, Boehner, McConnel, and Overcast when they were each served with the lawsuit previously filed as case number <u>352-263583-13</u> in the 352nd District Court in Fort Worth, Texas, and in which they failed to respond, and further,

82.    On or about the fourteenth day of March in the year two thousand and twelve, the Petitioner served on;

| | |
|---|---|
| a) | John Roberts by **Registered Mail RR 569 486 886 US,** |
| b) | Barak Obama by **Registered Mail RR 569 486 890 US,** |
| c) | Napolitano by **Registered Mail RR 569 486 909 US,** |
| d) | Eric Holder by **Registered Mail RR 569 486 912 US,** |
| e) | Clarence Thomas by **Registered Mail RR 569 486 926 US,** |
| f) | A. Joe Fish by **Registered Mail RR 569 486 930 US,** |
| g) | David H. Souter by **Registered Mail RR 569 486 943 US,** |
| h) | Neil V. Wake by **Registered Mail RR 569 486 957 US,** |
| i) | Samuel A. Alito by **Registered Mail RR 569 486 965 US,** |
| j) | Royce C. Lamberth by **Registered Mail RR 569 486 974 US,** |
| k) | Sonya A. Sotomeyer by **Registered Mail RR 569 487 008 US,** |
| l) | Cathy Siebel by **Registered Mail RR 569 487 011 US,** |
| m) | Stephen G. Breyer by **Registered Mail RR 569 486 988 US,** |
| n) | Dennis Jacobs by **Registered Mail RR 569 486 991 US,** |
| o) | John Boehner by **Registered Mail RR 569 487 025 US,** |
| p) | Harry Reid by **Registered Mail RR 569 487 039 US,** |
| q) | Anthony Kennedy by **Registered Mail RR 569 487 042 US,** |
| r) | Ruth Bader Ginsberg by **Registered Mail RR 569 487 056 US,** |
| s) | Elena Kagan by **Registered Mail RR 569 487 060 US,** |

t)       Larry Overcast by **Registered Mail RR 569 487 073 US**,

u)       Hillary Clinton by **Registered Mail RR 569 487 087 US**,

v)       Nancy Pelosi by **Registered Mail RR 569 487 095 US**,

w)      Stacey Hylton by **Registered Mail RR 569 487 100 US**,

x)       Joseph Biden by **Registered Mail RR 569 487 113 US**,

y)       Martin E. Dempsey by **Registered Mail RR 569 487 127 US**,

z)       James A. Winnefeld by **Registered Mail RR 569 487 135 US**,

aa)     Norton A. Schwartz by **Registered Mail RR 569 487 144 US**,

bb)     Raymond T. Odierno by **Registered Mail RR 569 487 158 US**,

cc)     Jonathan W. Greenert by **Registered Mail RR 569 487 161 US**,

dd)     James F. Amos by **Registered Mail RR 569 487 175 US**,

ee)     Craig R. McKinley by **Registered Mail RR 569 487 189 US**,

ff)      Robert S. Mueller III by **Registered Mail RR 569 487 189 US**,

gg)     David Sentelle by **Registered Mail RR 569 487 201 US**,

hh)     Mitch McConnell by **Registered Mail RR 569 487 215 US**,

a Notice and Demand 012012, and a true copy of which, together with proof of service to each of the respondents is attached to the Solemn Asseveration of Criminal Complaint Barak Obama and other ringleaders and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2012-070027, all of which is attached hereto, at TAB 19, and all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and all of which was previously served on Napolitano, Obama, Holder, Boehner, McConnel, and Overcast when they were each served with the lawsuit previously filed as case number 352-263583-13 in the 352nd District Court in Fort Worth, Texas, and in which they failed to respond, and further,

83.    In Paragraph Seventy-one of the Notice and Demand all of the criminals named herein were noticed that;

**"...each of you criminals intend that your hired thugs at the border continue to unlawfully arrest Me... and unlawfully search my private property every time I cross the so-called border, like they have done 6 times in the last year as found in the Affidavit of Criminal Complaint Napolitano and hired thugs which is recorded with the Pinal County Recorder at Fee Number 2011-054037, and the Affidavit of Criminal Complaint Barak Obama and hired thugs which is recorded with the Pinal County Recorder at Fee Number 2011-098476,..."**
all of which is evidenced in Paragraph Twenty-one of the Solemn Asseveration of Criminal Complaint Barak Obama and other ringleaders and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2012-070027 all of which is attached hereto, at TAB 19, and

all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and all of which was previously served on Napolitano, Obama, Holder, Boehner, McConnel, and Overcast when they were each served with the lawsuit previously filed as case number 352-263583-13 in the 352nd District Court in Fort Worth, Texas, and in which they failed to respond, further,

84.    In addition to the Notices that were served on the respondents, as evidenced in the Affidavits of Criminal Complaint that were attached to this Petition, the Petitioner has also served them with;

a)          On the first day of September in the year Two Thousand and Six, the Petitioner served on every member of the United States Senate Committee on the Judiciary, a US Senate Judiciary Committee Non-Negotiable Notice and Demand 080306 more specifically,

   i.   Charles E. Grassley by Certified Mail 7005 1160 0003 1896 8896, and,
   ii.   Arlen Specter by Certified Mail 7005 1160 0003 1896 8957, and,
   iii.   Charles E. Schumer by Certified Mail 7005 1160 0003 1896 8933, and,
   iv.   Diane Feinstein by Certified Mail 7005 1160 0003 1896 8872, and,
   v.   Herbert Kohl by Certified Mail 7005 1160 0003 1896 8919, and,
   vi.   Edward M. Kennedy by Certified Mail 7005 1160 0003 1896 8902, and,
   vii.   Jeff Sessions by Certified Mail 7005 1160 0003 1896 8940, and,
   viii.   John Cornyn by Certified Mail 7005 1160 0003 1896 9015, and,
   ix.   John Kyle by Certified Mail 7005 1160 0003 1896 8971, and,
   x.   Joseph R. Biden by Certified Mail 7005 1160 0003 1896 8988, and,
   xi.   Lindsey Graham by Certified Mail 7005 1160 0003 1896 8889, and,
   xii.   Mike DeWine by Certified Mail 7005 1160 0003 1896 8841, and,
   xiii.   Orrin Hatch by Certified Mail 7005 1160 0003 1896 8964, and,
   xiv.   Patrick Leahy by Certified Mail 7005 1160 0003 1896 8926, and,
   xv.   Richard J Durbin by Certified Mail 7005 1160 0003 1896 8858, and,
   xvi.   Russell D Feingold by Certified Mail 7005 1160 0003 1896 8865, and,
   xvii.   Sam Brownback by Certified Mail 7005 1160 0003 1896 8995, and,
   xviii.   Tom Coburn by Certified Mail 7005 1160 0003 1896 9008, and,

true copies of each of which together with proof of service are attached hereto, at TAB 13, all of each of which are incorporated herein by reference in their entirety, and,

in Paragraph 7., they is NOTICED that,

"My copyrights on the name(s) Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.", and,

in Paragraph 9., they are NOTICED that;
"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,
a)   ten thousand dollars ($10,000.00), minimum; or,
b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,
c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
for each and every violation, payable only in lawful money.", and,

they were also provided with copies of;
1)      a United States District Court Non-Negotiable Notice and Demand 050306 which is recorded with the Pinal County Recorder at Fee Number 2006-064780,
2)      an Affidavit of Criminal Complaint 05/20/06, which is recorded with the Pinal County Recorder at Fee Number 2006-074772,
3)      a United States District Court Non-Negotiable Notice and Demand 052006 which is recorded with the Pinal County Recorder at Fee Number 2006-076582,
4)      an Affidavit of Criminal Complaint 06/14/06, which is recorded with the Pinal County Recorder at Fee Number 2006-087970, and,
5)      an Affidavit of Criminal Complaint 07/14/06, which is recorded with the Pinal County Recorder at Fee Number 2006-117064,

all of each of which are incorporated herein by reference in their entirety, and,

b)                          On the Twenty-Seventh day of January in the year Two Thousand and Seven, the Petitioner served on every member of the United States House of Representatives Committee on the Judiciary (31 Congressmen) a US Congressman Notice and Demand 022007, more specifically on;

i.   Adam B. Schiff by Registered Mail RA 303 183 368 US, and,

ii.   Bob Goodlatte by Registered Mail RA 303 183 345 US, and,

iii.   Anthony Weiner by Registered Mail RA 303 183 354 US, and,

iv.   Chris Cannon by Registered Mail RA 303 183 270 US, and,

v.   Daniel E. Lungren by Registered Mail RA 303 183 297 US, and,

vi.   Darrell E. Issa by Registered Mail RA 303 183 306 US, and,

vii.   Debbie Wasserman Schultz by Registered Mail RA 303 183 310 US, and,

viii.   Elton Gallegly by Registered Mail RA 303 183 323 US, and,

ix.   F. James Sensenbrenner, Jr., by Registered Mail RA 303 183 337 US, and,

x.   Howard Coble by Registered Mail RA 303 183 371 US, and,

xi.   Jerrold Nadler by Registered Mail RA 303 183 252 US, and,

xii.   J. Randy Forbes by Registered Mail RA 303 183 266 US, and,

xiii.   John Conyers, Jr., by Registered Mail RA 303 183 249 US, and,

xiv.   Lamar S. Smith by Registered Mail RA 303 183 235 US, and,

xv.   Linda T. Sanchez by Registered Mail RA 303 183 178 US, and,

xvi.   Louie Gohmert by Registered Mail RA 303 183 181 US, and,

xvii.   Martin T. Meehan by Registered Mail RA 303 183 195 US, and,

xviii.   Maxine Waters by Registered Mail RA 303 183 204 US, and,

xix.   Melvin L. Watt by Registered Mail RA 303 183 218 US, and,

xx.   Mike Pence by Registered Mail RA 303 183 221 US, and,

xxi.   Ric Keller by Registered Mail RA 303 183 283 US, and,

xxii.   Rick Boucher, by Registered Mail RA 303 183 076 US, and,

xxiii.   Robert C. Scott by Registered Mail RA 303 183 080 US, and,

xxiv.   Robert Wexler by Registered Mail RA 303 183 093 US, and,

xxv.   Sheila Jackson Lee by Registered Mail RA 303 183 102 US, and,

xxvi.   Steve Chabot by Registered Mail RA 303 183 116 US, and,

xxvii.   Steve King by Registered Mail RA 303 183 120 US, and,

xxviii.   Tom Feeney by Registered Mail RA 303 183 133 US, and,

xxix.   Trent Franks by Registered Mail RA 303 183 147 US, and,

xxx.   William Delahunt by Registered Mail RA 303 183 155 US, and,

xxxi.   Zoe Lofgren, by Registered Mail RA 303 183 164 US, and,

they were all identical except that they were personalized for each individual, a true copy of

the Notice and Demand 022007, that was served on Adam B. Schiff, as well as the first page

of all of those remaining, together with proof of service, are attached hereto, at TAB 12, all of

each of which are incorporated herein by reference in their entirety, and,

in Paragraph 11., they are NOTICED that
**"...I am not a second class UNITED STATES citizen, 14th amendment citizen,
corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT,
recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE
CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE
NUMBER 2005-120448, both of which are incorporated herein by reference in their
entirety.", and,**

in Paragraph 12., they are NOTICED that,
**"My copyright on the names Glenn W. Fearn, GLENN WINNINGHAM FEARN, or any
derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE
recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is
incorporated herein by reference  in its entirety...If you violate any of My coprighted**

properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraphs 14 through 16 below.", and,

in Paragraph 14., they are NOTICED that;
"...any violation of this NON_NEGOTIABLE NOTICE AND DEMAND, without My express prior written permission, will be an agreement to pay Me ten thousand ($10,000.00) dollars for each and every violation, payable only in US Constitution, Article 1, Section 10, Clause 1, gold or silver specie pursuant to 31 USC 5112 and the Coinage Act of 1792, (five hundred (500) U.S. 1 troy ounce gold eagles at $50.00 face value each)...", and,

in Paragraph 15., they are NOTICED that;
"...any violation of this NON_NEGOTIABLE NOTICE AND DEMAND, for profit or gain, without My express prior written permission, will be an agreement to pay Me one million ($1,000,000.00) dollars for each and every violation, payable only in US Constitution, Article 1, Section 10, Clause 1, gold or silver specie pursuant to 31 USC 5112 and the Coinage Act of 1792, (twenty thousand (20,000) U.S. 1 troy ounce gold eagles at $50.00 face value each)...", and,

in Paragraph 16., they are NOTICED that;
"...any violation of this NON_NEGOTIABLE NOTICE AND DEMAND, more than three (3) times within a year, for profit or gain, without My express prior written permission, will be an agreement to pay Me ten million ($10,000,000.00) dollars for each and every violation, payable only in US Constitution, Article 1, Section 10, Clause 1, gold or silver specie pursuant to 31 USC 5112 and the Coinage Act of 1792, (two hundred thousand (200,000) U.S. 1 troy ounce gold eagles at $50.00 face value each)...", and,

in Paragraph 18., they were also provided with copies of;

    1)    a United States District Court Non-Negotiable Notice and Demand 050306 which is recorded with the Pinal County Recorder at Fee Number 2006-064780,

    2)    an Affidavit of Criminal Complaint 05/20/06, which is recorded with the Pinal County Recorder at Fee Number 2006-074772,

    3)    a United States District Court Non-Negotiable Notice and Demand 052006 which is recorded with the Pinal County Recorder at Fee Number 2006-076582,

    4)    an Affidavit of Criminal Complaint 06/14/06, which is recorded with the Pinal County Recorder at Fee Number 2006-087970, and,

    5)    an Affidavit of Criminal Complaint 07/14/06, which is recorded with the Pinal County Recorder at Fee Number 2006-117064,

    6)    an Affidavit of Criminal Complaint 10/24/06, which is recorded with the Pinal County Recorder at Fee Number 2006-148178,

all of each of which are incorporated herein by reference in their entirety, and,

c)           On the Fourteenth day of June in the year Two Thousand and Seven, the Petitioner served on every member of the United States House of Representatives Ethics Committee (9 Congressmen) a US House Ethics Committee Notice and Demand 061007, more specifically on;

    i.  Doc Hastings by Registered Mail RA 351 942 704 US, and,

    ii.  Gene Green by Registered Mail RA 351 942 718 US, and,

iii.  J Gresham Barrett by <u>Registered Mail RA 351 942 721 US</u>, and,

iv.  John Kline by <u>Registered Mail RA 351 942 749 US</u>, and,

v.  Lucille Roybal-Allard by <u>Registered Mail RA 351 942 752 US</u>, and,

vi.  Michael McCaul by <u>Registered Mail RA 351 942 766 US</u>, and,

vii.  Mike Doyle by <u>Registered Mail RA 351 942 770 US</u>, and,

viii.  Stephanie Tubbs Jones by <u>Registered Mail RA 351 942 783 US</u>, and,

ix.  Jo Bonner by <u>Registered Mail RA 351 942 735 US</u>, and,

they were all identical except that they were personalized for each individual, a true copy of

the <u>US House Ethics Committee Notice and Demand 061007</u>, that was served on <u>Jo Bonner</u>,

as well as the first page of all of those remaining, together with proof of service, are attached

hereto, at TAB 11, all of each of which are incorporated herein by reference in their entirety,

and, in Paragraph 11., they are NOTICED that

**"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.", and,**

in Paragraph 12., they are NOTICED that,

**"My copyright on the names Glenn W. Fearn, GLENN WINNINGHAM FEARN, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety...If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 14 below.", and,**

in <u>Paragraph 14.</u>, they are NOTICED that;

**"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,**
**a)  ten thousand dollars ($10,000.00), minimum; or,**
**b)  one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,**
**c)  ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,**
**for each and every violation, payable only in US Constitution, Article 1, Section 10, Clause 1, gold or silver specie pursuant to 31 USC 5112 and the Coinage Act of 1792.", and,**

in Paragraph 18., they were also provided with copies of;

1)  a <u>United States District Court Non-Negotiable Notice and Demand 050306</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-064780</u>, and,
2)  an <u>Affidavit of Criminal Complaint 05/20/06</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-074772</u>, and,

3)      a <u>United States District Court Non-Negotiable Notice and Demand 052006</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-076582</u>, and,

4)      an <u>Affidavit of Criminal Complaint 06/14/06</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-087970</u>, and,

5)      an <u>Affidavit of Criminal Complaint 07/14/06</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-117064</u>, and,

6)      an <u>Affidavit of Criminal Complaint 10/24/06</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-148178</u>, and,

7)      an <u>Affidavit of Criminal Complaint 04/14/07</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2007-059087</u>, and,

all of each of which are incorporated herein by reference in their entirety, and,

d)              On the <u>Thirtieth</u> day of <u>September</u> in the year <u>two thousand and seven</u> the Petitioner served on every member of the US Senate Committee on the <u>Judiciary a US Senate Committee on the Judiciary Notice and Demand 092907</u> to Joseph R. Biden, Sam Brownback, Benjamin L. Cardin, John Cornyn, Tom Coburn, Richard Durbin, Russell Feingold, Diane Feinstein, Lindsey Graham, Charles Grassley, Orrin Hatch, Edward M. Kennedy, Herbert Kohl, John Kyle, Patrick Leahy, Charles Schumer, Jeff Sessions, Arlen Specter, Sheldon Whitehouse, with every document in a separate envelope, properly addressed, and put in a box and served by <u>Registered Mail RA 351 948 769 US</u>, a true copy of the <u>US Senate Judiciary Committee Notice and Demand 092907</u>, that was served on <u>Joseph R. Biden</u> is attached hereto, at TAB 10, together with the first page of each of the rest of the documents, and proof of service, and, in Paragraph 11., they are NOTICED that;

**"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.", and,**

in Paragraph 12., they are NOTICED that,

**"My copyrights on the name(s) Glenn W. Fearn, GLENN WINNINGHAM FEARN, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 14 below.", and,**

in <u>Paragraph 14.</u>, they are NOTICED that;

**"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,**
**a)   ten thousand dollars ($10,000.00), minimum; or,**
**b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,**

**c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,**
**for each and every violation, payable only in lawful money.",** and, all of which is incorporated herein by reference in its entirety, and further,

e)                    On the <u>Sixteenth</u> day of <u>January</u> in the year <u>two thousand and eight</u> the Petitioner served on every  member of the United States Senate Ethics Committee a <u>US Senate Ethics Committee Notice and Demand 121007</u> to Barbara Boxer, Craig Thomas, John Cornyn, Pat Roberts, Mark Prior, Ken Salazar, with every document in a separate envelope, properly addressed, and put in a box and served by <u>Registered Mail RA 351 949 883 US</u>, a true copy of the <u>US Senate Ethics Committee Notice and Demand 121007</u>, that was served on <u>Barbara Boxer</u> is attached hereto, at TAB 9, together with the first page of each of the rest of the documents, and proof of service, and, in Paragraph 11., they are NOTICED that;

**"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.",** and,

in Paragraph 12., they are NOTICED that,

**"My copyrights on the name(s) Glenn W. Fearn, GLENN WINNINGHAM FEARN, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 14 below.",** and,

in <u>Paragraph 14</u>., they are NOTICED that;

**"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,**
**a)   ten thousand dollars ($10,000.00), minimum; or,**
**b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,**
**c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,**
**for each and every violation, payable only in lawful money.",** and,

in Paragraph 18., they were also provided with copies of;

   1)        a <u>United States District Court Non-Negotiable Notice and Demand 050306</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-064780</u>, and,
   2)        an <u>Affidavit of Criminal Complaint 05/20/06</u>, which is recorded with the <u>Pinal County Recorder</u> at Fee Number 2006-074772, and,

3)      a <u>United States District Court Non-Negotiable Notice and Demand 052006</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-076582</u>, and,

4)      an <u>Affidavit of Criminal Complaint 06/14/06</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-087970</u>, and,

5)      an <u>Affidavit of Criminal Complaint 07/14/06</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-117064</u>, and,

6)      an <u>Affidavit of Criminal Complaint 10/24/06</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2006-148178</u>, and,

7)      an <u>Affidavit of Criminal Complaint 04/14/07</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2007-059087</u>, and,

all of which is incorporated herein by reference in its entirety, and,

f)                            On the <u>Sixteenth</u> day of <u>May</u> in the year <u>two thousand and seven</u> the Petitioner served on Michael Chertoff, Secretary of Homeland Security, a <u>Secretary of Homeland Security Notice and Demand 051207</u> by <u>Registered Mail RA 303 182 977 US</u>, a true copy of which, together with proof of service, is attached hereto, at TAB 8, and, in Paragraph 9., he is NOTICED that;

**"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.", and,**

in Paragraph 10., he is NOTICED that,

**"My copyrights on the ...names; Glenn W. Fearn, GLENN WINNINGHAM FEARN, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 12 below.", and,**

in <u>Paragraph 12.</u>, he is NOTICED that;

**"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,**
**a)    ten thousand dollars ($10,000.00), minimum; or,**
**b)    one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,**
**c)    ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,**
**for each and every violation, payable only in lawful money.", and,** all of which is incorporated herein by reference in its entirety, and,

g)                            On the <u>Tenth</u> day of <u>January</u> in the year <u>two thousand and eight</u> the Petitioner served on Michael Chertoff, Secretary of Homeland Security, a <u>Secretary of Homeland Security Notice and Demand 051207</u> by <u>Registered Mail RA 351 949 906 US</u>, a

true copy of which, together with proof of service, is attached hereto, at TAB 8, and, in Paragraph 9., he is NOTICED that;

"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.", and,

in Paragraph 10., he is NOTICED that,

"My copyrights on the ...names; Glenn W. Fearn, GLENN WINNINGHAM FEARN, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 12 below.", and,

in Paragraph 12., he is NOTICED that;

"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,
a)   ten thousand dollars ($10,000.00), minimum; or,
b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,
c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
for each and every violation, payable only in lawful money.", and,

in Paragraph 13., he is NOTICED that because he and his hired thugs intend to assault My wife and infant children, My wife;

"...travels to the land of British Columbia to visit her family, and then home again to the land of Texas.", and,

in Paragraph 14., he is NOTICED that because he and his hired thugs intend to assault My wife and infant children;

"...because I am a Texian, and a [American] national, therefore My wife and infant children are also Texians, and [American] nationals.
"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine." In Re Page 12 F (2d) 135.",
and, all of which is incorporated herein by reference in its entirety, and,

h)          On the Tenth day of January in the year two thousand and eight the Petitioner served on Michael Mukasay, Secretary of Homeland Security, a Secretary of Homeland Security Notice and Demand 012508 by Registered Mail RA 351 909 937 US, a

true copy of which, together with proof of service, is attached hereto, at TAB 7, and, in Paragraph 9., he is NOTICED that;

"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.", and,

in Paragraph 10., he is NOTICED that,

"My copyrights on the ...names; Glenn W. Fearn, GLENN WINNINGHAM FEARN, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 12 below.", and,

in Paragraph 12., he is NOTICED that;

"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,
a)    ten thousand dollars ($10,000.00), minimum; or,
b)    one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,
c)    ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
for each and every violation, payable only in lawful money.", and,

in Paragraph 13., he is NOTICED that because he and his hired thugs intend to assault My wife and infant children, My wife;

"...travels to the land of British Columbia to visit her family, and then home again to the land of Texas.", and,

in Paragraph 14., he is NOTICED that because he and his hired thugs intend to assault My wife and infant children;

"...because I am a Texian, and a [American] national, therefore My wife and infant children are also Texians, and [American] nationals.
"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine." In Re Page 12 F (2d) 135.",
and, all of which is incorporated herein by reference in its entirety, and,

i)                          On the Second day of February in the year two thousand and eight the Petitioner served on Harry Reid, United States Senate Majority Leader, a US Senate Majority Leader Notice and Demand 012508 by Registered Mail RA 351 950 042 US, a true

copy of which, together with proof of service, is attached hereto, at TAB 6, and, in Paragraph 9., he is NOTICED that;

"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.", and,

in Paragraph 10., he is NOTICED that,

"My copyrights on the ...names; Glenn W. Fearn, GLENN WINNINGHAM FEARN, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 12 below.", and,

in Paragraph 12., he is NOTICED that;

"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,
a)   ten thousand dollars ($10,000.00), minimum; or,
b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,
c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
for each and every violation, payable only in lawful money.", and,

in Paragraph 13., he is NOTICED that because he and his hired thugs intend to assault My wife and infant children, My wife;

"...travels to the land of British Columbia to visit her family, and then home again to the land of Texas.", and,

in Paragraph 14., he is NOTICED that because he and his hired thugs intend to assault My wife and infant children;

"...because I am a Texian, and a [American] national, therefore My wife and infant children are also Texians, and [American] nationals.
"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine." In Re Page 12 F (2d) 135.",
and, all of which is incorporated herein by reference in its entirety, and,

j)                          On the Seventh day of February in the year two thousand and nine the Petitioner served on Barak Obama, President of the United States, a Barak Obama, President of the United States, Notice and Demand 021009 by Registered Mail RA 351 951

652 US, a true copy of which, together with proof of service, is attached hereto, at TAB 3,

and, in Paragraph 15., he is NOTICED that;

"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.", and,

in Paragraph 7., he is NOTICED that,

"My copyrights on the ...names; Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 12 below.", and,

in Paragraph 9., he is NOTICED that;

"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,
a) ten thousand dollars ($10,000.00), minimum; or,
b) one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,
c) ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
for each and every violation, payable only in lawful money.", and, all of which is

incorporated herein by reference in its entirety, and,

k)              On the Seventh day of February in the year two thousand and nine

the Petitioner served on Mark Filip, Acting United States Attorney General, a Mark Filip, Acting Attorney General of the United States, Notice and Demand 021008 by Registered Mail RA 351 951 666 US, a true copy of which, together with proof of service, is attached hereto, at TAB 5, and,

in Paragraph 15., he is NOTICED that;

"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.", and,

in Paragraph 7., he is NOTICED that,

"My copyrights on the ...names; Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©, or any derivative(s) thereof and others as found in

**NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 12 below."**, and,

in Paragraph 9., he is NOTICED that;

**"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,**
**a)   ten thousand dollars ($10,000.00), minimum; or,**
**b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,**
**c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,**
**for each and every violation, payable only in lawful money."**, and, all of which is

incorporated herein by reference in its entirety, and,

l)                        On the Second day of March in the year two thousand and nine the

Petitioner served on Eric Holder, United States Attorney General, a Eric H. Holder, Attorney

General of the United States, Notice and Demand 022009 by Registered Mail RA 351 951

900 US, a true copy of which, together with proof of service, is attached hereto, at TAB 4,

and, in Paragraph 15., he is NOTICED that;

**"...I am not a second class UNITED STATES citizen, 14th amendment citizen, corporation, or fictitious entity, as found in the CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494 and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety."**, and,

in Paragraph 7., he is NOTICED that,

**"My copyrights on the ...names; Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you violate any of My coprighted properties, without My prior express written permission, it shall be an agreement to the terms described in Paragraph 12 below."**, and,

in Paragraph 9., he is NOTICED that;

**"...any violation(s) of My copyright, or making a legal determination about Me, or representing Me...would constitute an agreement to the fee of,**
**a)   ten thousand dollars ($10,000.00), minimum; or,**
**b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or,**
**c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,**

**for each and every violation, payable only in lawful money.",** and, all of which is incorporated herein by reference in its entirety, and further,

85.     In the years <u>two thousand and nine</u>, <u>and ten</u>, the Petitioner served  on every member of the <u>United States Senate</u> and about 135 members of the <u>United States House of Representatives</u> a "<u>Dear Perjurer</u>" letter in which the Petitioner told the perjurers that there is no such thing as an "<u>illegal alien</u>" because once the "<u>aliens</u>" get on American soil, they become a state citizen, at common law, and US Congress members and other government officials are perjuring their oaths of office by harassing these so-called illegal aliens, as evidenced in <u>Paragraph 6</u>, in the true copy of the one that the Petitioner served on <u>Mitch McConnell, US Senator,</u> by <u>Registered Mail RA 569 484 443 US</u>, together with proof of service, is attached hereto, at TAB 2, and soon after the Petitioner served these "<u>Dear Perjurer</u>" letters, members of the US Congress came out on national television calling the so-called illegal aliens "<u>undocumented workers</u>", and further,

86.     Therefore these criminals named herein each know that they have no authority to send out their hired thugs on the land of Texas or anywhere, and these <u>US Border Patrol</u> thugs are assaulting state citizens in order to coerce them into your US citizen corporate slave scam. They can stop them at the border, but once they are on American soil, they are state citizens, and they know it, and further,

87.     On the <u>Seventeenth</u> day of <u>January</u>, in the year <u>two thousand and twelve</u>, the Petitioner served on Barak Obama, a <u>Barak H. Obama, private man, Notice and Demand 012012</u> by <u>Registered Mail RR 569 486 807 US</u>, a true copy of which, together with proof of service is attached hereto, at TAB 16, all of which is incorporated herein by reference in its entirety, and among other things, the Petitioner attached to that document, the <u>Solemn Asseveration of Criminal Complaint Janet Napolitano and hired thugs</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2011-054037</u>, a true copy of which is attached hereto at TAB 24, and, the <u>Solemn Asseveration of Criminal Complaint Barak Obama and hired thugs</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2011-098476</u>, which is attached hereto at TAB 20, all of both of which are incorporated herein by reference in their entirety, and all of both of which are now the un-rebutted truth, and <u>public policy</u>, and further,

88.     The Petitioner specifically denies any equitable jurisdiction in this matter, except for the punitive damages, and the exemplary damages, and the Petitioner would not even be in this so-called court except that the respondents in this matter insist on criminally harassing the Petitioner, unlawfully arresting the Petitioner, assaulting the Petitioner, kidnapping the Petitioner, and it is the clear that they intend to murder the Petitioner, when He exercises his right to resist their assaults, with lethal force if necessary, as described herein, and further,

89.     To keep their thieving bankster buddies from presuming that the Petitioner intended to participate in their so-called benefit of discharging a debt with limited liability, the Petitioner states for the record that the Petitioner was compelled to convert some of his valuable silver coin (lawful money) for their IOU's (Federal Reserve Notes), because they insist on selling their "justice", because the Constitution for the United States of America creates a <u>trust</u>;

**"The governments are but <u>trustees</u> acting under derived authority and have no power to delegate what is not delegated to them. But <u>the people</u>, as the original fountain <u>might take away what they have delegated and entrust</u> to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."** --Luther v. Borden, 48 US 1, 12 Led 581.

**"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, <u>by their Constitution entrusted to it</u>; All else is withheld."** Julliard v Greenman 110 U.S. 421

and in 1871 the US Congress created a municipal corporation called United States, with their 16 Statutes at Large, Chapter 62, An Act to Provide a Government for the District of Columbia

**"As used in this chapter:
(15) "<u>United States</u>" means—
(A) <u>a Federal corporation;</u>
(B) an <u>agency, department, commission,</u> board, or <u>other entity of the United States</u>; or
(C) <u>an instrumentality of the United States.</u>"** 28 USC § 3002 Definitions [emphasis added]

which is an unconstitutional delegation of authority because the Constitution for the United States of America says nothing about municipal corporations, or any corporations;

**"A delegate cannot delegate; <u>an agent cannot delegate his functions to a subagent</u> without the knowledge or consent of the principal; the person to whom an office or duty is delegated cannot lawfully devolve the duty on another, <u>unless he be expressly authorized so to do.</u>"** 9 Coke, 77; Broom, Max. 840; 2 Kent, Comm. 633; 2 Steph. Comm. 119 [emphasis added]
**"A delegated power cannot be again delegated."** 2 Inst. 597; Black's, 2d. 347; 2 Bouv. Inst. n. 1300
**"A deputy cannot have (or appoint) a deputy."** Story, Ag. s.13; 9 Coke, 77; 2 Bouv. Inst. n. 1936

but the trust still exists to this day but is effectively neutered for most people, because there is no lawful money in general circulation because ONLY gold or silver coin is lawful money at common law,

**"At common law only gold and silver were a legal tender. (2 Inst. 577.)"** McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820)

because when they go into private international law of the bankster thieves, by using Federal Reserve Notes, under the bankster thieves negotiable instrument law, which is Roman Law, they give up their sovereignty;

**"Governments descend to the level of mere private corporation, and take on the characteristics of a mere private citizen where private corporate commercial paper and securities i.e. is concerned. ...For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."** Clearfield Trust Co. v. United States 318 U.S. 363-371 (1942)

**"Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy."** Rio Grande v. Darke, 167 P. 241.

and the municipal corporation called United States, (and all of its agencies – Department of Homeland Security – US Border Patrol), is conquered and enslaved

**"There are two ways to conquer and enslave a nation. One is by the sword. The other is by debt."** John Adams 1826

**"To preserve our independence, we must not let our rulers load us down with perpetual debt...I am for a government rigorously frugal and simple."** Thomas Jefferson

because the US Congress  sold themselves to the bankster thieves, and it is bankrupt, and enslaved,

**"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 stat. 1, Public Law 89-719; declared by President Roosevelt, <u>being bankrupt and insolvent, H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States</u> and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that <u>the United States Federal Government exists today in name only.</u>"**
United States Congressional Record, March 17, 1993 Vol. 33 [Emphasis added]

and it has been bankrupt three times and we are now on number four as evidenced by the webpage printout from Dunn and Bradstreet website, and the creditors always become the owners in any bankruptcy, as evidenced in the <u>Corporate Denial Affidavit 062013, which is recorded with the Pinal County Recorder at Fee Number 2013-032373</u>, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and

the creditors always become the owners in any bankruptcy, which means that I ONLY use the commercial paper (IOU's – Federal Reserve Notes) because I was being forced to by your corporate criminal buddies;

**"Every consent involves a submission; but a mere submission does not necessarily involve consent."** Black's, 2d. 249,

and the municipal corporations <u>Department of Homeland Security</u> is an unconstitutional delegation of authority because the Constitution for the United States of America says nothing about the Department of Homeland Security or any municipal corporation and the <u>United States, Inc.,</u> has no authority because the Constitution for the United States of America sets up trusts, NOT municipal corporations, and there is no delegation of authority for any municipal corporation, especially a municipal corporation called <u>Department of Homeland Security</u>, or another municipal corporation called <u>Federal Bureau of Investigation</u>, or <u>US Marshalls</u>, or <u>US Border Patrol</u>, and none of them have any immunity whatsoever, and their officials are operating under <u>color of office</u>,

**"Color of office. Pretense of official right to do act made by one who has no such right. Kiker v. Pinson, 120 Ga.App. 784, 172 S.E.2d 333, 334. An act under color of office is an act of an officer who claims authority to do the act by reason of his office <u>when the office does not confer on him any such authority</u>. Maryland Cas. Co. v. McCormack, Ky., 488 S.W.2d 347, 352."** Black's Law Dictionary 6th Edition, page 266 [emphasis added].

and ultra vires of their authority under their corporate charter, as evidenced in the <u>Corporate Denial Affidavit 062013, which is recorded with the Pinal County Recorder at Fee Number 2013-032373</u>, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, all of which is now the un-rebutted truth, and <u>public policy</u>, and further,

90.    It is a seditious conspiracy for 2 or more to conspire to overthrow the Petitioner's de jure common law jurisdiction, by criminally converting the Petitioner's de jure state Citizenship into a US citizen when they conspire together to compel the Petitioner to pay taxes/filing fees;

**"The taxing power, being in its nature unlimited over the subjects within its control, would enable the state governments to destroy the above-mentioned rights…"** Crandall v Nevada 73 U. S. 35 (1867)

**"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may also be pronounced as self-evident. <u>The sovereignty of the state extends to everything which exists by its authority or its permission</u>."** McCullough v Maryland, 17 U.S. [4 Wheat] 316 (1819).

and the Petitioner does NOT exist by permission of the state, but the state exists under the Petitioner's authority, as a judicial power citizen by right of blood, as described herein, and the state has a duty of protection of the Petitioner's rights, and any attempt to tax the Petitioner or otherwise regulate the Petitioner in His efforts to obtain that protection is in violation of His Article One in Amendment for the Constitution for the United States of America unlimited and unregulatable right to Petition the government for a redress of grievances,

**"Congress shall make no law .... abridging ..... the right of the people.... to petition the government for a redress of grievances."**
Article 1 in Amendment, The Constitution for the United States of America

and the Constitution for the United States of America is the supreme law of the land

**"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, <u>shall be the supreme Law of the Land</u>; and the <u>Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding</u>."** US Constitution, Article 6, Clause 2

and the officers of this court are bound by it, and anything else is converting a right into a privilege;

**"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."**
Murdock v. Pennsylvania, 319 US 105

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."** Sherer v. Cullen, 481 F 946

**"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."**
Shuttlesworth v. City of Birmingham Alabama, 373 US 262:

and since the UNITED STATES, Inc., is a federal municipal corporation, as described herein, the word "Congress" also means the UNITED STATES, Inc. and all judges already know this, because all officers of the court are presumed to know the law as described herein, and the first ten amendments to The Constitution of the United States are a re-affirmation of the Petitioner's common law rights

**"History is clear that the first ten amendments to the <u>Constitution</u> were adopted to secure certain <u>common law rights</u> of the people, against invasion by the Federal Government."**
Bell v. Hood, 71 F.Supp., 813, 816 (1947) U.S.D.C. -- So. Dist. CA. [emphasis added]

and the right to petition the government for a redress of grievances is a reaffirmation of the **Petition of Right** which is taken from Chapter 61 of the Magna Carta;

**"...and for the better allaying of the quarrel that has arisen between us and our barons,... and, laying the transgression before us, <u>petition to have that transgression redressed</u>**

**without delay. And if we shall not have corrected the transgression...within forty days, reckoning from the time it has been intimated to us ...the four barons aforesaid shall refer that matter to the rest of the five and twenty barons, [grand jury] and those five and twenty barons shall, together with the community of the whole realm, distrain and distress us in all possible ways...**" Magna Carta Section 61 [Emphasis added],

and Chapter 40 of the Magna Carta which says;
**"To no one will we sell, to no one will we refuse or delay, right or justice."**

and the rule of decision is supposed to be common law, as described herein, and pursuant to the Constitution for the republic of Texas, and NO court has no right to sell their justice, and their fees are extortion under color of office as evidenced in the Corporate Denial Affidavit 062013, which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and it pays for the errors and omissions insurance for the bencher, and it nullifies the oath of office of the bencher, because they are selling their justice, and because they accept ONLY the commercial paper, (Federal Reserve Notes – IOU's) they are NOT sovereign, and their presumptions will NOT get them out of honoring your oath of office

**"The power to create presumptions is not a means of escape from constitutional restrictions."** Bailey v Alabama, 219 U.S. 219, 238, et seq., 31 S.Ct. 145; Manley v Georgia, 279 U.S. 1, 5-6, 49 S.Ct. 215, and further,

**Count One – Assault, kidnapping, extortion, perjury, treason, sedition, Conspiracy**

91.     On the twenty-seventh day of May, in the year two thousand and two, the Petitioner was travelling across the so-called border from the land of British Columbia to the land of Washington and two thugs who claimed to work for the US Immigration and Naturalization Service accosted the Petitioner and the Petitioner's family and prohibited the Petitioner's wife from travelling further, because she was NOT one of their lowlife scumbag US citizen slaves,  or a resident alien, when they know that at common law the wife takes on the nationality of the husband and father;

**"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father. That is common-law doctrine."** In Re Page 12 F (2d) 135, and further,

92.     Under the force of arms these criminals assaulted the Petitioner, and his family, kidnapped the Petitioner and his family by denying them the right to travel home together, and offered to extort money to convert a right into a privilege, and thereby, perjured their oaths, and engaged in sedition, because they are using the force of arms to overthrow the Petitioner's government on the land of Washington State, and they further engaged in treason and other multiple felonies, and further,

93.    The Petitioner served on Napolitano, the private woman acting as Governor of Arizona at the time, Terry Goddard, the private man acting as Attorney General at the time, the private woman acting as Chief Judge of the Arizona Supreme Court, true copies of the Notice and Demand of which is recorded with the Pinal County Recorder at Fee Number 2005-030005, a true copy of which is attached hereto at TAB 17, and the Affidavit of Criminal Complaint 051905 which is recorded with the Pinal County Recorder at Fee Number 2005-058905, and further,

94.    Napolitano, and Goddard, both perjured their oaths and helped to cover up the crimes of their criminal thugs who were working for John Ashcroft, the private man acting as Attorney General for the international criminal corporation United States and others known and unknown in conspiracy to assault the Petitioner, and His family, and kidnap the Petitioner and His family, and further,

95.    Napolitano has since received her *quid pro quo* from her buddy Obama, for helping these Respondents because she has now been appointed to the office of Secretary of Homeland Security because then she will be able to help out her perjuring hired thugs, under martial law, to get away with assaulting the Petitioner, and kidnapping the Petitioner, just like they assault, and kidnap millions of other people under the color of their so-called laws every day, and further,

### Count two – Assault, kidnapping, perjury, treason, sedition, Conspiracy:

96.    On the fifteenth day of February in the year two thousand and eleven, at approximately ten o'clock in the morning, the Petitioner was travelling from the land of Alberta to the land of Montana and under the Direction and supervision of Napolitano, Overcast, under martial law, had put up barricades on the roads with full knowledge of who the Petitioner was, with their facial recognition software, their cameras scanning the numbers on the license plate on the Petitioner's private conveyance, and Overcast and his hired thugs, under martial law, who show no name tags unlawfully arrested the Petitioner under the color of law and without any authority whatsoever, and further,

97.    The Petitioner rolled His window down to see what was going on and under the direction, of Overcast, the hired thug of Overcast who had no name tag, asked the Petitioner about the Petitioner's citizenship, and for "papers", and further,

98.    The Petitioner told Overcasts, hired thug, that **"I don't have a problem providing whatever you need if you provide your statutory and delegated authority to unlawfully arrest me like you just did"**, and further,

99.    Overcast's hired thug, under martial law, immediately called on his radio for back-up and started to yell at the Petitioner and told the Petitioner to get out of His private conveyance and made threatening gestures with his gun and his pepper spray, and further,

100.    The Petitioner started to pull out a Photo Identification Affidavit and Overcasts hired thug, yelled; **"It is too late for that, get out of the vehicle!"** and further,

101.    The Petitioner left His private conveyance under the force of arms by Overcast, and his hired thugs, under their martial law military dictatorship, and right there in front of everybody in the line-up, they unlawfully arrested the Petitioner, they put handcuffs on the Petitioner, and they assaulted the Petitioner, and they kidnapped the Petitioner when they forcibly took the Petitioner to their jail cell that had bars, bullet proof glass and the door was locked, and further,

102.    Overcast, and his hired thugs, under their martial law military dictatorship, deliberately and calculatedly unlawfully arrested the Petitioner in front of everybody in the line up to demonstrate what happens to anybody who thinks they are free and also what happens to anybody who doesn't immediately submit to their martial law dictatorship, and further,

103.    Overcast, and his hired thugs, under martial law, then engaged in the theft of the Petitioner's private conveyance because they unlawfully moved it, and they further unlawfully search the Petitioner's private conveyance and because of their unlawful search of the Petitioner's private conveyance they found the US Passport that the Petitioner carries, specifically so they could use that evidence to facilitate their assaults, and their kidnappings, and their MURDER, when the Petitioner exercises His right to resist their assault, with lethal force if necessary,

**"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations."** *Brasswell v. United States* 487 U.S. 99 (1988) quoting, *United States v. White* 322 U.S. 694 (1944), and further,

104.   While the Petitioner was waiting in their jail cell, the Petitioner saw the hired thugs, under martial law, that unlawfully arrested the Petitioner and he yelled at them, **"Hey PIG, where is your statutory and delegated authority?"** and the hired thug came over and showed his color of law statutes on the wall, and further,

105.   The Petitioner told the hired thug with no name; **"That says "person" and I am not a "person", I can show you in your codes rules and regulations that a person is a fictitious entity, so again, where is your statutory and delegated authority PIG"**, and after the Petitioner said that he said nothing and walked away, and further,

106.   Overcast, and his hired thugs, under martial law, under the direction of Napolitano, know that the US Passport application form even talks about a Non-citizen national, but they intend to assault the Petitioner, and kidnap the Petitioner, and when the Petitioner resists their assaults and kidnappings, with lethal force if necessary, they intend to MURDER the Petitioner, and further,

107.   Overcast, and his hired thugs, under martial law, under the direction of Napolitano, know that the Petitioner is a State Citizen, and that the Petitioner even provided a supplemental affidavit, the last time the Petitioner made application for a US Passport, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, but Napolitano, and Overcast, and Obama, and all of the criminals named in the <u>Solemn Asseveration of Criminal Complaint Barak Obama and other ringleaders and hired thugs</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2012-070027</u>, a true copy of which is attached hereto, at TAB 19, all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and all of which was previously served on Napolitano, Obama, Holder, Boehner, McConnel, and Overcast when they were each served with the lawsuit previously filed as case number <u>352-263583-13</u> in the 352nd District Court in Fort Worth, Texas, and in which they failed to respond, a true copy of the Certificate of Service that was filed into the case is attached hereto at TAB 1, which is further proof that they are deliberately and calculatedly conspiring together to overthrow the Petitioner's de jure government, in a seditious conspiracy, and further,

108.   Overcast, and his hired thugs, under martial law, under the direction of Napolitano, know that the Petitioner signed the US Passport for the cestui que trust, **"Without Prejudice"**, with a

"**By**" in front of the signature, and an "**Agent**" after the signature, and with an "**All rights reserved**", as found on page 50 of the <u>Solemn Asseveration of Criminal Complaint – Napolitano and hired thugs</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2011-054037</u>, all of which is attached hereto, at TAB 24, and all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and all of which was previously served on Napolitano, Obama, Holder, Boehner, McConnel, and Overcast when they were each served with the lawsuit previously filed as case number <u>352-263583-13</u> in the 352nd District Court in Fort Worth, Texas, and in which they failed to respond, therefore, even if the Petitioner was a "**person**", <u>he would be responsible for nothing</u>, but the Petitioner is not a "**person**" and the respondents in this case are more interested in engaging in treason, and sedition, not to mention perjury of oath, and the other felonies, and further,

109.    Overcast, and his hired thugs, under martial law, under the direction of Napolitano, know that the Petitioner is not a US citizen, because the Petitioner already told them in the documents that the Petitioner sent them, but with deliberation and calculation, they criminally converted the Petitioner's citizenship and falsely accused the Petitioner of being a US citizen, as defined by their so-called Fourteenth Amendment, and further,

## Count 3 - Assault, kidnapping, perjury, treason, sedition, Conspiracy

110.    On the <u>twenty-fifth</u> day of <u>February</u>, in the year <u>two thousand and eleven</u> the Petitioner was going through security at the Dallas Fort Worth Airport and because Overcast, and his hired thugs under the direction of Napolitano, put their information in their computer system, they intended that the Petitioner go their gene scrambling X-Ray machine, and the Petitioner refused so they then intended to do one of their physical pat downs, and the Petitioner told Leo C. Kelly, the private man acting as a supervisor for the Transportation Security Administration that he could do whatever he wanted except if he touched the Petitioner's genitals He would charge him with sexual assault, and they made a big scene and brought four each DFW Police Officers, Niblett, Thornton, Jim McKnight, and T. Pratt, acting as a Sergeant, all private men acting as a DFW Police Officers, and there were also four Supervisors and Managers from the Transportation Security Administration, in addition to Leo C. Kelly, Supervisor who is already mentioned, there was also Ernest Hagler, Manager, Norman Henline, Manager, and Clarence Smith who said that he didn't have to provide his statutory or delegated authority to do what he was doing, all of whom were private men working for the Transportation Security Administration, and further,

111.    Leo C.Kelly, under the direction and supervision of Niblett, Thornton, Jim McKnight, and T. Pratt, acting as a Sergeant, all private men acting as a DFW Police Officers, and there were also four Supervisors and Managers from the Transportation Security Administration, in addition to Leo C. Kelly, Supervisor who is already mentioned, there was also Ernest Hagler, Manager, Norman Henline, Manager, and Clarence Smith, who were all directed by Napolitano, and Larry Overcast, obviously intended to handle the Petitioner's genitals and therefore intended to sexually assault the Petitioner because they made the Petitioner go back through security and unlawfully arrested the Petitioner from continuing on His way, and further,

### Count 4 – Assault, kidnapping, perjury, treason, sedition, Conspiracy

112.    On the twenty-seventh day  of February in the year two thousand and eleven, A.D., the Petitioner was travelling home to Texas from Toronto, and Larry Overcast, and his hired thugs, under martial law, under the direction of Napolitano, had put in their computer database information that caused their buddies in Toronto, a second Lieutenant Wandler, a private man acting as a US Customs Official, to unlawfully arrest (assault) the Petitioner, and force the Petitioner into a private room (kidnap the Petitioner), and unlawfully search (assault) the Petitioner's property and harass (assault) the Petitioner in Toronto, under the color of their so-called laws, and further,

### Count 5 – Assault, kidnapping, perjury, treason, sedition, Conspiracy

113.    On the 3rd day of June in the year two thousand and eleven the Petitioner was travelling home from London, England to the land of Texas, when Napolitano's hired thugs at DFW Airport assaulted the Petitioner with their unlawful arrest, and kidnapped the Petitioner into their detention area whole they unlawfully searched the Petitioner's property, and as evidenced in the attachments hereto, based on hearsay evidence in their hearsay computer database. At NO time did the Petitioner "present" himself for their inspection, but their hired thugs forced the Petitioner into their assault, and they unlawfully arrested the Petitioner's property, and they compelled the Petitioner to be present during their unlawful search, and,

### Count 6 – Assault, kidnapping, perjury, treason, sedition, Conspiracy

114.    On the 11th day of June in the year two thousand and eleven the Petitioner was travelling home from Paris, France to the land of Texas, when Napolitano's hired thugs assaulted the Petitioner with their unlawful arrest, and kidnapped the Petitioner into their

detention area while they unlawfully searched the Petitioner's property, and as evidenced in the attachments hereto, based on hearsay evidence in their hearsay computer database. At NO time did the Petitioner "present" himself for their inspection, but their hired thugs forced the Petitioner into their assault, and they unlawfully arrested the Petitioner's property, and they compelled the Petitioner to be present during their unlawful search, and,

## Count 7 – Assault, kidnapping, perjury, treason, sedition, Conspiracy

115.    On the 17th day of June in the year two thousand and eleven the Petitioner was travelling home from Paris, France to the land of Texas, when Napolitano's hired thugs assaulted the Petitioner with their unlawful arrest, and kidnapped the Petitioner into their detention area while they unlawfully searched the Petitioner's property, and as evidenced in the attachments hereto, based on hearsay evidence in their hearsay computer database. At NO time did the Petitioner "present" himself for their inspection, but forced the Petitioner into their assault, and they arrested the Petitioner's property, and they compelled the Petitioner to be present during their unlawful search, and,

## Count 8 – Assault, kidnapping, perjury, treason, sedition, Conspiracy

116.    On the 8th day of July, in the year two thousand and eleven, the Petitioner was travelling from Paris France, to the land of Texas, when assaulted the Petitioner with their unlawful arrest, and kidnapped the Petitioner into their detention area while they unlawfully searched the Petitioner's property, and as evidenced in the attachments hereto, based on hearsay evidence in their hearsay computer database. At NO time did the Petitioner "present" himself for their inspection, but forced the Petitioner into their assault, and they arrested the Petitioner's property, and they compelled the Petitioner to be present during their unlawful search, and,

## Count 9 – Assault, kidnapping, perjury, treason, sedition, Conspiracy

117.    On the 25th day of September in the year two thousand and eleven, the Petitioner was travelling from London, England, to the land of Pennsylvania, and Napolitano's hired thugs assaulted the Petitioner with their unlawful arrest, and kidnapped the Petitioner into their detention area while they unlawfully searched the Petitioner's property, and as evidenced in the attachments hereto, based on hearsay evidence in their hearsay computer database. At NO time did the Petitioner "present" himself for their inspection, but forced the Petitioner into their assault, and they arrested the Petitioner's property, and they compelled the Petitioner to be present during their unlawful search, and,

## Count 10 – Assault, kidnapping, perjury, treason, sedition, Conspiracy

118.    On the 16th day of December in the year two thousand and eleven, the Petitioner was

travelling from the land of Ontario, to the land of Pennsylvania, and assaulted the Petitioner with their unlawful arrest, and kidnapped the Petitioner into their detention area while they unlawfully searched the Petitioner's property, and as evidenced in the attachments hereto, based on hearsay evidence in their hearsay computer database. At NO time did the Petitioner "present" himself for their inspection, but forced the Petitioner into their assault, and they arrested the Petitioner's property, and they compelled the Petitioner to be present during their unlawful search, and,

### Count 11 – Assault, kidnapping, perjury, treason, sedition, Conspiracy

119.    On the <u>Third</u> day of <u>January</u> in the year <u>Two Thousand and Thirteen</u>, the Petitioner was travelling home to Texas after visiting his daughter and grandchildren on the land of Arizona over Christmas, and at approximately 1:00 PM in the afternoon, the Petitioner was forced to go through Napolitano's gustapo check point on Interstate Highway 10 about 7 miles west of Sierra Blanca, on the land of Texas, well inside any border, and further,

120.    Napolitano's gustapo hired thugs did NOT ask the Petitioner anything, or say anything until they told the Petitioner to keep His hands on the steering wheel, under the martial law military dictatorship, with their guns drawn, and their military uniforms, and the Petitioner followed their ORDERS, because Napolitano's hired thugs have demonstrated numerous times and they have no problem engaging in multiple felonies, and they had guns, and further,

121.    Napolitano's gustapo hired thugs then told the Petitioner to exit His private conveyance, and put his hands on the side of His private conveyance under the martial law military dictatorship, with their guns drawn, and their military uniforms, and the Petitioner followed their ORDERS, because Napolitano's hired thugs have demonstrated numerous times and they have no problem engaging in multiple felonies, and they had guns, and further,

122.    Napolitano's gustapo hired thugs then brought out hand cuffs and were about to put them on the Petitioner, and the Petitioner said; <u>"Why are you arresting Me? I DEMAND to know why you are arresting Me?"</u> At which point  they then asked the Petitioner to go to their building and the Petitioner yelled at Napolitano's hired thugs; <u>"NO, I am NOT going into your building!"</u> and then Napolitano's hired thug <u>Navarez</u>, assaulted the Petitioner, and kidnapped the Petitioner by physically dragging the Petitioner into their building;

**"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence."**

Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery."** State v. Robinson, 145 ME. 77, 72 ATL. 260.

**"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense."** State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

**"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance."** Adams v. State, 121 Ga. 16, 48 S.E. 910.

**"Similarly, a person cannot be convicted of resisting a peace officer in the execution of his duty unless the officer was acting strictly within the limits of his powers and duty. If the officer makes an unlawful arrest, then there is a common law right to resist that arrest."** Police Manual of Arrest, Seizure and Interrogation, 8th Edition, by The Honorable Roger E. Salhany, page 96, and further,

123.    All during this time, they had NOT asked the Petitioner for identification, or what his citizenship was, or who he was, or anything, and it was not until the Petitioner had been unlawfully arrested for about 15 minutes had lapsed, and the Petitioner was sitting in their building, and Montoya asked if the Petitioner had identification, and the Petitioner said; **"Who is in charge here? I want to talk to your boss!"**, at which time the ringleader of these local criminals Captain Lopez, came out of his office and told the Petitioner to come into his office, and then Lopez, and Ramirez told the Petitioner that they were in charge, and that the Petitioner was being "detained" because the license number on His private conveyance had been flagged up, and further,

124.    The Petitioner told Lopez that any restraint is an arrest, and the Petitioner does not care what Lopez wants to call it, and that a "detention" is a military detention, and he has no authority and that he should take the Petitioner out back and blow the Petitioner's brains out because by the time the Petitioner is done, Lopez will wish that he had blown out the brains of the Petitioner, and the Petitioner will do it all within the law,

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189, and further,

125.   The Petitioner demanded to see Lopez's authority and Lopez produced nothing and said nothing, because Lopez knows that he has no authority, and everything Lopez does is under color of law, and further,

126.   During this time the Petitioner was making notes about names of the criminals, and Navaro came up and showed the Petitioner his name tag and said, "**here is my name, go ahead and sue me.**", which evidence of the bencher thugs in the courts and how Napolitano has them in their hip pocket, and the benchers are bought and paid for by these criminals, and they know it, and it is further proof that these benchers will dismiss this case and intend to aid and abet these criminals, and further,

127.   After approximately another 45 minutes, Lopez came out of his office and told the Petitioner that He could leave, with no explanation as to why they had unlawfully arrested the Petitioner, or assaulted the Petitioner, or kidnapped the Petitioner, and further,

128.   Because the Petitioner has had so many lawsuits summarily dismissed by Federal judicial thugs, for "bad faith", like Siebel the bencher thug in New York, or "failure to state a claim upon which relief can be provided" like Wake in Arizona, because the Petitioner refuses to accept their US citizen slave, the Petitioner filed a lawsuit in Texas Courts, and it was assigned case 352-263583-13, and further,

129.   Through the internet, the Petitioner contacted David Felter, at Capitol Process Servers, and made arrangements to effect service, and they attempted service on Napolitano at the address that they normally effect service and the BAR members there said that are not authorized to accept service on Napolitano in her personal capacity, and further,

130.   After providing another fee for service, the Petitioner instructed David Felter to send it by Certified Mail, and make an affidavit stating that they had attempted service, and why it was refused, and how service was effected with copies of the green slip attached as evidence, and after several emails threatening to add Felter to the next lawsuit, after 4 months, they finally provided an emailed affidavit which was close to what the Petitioner had requested, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, at TAB 25, and they have NOT provided an original to provide to the Court, therefore they intend to get sued, and further,

131.   Under Texas Statutes any document that is recorded with the County Recorder is considered evidence because of the "full faith and credit" clause of the Constitution for the United States of America, as well as found in;

**"An Act to amend Article of 3726 of the 1925 Revised Civil Statutes of the State of Texas so as to add the words: "so recorded, after being proved or acknowledged in the manner provided by the laws of this State in force at the time of its registration, or at the time it was proved or acknowledged, or every instrument which has been or hereinafter may be," after the words: "and which has been or hereinafter may be" and before the words: "actually so recorded for ten years," so as to provide that hereinafter any instrument legally on record in the office of the County Clerk shall be admitted in evidence in any suit without the necessity of proving its execution, unless attacked as provided therein, and declaring an emergency.",** which was Approved on June 7, 1927, under Chapter 73. [House Bill No. 73], under the General and Special Laws of the Fortieth Legislature, First Called Session, and under Section 1, which says;

**"Every instrument of writing which is permitted or required by law to be recorded in the office of the Clerk of the County Court, and which has been, or hereinafter may be, so recorded, after being proved or acknowledged in the manner provided by the laws of this State in force at the time of its registration, or at the time it was proved or acknowledged, or every instrument which has been, or hereinafter may be, actually recorded for a period of ten years in the book used by said Clerk for the recording of such instruments, whether proved or acknowledged in such manner or not, shall be admitted as evidence in any suit in this State without the necessity of proving its execution,...",** [emphasis added], and,

132.   All documents that are recorded with the Pinal County Recorder may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx , and,

133.   It is amazing what you can do these days with a complete set of an electronic version of the United States Statutes at Large in *.pdf format that are searchable, because the Petitioner searched for the word "border" in every book and found no mention of a US Border Patrol until an Act entitled;

**"Chap. 204 – An Act making appropriations for the Departments of State and Justice and for the Judiciary; and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1925, and for other purposes"** that was Approved on May 28, 1924 where it says;
**"Regulating immigration : For enforcement of the laws regulating immigration of aliens into the United States, including the contract labor laws ; cost of reports of decisions of the Federal courts, and digests thereof, for the use of the Commissioner General of Immigration; salaries and expenses of all officers, clerks, and employees appointed to enforce said laws, including personal services in the District of Columbia not to exceed $50,000.00 and per diem lieu of subsistence when allowed pursuant to section 13 of the Sundry Civil Appropriation Act approved August 1, 1914 ; enforcement of the provisions of the Act of February 5, 1917, entitled; "An Act to regulate the immigration of aliens to and the residence of aliens in the United States,' and Acts amendatory thereof; necessary supplies, including exchange of typewriting machines, alterations and repairs,**

and for all other expenses authorized by said Act; preventing the unlawful entry of aliens into the United States, by the appointment of suitable officers to enforce the laws in relation thereto; expenses of returning to China all Chinese persons found to be unlawfully in the United States, including the cost of imprisonment and actual expenses of conveyance of Chinese persons Refunding head tax, to the frontier or seaboard for deportation; refunding of head tax, maintenance bills, and immigration fines upon presentation of evidence showing conclusively that collection was made through error of Government officers; all to be expended under the direction of the Secretary of Labor, $4,500,000 : <u>Provided, That at least $1,000,000 of this amount shall be expended for additional land-border patrol of which $100,000 shall be immediately available</u>: Provided further, That the purchase, exchange, use, maintenance, and operation of horse and motor vehicles required in the enforcement of the immigration and Chinese exclusion laws outside of the District of Columbia may be contracted for and the cost thereof paid from the appropriation for the enforcement of those laws, under such terms and conditions as the Secretary of Labor may prescribe: Provided further, That not more than $50,000 of the sum appropriated herein may be expended in the purchase and maintenance of such motor vehicles: Provided further, That not more than $38,000 of this amount shall be expended in the purchase and maintenance of motor vehicles <u>for additional land-border patrol</u>. Volume XLIII, Sixty-Eighth Congress, Session I, under Title IV - Department of Labor – Bureau of Immigration, pg. 240, [emphasis added], and further,

134.    The Petitioner also found Acts entitled;

   a)                        "**Chap 364. An Act Making appropriations for the Departments of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1926, and for other purposes**"; which was <u>Approved</u> on <u>February 27, 1925</u>, which says; "**...Provided, That $1,000,000 of this amount shall be available only for coast and <u>land-border patrol</u>: Provided further, That the purchase, exchange, use, maintenance, and operation of motor vehicles and allowances for horses, including motor vehicles and horses owned by immigration officers when used on official business required in the enforcement of the immigration and Chinese exclusion laws outside of the District of Columbia may be contracted for and the cost thereof aid from the appropriation for the enforcement of those laws, under such terms and conditions as the Secretary of Labor may prescribe : Provided further, That not more than $100,000 of the sum appropriated herein may be expended in the purchase and maintenance of such motor vehicles, and of such sum of $100,000 not more than $88,000 shall be available for the purchase and maintenance of motor vehicles for coast and <u>land-border patrol</u>:..**" Volume XLIII, Sixty-Eighth Congress, Session II, under Title IV - Department of Labor – Bureau of Immigration, pg. 1049, [emphasis added], and,

   b)                        "**CHAP. 44.-An Act Making appropriations to supply urgent deficiencies in certain appropriations for the fiscal year ending June 30, 1926, and prior fiscal years, to provide urgent supplemental appropriations for the fiscal years ending June 30, 1926, and June 30, 1927, and for other purposes**", which was <u>Approved</u> on <u>March 3, 1926</u>, and which says; "**Regulating immigration: For expenses of regulating immigration, including the same objects specified under this head in the Act making appropriations for the Department of Labor for the fiscal year 1926, except personal services in the District of Columbia, $600,000: Provided, That $150,000 of this amount shall be available only for coast and land <u>border patrol</u> of which not to exceed <u>border patrol</u> $25,000 shall be available for**

the purchase and maintenance of motor vehicles." Volume XLIV, Sixty-Ninth Congress, Session I, under Department of Labor – Bureau of Immigration, pg. 177, [emphasis added], and,

c)                    "Chap. 195. An Act making Appropriations for the Department of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1927, and for other purposes."
which was Approved on April 29, 1926, which says;
"Provided, That $1,500,000 of this amount shall be available only for coast and border patrol: Provided further, That the purchase, exchange, use, maintenance, and operation of motor vehicles and allowances for horses, including motor vehicles and horses owned by immigration officers when used on official business required in the enforcement of the immigration and Chinese exclusion laws outside of the District of Columbia may be contracted for and the cost thereof paid from the appropriation for the enforcement of those laws, under such terms and conditions as the Secretary of Labor may prescribe: Provided further, That not more than $175,000 of the sum appropriated herein may be expended in the purchase and maintenance of such motor vehicles, and of such sum of $175,000 not more than For coast and land $150,000 shall be available for the purchase and maintenance of border patrol." Volume XLIV, Sixty-Ninth Congress, Session I, under Title IV - Department of Labor – Bureau of Immigration, pg. 371, [emphasis added], and,

d)                    "CHAP. 189 . An Act Making appropriations for the Departments of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1928, and for other purposes".
which was Approved on February 24, 1927, which says;
"Provided, That $1,600,000 of this amount shall be available only for coast and land-border patrol: Provided further, That the purchase, exchange, use, maintenance, and operation of motor vehicles and allowances for horses, including motor vehicles and horses owned by immigration officers when used on official business required in the enforcement of the immigration and Chinese exclusion laws outside of the District of Columbia may be contracted for and the cost thereof paid from the appropriation for the enforcement of those laws, under such terms and conditions as the Secretary of Labor may prescribe : Provided further, That not more than $150,000 of the sum appropriated herein may be expended in the purchase and maintenance of such motor vehicles, and of such sum of $150,000 not more than $125,000 shall be available for the purchase and maintenance of motor vehicles for coast and land border patrol." Volume XLIV, Sixty-Ninth Congress, Session II, under Title IV - Department of Labor – Bureau of Immigration, pg. 1223, [emphasis added], and,

e)                    "CHAP. 57. An Act Making appropriations for the Departments of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1929, and for other purposes." which was Approved on February 15, 1928, which says;
"Provided, That $1,755,000 of this amount shall be available only for coast and land-border patrol: Provided further, That the purchase, vehicles, exchange, use, maintenance, and operation of motor vehicles and allowances for horses, including motor vehicles and horses owned by immigration officers when used on official business required in the enforcement of the immigration and Chinese exclusion laws outside of the District of Columbia may be contracted for and the cost thereof paid

**from the appropriation for the enforcement of those laws, under such terms and conditions as the Secretary of Labor may prescribe : Provided further, That not more than $150,000 of the sum appropriated herein may be expended in the purchase and maintenance of such motor vehicles, and of such sum of $150,000 not more than $125,000 shall be available for the purchase and maintenance of motor vehicles for coast and land-border patrol."** Volume XLV, Seventieth Congress, Session I, under Title IV - Department of Labor – Bureau of Immigration, pg. 107, [emphasis added], and,

f)          **"CHAP. 102. An Act Making appropriations for the Departments of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1930, and for other purposes."**
which was Approved on <u>January 25, 1929</u>, which says;
**"Provided, That $1,918,440 of this amount shall be available only for coast and <u>land-border patrol</u>: Provided further, That the purchase, vehicles, exchange, use, maintenance, and operation of motor vehicles and allowances for horses, including motor vehicles and horses owned <u>by immigration officers</u> when used on official business required in the enforcement of the immigration and Chinese exclusion laws outside of the District of Columbia may be contracted for and the cost thereof paid from the appropriation for the enforcement of those laws, under such terms and conditions as the Secretary of Labor may prescribe : Provided further, That not more than $150,000 of the sum appropriated herein may be expended in the purchase and maintenance of such motor vehicles, and of such sum of $150,000 not more than $125,000 shall be available for the purchase and maintenance of motor vehicles for coast and <u>land-border patrol</u>."** Volume XLV, Seventieth Congress, Session II, under Title IV - Department of Labor – Bureau of Immigration, pg. 1137, [emphasis added], and

g)          **"CHAP. 707. An Act Making appropriations to supply deficiencies in certain appropriations for the fiscal year ending June 30, 1929, and prior fiscal years, to provide supplemental appropriations for the fiscal years ending June 30, 1929, and June 30, 1930, and for other purposes."**
which was Approved on <u>March 4, 1929</u>, which says;
**"The allotment for the coast and land-border patrol, fixed by the Act making appropriations for the Department of Labor for the fiscal year 1930, is hereby reduced from $1,918,440 to $1,868,440."** In Volume XLV, Seventieth Congress, Session II, under Department of Labor – Bureau of Immigration, pg. 1647, [emphasis added], and,

h)          the Petitioner has found similar appropriations in,
  i.  **"CHAP. 184. An Act Making appropriations for the Departments of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1931, and for other purposes."** which was Approved on <u>April 18, 1930</u>, in Volume XLVI, Seventy-First Congress, Session II, under Title IV - Department of Labor – Bureau of Immigration, pg. 1647, and;

  ii.  **"CHAP. 280. An Act Making appropriations for the Departments of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1932, and for other purposes."** which was Approved on <u>February 23, 1931</u>, in Volume XLVI, Seventy-First Congress, Session II, under Title IV - Department of Labor – Bureau of Immigration, pg. 1647, and;

iii. **"CHAP. 12. An Act Making appropriations to supply deficiencies in certain appropriations for the fiscal year ending June 30, 1932, and prior fiscal years, to provide supplemental appropriations for the fiscal years ending June 30, 1932, and for other purposes."** which was Approved on <u>February 2, 1932</u>, in Volume XLVII, Seventy-Second Congress, Session II, under Department of Labor – Bureau of Immigration, pg. 24,and;

iv. **"CHAP. 361. An Act Making appropriations for the Departments of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1933, and for other purposes."** which was Approved on <u>July 1, 1932</u>, in Volume XLVII, Seventy Second Congress, Session II, under Title IV - Department of Labor – Bureau of Immigration, pg. 520,and;

v. **"CHAP. 144. An Act Making appropriations for the Departments of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1934, and for other purposes."** which was Approved on <u>March 1, 1933</u>, in Volume XLVII, Seventy-Second Congress, Session II, under Title IV - Department of Labor – Bureau of Immigration, pg. 1410,and;

i)         In 1938 they started calling it the <u>Immigration Border Patrol</u> in their appropriations; **"CHAP. 180. An Act Making appropriations for the Departments of State and Justice and for the Judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1939, and for other purposes."**
which was Approved <u>on April 27, 1938</u>, which says;
**"Salaries, field service : For salaries of field personnel of the Immigration and Naturalization Service, including the personnel of the <u>Immigration Border Patrol</u>...General expenses (other than salaries) : For all expenses of the Immigration and Naturalization Service, including the <u>Immigration Border Patrol,</u> incurred in the enforcement of the laws regulating the immigration..."** Volume 52, Seventy-Fifth Congress, Session III, under Title IV - Department of Labor – Immigration and Naturalization Service, pg. 286, & 287, [emphasis added] and;

j)         the Petitioner has found similar appropriations in,
  i. **"CHAP. 249. An Act Making appropriations for the Labor Department, for the fiscal year ending June 30, 1940, and for other purposes."** which was Approved on <u>March 1, 1933</u>, in Volume 53, Seventy-Sixth Congress, Session I, under Department of Labor – Immigration and Naturalization Service, pg. 922, & 923,and;

  ii. **"CHAP. 428. An Act Making appropriations for the Department of Labor, the Federal Security Agency, and related independent agencies, for the fiscal year ending June 30, 1941, and for other purposes."** which was Approved on <u>June 26, 1940</u>, in Volume 54, Seventy-Sixth Congress, Session III, under
  1.         Title I - Department of Labor – Immigration and Naturalization Service, pg. 576, & 577,which ends with **<u>"This Title may be cited at the "Department of Labor Appropriation Act, 1941</u>"**, on page 580, and
  2.         Title II - Federal Security Agency, ends with **<u>"This Title may be cited at the "Federal Security Agency Appropriation Act, 1941</u>"**, on page 594, and;
  3.         Title III – Employees' Compensation Commission, ends with **<u>"This Title may be cited at the "Employees' Compensation Commission Appropriation Act, 1941</u>"**, on page 595, and,

4.　　　　　　Title IV, National Labor Relations Board, ends with **"This Title may be cited at the "National Labor Relations Board Appropriation Act, 1941"**, on page 595, and,

5.　　　　　　Title V, National Mediation Board, ends with **"This Title may be cited at the "National Mediation Board Appropriation Act, 1941"**, on page 596, and,

6.　　　　　　Title II, Federal Security Agency, ends with **"This Title may be cited at the "National Mediation Board Appropriation Act, 1941"**, on page 596, and,

7.　　　　　　Title VI, Railroad Retirement Board, ends with **"This Title may be cited at the "Railroad Retirement Board Appropriation Act, 1941"**, on page 597, and,

8.　　　　　　Title VII, General Provisions, ends with **"This Act may be cited at the "Labor - Federal Security Appropriation Act, 1941"**, on page 594, and,

iii. **"Public Law 87-741. An Act making appropriations for sundry independent executive bureaus, boards, commissions, corporations, agencies and offices, for the fiscal year ending June 30, 1963, and for other purposes."** which was Approved on <u>October 3, 1962</u>, in Volume 76, Eighty-Seventh Congress, under Title I – Executive Office of the President – General Services Administration – Construction, Public Buildings Projects, at 76 Stat. 723 & 724, and,

iv. **"Public Law 88-215. An Act making appropriations for sundry independent executive bureaus, boards, commissions, corporations, agencies and offices, for the fiscal year ending June 30, 1964, and for other purposes."** which was Approved on <u>December 19, 1963</u>, in Volume 77, Eighty-Eighth Congress, under Title I – Executive Office of the President – General Services Administration – Construction, Public Buildings Projects, at 77 Stat. 432 & 433, and,

v. **"Public Law 89-555. An Act making appropriations for sundry independent executive bureaus, boards, commissions, corporations, agencies and offices, for the fiscal year ending June 30, 1967, and for other purposes."** which was Approved on <u>September 6, 1966</u>, in Volume 80, Eighty-Ninth Congress, under Title I – Executive Office of the President – General Services Administration – Construction, Public Buildings Projects, at 80 Stat. 670, and,

vi. **"Public Law 92-49. An Act making appropriations for the Treasury Department, the United States Postal Service, the Executive Office of the President, and certain independent agencies, for the fiscal year ending June 30, 1972, and for other purposes."** which was Approved on <u>July 9, 1971</u>, in Volume 85, Ninety-Second Congress, under Title IV – Independent Agencies – General Services Administration - Public Buildings Service – Operating Expenses, at 85 Stat. 116, and,

vii. **"Public Law 93-381. An Act making appropriations for the Treasury Department, the United States Postal Service, the Executive Office of the President, and certain independent agencies, for the fiscal year ending June 30, 1972, and for other purposes."** which was Approved on <u>August 21, 1974</u>, in Volume 88, Ninety-Third Congress, under Title IV – Independent Agencies – General Services Administration – Federal Buildings Fund – Limitations on Availability of Revenue, at 88 Stat. 625, and,

viii. **"Public Law 101-164. An Act making appropriations for the Department of Transportation, and related agencies for the fiscal year ending September 30, 1990, and for other purposes."** which was Approved on <u>November 21, 1989</u>, in Volume 103, One Hundred and First Congress, under Title IV – Emergency Drug Funding - Chapter I - Department of Justice - Immigration and Naturalization Service - Salaries and Expenses, at 101 Stat. 1102, and,

ix. **"Public Law 102-140. An Act making appropriations for the Departments of Commerce, Justice, and State, the judiciary and related agencies for the fiscal year ending September 30, 1992, and for other purposes."** which was Approved on <u>October 28, 1991</u>, in Volume 105, One Hundred and Second Congress, under Title I – Department of Justice and Related Agencies – Department of Justice – Immigration and Naturalization Service - Salaries and Expenses, at 105 Stat 790, and,

x. **"Public Law 102-141. An Act making appropriations for the Treasury Department, the United States Postal Service, the Executive Office of the President, and certain Independent Agencies for the fiscal year ending September 30, 1992, and for other purposes."** which was Approved on <u>October 28, 1991</u>, in Volume 105, One Hundred and Second Congress, under Title III – Executive Office of the President – Special Forfeiture Fund – (Including Transfer of Funds), at 105 Stat. 847, and,

xi. **"Public Law 102-393. An Act making appropriations for the Treasury Department, the United States Postal Service, the Executive Office of the President, and certain independent agencies, for the fiscal year ending September 30, 1993, and for other purposes."** which was Approved on <u>October 6, 1992</u>, in Volume 106, One Hundred and Second Congress, under Title III – Executive Office of the President – Special Forfeiture Fund – (Including Transfer of Funds), at 106 Stat. 1742, and under Title IV – Independent Agencies – General Services Administration – Federal Buildings Fund – (Limitations on Availability of Revenue), at 106 Stat. 1744, and,

xii. **"Public Law 103-160. An Act to authorize appropriations for fiscal year 1994 for the military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy, to prescribe personnel strengths for such fiscal year for the Armed Forces, and for other purposes."** which was Approved on <u>November 30, 1993</u>, in Volume 107, One Hundred and Third Congress, under Subtitle C – Personnel Adjustment, Education and Training Programs – § 1153 Assistance to separated members to obtain employment with healthcare providers – (d) Study on Expansion of the Law Enforcement Placement Program to Include the Border Patrol, at 107 Stat. 1797, and,

xiii. **"Public Law 104-4. An Act Making emergency supplemental appropriations for additional disaster assistance, for anti-terrorism initiatives, for assistance in the recovery from the tragedy that occurred at Oklahoma City, and making rescissions for the fiscal year ending September 30, 1995, and for other purposes."** which was Approved on <u>July 27, 1995</u>, in Volume 109, One Hundred and Fourth Congress, under Independent Agencies – General Services Administration – Federal Buildings Fund – Limitations on the Availability of Revenue - (Rescission), at 109 Stat. 228, and,

xiv. **"Public Law 104-134. An Act Making appropriations for fiscal year 1996, and to make a further down payment toward a balanced budget, and for other purposes."**

which was Approved on <u>April 26, 1996</u>, in Volume 110, One Hundred and Fourth Congress, under

1.               Title I – Department of Justice – Immigration and Naturalization Service – Salaries and Expenses, at 110 Stat. 1321-7, and,

2.               Title I – Department of Justice – Immigration and Naturalization Service – Violent Crime Reduction Programs, at 110 Stat. 1321-8, and,

xv. **"Public Law 104-208. An Act Making omnibus consolidated appropriations for the fiscal year ending September 30, 1997, and for other purposes."** which was Approved on <u>September 30, 1996</u>, in Volume 110, One Hundred and Fourth Congress, under,

1.               Division C – Illegal Immigration Reform and Immigrant Responsibility Act of 1996 - Title I – Improvements to Border Control, Facilitation of Legal Entry, and Interior Enforcement – Subtitle A – Improved Enforcement at the Border – Sec. 101. Border Patrol Agents and support Personnel, at 110 Stat 3009-553 and 110 Stat 3009-554, and,

2.               Division C – Illegal Immigration Reform and Immigrant Responsibility Act of 1996 - Title I – Improvements to Border Control, Facilitation of Legal Entry, and Interior Enforcement – Subtitle A – Improved Enforcement at the Border – Sec. 102. Improvement of Barriers at the Border, at 110 Stat 3009-555, and,

3.               Division C – Illegal Immigration Reform and Immigrant Responsibility Act of 1996 - Title I – Improvements to Border Control, Facilitation of Legal Entry, and Interior Enforcement – Subtitle A – Improved Enforcement at the Border – Sec. 111. Submission of Final Plan on Realignment of Border Patrol Positions from Interior Stations, at 110 Stat 3009-559, and,

4.               Division C – Illegal Immigration Reform and Immigrant Responsibility Act of 1996 - Title III – Inspection, Apprehension, Detention, Adjudication, and Removal of Inadmissible and Deportable Aliens – Subtitle A – Revision of Procedures for Removal of Aliens – Sec. 303 Apprehension an Detention of Aliens (Revised Sec. 236) – Sec. 236 (d) Identification of Criminal Aliens at 110 Stat. 3009-586, and,

5.               Division C – Illegal Immigration Reform and Immigrant Responsibility Act of 1996 - Title III – Inspection, Apprehension, Detention, Adjudication, and Removal of Inadmissible and Deportable Aliens – Subtitle B – Criminal Alien Provisions – Sec. 330. Prisoner Transfer Treaties – (e) Training Foreign Law Enforcement Personnel, at 110 Stat. 3009-632, and 110 Stat. 3009-633, and,

6.               Division C – Illegal Immigration Reform and Immigrant Responsibility Act of 1996 - Title III – Inspection, Apprehension, Detention, Adjudication, and Removal of Inadmissible and Deportable Aliens – Subtitle B – Miscellaneous Amendments to the Immigration and Nationality Act – Sec. 626. Services to Family Members of Immigration Officers and Border Patrol Agents Killed in the Line of Duty, at 110 Stat. 3009-700, and,

7.               Division C – Illegal Immigration Reform and Immigrant Responsibility Act of 1996 - Title III – Inspection, Apprehension, Detention, Adjudication, and Removal of Inadmissible and Deportable Aliens – Subtitle D – Other Provisions – Sec. 658. Border Patrol Museum, at 110 Stat. 3009-720, and,

xvi. **"Public Law 105-277. An Act Making omnibus consolidated and emergency appropriations for the fiscal year ending September 30, 1999, and for other purposes."** which was Approved on <u>October 21, 1998</u>, in Volume 112, One Hundred and Fifth Congress, under

1.            Title I – Department of Justice – Immigration and Naturalization Service – Enforcement and Border Affairs, at 112 Stat. 2681-58, and,
2.            Title I – Department of Justice – Immigration and Naturalization Service – Construction, at 112 Stat. 2681-59, and,
3.            Title VIII – Western Hemisphere Drug Elimination – Subtitle E – Enhanced Drug Transit and Source Zone Law Enforcement Operations and Equipment – Sec. 852. Funding for Computer Software and Hardware to Facilitate Direct Communication Between Drug Enforcement Agencies, at 112 Stat. 2681-706, and,

xvii. **"Public Law 106-31. An Act Making emergency supplemental appropriations for the fiscal year ending September 30, 1999, and for other purposes."** which was Approved on <u>May 21, 1999</u>, in Volume 113, One Hundred and Sixth Congress, under Title III – Supplemental Appropriations – Chapter 9 – Executive Office of the President and Funds Appropriated to the President – Federal Drug Control Programs – High Intensity Drug Trafficking Areas Program - (Including Transfer of Funds), at 113 Stat. 97, and,

xviii. **"Public Law 106-113. An Act Making consolidated appropriations for the fiscal year ending September 30, 2000, and for other purposes."** which was Approved on <u>November 29, 1999</u>, in Volume 113, One Hundred and Sixth Congress, under
1.            Appendix A – H.R. 3421 – Title I - Department of Justice – Immigration and Naturalization Service – Enforcement and Border Affairs, at 113 Stat. 1501A-10, and,
2.            Appendix A – H.R. 3421 – Title I - Department of Justice – Immigration and Naturalization Service – Construction, at 113 Stat. 1501A-12, and,

xix. **"Public Law 106-553. An Act Making appropriations for the government of the District of Columbia and other activities chargeable in whole or in part against the revenues of said district for the fiscal year ending September 30, 2001, and for other purposes."** which was Approved on <u>December 21, 2000</u>, in Volume 114, One Hundred and Sixth Congress, under
1.            Appendix B – H.R. 5548 - Title I – Department of Justice – Immigration and Naturalization Service – Enforcement and Border Affairs, at 114 Stat. 2762A-58, and,
2.            Appendix B – H.R. 5548 - Title I – Department of Justice – Immigration and Naturalization Service – Construction, at 114 Stat. 2762A-60, and,

xx. **"Public Law 107-77. An Act Making appropriations for the Departments of Commerce, Justice, and State, the Judiciary, and related agencies for the fiscal year ending September 30, 2002, and for other purposes."** which was Approved on <u>November 28, 2001</u>, in Volume 115, One Hundred and Seventh Congress, under
1.            Title I – Department of Justice – Immigration and Naturalization Service – Enforcement and Border Affairs, at 115 Stat. 755, and,
2.            Title I – Department of Justice – Immigration and Naturalization Service – Construction, at 115 Stat. 757, and,

xxi. **"Public Law 107-248. An Act Making appropriations for the Department of Defense for the fiscal year ending September 30, 2003, and for other purposes."** which was Approved on <u>October 23, 2002</u>, in Volume 116, One Hundred and Seventh Congress, under Title VIII – General Provisions – Sec. 8150, at 116 Stat 1573, and,

xxii. **"Public Law 107-273. An Act Making appropriations for the Department of Justice for the fiscal year 2002, and for other purposes."** which was Approved on November 2, 2002, in Volume 116, One Hundred and Seventh Congress, under

1.  Division A – 21st Century Department of Justice Appropriations Authorization Act - Title I – Authorization of Appropriations for fiscal years 2002 and 2003 – Sec. 101. Specific sums Authorized to be Appropriated for Fiscal Year 2002, - (12) Immigration and Naturalization Service at 116 Stat 1763, and,

2.  Division A – 21st Century Department of Justice Appropriations Authorization Act - Title I – Authorization of Appropriations for fiscal years 2002 and 2003 – Sec. 102. Specific sums Authorized to be Appropriated for Fiscal Year 2003, - (11) Immigration and Naturalization Service at 116 Stat 1765, and,

xxiii. **"Public Law 108-7. Joint Resolution Making consolidated appropriations for the fiscal year ending September 30, 2003, and for other purposes."** which was Approved on February 20, 2003, in Volume 117, One Hundred and Eighth Congress, under

1.  Division B – Commerce, Justice, and State, the Judiciary and Related Agencies Appropriations, 2003 - Title I – Department of Justice - Immigration and Naturalization Service – Immigration Enforcement and Border Affairs, at 117 Stat. 57, and,

2.  Division B – Commerce, Justice, and State, the Judiciary and Related Agencies Appropriations, 2003 - Title I – Department of Justice - Immigration and Naturalization Service – Construction, at 117 Stat. 58, and,

xxiv. **"Public Law 108-11. An Act Making emergency wartime supplemental appropriations for the fiscal year 2003, and for other purposes."** which was Approved on April 16, 2003, in Volume 117, One Hundred and Eighth Congress, under Chapter 6 – Homeland Security - General Provisions, This Chapter – Sec. 1603, at 117 Stat 585, and,

xxv. **"Public Law 108-90. An Act Making appropriations for the Department of Homeland Security for the fiscal year ending September 30, 2004, and for other purposes."** which was Approved on October 1, 2003, in Volume 117, One Hundred and Eighth Congress, under Title II – Security Enforcement and Investigations – Customs and Border Protection - Salaries and Expenses, at 117 Stat 1139, and,

xxvi. **"Public Law 108-334. An Act Making appropriations for the Department of Homeland Security for the fiscal year ending September 30, 2005, and for other purposes."** which was Approved on October 18, 2004, in Volume 118, One Hundred and Eighth Congress, under Title II – Security Enforcement and Investigations – Border and Transportation Security - Customs and Border Protection - Salaries and Expenses, at 118 Stat 1300, and,

xxvii. **"Public Law 109-13. An Act Making emergency supplemental appropriations for Defense, the Global War on Terror, and Tsunami Relief, for the fiscal year ending September 30, 2005, and for other purposes."** which was Approved on May 11, 2005, in Volume 119, One Hundred and Ninth Congress, under Division A – Emergency Supplemental Appropriations for Defense, the Global War on Terror, and Tsunami Relief, 2005 - Title III – Domestic Appropriations for the War on Terror – Chapter 2 – Department of Homeland Security – Customs and Border Protection – Salaries and Expenses, at 119 Stat. 269, and,

xxviii. **"Public Law 109-295. An Act Making appropriations for the Department of Homeland Security for the fiscal year ending September 30, 2007, and for other purposes."** which was Approved on <u>October 4, 2006</u>, in Volume 120, One Hundred and Ninth Congress, under Title II – Security Enforcement and Investigations – United States Customs and Border Protection - Salaries and Expenses, at 120 Stat 1358, and,

xxix. **"Public Law 109-364. An Act Making appropriations for fiscal year 2007 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy to prescribe military personnel strengths for such fiscal year, and for other purposes."** which was Approved on <u>October 17, 2006</u>, in Volume 120, One Hundred and Ninth Congress, under Title X – General Provisions – Subtitle E - Reports – Sec. 1045. Report on Incentives to Encourage Certain Members and Former Members of the Armed Forces to Serve in the Bureau of Customs and Border Protection, at 120 Stat 2393, and,

xxx. **"Public Law 110-28. An Act Making emergency supplemental appropriations and additional supplemental appropriations for agriculture and other emergency assistance for the fiscal year ending September 30, 2007, and for other purposes."** which was Approved on <u>May 25, 2007</u>, in Volume 121, One Hundred and Tenth Congress, under Title III – Additional Defense, International Affairs, and Homeland Security Provisions – Chapter 5 – Department of Homeland Security – United States Customs and Border Protection – Salaries and Expenses – (Including Transfer of Funds), at 121 Stat 140, and, .

xxxi. **"Public Law 110-92. Joint Resolution Making continuing appropriations for the fiscal year 2008, and for other purposes."** which was Approved on <u>September 29, 2007</u>, in Volume 121, One Hundred and Tenth Congress, under Sec. 131., at 121 Stat 993, and,

xxxii. **"Public Law 111-230. An Act Making emergency supplemental appropriations for border security for the fiscal year ending September 30, 2010, and for other purposes."** which was Approved on <u>August 13, 2010</u>, in Volume 124, One Hundred and Eleventh Congress, under

  1. Title I – Department of Homeland Security – US Customs and Border Protection – Salaries and Expenses, at 124 Stat 2485, and,
  2. Title I – Department of Homeland Security – US Customs and Border Protection – Construction and Facilities Management, at 124 Stat 2486, and,
  3. Title I – Department of Homeland Security – Federal Law Enforcement Training Center – Salaries and Expenses, at 124 Stat 2485, and,

xxxiii. **"Public Law 111-383. An Act To authorize appropriations for fiscal year 2011 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy to prescribe military personnel strengths for such fiscal year, and for other purposes."** which was Approved on <u>January 7, 2011</u>, in Volume 120, One Hundred and Eleventh Congress, under Title X – General Provisions – Subtitle F – Studies and Reports – Sec. 1057. Comptroller General Study on Recommendations Regarding Security of Southern Land Border of the United States – (c) Specific Steps to be Considered, at 124 Stat 4361, and,

xxxiv. **"Public Law 112-6. Joint Resolution Making further continuing appropriations for fiscal year 2011, and for other purposes."** which was Approved on <u>March 18, 2011</u>, in Volume 125, One Hundred and Twelfth Congress, under Sec. 257., at 125 Stat 26, and,

xxxv. **"Public Law 112-10. An Act Making appropriations for the Department of Defense, and the other Departments and agencies of the government for the fiscal year ending September 30,2011, and for other purposes."** which was Approved on <u>April 15, 2011</u>, in Volume 125, One Hundred and Twelfth Congress, under Division B – Full Year Continuing Appropriations, 2011 – Title VI – Homeland Security – Sec. 1608., at 125 Stat 140, and,

xxxvi. **"Public Law 112-175. Joint Resolution Making continuing appropriations for fiscal year 2013, and for other purposes."** which was Approved on <u>September 28, 2012</u>, in Volume 126, One Hundred and Twelfth Congress, under Sec. 136., at 126 Stat 1320, and, further,

135.    The Petitioner found a few appropriations Acts that did much more than appropriate funds, but these criminals named herein each know that no appropriations Act is positive law, and no resolution is positive law, therefore they are all by definition "color of law" as evidenced in the <u>Corporate Denial Affidavit 062013</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2013-032373</u>, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and <u>public policy</u>, and further,

136.    The Petitioner found a few Acts that talked about these unauthorized, unconstitutional Border Patrol thugs, like;

a)             **"Public Law 100-690. An Act to prevent manufacturing, distribution, and use of illegal drugs, and for other purposes."** which was Approved on <u>November 18, 1988</u>, in Volume 102, One Hundredth Congress, under Sec. 6161, & Sec. 6162, of Subtitle D – Authorizations of Appropriations for the Department of Justice, Prisons, and related Law Enforcement Purposes, at 100 Stat. 4349, and,

b)             **"Public Law 101-647. An Act to control crime."** which was Approved on <u>November 29, 1990</u>, in Volume 104, One Hundred and First Congress, under Title VII – Federal Law Enforcement and Judicial Assistance, Sec. 701, Additional Authorizations, at 104 Stat. 4825, and,

c)             **"Public Law 101-649. An Act to amend the Immigration and Nationality Act, to change the level and preference system for admission of immigrants to the United States, and to provide for administrative naturalization, and for other purposes."** which was Approved on <u>November 29, 1990</u>, in Volume 104, One Hundred and First Congress, under Subtitle D – General Enforcement, Sec. 541. Authorizing Increase by 1,000 in Border Patrol personnel., at 104 Stat. 5057, and,

d)             **"Public Law 103-322. An Act to control and prevent crime."**

which was Approved on <u>September 13, 1994</u>, in Volume 108, One Hundred and Third Congress, under Title XIII – Criminal Aliens and Immigration Enforcement – § 130006 Improving Border Controls, at 108 Stat. 2028 & 108 Stat. 2029, and,

e) **"Public Law 107-56. An Act to deter and punish terrorist acts in the United States and around the world, to enhance law enforcement investigatory tools, and for other purposes."** which was Approved on <u>October 26, 2001</u>, in Volume 115, One Hundred and Seventh Congress, under Title IV – Protecting the Border – Subtitle A – Protecting the Northern Border – Sec. 402. Northern Border Personnel, at 115 Stat. 342, and,

f) **"Public Law 107-173. An Act to enhance the border security of the United States, and for other purposes."** which was Approved on <u>May 14, 2002</u>, in Volume 116, One Hundred and Seventh Congress, under Title I – Funding – Sec. 101. Authorization of Appropriations for Hiring and Training Government Personnel – (b) Authorization of Appropriations for INS Staffing, at 116 Stat 545, and,

g) **"Public Law 107-296. An Act to establish the Department of Homeland Security, and for other purposes."** which was Approved on <u>November 2, 2002</u>, in Volume 116, One Hundred and Seventh Congress, under,
   i. Title IV – Directorate of Border and Transportation Security – Subtitle D – Immigration Enforcement Functions - Sec. 441. Transfer of Functions to Under Secretary for Border and Transportation Security, at 116 Stat 2192, and,
   ii. Title VI – Management – Sec. 701. Under Secretary for Management – (b) Immigration - (2) Transfer of Functions, at 116 Stat 2219, and,

h) **"Public Law 108-458. An Act to Reform the intelligence community and the intelligence and intelligence-related activities of the United States government, and for other purposes."** which was Approved on <u>December 17, 2004</u>, in Volume 118, One Hundred and Eighth Congress, under
   i. Title V – Border Protection, Immigration and Visa Matters – Subtitle A – Advanced Technology Northern Border Security Pilot Program – Sec. 5102. Program Requirements, at 118 Stat. 3732, and,
   ii. Title V – Border Protection, Immigration and Visa Matters – Subtitle B – Border and Immigration Enforcement – Sec. 5202. Increase in Full-Time Border Patrol Agents, at 118 Stat. 3734, and,
   iii. Title VII – Implementation of 9/11 Commission Recommendations – Subtitle B – Terrorist Travel and Effective Screening – Sec. 7201. Counter Terrorist Travel Intelligence, at 118 Stat. 3809, and,

i) **"Public Law 109-347. An Act To improve maritime and cargo security through enhanced layered defenses, and for other purposes."** which was Approved on <u>October 13, 2006</u>, in Volume 120, One Hundred and Ninth Congress, under Title I – Security of United States Seaports – Subtitle B – Port Operations – Sec. 126. Border Patrol United for United States Virgin Islands, at 118 Stat. 3809, and further,

137. The Petitioner also did a search for the word "customs" and found the first Customs Act that was the 5th piece of legislation passed by Congress, after the approval and adoption of the Constitution for the United States of America;

**"Chap. V – An Act to regulate the collection of duties imposed by law on the tonnage of ships or vessels, and on goods, wares and merchandise imported into the United States"** that was <u>Approved</u> on <u>July 31, 1789</u>,

but it is clearly about shipping, and merchandise, all of which is commercial, and has always been under the Treasury Department, which is further evidence that it is commercial, and has absolutely nothing with travelers, and none of the Customs Acts subsequent to that described have anything to do with travelers, to this day, although they have recently moved it under the Department of Homeland Security, with Napolitano and her thugs, and further,

138.    The Petitioner has searched the Statutes at Large for Arizona, and Texas, and United States, and the Arizona Statutes at Large ALWAYS have a certification by the Secretary of State as to the authenticity of the Statutes, and the same for Texas, and the US Secretary of State is required to authenticate all federal Statutes under;

**"Chap. XIV – An Act to provide for the safe-keeping of the Acts, Records, and Seal of the United States, and for other purposes."** that was <u>Approved</u> on <u>Sept. 15, 1789</u>, First Congress, Session I, under Section 1., it says;
**"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the Executive department, denominated the Department of Foreign Affairs, shall hereinafter be denominated the Department of State, and the principal officer therein shall hereinafter be called the Secretary of State."**

and under Sec. 2., it says;
**"And be it further enacted, That whenever a bill, order, resolution, or vote of the Senate and House of Representatives, having been approved and signed by the President of the United States…and thereby become a law or take effect, it shall, in such case, be received by the said Secretary from the President of the Senate, or the Speaker of the House of Representatives, in whatsoever House it shall last have been so approved; and said Secretary shall, as soon as conveniently may be, after he shall receive the same, cause such law, order, resolution, and vote,…<u>one printed copy to be delivered to each Senator and Representative of the United States, and two printed copies duly authenticated to be sent to the Executive authority of each State</u>, and he shall carefully <u>preserve the originals</u>, and shall cause the same to be recorded in books to be provided for the purpose."** [emphasis added],

and under Sec. 5., it says;
**"And be it further enacted. That the said Secretary shall cause a seal of office to be made for the said department of such device as the President of the United States shall approve, and <u>all copies of records and papers in said office, authenticated under said seal, shall be evidence equally as the original record or paper.</u>"** [emphasis added],

and the Petitioner has also found;
**"Chap. LXI – An Act for authenticating certain Records."** that was <u>Approved</u> on <u>Feb. 22, 1849</u>, Thirtieth Congress, Session II, under Section 1., it says;
**"Be it further enacted, That the Solicitor of the Treasury shall cause a seal to be made and provided for his office, with such device as the President of the United States shall**

approve, and copies of any public documents, records, books, or papers belonging to or on the files of the said office, <u>under the signature of the said Solicitor…accompanied by an impress of the said seal, shall be competent evidence in all cases equally with the original records, documents, books, or papers.</u>", [emphasis added], and,

under Sec. 2., it says;
"*And be it further enacted,* That the said Secretary shall cause a seal of office to be made for the said department of such device as the President of the United States shall approve, and <u>all copies of records and papers in said office, authenticated under said seal, shall be evidence equally as the original record or paper.</u>" [emphasis added], and,

under Sec. 3., it says;
"*And be it further enacted,* <u>That all books, papers, documents, and records in the War, Navy, Treasury, and Post-Office Departments, and the Attorney-General's office, may be copied and certified under seal in the same manner as those in the State Department may now by law be, and with the same force and effect,</u> and the said Attorney-General shall cause a seal to be made and provided for his office, with such device as the President of the United States shall approve." [emphasis added],

and the Petitioner has NOT found any authentications by the Secretary of State anywhere in the Statutes at Large, therefore, they are NOT authentic, and are a fraud, and, the Petitioner went to the Congressional Record where Napolitano's so-called Patriot Act, and Napolitano's Department of Homeland Security Act (what a joke!!) were supposed to have been approved, and the Petitioner found that the <u>Enhanced Border Security and Visa Entry Reform Act of 2001</u> the Bill, <u>H.R. 3525</u>; was passed using an emergency as justification to suspend the rules on <u>May 8, 2002</u>, when The SPEAKER pro tempore said;

"**The question on the motion offered by the gentleman from Wisconsin (Mr. Sensenbrenner) that the House <u>suspend the rules</u> and concur in the Senate amendments to the bill H.R. 3525 on which the yeas and nays are ordered.**", United States of America, Congressional Record, Proceedings and Debates of the 107th Congress, Second Session, Volume 148 - Part 5, April 25, 2002 to May 8, 2002 (pages 5691 to 7219), at page 7144, and,

emergency was used as a justification to suspend the rules to pass the <u>Uniting and Strengthening America by Providing Tools Required to Intercept and Obstruct Terrorism (USA Patriot) Act of 2001</u>, where Mr. Sensenbrenner said;

"**Mr. Speaker, I move to suspend the rules and pass the bill (H.R. 3162) to deter and punish terrorist acts in the United States and around the world, to enhance law enforcement investigatory tools, and for other purposes.**" United States of America, Congressional Record, Proceedings and Debates of the 107th Congress, First Session, Volume 147 – No. 142, Tuesday October 23, 2001, at page H7159,

emergency was used as justification to pass the <u>Homeland Security Act of 2002</u> in the Senate where Mr. Byrd said;

**"Mr. President, many Senators feel that they are under great pressure from the administration to pass this bill that is before us – <u>a bill that contains 484 pages</u>. Here it is. This is the 484 page bill that was passed by the House of Representatives – a new bill, passed by the House quickly, without adequate debate, dumped into the laps of Senators, and we contributed to our own problem by invoking cloture on the amendment last Friday."** United States of America, Congressional Record, Proceedings and Debates of the 107th Congress, Second Session, Volume 148 - Part 17, November 15, 2002 to December 16, 2002 (pages 22693 to 23568), at page 22947, [emphasis added], and,

the obvious emergency is further exposed when Mr. Gramm says;
**"Mr. President, it is my understanding that we have 2 minutes remaining."**, and

the Presiding Officer said;
**"Two minutes."**, and

Mr Gramm said;
**"I could hardly say what I feel in my heart in 2 minutes."**, and

then after 2 minutes the Presiding Officer says;
**"All time has expired. The question is on the engrossment of the amendments and the third reading of the bill. The amendments were ordered to be engrossed and the bill to be read a third time."**, United States of America, Congressional Record, Proceedings and Debates of the 107th Congress, Second Session, Volume 148 - Part 17, November 15, 2002 to December 16, 2002 (pages 22693 to 23568), at page 23054, and

then the record shows that the 484 page bill was read a third time, which means that they read just the Bill Number and the title and that was all, as they even admit on other occasions, and it is painfully obvious, because if they were all forced to sit through somebody reading a 484 page bill – for a week or so – they would come up with shorter bills, and they are using emergencies as an excuse to throw their rules out the window,

**"Emergency does not create power. Emergency does not increase granted power or remove or diminish the restrictions imposed upon power granted or reserved. The Constitution was adopted in a period of grave emergency. Its grants of power to the Federal Government and its limitations of the power of the States were determined in the light of emergency, and they are not altered by emergency."** Home Building and Loan Association v Blaisdel, 290 US 398 (1934),

or their so-called laws are not authentic, either way, Napolitano and her gustapo thugs have no authority whatsoever to assault the Petitioner, or kidnap the Petitioner, or even communicate with the Petitioner, and further,

139.    These criminals named herein each know that the Petitioner is NOT an immigrant and has NEVER been an immigrant, as found in <u>Paragraph Eight</u>, in the <u>Solemn Asseveration of Criminal Complaint – Barak Obama and hired thugs</u>, which is recorded with the <u>Pinal County</u>

Recorder at Fee Number 2011-098476, a true copy of which is attached hereto, at TAB 20, all of which is incorporated herein by reference in its entirety, all of which is now the un-rebutted truth, and public policy, and further,

140.    These criminals named herein each know that both Customs and Immigration are commercial, as found in;

a)              **"CHAP. CCXXXIII. An Act Making appropriations for Consular and Diplomatic Expenses of the Government for the Year ending thirtieth June, eighteen hundred and sixty-seven, and for other purposes."** which was Approved on July 25, 1866, in Volume 14, Thirty-ninth Congress, Session I, under V. - Commercial Agencies – Schedule C., pg. 226, and,
it says;
**"For expenses under the act to encourage immigration, twenty thousand dollars.",** and;

b)              **"CHAP. XCIX. An Act Making appropriations for Consular and Diplomatic Expenses of the Government for the Year ending thirtieth June, eighteen hundred and sixty-eight, and for other purposes."** which was Approved on February 28, 1867, in Volume 14, Thirty-ninth Congress, Session II, under V. - Commercial Agencies – Schedule C., pg. 415, and,

it says;
**"For expenses under the act to encourage immigration, twenty thousand dollars.",** and;

c)              **"CHAP. XXXVIII. An Act Making appropriations for Consular and Diplomatic Expenses of the Government for the Year ending thirtieth June, eighteen hundred and sixty-nine, and for other purposes."** which was Approved on March 30, 1868, in Volume 15, Fortieth Congress, Session II, under V. - Commercial Agencies – Schedule C. – Sec. 4., pg. 58, it says; **"Be it further enacted, That the act entitled "An act to encourage immigration," approved July fourth, eighteen hundred and sixty-four, be, and the same is hereby, repealed.",** and further,

141.    Then they moved the immigration issue under the War Department, which means it is still commercial;

a)              **"CHAP. 359. An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and seventy-nine, and for other purposes."** which was Approved on June 20, 1878, in Volume 20, Forty-Fifth Congress, Session II, **"Under the War Department – Signal Service"**, pg. 219, it says; **"Construction, maintenance and repair of military telegraph lines…for the better protection of immigration…."**, and,

b)              **"CHAP. 182. An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and eighty, and for other purposes."** which was Approved on March 3, 1879, in Volume 20, Forty-Fifth Congress, Session III, **"Under the War Department – Signal**

Service", pg. 386, it says; **"Construction, maintenance and repair of military telegraph lines...for the better protection of immigration....",** and,

c)                   **"CHAP. 133. An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and eighty-two, and for other purposes."** which was Approved on <u>March 3, 1881</u>, in Volume 21, Forty-Sixth Congress, Session III, under **"Miscellaneous Objects Under the War Department – Signal Service"**, pg. 219, it says; **"Construction, maintenance and repair of military telegraph lines...for the better protection of immigration....",** and,

d)                   **"CHAP. 433. An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and eighty-three, and for other purposes."** which was Approved on <u>August 7, 1882</u>, in Volume 22, Forty-Seventh Congress, Session I, under **"Under the War Department – Signal Service"**, pg. 319, it says; **"Construction, maintenance and repair of military telegraph lines...for the better protection of immigration....",** and, further,

142.    Then they passed another Immigration Act and put it under the Treasury Department, which means it is still commercial;

**"CHAP. 376. An act to regulate immigration."** which was Approved on <u>August 3, 1882</u>, in Volume 22, Forty-Seventh Congress, Session I, pg. 214, and,

then they started passing all sorts of appropriations, and amendments, and rules and regulations, and much of it probably justifiably so, and there are probably very few people in America who do NOT have an ancestor who had to deal with Immigration Officials at the various borders, and some of the Petitioner's ancestors may have had to do so, but the Petitioner has no knowledge of that, but in any event, they are NOT allowed to harass, or even annoy travelers as found in the;

**"CHAP. 551. An Act in amendment to the various acts relative to immigration and the importation of aliens under contract or agreement to perform labor."** which was Approved on <u>March 3, 1891</u>, in Volume 26, Fifty-First Congress, Session II, under Sec. 8., pg. 1086, it says; **"That the Secretary of the Treasury may prescribe rules for inspection along the borders of Canada,..., and Mexico <u>so as not to obstruct or unnecessarily delay, impede, or annoy passengers in ordinary travel</u> between said countries :"**[emphasis added], and,

**"CHAP. 1012. An Act To regulate immigration of aliens into the United States."** which was Approved on <u>March 3, 1903</u>, in Volume 32, Fifty-Seventh Congress, Session II, under Sec. 32., pg. 1221, it says; **"That Commissioner-General of Immigration under the direction of the Secretary of the Treasury shall prescribe rules for entry and inspection of aliens along the borders... so as not to <u>unnecessarily delay, impede, or annoy passengers in ordinary travel</u> between United States and said countries..."**, [emphasis added], and,

**"CHAP. 29. An Act To regulate immigration of aliens to, and the residence of aliens in, the United States."** which was Approved on <u>February 5, 1917</u>, in Volume 39, Sixty-Fourth Congress, Session II, under Sec. 23., pg. 892, it says; **"That Commissioner-General of Immigration shall... prescribe rules for entry and inspection of aliens coming to the**

**United States from or through Canada and Mexico, <u>so as not unnecessarily to delay, impede, or annoy persons in ordinary travel</u> between United States and said countries...", [emphasis added], and,**

if they are NOT to "<u>delay, impede, or annoy passengers</u>" who have paid, or "<u>persons</u>" (who are corporations) they have even less authority (<u>no authority</u>) over living souls who are travelling, like the Petitioner, and one of the Acts mentioned even says that they have no authority, except in the District of Columbia and the territories and enclaves;

**"CHAP. 1012. An Act To regulate immigration of aliens into the United States."** which was Approved on <u>March 3, 1903</u>, in Volume 32, Fifty-Seventh Congress, Session II, under Sec. 3., pg. 1221, it says;
**"That for the purposes of this Act the words "United States" as used in the title as well as in the various sections of this Act shall be construed to mean the United States and any waters territory or other place now subject to the jurisdiction thereof."**

which means the District of Columbia ONLY, or federal enclaves;
**"To exercise exclusive legislation, in all cases whatsoever, over such district (not exceeding ten miles square) as may by cession of particular States, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased, by the consent of the legislature of the State in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings."** Constitution for the United States of America, Article I, § 8, Clause 17, and further,


143.    The Secretary of State is supposed to authenticate federal acts, under;

**"Chap. XIV – An Act to provide for the safe-keeping of the Acts, Records, and Seal of the United States, and for other purposes."** that was <u>Approved</u> on <u>Sept. 15, 1789</u>, First Congress, Session I, at 1 Stat. 68, under Section 1., which says;

**"Section. 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Executive department, denominated the Department of Foreign Affairs, shall hereinafter be denominated the Department of State, and the principal officer therein shall hereinafter be called the Secretary of State."**

and under Sec. 2., it says;

**"Sec. 2. *And be it further enacted,* That whenever a bill, order, resolution, or vote of the Senate and House of Representatives, having been approved and signed by the President of the United States...and thereby become a law or take effect, it shall, in such case, be received by the said Secretary from the President of the Senate,  or the Speaker of the House of Representatives, in whatsoever House it shall last have been so approved; and said Secretary shall, as soon as conveniently may be, after he shall receive the same, cause such law, order, resolution, and vote,...<u>one printed copy to be delivered to each Senator and Representative of the United States, and two printed copies duly authenticated to be sent to the Executive authority of each State, and he shall carefully preserve the originals</u>, and shall cause the same to be recorded in books to be provided for the purpose.", at 1 Stat. 68, [emphasis added],**

and under Sec. 5., it says;

"**Sec. 5.** ***And be it further enacted,*** **That the said Secretary shall cause a seal of office to be made for the said department of such device as the President of the United States shall approve, and** <u>**all copies of records and papers in said office, authenticated under said seal, shall be evidence equally as the original record or paper.**</u>**"**, at 1 Stat. 69, [emphasis added],

and the Petitioner has also found;

"**Chap. LXI – An Act for authenticating certain Records.**" that was <u>Approved</u> on <u>Feb. 22, 1849</u>, Thirtieth Congress, Session II, at 9 Stat. 346, under Section 1., which says;
"**Section. 1.** ***Be it further enacted,*** **That the Solicitor of the Treasury shall cause a seal to be made and provided for his office, with such device as the President of the United States shall approve, and copies of any public documents, records, books, or papers belonging to or on the files of the said office,** <u>**under the signature of the said Solicitor...accompanied by an impress of the said seal, shall be competent evidence in all cases equally with the original records, documents, books, or papers.**</u>**"**, [emphasis added], and,

under Sec. 2., it says;

"**Sec. 2.** ***And be it further enacted,*** **That the said Secretary shall cause a seal of office to be made for the said department of such device as the President of the United States shall approve, and** <u>**all copies of records and papers in said office, authenticated under said seal, shall be evidence equally as the original record or paper.**</u>**"**, at 9 Stat. 347, [emphasis added], and,

under Sec. 3., it says;

"**Sec. 3.** ***And be it further enacted,*** <u>**That all books, papers, documents, and records in the War, Navy, Treasury, and Post-Office Departments, and the Attorney-General's office, may be copied and certified under seal in the same manner as those in the State Department may now by law be, and with the same force and effect,**</u> **and the said Attorney-General shall cause a seal to be made and provided for his office, with such device as the President of the United States shall approve.**", at 9 Stat. 347, [emphasis added],

and the Petitioner has NOT found any authentications by the Secretary of State anywhere in the Statutes at Large, but in Arizona books entitled;

"<u>**Acts, Resolutions, and Memorials adopted by the first Legislative Assembly of the Territory of Arizona**</u>, session begun on the <u>Twenty-first</u> day of <u>September</u>, and ended on the <u>Tenth</u> day of <u>November, 1864</u>, at Prescott.", [emphasis added],

which has a Certificate on page 2 that says;

"**I, Richard C. McCormick, Secretary of the Territory of Arizona, do hereby certify that the Acts, Resolutions, and Memorials, herein contained, are printed as passed by the First Legislative Assembly of the Territory, according to the enrolled copies upon file in my office. Witness my hand and the Seal of the Territory, given at Prescott, this first day of December, A.D. eighteen hundred and sixty-four. Richard C. McCormick, Secretary of the Territory.**", and,

all of the books have a similar Certificate on page 2, and the same holds true for Texas book entitled;

**"General Laws of the State of Texas passed at the Called Session of the Seventeenth Legislature, convened at the City of Austin."** April 6, 1882, and adjourned May 5, 1882

which has a Certificate on page 41 that says;

**"I, T.H. Bowman, Secretary of State of the State of Texas, do hereby certify that I have compared the foregoing laws, passed by the Seventeenth Legislature with the originals now on file in this department, and are true copies thereof. I further certify that the Seventeenth Legislature of the State of Texas convened in special session at the city of Austin on the sixth day of April, A.D. 1882, and adjourned on the fifth day of May, A.D. 1882. T. H. Bowman, Secretary of State"**

but there are no Certificates of Authenticity in any of the Statutes at Large for the United States, and some of them say that they are produced "Under the authority of the Secretary of State", or "printed by the US Government Printing Office", but without a certification, or authentication, of some sort, they might as well be Fairy Tales by Mother Goose, and the Petitioner did another search in His electronic version of the Statutes at Large for "color of law" and some deviations to that phrase, and found that it was first used in;

**"Chap. CXXXI. – An making Appropriations for the Service of the Post-Office Department during the fiscal Year ending the thirtieth of June, eighteen hundred and sixty-one.",** which was Approved on June 15, 1860, by the Thirty-Sixth Congress, Session I, at 12 Stat. 87,

where it says;

**"For miscellaneous payments, one hundred and fifty thousand dollars. Provided, That it shall be the duty of the Postmaster-General to furnish to Congress, in his annual report on the first Monday of December next, and of each and every year thereafter a detailed statement of the expenditures made under the head of "miscellaneous payments"; and that it shall not be lawful to use any of the money hereby appropriated for the defence of suits brought against officers of the Post-Office Department for malfeasance, misfeasance or nonfeasance in office, or for acts committed by them under color of law, and in derogation of the rights of citizens.",** [emphasis added],

and the next time it is used is in a Revenue Act already mentioned, that talks ONLY about persons and says nothing about citizens;

**"Chap. XLV. – An Act to provide increased Revenue from Imports, to pay Interest on the Public Debt, and for other purposes.",** which was approved on August 5, 1861, in Volume 12, Thirty-Seventh Congress, Session I, at 12 Stat. 307, and,

under Sec. 43., it says;

**"Sec. 43. And be it further enacted, That each and every collector, or his deputy, who shall exercise or be guilty of any extortion or oppression, under color of this act, or shall demand other or greater sums than shall be authorized by this act, shall be liable to pay**

a sum not exceeding two thousand dollars, to be recovered by and for the use of the party injured, with costs of suit, in any court having competent jurisdiction;..."

except that it talks about citizens in Sec. 49 (which was repealed), where it says;

"...Upon the income, rents, or dividends accruing upon any property, securities or stocks owned in the United States, by any <u>citizen of the United States</u> residing abroad, there shall be levied, collected, and paid a tax of five per centum...", emphasis added], at 12 Stat. 309, and,

Sec. 50 (which was repealed), where it says;

"...And he is further authorized and empowered to make such officer or depositary the disbursing agent of the Treasury for the payment of all interest due to the <u>citizens of such State</u> upon the treasury notes or other government securities issued by authority of law.", [emphasis added], at 12 Stat. 310, and,

and it thereby differentiates between a <u>person</u>, and a <u>citizen of the United States</u>, and a <u>citizen of a State</u>, and the next time "<u>color</u>" in a phrase, is mentioned is in another Revenue Act that talks about ONLY "persons", and does NOT use the word "citizen";

"Chap. CXIX. – An Act. To provide Internal Revenue to support the Government and to pay Interest on the Public Debt.", which was Approved on July 1, 1862, by the Thirty-Seventh Congress, Session II, at 12 Stat. 432, under Sec. 26., where it says;

"Sec. 26. *And be it further enacted,* That each and every collector, or his deputy who shall exercise or be guilty of any extortion or willful oppression, <u>under color of this act</u> or shall knowingly demand other or greater sums than shall be authorized by this act, shall be liable to pay a sum not exceeding double the amount of damages accruing to the party injured, to be recovered by and for the use of the party injured, with costs of suit, and shall be dismissed from office, and shall be disqualified from holding such office thereafter...", [emphasis added],

and the next time the Petitioner found "<u>color</u>" in a phrase, is in the Habeus Corpus Act;

"Chap. LXXXI. – An Act relating to Habeus Corpus, and regulating Judicial Proceedings in Certain Cases.", which was Approved on March 3, 1863, by the Thirty-Seventh Congress, Session III, at 12 Stat. 755, under Sec. 4., where it says;

"Sec. 4. *And be it further enacted,* That any order of the President, or under his authority, made at any time during the existence of the present rebellion, shall be a defence in all courts to any action or prosecution, civil or criminal, pending, or to be commenced, for any search, seizure, arrest, or imprisonment, made, done, or committed, or acts omitted to be done, under or by virtue of such order, <u>or under color of any law of Congress,</u> and such defence may be made by special plea, or under the general issue.", [emphasis added],

and under Sec. 5., it says;

"Sec. 5. And be it further enacted, That if any suit or prosecution, civil or criminal, has been or shall be commenced in any state court against any officer, civil or military, or

against any other person, for any arrest or imprisonment made, or other trespasses or wrongs done or committed, or any act omitted to be done, at any time during the present rebellion, by virtue or <u>under color of any authority derived from or exercised by or under the President of the United States, or any act of Congress,...</u>", [emphasis added],

and the next time the Petitioner found "<u>color</u>" in a phrase, is;

"**Chap. CLXXIII. – An Act to provide for the Internal Revenue, to support the Government and to pay Interest on the Public Debt, and for other Purposes.**", which was Approved on <u>June 30, 1864</u> at 13 Stat. 223, and in Sec. 36., where it says; "**Sec. 36. And be it further enacted, That each and every collector, or his deputy, who shall be guilty of any extortion or willful oppression, <u>under color of law,</u> or shall knowingly demand other or greater sums than shall be authorized by law, or shall receive any fee, compensation, or reward, except as herein prescribed, for the performance of any duty, or shall willfully neglect to perform any of the duties enjoined by this act, shall, upon conviction, be subject to a fine...**", [emphasis added], and,

and the next time the Petitioner found "<u>color</u>" in a phrase, is in the so-called Civil Rights Act,

which would more correctly be called the Slave Rights Act;

"**Chap. XXXI. – An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication.**", which was Approved on <u>April 9, 1866</u> at 14 Stat. 27, and in Sec. 1., where it says;
"**Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States ; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, <u>shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, ...</u>**", [emphasis added], and,
in Sec. 1., where it says;
"**Sec. 2 . *And be at further enacted*, That any person who, <u>under color of any law,</u> statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties <u>on account of such person having at any time been held in a condition of slavery or involuntary servitude,</u> except as a punishment for crime whereof the party shall have been duly convicted, or by reason of his color or race, <u>than is prescribed for the punishment of white persons,...</u>**", [emphasis added], and,

because the civil rights Act is for slaves;
"**After the adoption of the 14th Amendment, a bill which became the first Civil Rights Act was introduced in the 39th Congress, the major purpose of which was to secure to the recently freed Negroes all the civil rights secured to white men... <u>(N)one other than citizens of the United States were within the provisions of the Act.</u>**" Hague v. C. I. O., 307 U. S. 496, 509, [emphasis added],

and the next time the Petitioner found "<u>color</u>" in a phrase, is;

**"Chap. CLXXXIV. – An Act to reduce Internal Taxation and to amend an Act entitled, "An Act to provide Internal Revenue to support the Government and to pay Interest on the Public Debt, and for other Purposes." approved June thirtieth, eighteen hundred and sixty-four, and Acts amendatory thereto.",**

which was Approved on June 13, 1866 by the Thirty-Ninth Congress, Session I, at 14 Stat. 98, and in Sec. 67., where it says;

**"Sec. 67. And be it further enacted, That in any case, civil or criminal, where suit or prosecution shall be commenced in any court of any State against any officer of the United States, appointed under or acting by authority of the act entitled "An act to provide internal revenue to support the government to pay interest on the public debt, and for other and affecting the purposes," passed June thirtieth, eighteen hundred and sixty-four, or of any act in addition thereto or in amendment thereof, or against any person acting under or by authority of any such officer on account of any act done under color of his office,…",** at 14 Stat. [emphasis added], and,

which tells the Petitioner that all of the laws of Congress are color of law, as as evidenced in the Corporate Denial Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and public policy, and that is why the Statutes at Large are NOT authenticated, because they are NOT authentic, and they know it, but they are all nothing but a gang of thieves, and murderers, being sent out by their bankster handlers to steal everything they can, and assault and murder and kidnap whoever they can, which is further proof that there is no Act to provide for the safe-keeping of Acts, Records, and Seal of the United States;

**"Chap. XIV – An Act to provide for the safe-keeping of the Acts, Records, and Seal of the United States, and for other purposes."** that was Approved on Sept. 15, 1789, First Congress, Session I, at 1 Stat. 68,

and there is no Act for authenticating certain records;

**"Chap. LXI – An Act for authenticating certain Records."** that was Approved on Feb. 22, 1849, Thirtieth Congress, Session II, at 9 Stat. 346,

and there is no Act to provide increased Revenue from Imports, to pay interest on the Public Debt;

**"Chap. XLV. – An Act to provide increased Revenue from Imports, to pay Interest on the Public Debt, and for other purposes.",** which was approved on August 5, 1861, in Volume 12, Thirty-Seventh Congress, Session I, at 12 Stat. 307, and,

there is no Act To Codify, and enact into positive law, title 1 of the United States Code entitled "General Provisions."

**"Chapter 388 - An Act To codify, and enact into positive law, title 1 of the United States Code entitled "General Provisions."** which was approved on July 30, 1947, in Volume 61, Eightieth Congress, Session I, at 61 Stat. 633, and,

there is no <u>Act to codify, and enact into positive law title 4 of the United States code entitled</u> <u>"Flag and Seal, Seat of Government, and the States."</u>

**"Chapter 389 - An Act To codify, and enact into positive law title 4 of the United States Code entitled "Flag and seal, Seat of Government, and the States."** which was approved on <u>July 30, 1947,</u> in Volume 61, Eightieth Congress, Session I, at <u>61 Stat. 641,</u> and,

there is no <u>Act to codify, and enact into positive law title 3 of the United States code entitled</u> <u>"The President."</u>

**"Chapter 644 - An Act To codify, and enact into positive law title 3 of the United States Code entitled "The President."** which was approved on June 25, 1948, in Volume 62, Eightieth Congress, Session II, at 62 Stat. 672, and,

there is no <u>Act to enact title 5 of the United States code entitled "Government Organization and</u> <u>Employees", codifying the general and permanent laws relating to the organization of the</u> <u>Government of the United States and to its civilian officers and employees.</u>

**"Public Law 89-554 - An Act To enact title 5 United States Code "Government Organization and Employees", codifying the general and permanent laws relating to the organization of the Government of the United States and to its civilian officers and employees."** which was approved on September 6, 1966, in Volume 80, Eighty-Ninth Congress, at 80 Stat. 378, and,

there is no <u>Act to revise codify, and enact into positive law title 18 of the United States Code</u> <u>entitled "Crimes and Criminal Procedure."</u>

**"Chapter 645 - An Act To revise codify, and enact into positive law title 18 of the United States Code entitled "Crimes and Criminal Procedure."** which was approved on June 25, 1948, in Volume 62, Eightieth Congress, Session II, at 62 Stat. 683, and,

there is no <u>Act to establish the Judicial Courts of the United States;</u>

**"Chap. XX. - An Act to establish the Judicial Courts of the United States.",** which was Approved on Sept. 24, 1789, in Volume 1, First Congress, Session I, at 1 Stat. 73, and,

everything they do is color of law and a fraud, and Napolitano and all of her hired thugs are all criminals, and further,

144.    All of these above mentioned Respondents know that no government official who represents ANYTHING about United States has any authority whatsoever on the land of Montana, or the land of Texas, or the land of Arizona, or the land of any of the states, and they are all foreign agents, and the minute they attempt to assert any such authority, they immediately perjure their oaths, engages in TREASON (breach of trust) and SEDITION, because they are making war against the established government which is "we the people", and

they immediately loses all immunity they might otherwise enjoy, they cease to represent the Petitioner's government,

**"An officer who acts in violation of the Constitution ceases to represent the government".** Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."** In re McCowan (1917), 177 C. 93, 170 P. 1100, and further,

145.    Napolitano, is the former Arizona Attorney General, Arizona Governor, and US Attorney for the District of Arizona, and an officer of the court, and any officer of any court who attempts to compel anyone of "the people" into their foreign corporate commercial jurisdiction has perjured their oaths, and is engaging in TREASON, and SEDITION, and they have no immunity whatsoever, because all officers of all courts are presumed to know the law,

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."** In re McCowan (1917), 177 C. 93, 170 P. 1100.

**"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that the doctrine of BAR member judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."**188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398, and further

146.    All of these above mentioned Respondents each know that the Maxim of Law *ejusdem generis* says that they have to have the same types of entities in their definitions;

**Ejusdem Generis (eh-youse-dem generous) v adj. Latin for "of the same kind," used to interpret loosely written statutes. Where a law lists specific classes of persons or things and then refers to them in general, the general statements only apply to the same kind of persons or things specifically listed. Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.**

but these perjuring, murdering, thieves intend to complete their (so-called) commercial transaction and they don't care at all about their oaths, and they intend to cause the Petitioner as much harm and injury as possible, and further,

147.    All of these above mentioned Respondents are engaged in sedition by forcing their foreign martial law on the Petitioner in violation of 18 USC § 2384 which says;

**"If two or more persons in any State or Territory, <u>or in any place subject to the</u> <u>jurisdiction of the United States</u>, conspire to overthrow, put down, or to destroy by force the Government of the United States, <u>or to levy war against them</u>, <u>or to oppose by force</u> <u>the authority thereof</u>, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both." and further,**

148.    All of these above mentioned Respondents know that, if the Petitioner delegated any power, it is power that the Petitioner still has and can exercise Himself, at any time the Petitioner chooses, and further,

149.    All of these above mentioned Respondents know that the **<u>only</u>** way you can do **<u>anything</u>** to cause the Petitioner injury in **<u>any</u>** way is with a jury of the Petitioner's peers or the law of the land (common law), as affirmed for "persons" only as follows; **"No person shall be...deprived of life, liberty, or property without due process of law..."** Article Five in Amendment, Constitution for the United States of America, and further,

150.    All of these above mentioned Respondents know that the words "due process of law" as found in Article Five in Amendment, mean by indictment, and conviction by jury at common law;

**"The words "by the law of the land" as here used do not mean a statute passed for the purpose of working the wrong.....This Section was taken with some modifications from a part of the 29[th] Chapter of the Magna Carta, which provided that no freeman should be taken or imprisoned or be disseized of his freehold etc., but by the lawful judgment of his peers or by the law of the land. Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law"; which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45, 50"** Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court, and further,

151.    All of these above mentioned Respondents have deliberately and calculatedly perjured their oaths, by denying the Petitioner His right to due process of law with their hired thugs, and their military dictatorship, and their assaults, and their kidnapping, as described herein, and further,

152.    Napolitano is using her <u>E-Verify</u> scam to deprive My wife of her right to pursue happiness by getting compensation for her labor,

**"Men are endowed by their Creator with certain unalienable rights,-'life, liberty, and the pursuit of happiness;' and to 'secure,' not grant or create, these rights, governments are**

**instituted. That property which a man has honestly acquired he retains full control of. . ."**
Budd v. People of State of New York, 143 U.S. 517 (1892)

**"The right to follow any of the common occupations of life is an inalienable right.  It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence."** Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4l L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)

because she is NOT one of your lowlife scumbag US citizen corporate slaves, but she is an

American national because at common law the wife takes on the nationality of the husband and

father;

**"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine."** In Re Page 12 F (2d) 135.

and that is why the BAR member buddies of Napolitano, Holder, Obama, Mitchel, and Boehner

are so intent on enforcing their military dictatorship because it eliminates common law, as

evidenced in the <u>BAR Member Affidavit 062013</u> which is recorded with the <u>Pinal County</u>

<u>Recorder</u> at <u>Fee Number 2013-035347</u>, all of which is now the un-rebutted truth, and <u>public</u>

<u>policy</u>, and all of which is incorporated herein by reference in its entirety, a true copy of which is

attached hereto, at TAB 23, which is how they attempt to justify assaulting state citizens on the

land of Texas, and elsewhere to coerce their US citizen scam, just like they assaulted the

Petitioner, and kidnapped the Petitioner, as described herein, and further,

153.    Napolitano, and Larry Overcast, and their hired thugs, under martial law, all know that a

state of the UNITED STATES is NOT Montana, or Texas, or Arizona or any of the states. United

States is the <u>District of Columbia</u> and the territories,

**"The term "United States", when used in a geographic sense, means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, any possession of the United States, and any waters within the jurisdiction of the United States."** 6 USC § 101 (17) (A)

**"The term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any possession of the United States."** 6 USC § 101 (15),

as confirmed by;

**"CHAP. 1012. An Act To regulate immigration of aliens into the United States."** which was Approved on <u>March 3, 1903</u>, in Volume 32, Fifty-Seventh Congress, Session II, under Sec. 33, pg. 1221, which says;

**"That for the purposes of this Act the words "United States" as used in the title as well as in the various sections of this Act shall be construed to mean the <u>United States and any waters territory or other place now subject to the jurisdiction thereof.</u>"** [emphasis added]

which means the District of Columbia ONLY, or possibly federal enclaves;

**"To exercise exclusive legislation, in all cases whatsoever, over such district (not exceeding ten miles square) as may by cession of particular States, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased, by the consent of the legislature of the State in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings."** Constitution for the United States of America, Article I, § 8, Clause 17, and,

which is consistent with what the courts are saying;

**"First. <u>The canon of construction</u> which teaches that legislation of Congress, unless a contrary intent appears, <u>is meant to apply only within the territorial jurisdiction</u> of the United States, Blackmer v. United States, supra, at 284 U. S. 437, is a valid approach whereby unexpressed congressional intent may be ascertained."** Foley Bros., Inc. v Filardo, 336 U.S. 281 (1949) [emphasis added]

**United States. This term has several meanings. [1] It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in family of nations, <u>[2] it may designate territory over which sovereignty of United States extends,</u>** [the District of Columbia and the territories] **or [3] it may be collective name of the states which are united by and under the Constitution.** Hooven & Allison Co. v. Evatt, U.S. Ohio, 324 U.S. 652, 65 S.Ct. 870, 880, 89 L.Ed. 1252, [emphasis added], and further,

154.    All of these above mentioned Respondents know that the Customs Act is not positive law as evidenced in the <u>Corporate Denial Affidavit 062013</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2013-032373</u>, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and <u>public policy</u>, therefore there is no customs Act, and it is an absolute nullity, and further,

155.    All of these above mentioned Respondents know that everything they do is under color of law, and have no authority, and they are owned and operated by the Vatican with their chicanery called justice, which is a fraud because they even say themselves, that it is "the appearance of justice", which is NOT justice, but is the color of justice, and a fraud, as evidenced in the <u>Corporate Denial Affidavit 062013</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2013-032373</u>, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and <u>public policy</u>, and further,

156.    All of these above mentioned Respondents know that the War of Independence was fought because of martial law being imposed on the American colonists as found in the Declaration of Independence (1776) where some of the reasons that they rebelled from the tyrant are;

**"He has combined with others to subject us to a jurisdiction foreign to our constitution, and <u>unacknowledged by our laws</u>, giving his Assent to their <u>Acts of pretended legislation</u>."** [color of law – martial law]
**"For imposing taxes on us without our consent."** [martial law]
**"For depriving us in many cases of the benefits of trial by jury."** [martial law]
Declaration of Independence (1776) [emphasis added]

and "pretended legislation" is another way of saying "color of law" and that is exactly what these Respondents and their hired thugs, under martial law, are using their "color of law" to assault the Petitioner, and kidnap the Petitioner, and engage in the theft of the Petitioner's property and then deprive the Petitioner of the right of due process of law, and a **<u>trial by a jury of His peers</u>**, state citizens, and deprive the Petitioner of His right to pursue happiness, and further,

157.    All of these above mentioned Respondents know that the US War of Independence was fought because of martial law being imposed on the American colonists as found in the Causes and Necessity of Taking Up Arms (1775) which says;

**"...statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property.......to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial...."**, and further,

158.    The so-called Fourteenth Amendment is in fact a revision as evidenced in the <u>Corporate Denial Affidavit 062013</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2013-032373</u>, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and <u>public policy</u>, and further,

159.    The so-called Fourteenth Amendment is a nullity, because the US Congress , do not have the authority to revise the Constitution;

**"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County, 118 U.S. 425, p. 442, and further,**

160.    The Petitioner is not a (so-called) 14th Amendment citizen, or other fictitious entity, as evidenced in <u>Corporate Denial Affidavit 062013</u> which is recorded with the <u>Pinal County</u>

Recorder at Fee Number 2013-032373, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and public policy,

**"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity."** Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

**"A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states."** Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914), and further,

161.    The Petitioner has converted some silver to land with all of the rights and privileges of the original land patent, therefore he has absolute ownership in land, and further,

162.    A US citizen as defined by the so-called Fourteenth Amendment is a slave;

**"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution."** Van Valkenburg v. Brown, 43 Cal 43.

**"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property."** 42 USC § 1982

**"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity."** Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

**"A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states."** Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

**"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."** Ex Parte Frank Knowles, 5 Cal. Rep. 300

**"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."** Maxwell v Dow, 20 S.C.R. 448, at pg 455;

**"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,"** US vs. Valentine 288 F. Supp. 957, and further,

163.    Because corporate commercial hired thugs, under martial law, insisted on falsely accusing the Petitioner of being a US citizen as contemplated by the so-called Fourteenth Amendment, the Petitioner renounced their US citizen by Registered Mail **RA 351 949 910 US** which is attached to the <u>Non-Negotiable Notice and Demand Corporate Commercial Agents 100708</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2010-034479</u>, which is now public policy, all of which is incorporated herein by reference in its entirety, and further,

164.    The Petitioner is a member of the sovereignty;

**"People of a state are entitled to all rights, which formerly belong to the King by his prerogative."** Lansing v Smith, (1829) 4 Wendell 9,20 (NY).

**"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."**
Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

**"One sovereign does not need to tell another sovereign that he/she is sovereign.  The sovereign is merely sovereign by his very existence.  The rule in America is that the American people are the sovereigns."**
Kemper v. State, 138 Southwest 1025 (1911), page 1043, and further,

165.    When the US Supreme Court says; **"the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, that does not mean that the Petitioners servants in the government can turn him into their slave by getting him into some contract, and further,

166.    It is a felony for anyone to claim to be a US citizen when they know they are not as evidenced in the <u>Corporate Denial Affidavit 062013</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2013-032373</u>, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and <u>public policy</u>, and further,

167.    The Petitioner can be a citizen of a state without being a US citizen

**"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they**

have heretofore rested."     Maxwell v Dow, 20 S.C.R. 448, at pg 451

**"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."** McDonel v State, 90 Ind. Rep. 320 at pg 323;

**"Privileges and immunities clause of the Fourteenth Amendment protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship. 14,§ 1."**
Jones v Temmer, 829 F.Supp. 1226 (D.Colo. 1993),

prior to the so-called Fourteenth Amendment, the ONLY citizenship that really existed was State

citizens, and US citizenship was derivative and dependent upon being a State citizen first;

**"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship."** Colgate v Harvey 296 US 404 at p 427

**United States. It became a part of the organic law July 28, 1868, and its importance entitles it to special mention. It creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the states;"**
Black's Law Dictionary 4th Edition, page 785

**"Fourteenth Amendment. The Fourteenth Amendment of the Constitution of the United States, ratified in 1868, creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the states;..."**
Black's Law Dictionary 5th Edition page 591 [emphasis added]

**"Fourteenth Amendment. The Fourteenth Amendment of the Constitution of the United States, ratified in 1868, creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the states;"**
Black's Law Dictionary 6th Edition page 657 [emphasis added],

**"By metaphysical refinement in examining the form of our government it might be correctly said that there is no such thing as a citizen of the United States.**
**A citizen of any one of the States of the Union is held to be and called a citizen of the United States, although technically and abstractly there is no such thing.**
**To conceive a citizen of the United States who is not a citizen of some one of the States, is totally foreign to the idea, and inconsistent with the proper construction and common understanding of the expression as used in the Constitution, which must be deduced from its various other provisions. The object then to be attained, by the exercise of the power of naturalization, was to make citizens of the respective States.**
**At the time of the adoption of the Constitution the States had power to make citizens of aliens.**
**If we examine the language closely, and according to the rules of rigid construction always applicable to delegated powers, we will find that the power to naturalize in fact is not given to Congress, but simply the power to establish a uniform rule.**
**The States had the power to naturalize foreigners, and there was no necessity for this power to be surrendered to the General Government.**
**Hence the necessity arose, not that Congress should have power to naturalize, but should have power to prescribe to the States a rule to be carried out by them, and which should**

be uniform in each.   If this were not so, it follows conclusively that there is no mode by which a foreigner can be made expressly citizen of a State, for I have already shown there is no such thing, technically, as a citizen of the United States.

It follows, that as <u>it is only the citizens of the State who are entitled to all privileges and immunities of citizens of the several States</u>, is left alone to the action of Congress through her federal tribunals; and in the form which they have adopted, then <u>a distinction both in rights and privileges is made to exist between citizens of the United States ex vi termini, and citizens of the respective States.</u>

<u>To the former no privileges or immunities are granted; and it will hardly be contended that political status can be derived by implication against express legal enactments.</u>

Governed by this rule, I have no hesitation in saying that the Act in question is equivalent to a direct and palpable declaration by the Legislature which enacted it, that it recognized the rule of naturalization prescribed for the States by Congress, and determined that the Courts of this State of competent jurisdiction, should be vested with the power of carrying it out.

If this were not so, there was no reason whatever for passing the Act, and Courts cannot decide an Act to be inoperative where a substantial meaning and design can be drawn from its expressions." Ex Parte Frank Knowles, 5 Cal. Rep. 300, [emphasis added], and,

168.    State citizens are talked about in the Constitution for the United States of America, which says;

"<u>The citizens of each State [State Citizens] shall be entitled to all privileges and immunities of citizens in the several States [US citizens].</u>" Constitution for the United States of America, Article IV, § 2, Clause 1, [emphasis added] 1 Stat. 18, and,

"<u>citizens in the several states</u>" as described in the <u>Constitution for the United States of America</u>, Article IV, § 2, Clause 1, are <u>US citizens</u>, as differentiated from State citizens as described by "<u>citizens of each State</u>", and the Petitioner is a State citizen as described in the Northwest Ordinance;

"**An Ordinance for the government of the Territory of the United States north-west of the river Ohio.**" which was "**Done by the United States in Congress assembled, the thirteenth day of July, in the year of our Lord one thousand seven hundred and eighty-seven, and of their sovereignty, and independence the twelfth.**", at 1 Stat. 51.,

which says;

"*Be it ordained by the authority aforesaid,...*who have heretofore professed themselves <u>citizens of Virginia,</u>...

*Be it ordained by the authority aforesaid,...*provided that no person shall be eligible or qualified to act as a representative, unless he shall have been <u>a citizen of one of the United States</u> three years,...provided also, that a freehold in fifty acres of land in the district, having been <u>a citizen of one of the States</u>..." [emphasis added] and,

169.    The Articles of Confederation are still in full force and effect, and will <u>always</u> be in full force and effect, as found in the Article 13, and the preamble, which says;

"**Whereas the Delegates of the United States of America in Congress assembled...agree to certain Articles of Confederation and <u>Perpetual Union between the states</u>...**", and,

170.    Texas joined the Confederacy under the <u>Articles of Confederation</u>, and the <u>United States</u>

of America, under the Constitution for the United States of America;

"**Chapter I. – An Act to extend the laws of the United States over the State of Texas, and for other purposes.**", which was Approved on Dec. 29, 1845, by the Twenty-Ninth Congress, Session I, at 9 Stat. 1, where it says;

"*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all of the laws of the United States are hereby declared to extend to and over, and to have full force and effect within, the State of Texas, admitted at the present session of Congress into the Confederacy and Union of the United States.*", [emphasis added], and,

171.    The Articles of Confederation talk about state citizens;

"**The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, [State Citizens] paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States [US citizens]; and the people of each State [State citizens] shall have free ingress and regress to and from any other State,....**" Articles of Confederation, Article 4. § 1., [emphasis added], at 1 Stat. 4, and further,

172.    A so-called Fourteenth Amendment citizen is a "person", according to your (so-called) Fourteenth Amendment. The US Department of Justice admitted in the Petitioner's case # 07-5674, with the US Supreme Court that a US citizen (so-called Fourteenth Amendment citizen) is a Title 15 USC § 44 unincorporated corporation, a cestui que trust. A US citizen does not have any rights and is actually a piece of property. A slave is a slave because it is a piece of property and as such, a US citizen does not have any rights, and is also a slave.

"**...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government.**" Maxwell v Dow, 20 S.C.R. 448, at pg 455;

"**The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,**" US vs. Valentine 288 F. Supp. 957, and further,

173.    The Petitioner is not a resident of the United States and has never been a resident of the United States, and has never even been in the criminal corporation called United States, and further,

174.    The Petitioner does not have a Social Security Number, or any such "Taxpayer Identification Number", and has never had a Social Security Number, or any such "Taxpayer Identification Number", and further,

175.    These criminals named herein each know that there is no law that requires that anybody get a Social Security Number, and further,

176.    The Petitioner thinks that it is absolutely reprehensible, when he has to put all sorts of disclaimers in a document submitted to his servants, to keep them from violating his rights, and it would not be necessary except that they are so intent on perjuring their oaths, and engaging in treason, and sedition, and further,

177.    The Court and the Respondents are hereby notified that all ZIP CODES are a martial law jurisdiction, which is by consent ONLY;

**"As we have said, the Federal Personal Income Tax is Collected under a Military Venue within a Martial-Law jurisdiction. Federal Reserve Notes are Military Scrip circulated within a Military Venue. The problem is the people don't understand how the entire United States is covered by a Military Venue…. Under the Social Security Act, there was brought into existence Ten Federal Regional Areas. These ten federal regional areas are the same as a military base. It is not unconstitutional to circulate "military scrip" on a military base as the base is considered to be a military venue. "Military scrip" cannot circulate in the civil jurisdiction of the several States. To get around this Constitutional bar, the Congress (via the Social Security Act), created Ten Military Venues, called Federal Regional Areas. The problem the Congress realized was, while Congress could restructure the Government agencies into these Federal Regional Areas, the people could not be identified to be within this Military Venue but by their own consent. The solution was to create another Military Venue which would trick the people to voluntarily accept recognition that they are within a Military Venue. Congress solved this problem by creating the ZIP CODE. The "zip code" divides the United States into Ten Military Venues called "National Areas." When a Citizen receives mail from an agency of the federal government (such as the I.R.S.), in the return address of the federal agency is the district within the regional area the letter is sent from, and on the address of the "Citizen" it was sent to is the national area [ZIP] in which he received the correspondence from the I.R.S.. In other words, the correspondence was sent from one of the federal regional areas [military venue] to one of the National Areas [another military venue]. "Taxing Districts" are established within one of the Federal Regional Areas, which places the collection of taxes under a martial law jurisdiction."**
Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court, [emphasis added], and further,

178.    The Court and the Respondents are hereby notified that pursuant to 18 USC § 1342, the Petitioner's **proper mailing address** is listed above and below, and ANY use of any other mailing address, especially with a ZIP CODE by anyone is **proof** that they **intend** to be **guilty** of **felony mail fraud** in violation of 18 USC § 1342, and by doing so, they further **intend** to fabricate evidence to justify their assaults and kidnappings, and in that event, the Petitioner shall file criminal complaints with the appropriate authorities, with this document as proof of intent, as

evidenced in the <u>Corporate Denial Affidavit 062013</u> which is recorded with the <u>Pinal County</u> <u>Recorder</u> at <u>Fee Number 2013-032373</u>, a certified copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and <u>public policy,</u> and as evidenced in the <u>BAR Member Affidavit 062013</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2013-035347</u>, all of which is now the un-rebutted truth, and <u>public policy,</u> and all of which is incorporated herein by reference in its entirety, a true copy of which is attached hereto, at TAB 23, but their ultimate goal is to MURDER the Petitioner, because then they can use their fabricated evidence to claim that the Petitioner is a terrorist, and then claim that they are the heroes for eliminating another terrorist, and then they will have justification to assault more people, and kidnap more people, and murder more people, and further,

179.    These criminals know that because the Petitioner has all the rights of the King, that the Petitioner's rights are unalienable and they would be guilty of treason, sedition, perjury of oath if they did violate the Petitioner's rights, which is exactly why they criminally convert the Petitioner's name into their *ces te que* trust every time;

**"The rights of sovereignty extend to all persons and things, not privileged that are within the territory. They extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection."** Carlisle v United States 83 U.S. 147, 154 (1873)

and they know that because the Petitioner is the King, any evidence of a contract is a nullity because the government cannot commit treason, and for the government to get the Petitioner (the King) into a contract by which the Petitioner gives up His sovereignty would be treason (breach of trust), but they intend to continue to assault the Petitioner anyway, and they intend to kidnap the Petitioner anyway, and they intend to murder the Petitioner anyway, when the Petitioner exercises His right to resist their assault with lethal force if necessary, and further,

180.    These Respondents know that the Petitioner has the right to be left alone, but they intend to help out their Vatican handlers and the fictitious debt,

**"They conferred as against the government the right to be let alone – the most comprehensive of rights and the right most valued by civilized men."** Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

but they intend to violate the Petitioner's right to be left alone, and they do it every time the Petitioner is forced to cross their so-called border, or when they come and visit the Petitioner without authority, or when they unlawfully arrest the Petitioner at the airports, and on the highways, and further,

181.    Because Canada is a municipal corporation domiciled in the District of Columbia, as found in the US SEC webpage, a true copy of which is attached to the **Affidavit of Criminal Complaint – Napolitano and hired thugs**, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2011-054037</u>, all of which is attached hereto, at TAB 24, and all of which is incorporated herein by reference in its entirety, all of which is the un-rebutted truth, and public policy, and all of which was previously served on Napolitano, Obama, Holder, Boehner, McConnel, and Overcast when they were each served with the lawsuit previously filed as case number <u>352-263583-13</u> in the 352nd District Court in Fort Worth, Texas, and in which they failed to respond, therefore, Canada is already part of the United States of America;

**"Canada acceding to this confederation, and adjoining in the measures of the United States, shall be admitted into, and entitled to all the advantages of this Union; but no other colony shall be admitted into the same, unless such admission be agreed to by nine States."** Article 11, Articles of Confederation for the United States of America, and further,

182.    The Respondents and their hired thugs, under martial law, have no authority to be on the so-called border with Canada, and are nothing but a gang of thugs harassing travelers and generating revenue, and by doing so, they are violating Article IV of the Articles of Confederation, which says;

**"The better to secure and perpetuate mutual friendship and intercourse among the people of the different states in this union, the free inhabitants of each of these states,... shall be entitled to all privileges and immunities of free citizens in the several states; and the people of each state shall have free ingress and regress to and from any other state, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, provided that such restriction shall not extend so far as to prevent the removal of property imported into any state, to any other state of which the Owner is an inhabitant;..."**
Article IV, Articles of Confederation for the United States of America, and further,

183.    Napolitano had a duty to notify her subordinates, but she has no intention of doing that. Napolitano is not satisfied with her aiding and abetting the US Immigrations criminals forcing the Petitioner's wife to live in exile on the land of British Columbia, and the land of Alberta for 2 years,

**"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine."** In Re Page 12 F (2d) 135.

and she intends to continue to violate the Petitioner's rights, and she intends to make sure her hired thugs have plausible deniability, so she can help her hired thugs to violate the Petitioner's rights, and get away with it, with their qualified immunity. Napolitano wants to make the Petitioner notify each and every one of her subordinates, and then she will just move them around, or replace them, so she can help out her Vatican handlers make all sorts of money for their thieving bankster buddies, either way, and further,

184.    Napolitano wants her hired thugs to continue to assault the Petitioner and his family, and kidnap the Petitioner and his family, and anyone else that is travelling from Alberta to Montana, or from Ontario to New York, or anywhere across the so-called border with Canada, and she intends to continue as long as she possibly can, and Obama is fully aware of it, and encourages it, and is criminally responsible, and further,

185.    The US House of Representatives, and the US Senate are full of BAR members, therefore nothing they do has any authority whatsoever, and everything they do is a nullity,
**"it never became a law and was as much a nullity as if it had been the act or declaration of an unauthorized assemblage of individuals."** (Ryan v. Lynch, 68 Ill. 160)

especially since all BAR members are foreign agents of the Vatican and enemy agents, as described herein, and further,

186.    Obama, Holder, Napolitano, Overcast, Boehner, and McConnel, and their hired thugs are imposing their foreign martial jurisdiction against the Petitioner in violation of their oaths of office, and the common law as affirmed by the Magna Carta Section 38, which says;
**"No Bailiff, for the future shall upon his own unsupported complaint, put anyone to his "law", without credible witnesses...."**

and this is further proof of their intent to perjure their oath of office, and engage in treason, and sedition, and assault the Petitioner, and kidnap the Petitioner, and murder the Petitioner when the Petitioner exercises His right to resist their assault with lethal force if necessary, and further,

187.    Overcast and his hired thugs, under the direction of Napolitano, are defaming the Petitioner with hearsay information in their databases, by falsely accusing the Petitioner of being

a terrorist, with the objective of denying the Petitioner of His right to travel, as described herein,

and denying the Petitioner of His right to pursue happiness by getting compensation for labor

**"The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable.  The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property.**"
Butchers Union Co. vs. Crescent City Co. 111 U.S. 764.

**"The right to follow any of the common occupations of life is an inalienable right.  It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence."** Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4l L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)

**"...every man has a natural right to the fruits of his own labor, as generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will..."** The Antelope, 23 U.S. 66, 120

**"The right to labor and to its protection from unlawful interference is a constitutional as well as common-law right. Every man has a natural right to the fruits of his own industry".** 48 American Jurisprudence, pg. 80

**"...The term [liberty]...denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life...The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest, by legislative action...".** Meyer v. Nebraska, 262 U.S. 390, 399, 400

and even under their color of law codes the Petitioner's labor is not an article of commerce,

**"The labor of a human being is not a commodity or article of commerce...."** 15 USC § 17,

because the Petitioner has had phone calls from Secretaries for executives, one of whom found His resume on Monster.com and wanted to interview Him for a position in Shanghai, China, and then during the interview they told the Petitioner how impressed they were with His resume, and then, as part of the interview, they ask for his birth date, and then he never hears from them again, therefore Obama, Holder, Napolitano, Overcast, Boehner, and McConnel, and their hired thugs are defaming the Petitioner with their computer databases and their false hearsay information, with their military dictatorship, because they intend to cause the Petitioner as much harm and injury as possible, and engage in the theft of the Petitioner's property with their extortion under color of office, through their thieving IRS buddies, and their BAR member bencher buddies, and everywhere they can, as described herein, and as evidenced in Corporate Denial Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a certified true copy of which is attached hereto, at TAB 21, all of which

is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and public policy, and as evidenced in the BAR Member Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-035347, a certified true copy of which is attached hereto, at TAB 23, all of which is now the un-rebutted truth, and public policy, and all of which is incorporated herein by reference in its entirety, and further,

188.   Overcast and his hired thugs have put the Petitioner down in their hearsay computer database as a terrorist, because the Petitioner had the audacity to ask them for their statutory and delegated authority as evidenced in;

a)                        the Solemn Asseveration of Criminal Complaint – Janet Napolitano and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-054037, a true copy of which is attached hereto at TAB 24, and,

b)                        the Solemn Asseveration of Criminal Complaint – Barak Obama and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-098478, a true copy of which is attached hereto at TAB 20, and,

c)                        the Solemn Asseveration of Criminal Complaint – Barak Obama & other ringleaders & hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2012-070027, a true copy of which is attached hereto at TAB 19, and,

d)                        the Corporate Denial Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a true copy of which is attached hereto at TAB 21, and,

e)                        the BAR Member Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-035347, a true copy of which is attached hereto at TAB 23, and,

and now that the Petitioner is listed as a terrorist, Obama and his hired thugs in the CIA, with their unconstitutional delegation of authority as described herein, have an excuse to MURDER the Petitioner, just like they do to anyone else they label as a terrorist, and the truth of the matter is they are the terrorists

**"Terrorism - noun – 2 A system of government that seeks to rule by intimidation."**
Funk and Wagnal's New Practical Standard Dictionary (1946),

and they intend to consolidate their military dictatorship by MURDERING anyone who thinks they have any rights, and further,

189.    Obama, Holder, Napolitano, Overcast, Boehner, and McConnel, and their hired thugs have no plausible deniability, and they have no immunity whatsoever, and they are fully liable, civilly and criminally;

**Qualified Immunity "protects governmental officials from liability for civil damages insofar as their conduct does not violate 'clearly established statutory or constitutional rights of which a reasonable person would have known.'"** *Weise v. Casper, 593 F.3d 1163, 1166 (10th Cir. 2010)(quoting Pearson v. Callahan, __ U.S. __, 129 S.Ct. 808, 815 (2009) and Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982)).*

**"Qualified immunity defense fails if public officer violates clearly established right because a reasonably competent official should know the law governing his conduct"** Jones vs Counce 7-F3d-1359-8th Cir 1993; Benitez v Wolff 985-F3d 662 2nd Cir 1993.

**"A plaintiff who seeks damages for violation of constitutional rights or statutory rights may overcome the defendant official's qualified immunity only by showing that those rights were clearly established at the time of the conduct at issue."** Davis v Scherer, 82 L.Ed. 2d 139, 151, and further,

190.    Obama, Holder, Napolitano, Overcast, Boehner, and McConnel, and their hired thugs have initiated an Admiralty proceeding against your fraudulently created strawman/vessel/US citizen/slave by criminally converting the Petitioner into one of their US citizen slaves, and the Petitioner DEMANDS to know where this so-called contract is that these criminals named herein and their hired thugs seem to think they have the Petitioner involved in;

**"Brown, Vol. 2, 100, lays down the rule in these terms: 'The general rule, however, at present, is, that the <u>admiralty</u> acts only in rem, and that no person can be subject to that jurisdiction <u>but by his consent, expressed by his entering into a stipulation [contract]</u>.'"** Ramsey v. Allegrie, 12 Wall 611, p. 409. [emphasis added]

**"In Kreble's Reports, p. 500, quoted by Brown, it is expressly said, that without a stipulation, the <u>admiralty</u> has no jurisdiction at all over the person."** Ramsey v. Allegrie, 12 Wall 611, p. 410. [emphasis added]

because the Petitioner intends to talk about treason and sedition, by these criminals named herein and their hired thugs, and how these criminals named herein, Obama, Holder, Napolitano, and Overcast, and their hired thugs intend to use their <u>hearsay evidence</u> and their unconstitutional delegation of authority to <u>assault</u> the Petitioner, and <u>kidnap</u> the Petitioner, and when the Petitioner exercises His right to resist their assault, and kidnapping, with lethal force if necessary, they intend to MURDER the Petitioner, and the BAR member judicial whores selling their so-called justice intend that it happen because it is so good for business, and it justifies more judicial thugs to be hired by the US Congress thugs, and further,

191. The Petitioner does NOT give any of their bencher thugs permission to enter a plea for their fraudulently created US citizen cestui que trust slave and in the event that their bencher enters a plea for your fraudulently created low live scumbag US citizen slave, it shall be proof of the intent of their bencher to engage in treason and sedition by holding their show trial, and assault the Petitioner;

**"Courts of England will take BAR member judicial notice of the status of a foreign sovereign and will not take jurisdiction over him, unless he voluntarily submits to it"** [1894] 1 Q. B. 149. **"It is a general rule that the sovereign cannot be sued in his own court without his consent; and hence no direct judgment can be rendered against him therein for costs, except in the manner and on the condition he has prescribed; 40 La. Ann. 856."** Bouvier's Law Dictionary, Vol. 1, 1897

and their show trial shall mean absolutely NOTHING and proof of the intent of their bencher thugs to engage in treason and sedition by holding their show trial, and assault the Petitioner, and kidnap the Petitioner, and when the Petitioner exercises His right to resist their assaults, and their kidnappings, with lethal force if necessary, they will use their color of law as justification to MURDER the Petitioner;

**"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351."** Manning v. Ketcham, 58 F.2d 948.

**"and because it brings into action, and enforces this great and glorious principle, that the people are the sovereign of this country, and consequently that fellow citizens and joint sovereigns cannot be degraded by appearing with each other in their own courts to have their controversies determined."** Chisolm v Georgia 2 Dall. 440,

and it shall be proof of the intent of their hired thugs to criminally convert the Petitioner's unalienable rights into privileges, and these criminals named herein and their handlers deliberately and calculatedly promote the threatening and intimidating by broadcasting television programs like COPS that show everybody what happens to anybody who does not act like one of their US citizen slaves, and in their so-called courts with their throne, that is above everybody else, so you can look down your nose at everybody else, and their armed bailiff thugs, with their military uniforms and their guns and their batons, and your martial law rule under a fraudulently orchestrated never ending emergency, and further,

192. Each of these criminals named herein each know that the Constitution for the United States of America says nothing about the Department of Homeland Security (DHS), or the US Border Patrol, the Federal Emergency Management Agency (FEMA), or the Drug Enforcement

Agency (DEA), or US Marshalls, US Customs, or US Immigration or Customs and Border Protection (CBP), or the banks, or the Federal Reserve, and because of the Bank Act, and the Federal Reserve Act, they are all instrumentalities of the United States, and unconstitutional delegations of authority, and further,

193.   These criminals named herein each know that they have no authority to serve commercial process on the Petitioner, as found in;

a)                          the Solemn Asseveration of Criminal Complaint – Janet Napolitano and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-054037, a true copy of which is attached hereto at TAB 24, and,

b)                          the Solemn Asseveration of Criminal Complaint – Barak Obama and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-098478, a true copy of which is attached hereto at TAB 20, and,

c)                          the Solemn Asseveration of Criminal Complaint – Barak Obama & other ringleaders & hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2012-070027, a true copy of which is attached hereto at TAB 19, and,

d)                          the Corporate Denial Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a true copy of which is attached hereto at TAB 21, and,

e)                          the BAR Member Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-035347, a true copy of which is attached hereto at TAB 23, and,

and the attachments thereto, all of which are the un-rebutted truth, and "public policy", all of each of which are incorporated herein by reference in their entirety, and further,

194.   These criminals named herein each know that a US citizen is a cestui que trust, and the same thing as a "subject" at common law, and a slave, and has no rights, as found in;

a)                          the Solemn Asseveration of Criminal Complaint – Janet Napolitano and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-054037, a true copy of which is attached hereto at TAB 24, and,

b)                          the Solemn Asseveration of Criminal Complaint – Barak Obama and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-098478, a true copy of which is attached hereto at TAB 20, and,

c)                          the Solemn Asseveration of Criminal Complaint – Barak Obama &

other ringleaders & hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2012-070027, a true copy of which is attached hereto at TAB 19, and,

d)        the Corporate Denial Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a true copy of which is attached hereto at TAB 21, and,

e)        the BAR Member Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-035347, a true copy of which is attached hereto at TAB 23, and,

and the attachments thereto, all of which are the un-rebutted truth, and "public policy", true copies of each of which, are attached hereto, all of each of which are incorporated herein by reference in their entirety, but these criminals named herein intend to fabricate evidence of the cestui que trust, and then their Vatican BAR member BAR member bencher can play some law merchant tricks to fabricate one of their law merchant constructive contracts;

**"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law."** Hill v. Waxberg, 237 F.2d 936,

and they are using their color of law statutes to facilitate the violation of the Petitioner's rights,

**"Constructive/quasi contracts include obligations founded on statutory duties."** Donovan v. Kansas City, 175 S. W. 2d 874; In Re United Burton Co., 140 F. 495, 502,

**"The philosophy of *indebitatus assumpsit* is, indeed, not wholly foreign to admiralty. Analogous conceptions of rights based on *quasi*-contract are found in admiralty."** Archawski v. Hanioti - 350 U.S. 532 (1956), [emphasis added], and further,

195.    The Petitioner has the right to renounce the US citizen as defined by the so-called Fourteenth Amendment as affirmed by **Book 15 Statutes at Large of the United States of America, Chapter 249**, that says in the preamble;

**"Whereas the right of expatriation is a natural and inherent right of all people, indispensible to the enjoyment of the rights of life, liberty, and the pursuit of happiness…"**

and it goes on to say;

**"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That any declaration, instruction, opinion, order or decision of any officers of this government, which denies, restricts or impairs or questions the right of expatriation, is hereby declared inconsistent with the principles of this government."**

therefore, the Petitioner's right of expatriation is not subject to regulation in any way, which is why it is called a right, and further,

**"One sovereign does not need to tell another sovereign that he/she is sovereign.  The sovereign is merely sovereign by his very existence.  The rule in America is that the American people are the sovereigns."**
Kemper v. State, 138 Southwest 1025 (1911), page 1043, and further,

196.    As a sovereign, the Petitioner is not a person, as far as any codes, rules, or regulations are concerned, as evidenced in Corporate Denial Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a certified true copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and all of which is now the un-rebutted truth, and public policy, and further,

197.    The Court and the Respondents are further notified that the Petitioner does **NOT** consent to any foreign martial law jurisdiction, but the Petitioner already knows that they intend to perjure their oaths and compel it on Him anyway, and further,

198.    The foreign agent of the Vatican BAR member in the US Attorney's office intends to perjure their oath of office by testifying against the Petitioner, and converting this case to the inferior federal so-called courts, of limited jurisdiction

**"Also nothing shall be intended to be within the jurisdiction of an inferior court, but what is expressly so alleged : and if part of the cause arises within the inferior jurisdiction, and part thereof without it, the inferior court ought not to hold plea. 1 Lev. 104: 2 Rep. 16. See tit Abatement, I. 1. An inferior court, not of record, cannot impose a fine, or imprison: but the courts of record at Westminster may fine, imprison, and amerce. 1 1 Rep. 43. The king, being the supreme magistrate of the kingdom, and intrusted with the executive power of the law, all courts, superior or inferior, ought to derive their authority from the crown ; Staundf. 54; though the king himself cannot now, as anciently, sit in judgment in any court upon civil causes, nor upon indictments, because there he is one of the parties to the suit. 2 Hawk. P. C. c. 1. § 1, 2. The king hath committed all his power judicial to one court or the other. 4 Inst. 71. And by stat. 52 H. 3. c. 1. it is enacted, that all persons shall receive justice in the king's courts, and none take any distress, &c. of his own authority, without award of the king's courts. It is said the customs, precedents, and common judicial proceedings of a court, are a law to that court ;"** 1835 Tomlins Law Dictionary, [emphasis added]

and the Petitioner has already sent the US Attorney a Notice and Demand, all of which is incorporated herein by reference in its entirety, and it shall be further proof of their intent to perjure their oath, and conspire with their BAR member judicial  buddies to assault the Petitioner, and kidnap the Petitioner, and when the Petitioner exercises His right to resist their assaults, and kidnappings, with lethal force if necessary, they will MURDER the Petitioner, and hold themselves up as heroes by claiming that the Petitioner was a terrorist sovereign, and they eliminated another terrorist, as evidenced in the Articles about FBI concern about sovereigns,

and about Obama MURDERING US citizens, which is why they intend to criminally convert the Petitioner into a lowlife scumbag US citizen slave, because they intend to MURDER the Petitioner, as evidenced in the BAR Member Affidavit 082013 which was recorded with the Pinal County Recorder at Fee Number 2013-039716 a true copy of which is attached to which is attached hereto, at TAB 23, and incorporated herein by reference in its entirety, and further,

199.    The Court and the Respondents are NOTICED that there is no law of nations standing between the Petitioner as one of "the people" and the United States, and the ONLY authority that this Court has is authority that the Petitioner delegated;

**"But in considering the question before us, it must be borne in mind that there is no law of nations standing between the people of the United States and their Government, and interfering with their relation to each other. The powers of the Government, and the rights of the citizens under it, are positive and practical regulations plainly written down. The people of the United States have delegated to it certain enumerated powers, and forbidden it to exercise others."** Dred Scott v. Sanford, 19 How (60 U.S.) 393, 452, 15 L.Ed. 691 (A.D. 1856-1857), and further,

200.    The criminals named herein are conspiring to facilitate the murder of the Petitioner, because, they intend to continue to assault the Petitioner, and His family, and they intend to continue to kidnap the Petitioner and His family, whether it is on the land of Texas, or the land of Colorado, or the land anywhere, and when the Petitioner exercises the Petitioner's right to resist their unlawful arrest, with lethal force if necessary, they will have an excuse to murder Him, and further,

201.    These foreign enemy agents of the Vatican BAR member BAR member bencher named herein, each know that imprisonment for debt is unconstitutional, as found in the constitution for every state in the union, but these BAR member benchers each know that all jails are commercial, and they are all debtors prisons, because the BAR member bencher issues a bid bond, and payment bond, and a performance bond on behalf of their victim that they have in their show trial, based on any commercial dishonors that the BAR member bencher orchestrates on behalf of their "defendant", and then they hold the living soul in their warehouse (jail) until the International Monetary Fund bankster thieves pay off the so-called debt. These BAR member benchers know that jail is a benefit because at common law there are no jails, which is why common law is so severe, because the matter has to be resolved immediately. Furthermore these BAR member benchers are collecting royalties from these bonds, because these bonds are issued ONLY in their Admiralty Maritime Law jurisdiction, and there are

Harvard Law Review articles that explain how most judges retire millionaires because of the royalties they collect from Admiralty Maritime Law cases, and further,

202. Obama, Holder, Napolitano, Overcast, Boehner, and McConnel, together with these BAR member benchers, and the US Congress thugs, and their hired thugs named herein, are doing nothing more than using their satanic law merchant to entrap people into their so-called contracts to enrich themselves, and their thieving bankster buddies and the Vatican, and the Vatican is the real party in interest in this matter, and further,

203. The Petitioner's rights are valued at one million dollars for each right, for each day of deprivation as evidenced in the <u>Constructive Notice by Affidavit to all Parties Concerned – Evidence of Citizenship Status</u> which is recorded with the <u>Washington County Recorder</u> at <u>00475055</u> in <u>Book 0840</u> Pages <u>0503</u> through <u>0510</u> on the <u>Fifth</u> day of <u>August</u> in the year <u>One Thousand Nine Hundred and Ninety-four</u>, and which is incorporated into the <u>Verified Abstract, Declaration and Order</u> which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2005-028178</u>, all of which is incorporated herein by reference in its entirety, all of which is now the un-rebutted truth, and public policy, all of which is attached hereto at TAB 14, and further,

204. These criminals named herein are using the private common law copyrighted property of the Petitioner, "GLENN WINNINGHAM FEARN" and derivatives thereof, they are making unlawful legal determinations, and unlawfully representing the Petitioner, and they now owe him one hundred million pieces of silver (1 troy ounce each), and further,

205. Obama, Holder, Napolitano, Overcast, Boehner, and McConnel, together with their BAR member bencher buddies, and the US Congress , and their hired thugs named herein, intend that their hired thugs go out and assault the Petitioner, and kidnap the Petitioner, and murder the Petitioner any anyone who thinks they are free, <u>because it makes so much business for their so-called courts</u>, and further,

206. Obama has proudly said publicly that he has murdered US citizens abroad, and he intends to murder US citizens in America, and that is why Napolitano and her hired thugs are harassing the Petitioner, because they intend to fabricate evidence of their lowlife scumbag US citizen, and then use that as justification to murder the Petitioner, but both Napolitano and Obama are cowards, because they will never do it themselves, because they will send out their

hired thugs out to do it for them, and they intend to continue to do it, until the Petitioner does exercise His right to resist their unlawful arrest, and that will give them the excuse they need to MURDER Him, so go ahead Make His day!!!!, and it is further proof that they intend to murder whoever they want, especially those who think they are free, and further,

207.    The Petitioner would like to sue each and every one of them in their personal capacity, but the Petitioner has not had a compensation for labor contract since August, because the US Congress  together with the Whitehouse, are helping the bankster thieves drive the economy into the dirt, and are also depriving the Petitioner of His right to pursue happiness, (by getting compensation for His labor), which is the subject of another lawsuit, which has been commandeered by one of their BAR member bencher buddies by the name of Means, in the United States District Court for the Northern District of Texas, in conspiracy with the FEDEX respondents, and now it is in the Court of (so-called) Appeals, and that is EXACTLY what these US Congress  and their BAR member bencher buddies intend, because they can help out their thieving bankster buddies, and create all sorts of business for their so-called courts, and further,

208.    Obama, Holder, Napolitano, Overcast, Boehner, and McConnel, and these BAR member judicial thugs, named herein, and their hired thugs have no intention of providing any real justice in this matter, and they intend to aid and abet Napolitano and they intend to cover up these crimes, but the Petitioner does not care because the Petitioner wants this on the record, because the Petitioner will get justice one day, in spite of Napolitano, and her thugs, and further,

209.    Napolitano and her hired thugs have unlawfully arrested the Petitioner, and unlawfully searched the Petitioner's property at least 10 times when He was travelling back from overseas, in addition to their unlawful arrest, their assault, and kidnapping in the most recent event, and the Petitioner has been trying to use administrative procedure to resolve this matter, but they clearly intend to unlawfully arrest the Petitioner, and assault the Petitioner, and kidnap the Petitioner, all of which is with the full knowledge and support of Obama, Holder, Boehner, and McConnel, and the BAR member judicial thugs, named herein, and further,

210.    Obama, Holder, Overcast, McConnel, Boehner, and Napolitano each intend to convert the Petitioner's rights into privileges,

**"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime".** Miller v US, 230 Fed 486,489

**"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."**
Murdock v. Pennsylvania, 319 US 105

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."** Sherer v. Cullen, 481 F 946

**"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."**
Shuttlesworth v. City of Birmingham Alabama, 373 US 262,

**"No statutory duty lies to apply for, or to possess a drivers' license for personal travel and transportation as defendant is not within the 'class of persons for whose benefit or protection the statute was enacted."** Routh v Quinn, 20 Cal2d 488

**"...those things which are considered as inalienable rights which all citizens possess cannot be licensed since those acts are not held to be a privilege."** City of Chicago v. Collins, 51 N.E. 907, 910.

**"The State cannot diminish rights of the people."** Hertado v. California, 110 U.S. 516
**"Under our system of government upon the individuality and intelligence of the citizen, the state does not claim to control him/her, except as his/her conduct to others, leaving him/her the sole judge as to all that affects himself/herself."** Mugler v. Kansas 123 U.S. 623, 659-60.

**"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice."** Davis v. Wechsler, 263 U.S. 22, 24.

Laws that interfere with "fundamental rights" are "suspect" and demand "close scrutiny" by courts. Laws cannot simply be passed on whimsy, but there must be a "compelling state interest." Any law that would "chill" exercising a right is "patently unconstitutional." It is a well established right of the people "to be free to travel throughout the length and breadth of our land uninhibited by statutes, rules, or regulations which unreasonably burden or restrain this movement." Shapiro v Thompson, 394 US 618 (1969), and further,

211.     These bencher criminals named herein and others are judicial whores because they are selling their so-called justice, and they deny their so-called justice if you do NOT pay the tax (extortion under color of office). They charge a fee for their so-called justice, and they are all making royalties off of their martial law dictatorship cases, and the Texas Legislature BAR members have even codified it;

**"The clerk of a district court shall collect fees and costs under the Local Government Code as follows:**
**(6)  on the filing of a civil suit, an additional filing fee to be used for court-related purposes for the support of the judiciary (Sec. 133.154, Local Government Code) . . . $42"**
Sec. 101.0615.  District Court Fees and Costs:  Local Government Code,

and they are perjuring their oaths of office because they conspire together to compel the
Petitioner to pay taxes/filing fees;

**"The taxing power, being in its nature unlimited over the subjects within its control,
would enable the state governments to destroy the above-mentioned rights…"**
Crandall v Nevada 73 U. S. 35 (1867)

**"All subjects over which the sovereign power of the state extends are objects of taxation,
but those over which it does not extend are exempt from taxation. This proposition may
also be pronounced as self-evident. The sovereignty of the state extends to everything
which exists by its authority or its permission."** McCullough v Maryland, 17 U.S. [4 Wheat]
316 (1819).

and the Petitioner does NOT exist by permission of the state, and the state has a duty of
protection of the Petitioner's rights, and any attempt to tax the Petitioner or otherwise regulate
the Petitioner in His efforts to obtain that protection is in violation of the Petitioner's Article One
in Amendment for the Constitution for the United States of America unlimited and unregulatable
right to Petition the government for a redress of grievances,

**"Congress shall make no law …. abridging ….. the right of the people…. to petition the
government for a redress of grievances."**
Article 1 in Amendment, The Constitution of the United States

and it is converting a right into a privilege;

**"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."**
Murdock v. Pennsylvania, 319 US 105

**"There can be no sanction or penalty imposed upon one because of this exercise of
constitutional rights."** Sherer v. Cullen, 481 F 946

**"If the State converts a right (liberty) into a privilege, the citizen can ignore the license
and fee and engage in the right (liberty) with impunity."**
Shuttlesworth v. City of Birmingham Alabama, 373 US 262:

and since the STATE OF TEXAS is a federal municipal corporation, as described herein, the
word "Congress" also means the STATE OF TEXAS and these judicial thugs already know this,
because all officers of the court are presumed to know the law as described herein, and the first
ten amendments to The Constitution of the United States are a re-affirmation of the Petitioner's
common law rights

**"History is clear that the first ten amendments to the <u>Constitution</u> were adopted to secure
certain <u>common</u> <u>law</u> <u>rights</u> of the people, against invasion by the Federal Government."**
Bell v. Hood, 71 F.Supp., 813, 816 (1947) U.S.D.C. -- So. Dist. CA. [emphasis added]

and the right to petition the government for a redress of grievances is a reaffirmation of the
**Petition of Right** which is taken from Section 61 of the Magna Carta;

"…and for the better allaying of the quarrel that has arisen between us and our barons,… and, laying the transgression before us, <u>petition to have that transgression redressed without delay</u>. And if we shall not have corrected the transgression…within forty days, reckoning from the time it has been intimated to us …the four barons aforesaid shall refer that matter to the rest of the five and twenty barons, [grand jury] and those five and twenty barons shall, together with the community of the whole realm, distrain and distress us in all possible ways…" Magna Carta Section 61 [Emphasis added],

and Chapter 40 of the Magna Carta which says;

"To no one will we sell, to no one will we refuse or delay, right or justice."

and the rule of their decision is supposed to be common law, and because; <u>"in this state"</u> is

ONLY in federal areas in Texas;

"RULE OF DECISION. The rule of decision <u>in this state</u> consists of those portions of the common law of England that are not inconsistent with the constitution or the laws of this state, the constitution of this state, and the laws of this state."
Section 5.001 Texas Civil and Practice Code. [Emphasis added]

and a court of record is a court of common law, real property, personal property, and mixed

actions, and has authority to fine and imprison;

"<u>A court of record is that court which hath power to hold plea, according to the course of the common law, of real, personal, and mixed actions</u>… as the King's Bench, Common Pleas… <u>Every court of record is the king's court, in right of his crown and dignity, though his subjects have the benefit of it</u> : and therefore no other court hath authority to fine and imprison : so that the very erection of a new jurisdiction, with power of fine or imprisonment, makes it instantly a court of record. Salt. 200: 12 Mod. 388: Finch. L. 231.

and the people have free access to all courts of record and not of record;

<u>The free use of all courts of record and not of record is to be granted to the people</u> : the leet and toum are the king's courts, and of record. 2 Danv. 25Q." 1835 Tomlins Law Dictionary [emphasis added]

and they have no right to charge the Petitioner any fees, and it pays for the errors and

omissions insurance for the bencher, and it nullifies the oath of office of the bencher, and

converts them into a judicial whore, and because they accept the commercial paper, they are

NOT sovereign;

"Governments descend to the level of mere private corporation, and take on the characteristics of a mere private citizen where private corporate commercial paper and securities i.e. is concerned. …For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363-371 (1942)

"Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy." Rio Grande v. Darke, 167 P. 241

and these judicial thugs are engaged in treason;

**"We have no more right to decline the exercise of jurisdiction which is given than to usurp that which is not given. The one or the other would be treason to the Constitution."** Cohen v Virginia, 19 U.S. 264, and further,

212.    Fish, Wake, Lamberth, Siebel, Breyer, Jacobs, and Sentelle are all judicial whores, and are celebrating because of all of the business Obama, Napolitano, Holder, Boehner, Reid, Overcast, Clinton, Pelosi, Hylton, Biden, Mueller, and McConnell and their hired thugs have brought to them and their so-called courts, and they are the ones who are talked about in The Holy Bible, in the Book of Revelations

**"And here *is* the mind which hath wisdom. <u>The seven heads are seven mountains, on which the woman sitteth."</u>** Revelations 17:9

and Rome is the city on seven hills,

**"And the woman which thou sawest is that great city, which reigneth over the kings of the earth."** Revelations 17:18

**"For all nations have drunk of the wine of the wrath of her fornication, and the kings of the earth have committed fornication with her, and the merchants of the earth are waxed rich through the abundance of her delicacies."** Revelations 18:3

and a whore is somebody who sells themselves for money, [law merchant & the Vatican] and fornication is an illicit activity [law merchant – perjury of oath], and negotiable instrument law is all Roman Law, [unjust measures – so-called money] and the wine of the fornication is all of the IOUs that are circulating for money, and many waters are Admiralty Maritime Law, or Law Merchant, or Private International Law,

**"Come hither; I will shew unto thee the judgment of the great whore that <u>sitteth upon many waters</u>:, With whom the kings of the earth have committed fornication, and the inhabitants of the earth have been made drunk with the wine of her fornication."** Revelations 17:1-2, and further,

213.    Obama, Holder, Napolitano, Overcast, Boehner, and Reid, and their hired thugs  are imposing their foreign martial jurisdiction against the Petitioner in violation of their oaths of office, and the positive law embodied in the Declaration of Independence, and as affirmed by the Magna Carta Section 38, which says;

**"No Bailiff, for the future shall upon his own unsupported complaint, put anyone to his "law", without credible witnesses...."**

and this is further proof of their intent to perjure their oath of office, and engage in treason, and

sedition, and assault the Petitioner, and kidnap the Petitioner, and when the Petitioner exercises

His right to resist their assaults, and kidnappings, with lethal force if necessary, they intend to

MURDER the Petitioner, and further,

214.    Each of these criminals named herein each know that the Constitution for the United

States of America says nothing about banks, or the Federal Reserve, and because of the Bank

Act, and the Federal Reserve Act, they are all instrumentalities of the United States, and

unconstitutional delegations of authority

**"A delegate cannot delegate; <u>an agent cannot delegate his functions to a subagent</u>
without the knowledge or consent of the principal; the person to whom an office or duty
is delegated cannot lawfully devolve the duty on another, <u>unless he be expressly
authorized so to do.</u>"** 9 Coke, 77; Broom, Max. 840; 2 Kent, Comm. 633; 2 Steph. Comm. 119
[emphasis added]

**"A delegated power cannot be again delegated."**
2 Inst. 597; Black's, 2d. 347; 2 Bouv. Inst. n. 1300

**"A deputy cannot have (or appoint) a deputy."**
Story, Ag. s.13; 9 Coke, 77; 2 Bouv. Inst. n. 1936, and further,

215.    These criminals named herein each know that by attempting to impose satanic Law

Merchant on the Petitioner;

**"'Action' in the sense of a judicial proceeding includes recoupment, counterclaim, set-
off, suit in equity, and any other proceedings in which rights are determined:"** UCC 1-
201(1)

as found in;

a)              the Solemn Asseveration of Criminal Complaint – Janet Napolitano

and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-

054037, a true copy of which is attached hereto at TAB 24, and,

b)              the Solemn Asseveration of Criminal Complaint – Barak Obama and

hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-098478,

a true copy of which is attached hereto at TAB 20, and,

c)              the Solemn Asseveration of Criminal Complaint – Barak Obama &

other ringleaders & hired thugs, which is recorded with the Pinal County Recorder at Fee

Number 2012-070027, a true copy of which is attached hereto at TAB 19, and,

and the attachments thereto, all of which are the un-rebutted truth, and "public policy", all of

each of which are incorporated herein by reference in their entirety, and each of the criminals

named herein intend to perjure their oaths, and they intend to engage in treason and they intend
to engage in sedition, and further,

216.    These criminals named herein each know that the word "includes" is limiting,

**Montello Salt v. Utah 221 US 455**
*"Include' or the participial form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'enclosed'; 'comprised'; 'comprehend'; 'embrace'; 'involve'."*

**"Include 1. To confine within; to hold; to contain; as, the shell of a nut includes the kernel; a pearl is included in a shell. [But in these senses we more commonly use inclose.] 2. To comprise; to comprehend; to contain."** American Dictionary of The English Language, Noah Webster, 1828

**"Include. (Lat. Inclaudere, to shut in, keep within.) To confine within, hold as in an inclosure, take in, attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Premier Products Co. v. Cameron, 240 Or. 123, 400 P.2d 227, 228."** Black's Law Dictionary 6th Edition, page 763

**"INCLUDE. (Lat. *inclaudere*, to shut in, keep within). To confine within, hold as in an inclosure, take in, attain, shut up, contain, inclose, comprise, comprehend, embrace, involve.  Miller v. Johnston, 173 N.C. 62, 91 S.E. 593. Prairie Oil and Gas Co. v. Motter, D.C.Kan., 1 F.Supp. 464, 468; Decorated Metal Mfg. Co. v. U. S., 12 Ct.Cust.App. 140; In re Sheppard's Estate, 179 N.Y.S. 409, 412, 189 App.Div. 370; Rose v. State, 184 S.W. 60, 61, 122 Ark. 509; United States ex rel. Lyons v. Hines, 103 F.2d 737, 740, 70 App.D.C. 36, 122 A.L.R. 674."** Black's Law Dictionary 4th Edition, page 905, and further,

217.    Petitioner has in his possession much more than twenty-one dollars in lawful money
(twenty-one each, one ounce silver eagle coins with a face value of one dollar each), therefore
the Petitioner is NOT a pauper as found in;

    a)            the Solemn Asseveration of Criminal Complaint – Janet Napolitano
and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-
054037, a true copy of which is attached hereto at TAB 24, and,

    b)            the Solemn Asseveration of Criminal Complaint – Barak Obama and
hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-098478,
a true copy of which is attached hereto at TAB 20, and,

    c)            the Solemn Asseveration of Criminal Complaint – Barak Obama &
other ringleaders & hired thugs, which is recorded with the Pinal County Recorder at Fee
Number 2012-070027, a true copy of which is attached hereto at TAB 19, and,

and the attachments thereto, all of which are the un-rebutted truth, and "public policy", all of
each of which are incorporated herein by reference in their entirety, and further,

218.     Because the Petitioner has absolute title to land, resources (lawful money), and is one of "we the people", the Petitioner is a nation under international law, as found in;

a)              the Solemn Asseveration of Criminal Complaint – Janet Napolitano and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-054037, a true copy of which is attached hereto at TAB 24, and,

b)              the Solemn Asseveration of Criminal Complaint – Barak Obama and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-098478, a true copy of which is attached hereto at TAB 20, and,

c)              the Solemn Asseveration of Criminal Complaint – Barak Obama & other ringleaders & hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2012-070027, a true copy of which is attached hereto at TAB 19, and,

and the attachments thereto, all of which are the un-rebutted truth, and "public policy", true copies of each of which, are attached hereto, all of each of which are incorporated herein by reference in their entirety, and further,

219.    These criminals named herein and others known and unknown each know that the right to be represented exists ONLY in a military courts martial;

**"(1)The accused has the right to be represented in his defense before a general or special court-martial or at an investigation under section 832 of this title (article 32) as provided in this subsection."** 10 USC § 838(a)(1), and further,

220.    These criminals named herein intend to convert the Petitioner into a ward of the court; **"Clients are also called "wards of the court"…"** 7 Corpus Juris Secundum § 4 Attorneys and a ward of the court is an imbecile, and these BAR members named herein intend to criminally convert the Petitioner into one of their wards of the court so they can collect their royalties, and violate the Petitioner's rights with impunity, and further,

221.    These criminals named herein each know that a US citizen as defined by the so-called Fourteenth Amendment is a slave as found in;

a)              the Solemn Asseveration of Criminal Complaint – Janet Napolitano and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-054037, a true copy of which is attached hereto at TAB 24, and,

b)              the Solemn Asseveration of Criminal Complaint – Barak Obama and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-098478, a true copy of which is attached hereto at TAB 20, and,

c)              the Solemn Asseveration of Criminal Complaint – Barak Obama &

other ringleaders & hired thugs, which is recorded with the Pinal County Recorder at Fee

Number 2012-070027, a true copy of which is attached hereto at TAB 19, and,

and the attachments thereto, all of which are the un-rebutted truth, and "public policy", all of

each of which are incorporated herein by reference in their entirety, as well as;

"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300

"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." Maxwell v Dow, 20 S.C.R. 448, at pg 455;

and these judicial thugs, and their hired thugs, named herein have criminally converted the

Petitioner into a "resident";

"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States," US vs. Valentine 288 F. Supp. 957,

"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity." Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

"A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states." Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

"Residents, as distinguished from citizens, are aliens who are permitted to take up a permanent abode in the country. Being bound to the society by reason of their dwelling in it, they are subject to its laws so long as they remain there, and, being protected by it, they must defend it, although they do not enjoy all the rights of citizens. They have only certain privileges which the law, or custom, gives them. Permanent residents are those who have been given the right of perpetual residence. They are a sort of citizen of a less privileged character, and are subject to the society without enjoying all its advantages. Their children succeed to their status; for the right of perpetual residence given them by the State passes to their children." The Law of Nations, Vattel, Book 1, Chapter 19, Section 213, p. 87, and further,

222.    Anyone who claims to be a US citizen as defined by the so-called Fourteenth

Amendment has given up their rights voluntarily, and wants to be treated as a slave;

"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations."

_Brasswell v. United States_ 487 U.S. 99 (1988) quoting, _United States v. White_ 322 U.S. 694 (1944),

and the "individual" talked about here is one of their lowlife scumbag US citizens, but for a member of the sovereignty it is a nullity, and further,

223.    The Petitioner is not a trustee, or a trustor, or a beneficiary, or a grantor, or a donor, or anything related to any trust, and further,

224.    These criminals named herein each know that they have no authority over a state citizen;

**"There is a clear distinction between national citizenship and state citizenship."** 256 P. 545, affirmed 278 US 123, Tashiro vs. Jordan

**"The privileges and immunities clause of the 14**[th]** Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."** Jones v. Temmer, 89 F. Supp 1226

**"there is in our Political System, a government of each of the several states and a government of the United States  Each is distinct from the other and has citizens of its own."** US vs. Cruikshank, 92 US 542,

**"A person who is a citizen of the United States** ** is necessarily a citizen of the particular state in which he resides. But a person may be a citizen of a particular state and not a citizen of the United States** **. To hold otherwise would be to deny to the state the highest exercise of its sovereignty, -- the right to declare who are its citizens."** State v. Fowler, 41 La. Ann. 380 6 S. 602 (1889), [emphasis added]

**"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."** Mc Donel v State, 90 Ind. Rep. 320 at pg 323;

Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L. Ed 588 1875: **Both before and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a citizen of his State;**

Gardina v. Board of Registers 48 So. 788, 169 Ala. 155 1909: **"There are two classes of citizens, citizens of the United States and of the State. And one may be a citizen of the former without being a citizen of the latter";**

the United States Supreme Court quite thoroughly expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said:

**"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested."** Maxwell v Dow, 20 S.C.R. 448, at pg 451;

**"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."** Maxwell v Dow, 20 S.C.R. 448, at pg 455;

and as a state citizen, the Petitioner is one of the Sovereign People, and part of the Sovereign body of People, and the Petitioner has all of the rights of the King;

**"The words "people of the United States" and "citizens" are synonymous terms and mean the same thing. They both describe the political body who, according to our republican institutions form the sovereignty, and who hold the power, and conduct the government through their representatives. They are what we familiarly call the sovereign people, and every citizen of one of this people, and a constituent member of the sovereignty."** Dredd Scott v Sandford 60 U.S. 393

**"The people or sovereign are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign,.."** People v Herkimer, 4 Cowen (NY) 345, 348 (1825)

**"...at the revolution the Sovereignty devolved on the people; and they are truly the sovereigns of the country... the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty."** Chisholm v Georgia, 2 Dall. 440, at pg 471

**"People of a state are entitled to all rights, which formerly belong to the King by his prerogative."** Lansing v Smith, (1829) 4 Wendell 9,20 (NY).

**"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

and governments are the agents of the Petitioner, with authority that the Petitioner delegates, and EVERYTHING they do, with authority, is under the Petitioner's authority, and consistent ONLY within the four corners of the *lex scripta* and *lex non-scripta* and to do otherwise negates their authority thereby atturning them into criminals and usurpers of the Law;

**"the government is but an agency to the state,"** -- the state being the sovereign people. State v. Chase, 175 Minn, 259, 220 N.W. 951, 953

**"No state legislator or executive or judicial officer <u>can war against the Constitution without violating his undertaking to support it."</u> The constitutional theory is that we the people are the sovereigns, <u>the state and federal officials only our</u> agents."**
Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added]

**"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends."**
Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907).

**"governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."** --*Luther v. Borden*, 48 US 1, 12 Led 581

and there is nothing the government can do to affect "the People";

**Inasmuch as <u>every government</u> is an <u>artificial person</u>, an abstraction, and a <u>creature of the mind only,</u> a government can interface <u>only with other artificial persons.</u> The imaginary, having <u>neither actuality nor substance,</u> is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that <u>no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.</u>**
Penhallow v Doane's Administrators, 3 U.S. 54 (1795) at p 93

**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."** Yick Wo v Hopkins, 118 US 356, at pg 370;

**"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, by their Constitution entrusted to it; All else is withheld."** Julliard v Greenman 110 U.S. 421

and as a member of the Sovereignty, the Petitioner is completely immune from those laws

inconsistent with the *lex scripta* and the *lex non-scripta*;

**<u>"The state citizen is immune from any and all government attacks and procedure,</u> absent contract."** see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70, [emphasis added]

**"The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government."** City of Dallas v Mitchell, 245 S.W. 944

**"State citizens are the only ones living under free government, whose rights are incapable of impairment by legislation or judicial decision."** Twining v. New Jersey, 211 U.S. 97, 1908

**"State Citizenship is a vested substantial property right, and the State has no power to divest or impair these rights."** Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083,

**"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government."** Spooner v. McConnell, 22 F 939 @ 943

and as a sovereign, the Petitioner is also a non-taxpayer,

**"Persons who are not taxpayers are not within the system and can obtain no benefit by following the procedures prescribed for taxpayers, such as the filing of claims for refunds."** Economy Plumbing and Heating v. U.S., 470 F.2d 585 (Ct. Cl. 1972)

**"The revenue laws are a code or a system in regulation of tax assessment and collection. They relate to taxpayers, and not to non-taxpayers. The latter are without their scope. No procedures are prescribed for non-taxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither the subject nor the object of the revenue laws."** Long v. Rasmussen, 281 F. 236, at 238

**"Taxpayers are not State Citizens."** Belmont v. Town of Gulfport, 122 So. 10.

and any attempt to cause the Petitioner injury with their so-called prosecutions is the common law crime of bearing false witness, adultery, theft, ba'al worship and other transgressions of the Law set out in the *Pentateuch*, in modern language; "barratry"

**"No action can be taken against a sovereign in the non-constitutional courts of either the United States or the state courts & any such action is considered the crime of Barratry. Barratry is an offense at common law."** State vs. Batson, 17 S.E. 2d 511, 512, 513

and that is consistent with your Texas statutes;

**Texas Penal Code § 38.12. Barratry & Solicitation of Professional Employment.**
**(a) A person commits an offense if, with intent to obtain an economic benefit the person:**
**(1) knowingly institutes a suit or claim that the person has not been authorized to pursue;**
**(2) solicits employment, either in person or by telephone, for himself or for another; ...**
**(d) A person commits an offense if the person:**
**(1) is an attorney, ...**
**(2) with the intent to obtain professional employment for himself or for another, sends or knowingly permits to be**
**sent to an individual who has not sought the person's employment, legal representation, advice, or care a written**
**communication that: ...**
**(D) concerns a lawsuit of any kind, ..."**

and  Obama, Holder, Napolitano, Overcast, Boehner, Reid, and their hired thugs, and the

judicial thugs named herein and their hired thugs are engaging in barratry,

**"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351."** Manning v. Ketcham, 58 F.2d 948.

and because the Petitioner is a state citizen, the Petitioner is also a judicial power citizen;

**"The judicial power is the power to hear those matters which affect life, liberty or property of the Citizens of the State."** Sapulpa v Land, 101 Okla. 22, 223 Pac. 640, 35 A.L.R. 872, and further,

225.    These judicial thugs are not even remotely neutral or detached;

**"It is a fundamental right of a party to have a neutral and detached judge preside over the judicial proceedings."** Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93 S.Ct 80, 83, 34 L.Ed. 2d 267 (1972); Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437, 440, 71 L.Ed. 749 (1927)

because these judicial thugs intend to collect their royalty, and they encourage Obama, Holder,

Napolitano, Overcast, Boehner, Reid,  and their hired thugs to violate the Petitioner's rights,

because it makes so much business for their so-called courts,, even though they know they

have no jurisdiction whatsoever,

**"When a judicial officer acts entirely without jurisdiction or without compliance with jurisdictional requisites, he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction."** Little v US Fidelity & Guaranty Co, 217 Miss 576, 64 So 2d 697

**"Once jurisdiction is challenged, it must be proven."** Hagans v Lavine, 415 US 528 nat 588 (1974)

**"If any tribunal (court) finds absence of proof of jurisdiction over person & subject matter, the case must be dismissed."** Louisville v Motley, 211 US 149, 29 S. Ct. 42

**"Jurisdiction is the power to declare the l aw; & when it ceases to exist, the only function remaining to the court is that of announcing the fact & dismissing the cause."** Burlington v Angel, 220 N.C. 18

and the judicial thugs are aiding and abetting Obama, Holder, Napolitano, Overcast, Boehner,

Reid, and their hired thugs, by falsely accusing the Petitioner of being a "person", and further,

226.    Napolitano's thugs named herein and their judicial thugs, know that they are operating in

a ministerial capacity, enforcing their color of law statutes,

**"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity,"** - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404)

**"but merely act as an extension as an agent for the involved agency –- but only in a "ministerial" and not a "discretionary capacity..."** Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

**Immunity for judges does not extend to acts which are clearly outside of their jurisdiction.** Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

**"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351."** Manning v. Ketcham, 58 F.2d 948.

and all judgments entered in the Petitioner's case are void judgments, and the Petitioner can collaterally attack them in any way, and at any time, because the Courts have further decreed, want of jurisdiction makes

**"...all acts of judges, magistrates, U.S. Marshals, sheriffs, local police, all void and not just voidable."** <u>Nestor v. Hershey</u>, 425 F2d 504.

and these judicial thugs named herein each know it, but they intend to perjure their oaths anyway, and further,

227.    Obama, Holder, Napolitano, Overcast, Boehner, Reid, and their hired thugs, are operating an organized crime syndicate on the land of Texas as found in their Texas Penal Code

**"(a) Conspired to commit...engage in conduct that would constitute the offense...or...perform an overt act..."**
**(d) Criminal street gang...having a common identifying sign or symbol or an identifiable leadership who continuously or regularly associate in the commission of criminal activities."**
Texas Penal Code Title 11. Organized Crime, Chapter 71. Organized Crime § 71.01,

because each of them know that they had no right to stop the Petitioner, and further,

228.    These criminals named herein are creating a fiction of law;

**"fiction of law; An assumption or supposition of law that something which is or may be false is true, or that a state of facts exist which has never really taken place. An assumption, for purposes of justice, of a fact that does not or may not exist. A rule of**

law, which assumes as true,..., something that is false, but not impossible." Black's Law Dictionary 6th Edition, page 623

"A fiction is a rule of law that assumes something that is or may be false is true." Hibbert v Smith, 67 Cal. 547,

and they are using that fiction of law to facilitate the assaults of the Petitioner, and the kidnappings of the Petitioner, and the ultimate MURDER of the Petitioner,

"Fictitious. Founded on a fiction; having the character of a fiction; pretended; counterfeit. Feigned, imaginary, not real, false, not genuine, nonexistent. Arbitrarily invented and set up, to accomplish an ulterior object."
Black's Law Dictionary 6th Edition, page 624 [emphasis added]

and it is all a fraud as found in the Corporate Denial Affidavit 062013, which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a certified true copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and further,

229.   These criminals named herein each know that the American BAR Association, and the various State BARs are all unconstitutional delegations of authority as described herein, and in the Corporate Denial Affidavit 062013, which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a certified true copy of which is attached hereto, at TAB 21, all of which is incorporated herein by reference in its entirety, and further,

230.   Obama, Holder, Napolitano, Overcast, Boehner, Reid, and these perjuring, treasonous, murdering, foreign agents of the Vatican BAR member judicial thugs and their hired thugs named herein intend to deprive the Petitioner of his right to travel;

"Personal liberty largely consists of the Right of locomotion -- to go where and when one pleases -- only so far restrained as the Rights of others may make it necessary for the welfare of all other citizens. The Right of the Citizen to travel upon the public highways and to transport his property thereon, by horsedrawn carriage, wagon, or automobile, is not a mere privilege which may be permitted or prohibited at will, but the common Right which he has under his Right to life, liberty, and the pursuit of happiness. Under this Constitutional guarantee one may, therefore, under normal conditions, travel at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's Rights, he will be protected, not only in his person, but in his safe conduct." American Jurisprudence 1st Edition, Constitutional Law, Sect.329, p.1135.

"The Supreme Court has recognized that personal liberty includes 'the right of locomotion, the right to move from one place to another according to inclination.'" Davis v. City of Houston, (Tex. Civ. App., 1924), 264 S.W. 625, 629.

"The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common law right which he has under the right to life, liberty, and the pursuit of happiness." *Thompson v. Smith*, 154 SE 579.

"No one may be required to obtain a license in order to speak. Thus, the State can no more license the Appellant's right to travel in his automobile than it could license his right to print or to speak, for they are all inalienable rights." Thomas v. Collins, (1944), 323 U.S. 516, 543,

"The right to operate a motor vehicle upon the public streets and highways is not a mere privilege, it is a right or liberty, the enjoyment of which is protected by the guarantees of the federal and state constitutions." Adams v City of Pocatello, 416 P.2d 46, 48.

"A license is a privilege granted by the state" and "cannot possibly exist with reference to something which is a right...to ride and drive over the streets". "If we allow the City of Chicago to require the licensing of horseless carriages, how long be the City of Chicago would want to require license to ride a horse or to walk upon the streets?" City of Chicago v Cullens, et al, 51 N.E. 907, 910, etc. (1906)

"The right to travel is part of the liberty of which a citizen cannot be deprived without due process of law under the 5th Amendment. This Right was emerging as early as the Magna Carta." (1215 c.e.) Kent v Dules 357 US 116 (1958)

"Complete freedom of the highways is so old and well established a blessing that we have forgotten the days of the "Robber Barons" and toll roads,..." Robertson v. Department of Public Works, 180 Wn. 133

"The right to travel over a street or highway is a primary absolute right of everyone." Foster's, Inc. v. Boise City, 118 P.2d 721, 728.

"The use of the highway for the purpose of travel ... is not a mere privilege, but a common fundamental right of which the public ... cannot rightfully be deprived." Chicago Motor Coach v. Chicago, 169 NE 221.

"The right of a citizen to use the highways, including the streets of the city or town, for travel and to transport his goods, is an inherent right which cannot be taken from him." Florida Motor Lines v. Ward, 137 So. 163, 167; State v. Quigg, (Fla. - 1927), 114 So. 859, 862;

and the Texas color of law statutes are consistent with this, but these benchers do not care what the courts are saying, or what their perjuring BAR member buddies in the State of Texas Senate, or their perjuring BAR member buddies in the State of Texas Legislature. They have criminally converted the Petitioner's name, the Petitioner's postal address, and the Petitioner's citizenship to facilitate their assaults of the Petitioner, and their kidnappings of the Petitioner, and their ultimate MURDER of the Petitioner, and further,

231.    These foreign enemy agents of the Vatican BAR member judicial thugs know that;
**"incarceration to coerce bond is unconstitutional"** 466 US 522 (1984),
but they intend to do it anyway, and further,


232.    These foreign enemy agents of the Vatican BAR member judicial thugs named herein,
each know that imprisonment for debt is unconstitutional
**"No person shall ever be imprisoned for debt."** Texas Constitution Article 1,
Section 18.  Imprisonment For Debt.

these benchers each know that all jails are commercial, and they are all debtors prisons,
because the judicial whore issues a bid bond, and payment bond, and a performance bond on
behalf of their victim that they have in their show trial, based on any commercial dishonors that
the judicial whore orchestrates on behalf of their "defendant", and then they hold the living soul
in their warehouse (jail) until the International Monetary Fund bankster thieves pay off the so-
called debt. These judicial whores know that jail is a benefit because at common law there are
no jails, which is why common law is so severe, because the matter has to be resolved
immediately. Furthermore these judicial whores are collecting royalties from these bonds,
because these bonds are issued ONLY in their Admiralty Maritime Law jurisdiction, and there
are Harvard Law Review articles that explain how most judges retire millionaires because of the
royalties they collect from Admiralty Maritime Law cases, and further,


233.    These foreign enemy agents of the Vatican BAR member judicial whores named herein,
are cowards, because they will not come and face the Petitioner, but instead they have all sorts
of military thugs to hide them from the Petitioner, and hide their postal address, and instead they
will issue one of their unlawful warrants, and they will send out their subordinates and hired
thugs, under the color of their so-called laws, and with no authority whatsoever, and will have
their hired thugs sneak around and catch the Petitioner when the Petitioner does not have the
ability to exercise His right to resist their unlawful arrest, with lethal force if necessary, so they
can kidnap the Petitioner, and trump up some fictitious charges, and hold one of their inquisition
show trials,

a)                      in one of their star chamber, counter-fiat, de facto, so-called courts, that
are military tribunals, and,

b)                      they will hold the Petitioner in their warehouse (jail) until the Petitioner
consents to their martial law rule by signing one of their recognizance bonds, and make sure
it is a minimum of 72 hours so they can collect the $70,000 award from the International
Monetary Fund bankster thieves, and,

c)          before one of their counter-*fiat* de facto so-called judges, and,

d)          where the facts in the matter, …don't matter, and,

e)          where they have no authority to convene a jury of the Petitioner's peers,

and,

f)          where "US citizens" will unlawfully give evidence against the Petitioner, (a State Citizen), and, unlawfully represent the Petitioner, and unlawfully make legal determinations for the Petitioner, and

g)          where the Petitioner will be denied His right to have a trial by a jury of 12 of the Petitioner's peers, (state citizens), and,

h)          where the Petitioner will NOT have the right to face the Petitioner's accuser, and,

i)          where as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member prosecutor representing their criminal dummy corporation will perjure his oath of office, by engaging in barratry, and,

j)          where as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member prosecutor representing their criminal dummy corporation will perjure his oath of office, by unlawfully giving evidence against the Petitioner, and unlawfully representing the Petitioner, and unlawfully making legal determinations for the Petitioner, as the representative of the Attorney General, and,

k)          where as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member prosecutor representing their criminal dummy corporation will perjure his oath of office, by testifying against the Petitioner, and,

l)          where as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will DEMAND that the Petitioner be "represented" by one of their foreign agents of the Crown (BAR members), and,

m)          where as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will criminally convert the Petitioner's citizenship by falsely accusing the Petitioner of being a US citizen/slave, to facilitate the violation of the Petitioner's rights, and,

n)          where as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher  will falsely accuse the Petitioner of being a "Party" in the matter;
**"PARTIES, contracts. Those persons who engage themselves to do, or not to do the matters and things contained in an agreement.**
**4. Those persons who want understanding, are idiots and lunatics; drunkards and infants,"** [emphasis added], Bouvier's Law Dictionary 1856 Edition, page 906,

o)          and as part of their religious BAAL worship ceremony the foreign enemy

agents of the Vatican BAR member bencher will want to know if the Petitioner "understands" the charges, thereby exposing himself to be an idiot, or a lunatic, or a drunkard, ONLY, since the BAR member bencher will obviously NOT be an infant, and,

p)             where the case is nothing more than a commercial transaction, and a religious ceremony under Canon Law, as part of their religious BAAL worship ceremony orchestrated by the foreign enemy agents of the Vatican BAR member bencher, and,

q)             where as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will compel the Petitioner to be an accommodation party for their fraudulently created cestui que trust, GLENN WINNINGHAM FEARN, under their martial law rule dictatorship, and,

r)             where as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher judicial thugs will refuse to provide their registration as foreign agents as required by their own rules, and,

s)             as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher buddy will issue a bid bond, and a performance bond, and a payment bond, in the name of their fraudulently created *cestui que* trust GLENN WINNINGHAM FEARN, and

t)             then as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will convict their *cestui que* trust, GLENN WINNINGHAM FEARN, of their trumped up charges, regardless of the facts in the matter, and

u)             then as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will unlawfully ORDER their hired thugs to hold the Petitioner in their warehouse (jail), as collateral, until the fictitious so-called debt is paid by their thieving bankster buddies in the International Monetary Fund, and,

v)             as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher and their hired thugs will poison the Petitioner by compelling the Petitioner to take their drugs manufactured by their bankster owned and operated pharmaceutical companies, and,

w)             as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will poison the Petitioner with their non-organic Genetically Modified (GMO) foods, provided by their bankster owned and operated companies, like Monsanto, and,

x)             as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will poison the Petitioner with their non-organic foods, that are sprayed with all sorts of chemicals, provided by their bankster owned and operated chemical companies, and,

y)             as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will poison the Petitioner with dead pig, or other non-organic meats that have been forced to take with all sorts of drugs (poisons) like salt peter, provided by the bankster owned and operated pharmaceutical companies, and force

fed with GMO foods, and treated with all sorts of drugs, and chemicals both before and after slaughter, and,

z)          as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will force the Petitioner to drink water full of all sorts of chemicals (poisons) provided by chemical companies (that are owned and operated by their thieving bankster buddies), like fluoride, (that was developed during WWII by the Nazi's in their concentration camps), that is designed to make the Petitioner docile, and less intelligent, and other chemicals, and,

aa)          as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will compel the Petitioner to sign documents to authorize them to collect money from the International Monetary Fund bankster thieves, from the account belonging to the fraudulently created cestui que trust, GLENN WINNINGHAM FEARN, and,

bb)          if the Petitioner refuses to sign their documents, as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher will torture the Petitioner by imposing solitary confinement, in rooms that are unusually cold or hot, where there will be no bed to sleep on, and no pillows or blankets, and it will be calculated to be as uncomfortable as possible, and the Petitioner will be prohibited from getting any exercise, or communicating with anyone else, and,

cc)          where as part of their religious BAAL worship ceremony the foreign enemy agents of the Vatican BAR member bencher, and their hired thugs, and their BAR member prosecutor buddy, and their Vatican handler buddies can get rich from the royalties, and their criminal dummy corporation will get commercial paper (IOUs) from the banksters in the International Monetary Fund and the World Bank, to go as a credit against their fictitious so-called debt, in support of the so-called bankruptcy, and their thieving bankster handlers,

and it will probably be one of the same BAR member benchers (like Fish, Wake, Lamberth, Siebel, Jacobs, and Sentelle) that refused to provide a remedy in the Petitioner's previous cases **"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948,**

and each of these criminals couldn't care less, because they are criminals, and they are all engaged in TREASON, and SEDITION, and each of them intend to perjure their oaths, and commit any other crime necessary to help out their Vatican handlers, and thereby get their royalty, and further,

234.    Obama, Holder, Napolitano, Overcast, Boehner, and Reid, together with these judicial thugs, and the US Congress, and their hired thugs named herein, are doing nothing more than using their satanic law merchant to entrap people into their so-called contracts to enrich themselves, and their thieving bankster buddies and the Vatican, and the Vatican is the real

party in interest in this matter, as evidenced in the BAR Member Affidavit 082013 which was recorded with the Pinal County Recorder at Fee Number 2013-039716 a true copy of which is attached to which is attached hereto at TAB 23, and incorporated herein by reference in its entirety, and further,

235.   The Petitioner's rights are valued at one million dollars for each right, for each day of deprivation as found in the Constructive Notice by Affidavit to all Parties Concerned – Evidence of Citizenship Status which is recorded with the Washington County Recorder at 00475055 in Book 0840 Pages 0503 through 0510 on the Fifth day of August in the year One Thousand Nine Hundred and Ninety-four, and which was subsequently recorded as part of the Verified Abstract, Declaration and Order which is recorded with the Pinal County Recorder at Fee Number 2005-028178, all of which is incorporated herein by reference in its entirety, all of which is attached hereto at TAB 14, and further,

236.   These criminals named herein are using the private common law copyrighted property of the Petitioner, "GLENN WINNINGHAM FEARN" and derivatives thereof, they are making unlawful legal determinations, and unlawfully representing the Petitioner, and they now owe him one hundred million pieces of silver (1 troy ounce each), and further,

237.   Obama, Holder, Napolitano, Overcast, Boehner, and Reid, together with their judicial whores  buddies, and the US Congress whores, and their hired thugs named herein, intend that their hired thugs go out and assault the Petitioner, and kidnap the Petitioner, and when the Petitioner exercises His right to resist their assaults, and kidnappings, they intend to MURDER the Petitioner, because it makes so much business for their so-called courts, and further,

238.   Obama, Holder, and Napolitano, together with their bencher thug  buddies, and the US Congress, and their hired thugs named herein, are not just satisfied depriving the Petitioner of his right to pursue happiness by getting compensation for His labor, (which the judicial whores are extremely excited to say is the subject of another lawsuit), and all that it means on the balance sheets of their so-called courts, but when you consider the amount of money that is spent by the Petitioner trying to deal with it administratively, (as required by these same judicial whores), as found in the numerous criminal complaints listed herein, and the money that is spent making copies of hundreds of pages of documents, these judicial whores and their so-called courts are a major industry, but Obama, Holder, Napolitano, Overcast, Boehner, and

Reid, and these judicial whores named herein, and their hired thugs, intend to assault the

Petitioner, and kidnap the Petitioner, and when the Petitioner exercises His right to resist their

assault, and their kidnappings with lethal force if necessary, they intend to MURDER the

Petitioner, and their judicial whore buddies intend to aid them and abet them in that effort, and

further,

239.    Obama has said publicly that he has murdered US citizens abroad, and he intends to

murder US citizens in America, and that is why Napolitano and her hired thugs are harassing

the Petitioner, because they intend to fabricate evidence of their lowlife scumbag US citizen,

and then use that as justification to murder the Petitioner, but both Napolitano and Obama are

cowards, because they will never do it themselves, because they will send out their hired thugs

out to do it for them, and they intend to continue to do it, until the Petitioner does exercise His

right to resist their unlawful arrest, and that will give them the excuse they need to MURDER

Him, so go ahead, Make His day!!!!, and it is further proof that they intend to murder whoever

they want, especially those who think they are free, and further,

240.    These criminals named herein each know that their so-called Patriot Act is void, because

it is entitled "the Patriot Act", and it has nothing to do with patriotism, because it has to have

ONLY 1 topic, and that topic must be in the title;

**"And be it further enacted, that every bill shall be read at large on three different days in
each house. No act shall embrace more than one subject, and that shall be expressed in
its title; but if any subject shall be embraced in an act which shall not be expressed in the
title, such act shall be void only to so much thereof as shall not be expressed in the
title..."** Forty-First Congress, Sess. III, Chapter 62, An Act to provide a Government for the
District of Columbia, Feb 21, 1871, page 419, Sec. 12, at page 422, and further,

241.    Obama, Holder, Napolitano, Overcast, Boehner, and Reid, and these judicial whores

named herein, and their hired thugs, and their so-called courts, are engaged in wholesale fraud,

and the Petitioner doesn't care what any bencher thugs say or do, it is brutum fulmen,

*"brutum fulmen":* **"An empty noise; an empty threat. A judgment void upon its face
which is in legal effect no judgment at all, and by which no rights are divested, and from
which none can be obtained; and neither binds nor bars anyone. Dollert v. Pratt-Hewitt
Oil Corporation, Tex.Civ.Appl, 179 S.W.2d 346, 348. *Also, see* Corpus Juris Secundum,
"Judgments" §§ 499, 512 546, 549.** Black's Law Dictionary, 4th Edition

**"Not every action by any judge is in exercise of his judicial function.  It is not a judicial
function for a Judge to commit an intentional tort even though the tort occurs in the
Courthouse, when a judge acts as a Trespasser of the Law, when a judge does not follow
the law, the judge loses subject matter jurisdiction and The Judge's orders are void, of**

**no legal force or effect"** Yates Vs. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962),

and it is further proof that the judicial thugs intend to engage in treason, and sedition, and perjure their oaths of office, and any judgments that are issued are void;

**"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."**
City of Lufkin v. McVicker,  510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).

**"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335, 351."** Manning v. Ketcham, 58 F.2d 948.

**"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree."** Loyd v. Assistant Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

and the Petitioner can collaterally attack their void judgment at any time and at any place, and these judicial whores, and their hired thugs, have continued to make legal determinations for the Petitioner, unlawfully represent the Petitioner, and thereby perjuring their oaths of office, and engaging in treason and sedition, deliberately and calculatedly, and further,

242.    Obama, Holder, Napolitano, Overcast, Boehner, and Reid, and these judicial thugs named herein, and their hired thugs have no intention of providing any real justice in this matter, and they intend to aid and abet Napolitano and they intend to cover up these crimes, but the Petitioner does not care because the Petitioner wants this on the record, because the Petitioner will get justice one day, in spite of Napolitano, and her hired thugs, and further,

243.    This has been going on for hundreds (if not thousands) of years;
**"The oppressive use of this mode of prosecution by Information occasioned struggles to procure a declaration of its illegality."**  People v. Sponsler, 46 N.W. 450,

**"The use of (information) has a long history, For example, in the reign of Henry VII", ..a very oppressive use was made of them for something more than a century, so as to continually harass and shamefully enrich the crown."** Blackstone, 4 BL. Comm 310.

an information is a written accusation if a crime, made by a U.S. Attorney, which permits the government to prosecute an individual without benefit of a grand jury indictment. An indictment is required in any case where a person is being charged with an "infamous crime." The

Supreme Court ruled in Makin v. United States, 117 U.S. 348 that any crime for which the punishment is imprisonment is an "infamous crime." In short, prosecutions by Information have long been a means of political suppression and intimidation.

**"EQUITY. In the early history of the law, the sense affixed to this word was exceedingly vague and uncertain. This was owing, in part, to the fact, that the chancellors of those days were either statesmen or ecclesiastics, perhaps not very scrupulous in the exercise of power. It was then asserted that equity was bounded by no certain limits or rules, and that it was alone controlled by conscience and natural justice. 3 Bl. Com. 43-3, 440, 441."** Bouvier's Law Dictionary 1856 Edition

244. The Petitioner has no idea what address to use, to serve Napolitanoi's hired thugs, Wandler, Lopez, Ramirez, Navarez, or Montoya, and this is EXACTLY what Obama, Holder, Napolitano, Overcast, Boehner, and Reid, and these judicial whores named herein intend, because they intend to deprive the Petitioner of any remedy, and they intend to make sure that their hired thugs continue to violate the Petitioner's rights under the color of their so-called laws (pretend legislation), so go ahead Obama, Holder, Napolitano, Overcast, Boehner, and Reid, and these judicial whores named herein, make the Petitioner's day and MURDER Him, and the sooner the better, because he has a death wish, with criminals like these who continually criminally harass the Petitioner, under the color of their so-called law (pretend legislation) that originated from the US Congress whores, and further,

245. Obama, Holder, Overcast, Reid, Boehner, and Napolitano, each intend to assault the Petitioner and His family, and kidnap the Petitioner and His family, and MURDER the Petitioner and His family, and convert the Petitioner's rights into privileges,

**"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime".** Miller v US, 230 Fed 486,489

**"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."** Murdock v. Pennsylvania, 319 US 105

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."** Sherer v. Cullen, 481 F 946

**"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."** Shuttlesworth v. City of Birmingham Alabama, 373 US 262,

**"No statutory duty lies to apply for, or to possess a drivers' license for personal travel and transportation as defendant is not within the 'class of persons for whose benefit or protection the statute was enacted."** Routh v Quinn, 20 Cal2d 488

"...those things which are considered as inalienable rights which all citizens possess cannot be licensed since those acts are not held to be a privilege." City of Chicago v. Collins, 51 N.E. 907, 910.

"The State cannot diminish rights of the people." Hertado v. California, 110 U.S. 516 "Under our system of government upon the individuality and intelligence of the citizen, the state does not claim to control him/her, except as his/her conduct to others, leaving him/her the sole judge as to all that affects himself/herself." Mugler v. Kansas 123 U.S. 623, 659-60.

"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." Davis v. Wechsler, 263 U.S. 22, 24.

laws that interfere with "fundamental rights" are "suspect" and demand "close scrutiny" by courts. Laws cannot simply be passed on whimsy, but there must be a "compelling state interest." Any law that would "chill" exercising a right is "patently unconstitutional." It is a well established right of the people "to be free to travel throughout the length and breadth of our land uninhibited by statutes, rules, or regulations which unreasonably burden or restrain this movement." Shapiro v Thompson, 394 US 618 (1969), and further,

246.   These bencher thugs, and BAR members, and their hired thugs, named herein, were noticed about everything contained herein, as evidenced by the,

    a)            the Solemn Asseveration of Criminal Complaint – Janet Napolitano and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-054037, a true copy of which is attached hereto at TAB 24, and,
    b)            the Solemn Asseveration of Criminal Complaint – Barak Obama and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-098478, a true copy of which is attached hereto at TAB 20, and,
    c)            the Solemn Asseveration of Criminal Complaint – Barak Obama & other ringleaders & hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2012-070027, a true copy of which is attached hereto at TAB 19, and,
    d)            the Affidavit of Criminal Complaint 05/20/06, which is recorded with the Pinal County Recorder at Fee Number 2006-074772, and,
    e)            the Affidavit of Criminal Complaint 06/14/06, which is recorded with the Pinal County Recorder at Fee Number 2006-087970, and,
    f)            the Affidavit of Criminal Complaint 07/14/06, which is recorded with the Pinal County Recorder at Fee Number 2006-117064, and,
    g)            the Affidavit of Criminal Complaint 10/14/06, which is recorded with the Pinal County Recorder at Fee Number 2006-148178, and,
    h)            the Affidavit of Criminal Complaint 04/14/07, which is recorded with the Pinal County Recorder at Fee Number 2007-059087, and,
    i)            the Affidavit of Criminal Complaint 06/14/07, which is recorded with the Pinal County Recorder at Fee Number 2007-073069, and,
    j)            the Affidavit of Criminal Complaint 02/14/08, which is recorded with the Pinal County Recorder at Fee Number 2008-026906, and,
    k)            the Affidavit of Criminal Complaint 06/14/08, which is recorded with the Pinal County Recorder at Fee Number 2008-054356, and,

l)            the Affidavit of Criminal Complaint 10/14/08, which is recorded with the
Pinal County Recorder at Fee Number 2008-098897, and,

m)            the Affidavit of Criminal Complaint 05/14/09, which is recorded with the
Pinal County Recorder at Fee Number 2009-060322, and,

and the attachments thereto, all of which are the un-rebutted truth, and "public policy", all of
each of which are incorporated herein by reference in their entirety, and further,

247.    These criminals named herein, Napolitano, Holder, Boehner, Overcast, Obama, and
others unnamed, Lamberth, Jacobs, Wake, McNamee, Siebel, and others, are all PIGs, and are
all cowards, because they will not face the Petitioner face to face, because they intend to send
out their hired PIG thugs, to assault the Petitioner, and kidnap the Petitioner, and ultimately
MURDER the Petitioner, like they did on the land of Texas, when their US Border Patrol PIG
thugs assaulted the Petitioner, and kidnapped the Petitioner, as described herein, and like their
PIG thugs assault the Petitioner, and kidnap the Petitioner every time the Petitioner travels
across the border, and further,

248.    The Petitioner does not care at all what the judicial thugs say about this case because
he knows where the Court of Appeals is and the Supreme Court, and justice never sleeps,
therefore the Petitioner knows that justice will come one day, in spite of what some Vatican BAR
Member judicial thug says, and by the time this is over everybody and their brother are going to
know about these criminals named herein and their hired thugs, and everything they do is a
fraud;

**Once a fraud, always a fraud.** 13 Vin. Abr. 530.

**Things invalid from the beginning cannot be made valid by subsequent act.** Trayner, Max.
482.

**A thing void in the beginning does not become valid by lapse of time.** 1 S. & R. 58.

**Time cannot render valid an act void in its origin.** Dig. 50, 17, 29; Broom, Max. 178.

and means absolutely nothing, except that it shows their intent to engage in treason, and
sedition, and assault the Petitioner, and kidnap the Petitioner, and ultimately MURDER the
Petitioner, and eventually the Petitioner will get justice, and further,

249.    The Petitioner filed this case in Texas, as case number 352-263583-13, and neither
Napolitano, nor Holder, nor Obama, nor Overcast, have responded because of the contempt

they have for Texas, and because they intend to cause the Petitioner as much harm and injury as they possibly can, also because they know that their judicial whore buddies in their owned and operated federal courts will dismiss the case because the Petitioner cannot participate in their fraud by saying that the Petitioner is one of their lowlife scumbag US citizen slaves, therefore they intend to violate the Petitioner's rights again, and again, and again, and it is deliberate and calculated, and the Petitioner attempted to get a Default Judgment but Capitol Process Servers refuse to provide the Petitioner with the evidence He needs, therefore they have been added to this action, and further,

250.   The Petitioner is a judicial power citizen as described herein, and as found in the Solemn Asseveration of Criminal Complaint – Barak Obama & other ringleaders & hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2012-070027, a true copy of which is attached hereto at TAB 19, and the Corporate Denial Affidavit 062013, which is recorded with the Pinal County Recorder at Fee Number 2013-032373, a certified true copy of which is attached hereto, at TAB 21, all of both of which are now public policy and the un-rebutted truth, all of both of which are incorporated herein by reference in their entirety, and

251.   Therefore the Petitioner makes the law, and the ONLY thing that can override the Petitioner's DECREE  is a common law jury of the Petitioner's peers, and these criminals named herein do not have authority to convene a jury of the Petitioner's peers, therefore the Petitioner's DECREE is NOT subject to appeal, and is final, and this document shall forever stand as a testimony against these criminals named herein, and further,

252.   These criminals named herein know that no appropriations bill can ever become positive law, and no revenue bill can ever become positive law, because they are both for internal use of the government, because under the Constitution for the United States of America, bills for raising revenue have to originate with the House of Representatives,

**"All bills for raising revenue shall originate in the House of Representatives; but the Senate may propose or concur with amendments** as on other bills." Constitution for the United States  of America, Article 1, § 7, Clause 1 [emphasis added]

and no Revenue Bill will EVER become positive law because no Revenue Bill must have the concurrence of the Senate. The Senate may concur with a Revenue Bill, but they do NOT have to concur, therefore no Revenue Bill is ever positive law, and Revenue Bills ONLY affect the government and things created under government authority (corporations - persons), and they are all "color  of law", by definition, therefore there is no Customs Act, and there is no Homeland

Security Act, and there is no Immigration Act, and there will NEVER be a Customs Act, and there will NEVER be a Homeland Security Act, and there will NEVER be an Immigration Act, therefore they have no authority, even if their delegation of authority was NOT unconstitutional, and further,

253.   These criminals named herein had plenty of opportunities to resolve this matter, as evidenced by the lawsuit the Petitioner filed in Texas courts, as well as the numerous criminal complaints that were filed and served on these criminals, therefore, they have deliberately, and calculatedly engaged in this activity, and punitive damages and criminal penalties clearly apply, and further,

## RELIEF DEMANDED

254.   The Petitioner demands death by hanging for the criminals named herein, and does not care if the Petitioner gets anything else, but because these benchers intend to use their color of law rules to deprive the Petitioner of any remedy that the Petitioner does not specifically ask for, in the event that "death by hanging" is not possible, therefore,

255.   The Petitioner demands compensation from each of the respondents, in the amount seventy-five thousand dollars for each fifteen minute period as found in Trezevant v. City of Tampa, 741 F. 2d 336 in which an award of twenty-five thousand dollars was made in 1984 in actual damages for unlawful arrest, for approximately each 15 minutes period, and since the hired thug had the Petitioner unlawfully arrested for approximately a half hour, almost 30 years later and the US Congress whores have debased their IOU's (Federal Reserve Notes) since then, the Petitioner demands one hundred and fifty thousand dollars in lawful money pursuant to the Coinage Act of 1792, (one hundred and fifty thousand pieces of pure silver, 1 troy ounce each), and because the judicial whores cannot ORDER anything but their IOU's (commercial paper) Federal Reserve Notes, the Petitioner will accept $4,500,000.00 (approximately equal to 150,000 pieces of silver @ $30.00/troy ounce) plus an additional $4,500,000.00 in IOU's (Federal Reserve Notes) to compensate the Petitioner for the liability associated with their IOU's and to give the Petitioner time to convert their IOUs into silver coin before the US Congress whores inflate it into nothing, for a total of $9,000,000.00, or equivalent commercial paper negotiable instruments, as an extremely less desirable alternative, so their thieving bankster

buddies don't presume some so-called benefit of discharging a debt with limited liability on the part of the Petitioner, and further,

256.    The Petitioner demands from each of the respondents, an additional six hundred thousand pieces of silver as compensatory damages pursuant to Cleopatra Haslip et al. v Pacific Mutual Life Insurance, Inc. 499 U.S. 1, 113 Fed 2d 1, 111 sct 1032 (no. 89-1279) (For Conversion: 4 times for compensatory damages), and because the judicial whores cannot ORDER anything but their IOU's (commercial paper) Federal Reserve Notes, the Petitioner will accept $18,000,000.00 (600,000 pieces of silver X $30.00/ troy ounce) plus an additional $18,000,000.00 in IOU's (Federal Reserve Notes) to compensate the Petitioner for the liability associated with their IOU's to give the Petitioner time to convert their IOUs into silver coin before they inflate it out of existence, for a total of $36,000,000.00, ($36 million) or the equivalent in commercial paper negotiable instruments, as an extremely less desirable alternative, so their thieving bankster buddies don't presume some so-called benefit of discharging a debt with limited liability on the part of the Petitioner, and further,

257.    The Petitioner demands from each of the respondents, an additional thirty million pieces of silver as punitive damages pursuant to Cleopatra Haslip et al. v Pacific Mutual Life Insurance, Inc. 499 U.S. 1, 113 Fed 2d 1, 111 sct 1032 (no. 89-1279) (For Conversion: 200 times for punitive damages) (1 troy ounce each), for punitive damages, because this was deliberate and calculated, and they have already consented to the fee, with their unlawful legal determinations, with their unlawful representations, with their criminal conversion of the Petitioner's postal address and their criminal conversion of the Petitioner's appellation, and their theft of the Petitioner's copyrighted property, their fabrication of evidence, and because the judicial whores cannot ORDER anything but their IOU's (commercial paper) Federal Reserve Notes, the Petitioner will accept $900,000,000.00 (30,000,000 pieces of silver X $30.00/ troy ounce) plus an additional $900,000,000.00 in IOU's (Federal Reserve Notes) to compensate the Petitioner for the liability associated with their IOU's to give the Petitioner time to convert their IOUs into silver coin before they inflate it out of existence, for a total of $1,800,000,000.00, ($1.8 trillion) or the equivalent in commercial paper negotiable instruments, as an extremely less desirable alternative, so their thieving bankster buddies don't presume some so-called benefit of discharging a debt with limited liability on the part of the Petitioner, and further,

258.   Further Affiant sayeth naught,

Signed and sealed in red ink and dated, on the land of Arizona, this _eighteenth_ day of June, in the year two thousand and thirteen.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)), under the laws of the United States of American and without the UNITED STATES.

> Glenn Winningham; house of Fearn, sui juris
> Sovereign living soul, holder of the office of "the people"
> With full responsibility for My actions
> Under God's law as found in the Holy bible,
> An Inhabitant of the land of Arizona
> with a Postal address of
> Non-Domestic Mail
> C/O 1664 E. Florence Blvd., Suite #4219
> Casa Grande, Arizona
> ZIP CODE EXEMPT
> 18 USC § 1342
> Phone 480-213-0897

## JURAT

**Arizona**              )
                         )      Subscribed, Sworn, Sealed
**Pinal County**         )

As a Notary Public, I, hereby certify that Glenn Winningham; house of Fearn, who is known to me, appeared before me and after being duly put under oath, he executed the foregoing document on this the _18th_ day of June, in the year two thousand and thirteen.

_____
Notary Public

Elizabeth Seavello
Notary Public - Arizona
Pinal County
My Commission Expires
June 17, 2016