4-13CV-576-C

EXH 20



**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

| | |
|---|---|
| DATE/TIME: | 12/07/2011 1201 |
| FEE: | $152.00 |
| PAGES: | 143 |
| FEE NUMBER: | 2011-098476 |

Glenn Winningham; house of Fearn
with a Postal address of:
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., Suite #437
Fort Worth, Texas
ZIP CODE EXEMPT 18 USC § 1342

## SOLEMN ASSEVERATION OF CRIMINAL COMPLAINT

**Delaware republic** )
) Subscribed, Sworn, Sealed
**Kent County** )

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, having been duly put under oath, I do affirm, depose, and say;

**One.** All the Facts stated herein are true, correct, complete, are not hearsay, are not misleading, but are admissible as evidence, if rebutted and proven inaccurate, and if testifying, I shall so state, and further,

**Two.** I have standing capacity to act as to the lawful matters herein, and further,

**Three.** I have personal, executive and documented knowledge of the Facts stated herein, and further,

**Four.** I am currently an inhabitant of the land known as Texas, on Turtle Island, and I have no firsthand knowledge of my date of birth except to say that I was told that I was given birth, at Peace River, on or about the year one thousand nine hundred and fifty seven. Any evidence anywhere about My birth is hearsay evidence and inadmissible evidence in any court because both of My parents, and the attending physician at the time, are now dead and I have not had an opportunity to cross examine them in court to determine the veracity of their evidence. Having said that, I do remember growing up on the land known as Alberta, at Peace River, at Lethbridge, at Raymond, at Edmonton, at Calgary, and many other places that I travelled to, from time to time, and I finished high school in the year one thousand nine hundred and seventy five at Raymond, and further,

**Five.** I am a sovereign living soul, and a holder of the office of "the people", and further,

**Six.** I am not in the military, and further,

**Seven.** I have many good and honorable servants that work for governments on Turtle Island, at various levels, and I have no idea what they get paid, but in my opinion, it is not enough, because we need people to hunt down thieves and murderers, and I am cognizant of my duty to come to their aid when needed, but when they perjure their oaths and engage in criminal activity, it is My duty to bring their crimes to light, and to do everything I can to make sure they are brought to justice, and further,

**Eight.** I am NOT an immigrant, or "naturalized citizen", and further,

**Nine.** The use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to government officials, and is not intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby, and further,

**Ten.** A US citizen doesn't exist, and there is no such thing. PAUL CLEMENTS, former US SOLICITOR GENERAL, admitted, in My case # 07-5674 with the US Supreme Court, that a US citizen is a 15 USC § 44 unincorporated corporation and that the entity GLENN WINNINGHAM FEARN is a 15 USC § 44 unincorporated corporation which doesn't exist and that is consistent with what the California Supreme Court said,

*"...it might be correctly said that there is no such thing as a citizen of the United States..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."* Ex Parte Frank Knowles, 5 Cal. Rep. 300, and further,

**Eleven.** It is a felony for "Whoever" to claim they are a US citizen when they know they are NOT,

"Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both." 18 USC § 911

and even though I can prove that I am not a "Whoever", I do not bear false witness, therefore I cannot say I am a US citizen when I know that I am not, and further,

Twelve.   I can be a citizen of a state without being a US citizen;

*"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested."*  Maxwell v Dow, 20 S.C.R. 448, at pg 451

*"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."* McDonel v State, 90 Ind. Rep. 320 at pg 323;

*"Privileges and immunities clause of the Fourteenth Amendment protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship. 14,§ 1."* Jones v Temmer, 829 F.Supp. 1226 (D.Colo. 1993), and further,

Thirteen.   The United States is the District of Columbia, Guam, American Samoa, Puerto Rico and the Territories ONLY, and does NOT include Texas, California, Arizona, Montana, or any of the states, and further,

Fourteen.   I have never been in the District of Columbia, Guam, or any of the Territories, and further,

Fifteen.   A US citizen is a "person", according to your (so-called) Fourteenth Amendment. The US Department of Justice admitted in My case # 07-5674, with the US Supreme Court that a US citizen is a Title 15 USC § 44 unincorporated corporation. A US citizen does not have any rights and is actually a piece of property. A slave is a slave because it is a piece of property and as such, a US citizen does not have any rights, and is also a slave.

"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." *Van Valkenburg v. Brown*, 43 Cal 43.

"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982

"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity." Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

"A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states." Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

*"...it might be correctly said that there is no such thing as a citizen of the United States. .... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."* Ex Parte Frank Knowles, 5 Cal. Rep. 300

*"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."* Maxwell v Dow, 20 S.C.R. 448, at pg 455;

**"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,"** US vs. Valentine 288 F. Supp. 957, and they intend to enslave Me, by shoving their US citizen down my throat, and further,

Sixteen.   The so-called Fourteenth Amendment is for slaves;

**"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery."** Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29, and further,

Seventeen.   Because I can be a citizen of a state without being a US citizen, slave, I am therefore an American national, because nationality is common law, as provided for by the US Passport application form which provides for a **"Non-citizen national"**; and; **"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father. That is common-law doctrine."** In Re Page 12 F (2d) 135. and further,

Eighteen.   The US Passport that I carry does have my image (picture) in it, but the name is spelled in ALL BLOCK CAPITAL LETTERS, and at common law a proper name is NEVER spelled in ALL BLOCK CAPITAL LETTERS, therefore the US Passport is a 15 USC § 44 unincorporated corporation as admitted by the US Department of Justice in My US Supreme court case 07-5674, and further,

Nineteen.   When I present a US Passport, I am NOT accepting responsibility for it, and in any event, I enjoy sovereign immunity under the citizenship as contemplated by the founding fathers, as further,

Twenty.   I am not a resident of the United States and I have never been a resident of the United States. I have lived on the land of Texas, and Arizona, and various other American states from time to time, and further,

Twenty-one.   I am not a resident of Canada, and have never been a resident of Canada. I am told that I was given birth on the land of Alberta, and I have lived on the land of Alberta, and Ontario, and Nova Scotia, from time to time, and further,

Twenty-two.   I do not have a Social Security Number, or any such "Taxpayer Identification Number", and I have never had a Social Security Number, or any such "Taxpayer Identification Number", and further,

Twenty-three.   The US Passport application even talks about a "non-citizen national" in the instructions, and elsewhere, including in the oath where it says; **"I declare under penalty of perjury all of the following; 1) I am a citizen or non-citizen national..."** and further,

Twenty-four.   ALL US Passports are the property of the United States government, therefore I do not have a US Passport, and furthermore, because the Passport is owned by the government, the entity in the US Passport cannot possibly be me.

**"US Government Property: This Passport is the property of the United States government...."** US Passport page 6, Section 2, and further,

Twenty-five.   If the US Passport is the property of the government, then the entity described in the US Passport is also the property of the government, or a cestui que trust (15 USC 44 unincorporated corporation), and further,

Twenty-six.   Even though I am not a US citizen, I am an American national, because nationality is common law,

**"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father. That is common-law doctrine."** In Re Page 12 F (2d) 135. and further,

Twenty-seven.   The phrase "due process of law", as found in Article Five in Amendment, for the Constitution for the United States of America, means by indictment at common law and by trial at common law and conviction before a jury of My peers,

"i.d. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law", which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45,50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court, and further,

Twenty-eight.   The only way you can do anything to cause Me injury in any way is with a jury of My peers or the law of the land (common law), as affirmed for "persons" only in Article Five in Amendment;

"No person shall be...deprived of life, liberty, or property without due process of law..." Article Five in Amendment, Constitution for the United States of America, and further,

Twenty-nine.   Changes that are few, and simple, and independent can be considered Amendments;

"...includes only the power to amend any section in such a manner that such Amendment, if approved, would be complete within itself, relate to one subject and not substantially affect any other section of Articles of the Constitution or require further Amendments to the Constitution to accomplish its purpose."
Adams v Gunter, 238 So.2d 824, and further,

Thirty.   A revision is affects many parts of a document;

"... the wide and diverse range of subject matters proposed to be voted upon, and the revisional effect which it would necessarily have on our basic plan of government. The proposal is offered as a single amendment but it obviously is multifarious. It does not give the people an opportunity to express approval or disapproval severally as to each major change suggested...." McFadden v Jordan, 196 P.2d 787, and further,

Thirty-one. The so-called Fourteenth Amendment is actually a revision because it changes many things in the Constitution, including property rights, citizenship, taxes, apportionment, the debt, and more, and further,

Thirty-two. The so-called Fourteenth Amendment was not properly ratified;

"The dissenting opinion asserts that "The Fourteenth Amendment is a part of the Constitution of the United States." While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted." State v Phillips 540 Pac. Rep.2d 936, and further,

Thirty-three.   The so-called fourteenth amendment criminally converts citizenship into the complete opposite to what the founding fathers intended;

"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant", instead of "derivative and dependant" upon state citizenship." Colgate v Harvey, 296 U.S. 404, on page 427, and further,

Thirty-four. As admitted by the US Department of so-called Justice in My US Supreme court case 07-5674, that "We the People" were intended to have a fictitious US citizenship, but it was also intended that "We the People" had sovereign immunity from any actions against the US citizen because it is derivative and dependent upon being a state citizen, and further,

Thirty-five. Congress does not have the authority to revise the constitution, therefore, the Fourteenth Amendment is a nullity;

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as

**inoperative as though it had never been passed."** Norton vs Shelby County, 118 U.S. 425, p. 442, and further,

Thirty-six.   On the twenty-seventh day of May, in the year two thousand and two, I was travelling across the border from the land of British Columbia to the land of Washington and two criminals who claimed to work for the US Immigration and Naturalization Service accosted me and my family and prohibited my wife from travelling further under the color of law as found in the Notice and Demand together with attachments for a total of thirty three pages, all of which is recorded with the Pinal County Recorder at Fee Number 2005-030005, and the Affidavit of Criminal Complaint 051905 which is recorded with the Pinal County Recorder at Fee Number 2005-058905, true copies of both of which are attached are incorporated herein by reference in their entirety, and further,

Thirty-seven.   Under the force of arms these criminals perjured their oaths, and engaged in sedition, because they are using the force of arms to overthrow my government and they further engaged in treason and other multiple felonies, and further,

Thirty-eight.   I served on Janet Napolitano, the private woman acting as Governor of Arizona at the time, Terry Goddard, the private man acting as Attorney General at the time, the private woman acting as Chief Judge of the Arizona Supreme Court, true copies of the Notice and Demand of which is recorded with the Pinal County Recorder at Fee Number 2005-030005, and the Affidavit of Criminal Complaint 051905 which is recorded with the Pinal County Recorder at Fee Number 2005-058905, and further,

Thirty-nine.   Janet Napolitano, the private woman acting as Governor, and Terry Goddard, the private man acting as Attorney General both perjured their oaths and helped to cover up the crimes of their criminal thugs who were working for John Ashcroft, the private man acting as Attorney General for the United States and others known and unknown in conspiracy to violate My rights under the color of law, and further,

Forty.   Janet Napolitano has since received her quid pro quo for helping these perjurers because she has now been appointed to the office of Secretary of Homeland Security because then she will be able to help out her perjuring hired thugs to get away with violating My rights and the right of millions of other people under the color of law every day, and further,

Forty-one.   On the tenth day of January in the year two thousand and eight, I served a US Secretary of State Notice and Demand 012508 on Condoleezza Rice the private woman acting as US Secretary of State, by Registered Mail **RA 351 949 910 US**, a true copy of which together with proof of service is attached to the Non-Negotiable Notice and Demand Corporate Commercial Agents 022810 which is recorded with the Pinal County Recorder at Fee number 2010-034479, all of which is incorporated herein by reference in its entirety. The proof of service shows that Condoleezza Rice received it on the fourteenth day of January, in the year two thousand and eight, and further,

Forty-two.   On the nineteenth day of November in the year two thousand and nine, I served a US Secretary of State Notice and Demand 110109 on Hillary Clinton the private woman acting as US Secretary of State, by Registered Mail **RR 569 485 418 US**, a true copy of which together with proof of service is attached to the Non-Negotiable Notice and Demand Corporate Commercial Agents 022810 which is recorded with the Pinal County Recorder at Fee number 2010-034479, all of which is incorporated herein by reference in its entirety. The proof of service shows that Hillary Clinton received it on the twenty-fourth day of November, in the year two thousand and nine, and further,

Forty-three.   In paragraph 18 of the documents, Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates are noticed that "....I am not a person...." and further,

Forty-four.   In paragraph 15 of the documents, Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, are noticed that "....I am not a second class UNITED STATES citizen, 14TH Amendment citizen, corporation or other fictitious entity...." and further,

Forty-five. In paragraph 3 of the documents, Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, are noticed that they do not have "**the authority for making a legal determination for Me**", and in Paragraph 4, they are told that if they think they are "**representing Me**", they are "**FIRED!**", and further,

Forty-six. In paragraph 5 of the documents, Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, are noticed that "neither you, nor any other person, is competent for dealing with any of My affairs", and in Paragraph 6, they are noticed that "I am competent for dealing in all My affairs", and further,

Forty-seven.   In paragraph 19 of the documents, Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, are NOTICED that they are "because I am not involved in commerce in any way, I do not have a Motor Vehicle", and further,

Forty-eight.   In paragraph 22 of the documents, Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, are NOTICED that they are "NOT authorized to serve commercial process on Me", and further,

Forty-nine. In Paragraph 23 of the documents, I DEMAND that Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, "protect Me from all foreign agents, like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents from foreign governments.", and further,

Fifty.   In Paragraph 25 of the documents, Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, are NOTICED that their "...law merchant....does not apply to Me, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, ...as well as the republic of Texas.", and further,

Fifty-one.  In Paragraph 16 of the documents, Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, are NOTICED that "according to the courts, there is no such thing as a driver's license, under Texas law", and further,

Fifty-two.   In Paragraph 43 of the documents I DEMAND that Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, "protect My unalienable rights", and further,

Fifty-three. In Paragraph 36 of the documents I NOTICE Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, "I can be a citizen of a state without being a US citizen", and further,

Fifty-four.  In Paragraph 37 of the documents I NOTICE Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, "...your...so-called Fourteenth Amendment...criminally converts citizenship to the opposite of what the founding fathers intended...", and further,

Fifty-five.  In Paragraph 38 of the documents I NOTICE Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, "I would rather be DEAD than be a US citizen...", and further,

Fifty-six.   In Paragraph 40 of the documents I NOTICE Hillary Clinton the private woman acting as US Secretary of State, and all of her subordinates, "hired thugs who work for...UNITED STATES, keep falsely accusing me of being a US citizen, and then using it as an excuse to violate my rights, and steal My property!", and further

Fifty-seven.   On the fourteenth day of February in the year two thousand and nine, I served on Janet Napolitano, the private woman acting as US Secretary of Homeland Security a Janet Napolitano Secretary of Homeland Security, Notice and Demand 021009 by Registered Mail RA 351 951 670 US. The proof of service shows that Janet Napolitano received the document on the eighteenth day of February in the year two thousand and nine. A true copy of all of which together with proof of service is attached hereto, all of which is incorporated herein by reference in its entirety, and further,

Fifty-eight. On the second day of July in the year two thousand and ten, I served on Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, a Director, Sweetgrass area Port of Entry, Notice and Demand 063010 by Registered Mail RR 569 486 170 US. The proof of service shows that the document was received on the ninth

day of July in the year two thousand and ten. A true copy of all of all of which together with proof of service is attached to the Solemn Asseveration of Criminal Complaint which is recorded with the Pinal County Recorder at Fee Number 2011-054037, all of which is incorporated herein by reference in its entirety, and further,

Fifty-nine.  In paragraph 18 of the documents, Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates are noticed that "...I am not a person...", and further,

Sixty.     In paragraph 15 of the documents, Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates are noticed that "...I am not a second class UNITED STATES citizen, 14TH Amendment citizen, corporation or other fictitious entity...", and further,

Sixty-one.  In paragraph 3 of the documents, Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates are noticed that they do not have "the authority for making a legal determination for Me", and in Paragraph 4, they are told that if they think they are "representing Me", they are "FIRED!", and further,

Sixty-two.  In paragraph 5 of the documents, Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates are noticed that "neither you, nor any other person, is competent for dealing with any of My affairs", and in Paragraph 6, they are noticed that "I am competent for dealing in all My affairs", and further,

Sixty-three.    In paragraph 19 of the documents, Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates are NOTICED that they are "because I am not involved in commerce in any way, I do not have a Motor Vehicle", and further,

Sixty-four. In paragraph 22 of the documents, Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates are NOTICED that they are "NOT authorized to serve commercial process on Me", and further,

Sixty-five. In Paragraph 23 of the documents, I DEMAND that Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates "protect Me from all foreign agents, like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents from foreign governments.", and further,

Sixty-six.  In Paragraph 25 of the documents, Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates are NOTICED that their "...law merchant..... does not apply to Me, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts on Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, ...as well as the republic of Texas.", and further,

Sixty-seven.    In Paragraph 16 of the documents, Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates are NOTICED that "according to the courts, there is no such thing as a driver's license, under Texas law", and further,

Sixty-eight.    In Paragraphs 30 and 41 of the documents respectively, I DEMAND that Janet Napolitano, the private woman acting as US Secretary of Homeland Security, and Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of their subordinates "protect My unalienable rights", and further,

Sixty-nine.   In Paragraph 38 of the document I NOTICE Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of his subordinates **"I have the right to resist unlawful arrest with lethal force if necessary"**, and further,

Seventy.   In Paragraph 40 of the documents I NOTICE Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of his subordinates, that any restraint on my liberty is an arrest;

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189, and further,

Seventy-one.   In Paragraph 32 of the documents I NOTICE Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of his subordinates, that; **"...that the ONLY legitimate power that is held by ANY governmental entity in the United States, and their agencies, is power that "We the people" delegated, and "we the people" are not subject to their codes, rules, and regulations.",** and further,

Seventy-two.   In Paragraph 33 of the documents I NOTICE Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of his subordinates, that; **"My rights are "unalienable" as found in the Declaration of Independence (1776), (which is positive law) which means that they CANNOT be alienated under ANY circumstances",** and further,

Seventy-three.   In Paragraph 34 of the documents I NOTICE Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of his subordinates, that the Foreign Sovereign Immunity Act does not apply to me, and further,

Seventy-four.   In Paragraph 35 of the documents I NOTICE Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of his subordinates, that; **"any (so-called) contract which appears to alienate ANY of My God given rights, as one of "the people", involving ANY government in America, or ANY agency of any government in America, is a NULLITY, because the government CANNOT commit TREASON (breach of trust), and ANY presumption to the contrary by ANY Officer..., is Perjury of Oath at a minimum."** and further,

Seventy-five.   In Paragraph 36 of the documents I NOTICE Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of his subordinates, that; **"the ONLY valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of America, and this does NOT include ANY law merchant (so-called) contracts, or any contracts with any fictitious entities.",** and further,

Seventy-six.   In Paragraph 37 of the documents I NOTICE Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and all of his subordinates, that; **"all corporations are, by definition, incorporated into the government, and all Banks are Instrumentalities of Congress (because of the Bank Act), therefore they are all agencies of the government, and ALL contracts with ANY government agency is a NULLITY, as far as ANY violation of My rights is concerned, whether the so-called contract is in writing or not.",** and further,

Seventy-seven.   On the fifteenth day of February in the year two thousand and eleven, at approximately ten o'clock in the morning, I was travelling from the land of Alberta to the land of Montana and under the Direction and supervision of Janet Napolitano, the private woman acting as US Secretary of Homeland Security, Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry had put up barricades on the roads with full knowledge of who I was, with their facial recognition software, their cameras scanning the numbers on the license plate on my private conveyance, and he and his hired thugs who show no name tags unlawfully arrested Me under the color of law and without any authority whatsoever, and further,

Seventy-eight.   I rolled my window down to see what was going on and under the direction, of Larry Overcast, the hired thug of Larry Overcast asked me about my citizenship, and for 'my papers', and further,

Seventy-nine.   I told the hired thug of Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, that **"I don't have a problem providing whatever you**

need if you provide your statutory and delegated authority to unlawfully arrest me like you just did" and further,

Eighty.     Larry Overcast's hired thug immediately called on his radio for back-up and started to yell at me and told me to get out of my private conveyance and made threatening gestures with his gun and his pepper spray, and further,

Eighty-one.     I started to pull out my Photo Identification Affidavit and the hired thug who was working for Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, yelled; "It is too late for that, get out of the vehicle!" and further,

Eighty-two.     I left my private conveyance under the force of arms by the hired thugs of Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and right there in front of everybody in the line-up, they unlawfully arrested me, they put handcuffs on Me, and they forcibly took me to their jail cell that had bars, bullet proof glass and the door was locked, and further,

Eighty-three.     Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and his hired thugs deliberately and calculatedly unlawfully arrested Me in front of everybody in the line up to demonstrate what happens to anybody who thinks they are free and also what happens to anybody who doesn't immediately submit to their martial law dictatorship, and further,

Eighty-four.     Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and his hired thugs then engaged in the theft of My private conveyance because they unlawfully moved it, and they further unlawfully search my Private conveyance and because of their unlawful search of My private conveyance they found my strawman's US Passport, and further

Eighty-five.     While I was waiting in their jail cell, I saw the hired thugs that unlawfully arrested Me and I yelled at them, "Hey...., where is your statutory and delegated authority?" and he came over and showed his color of law statutes on the wall, and further,

Eighty-six. I told him; "That says "person" and I am not a "person", I can show you in your codes rules and regulations that a person is a fictitious entity, so where is your statutory and delegated authority...?" and after I said that he said nothing and walked away, and further,

Eighty-seven.     Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and his hired thugs under the direction of Janet Napolitano, the private woman acting as Secretary of Homeland Security, unlawfully and illegally searched My private conveyance and they found the US Passport belonging to the *ces te que trust* GLENN WINNINGHAM FEARN, and further,

Eighty-eight.     Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and his hired thugs under the direction of Janet Napolitano, the private woman acting as Secretary of Homeland Security, knows that the US Passport is mine, and they know that I used a qualified endorsement but they intend to violate My rights under the clor of law in any way they can, and further,

Eighty-nine.     Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, and his hired thugs under the direction of Janet Napolitano, the private woman acting as Secretary of Homeland Security, all of whom are operating under the direction of Eric Holder the private man acting as United States Attorney General, and Barak Obama, a/k/a Barry Soetoro, the private man acting as President of the United States, know that I am not a US citizen, because I already told them in the documents that I sent them, but with deliberation and calculation, they criminally converted my citizenship and falsely accused me of being a US citizen, and further,

Ninety.     On the eleventh day of March in the year two thousand and eleven, Henry Norman; house of Suhl, Chief Justice, for Robertson County, republic of Texas, served on Eric Holder, the private man acting as United States Attorney General, an Eric H. Holder, Jr., private man, private agreement, 032011, by Registered Mail RR 569 486 245 US, a true copy of which, is attached hereto, together with proof of service, and proof of non-response, all of which is incorporated herein by reference in its entirety, and further,

Ninety-one.        On the eleventh day of March in the year two thousand and eleven, Henry Norman, house of Suhl, Chief Justice, for Robertson County, republic of Texas, served on Barak Obama a/k/a Barry Soetoro, the private man acting as President of the United States, a Barak H. Obama, private man, private agreement, 032011, by Registered Mail RR 669 486 271 US, a true copy of which, is attached hereto, together with proof of service, and proof of non-response, all of which is incorporated herein by reference in its entirety, and further,

Ninety-two.        In paragraph Forty-four of the documents, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates agree that, "....I am not a person...", and further,

Ninety-three.      In paragraph Seventeen of the documents, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates agree that, "....I am not a United States citizen", and further,

Ninety-four.       In paragraph Four of the documents, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates agree that "I did not give you the authority for making a legal determination for Me", and in paragraph Five, they are told that if they think they are "representing Me", "you are "fired!"", and further,

Ninety-five.  In paragraph Six of the documents, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates agree that; "neither you, nor any other person, is competent for dealing with any of My affairs", and in paragraph Seven, they are noticed that "I am competent for dealing in all My affairs", and further,

Ninety-six.  In paragraph Fifty-two of the documents, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates agree that they are; "NOT authorized to serve commercial process on Me", and further,

Ninety-seven.   In paragraphs One hundred and ninety-nine and One hundred eighty-four of the documents, respectively, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates agree to; "protect Me from all foreign agents, including but not limited to, the FBI, the CIA, the US Marshalls, the IRS, the NSA, the City Police, the State Police, any other police, US Customs, and any other foreign agents who are, or may yet be, on the land known as Texas, or Arizona, or New York, or California, or elsewhere on turtle Island (North America) from time to time.", and further,

Ninety-eight.   In paragraph Fifty-six of their documents, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates agree that; "....law merchant..... does not apply to Me, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war.", and further,

Ninety-nine.     In paragraph Thirty-one of the documents, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates agree that; "according to the courts, there is no such thing as a driver's license, under Texas law", and further,

One hundred.    In paragraphs One hundred ninety-eight and One hundred eighty-three of the documents respectively, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates agree to; "protect My unalienable God given freedoms", and further,

656

One hundred one. In paragraphs One hundred seventy-seven and One hundred thirty-one and One hundred thirty-two of the documents respectively, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport and Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, all of their successors and subordinates agree that; "I do not owe the United States, or any officer of the United States, any allegiance, you, and all officers of the United States owe Me allegiance", and further,

One hundred two. In paragraphs Eighty-nine, Ninety, Ninety-one, and Ninety-two and Eighty-five, Eighty-six, Eighty-seven, and Eighty-eight of the documents respectively, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General and all of their subordinates are NOTICED and provided copies of the Affidavit of Criminal Complaint – Janet Napolitano and hired thugs, which is recorded with the Pinal County Recorder at Fee Number 2011-054037, "as found in the Solemn Asseveration of Criminal Complaint – Janet Napolitano and hired thugs, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety", and in their proof of service, and further,

One hundred three.      Because of their continued harassment every time I exercised My unalienable right to travel, on the ninth day of June in the year two thousand and ten, I served on Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry an Angel McKinney Notice and Demand 062111, by Registered Mail RR 569 486 617 US, and I served on Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry a Judson W. Murdock Notice and Demand 062111, by Registered Mail RR 569 486 603 US, true copies of both of which are attached hereto, together with proof of service, all of which is incorporated herein by reference in their entirety, and further,

One hundred four. In paragraph Thirty-nine and Forty of the documents, respectively, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "...I am not a person... ", and further,

One hundred five. In paragraph Fifteen of the documents, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "...I am not a United States citizen", and further,

One hundred six.  In paragraph Four of the documents, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "if you think or assume you are representing Me", "you are "fired!"", and further,

One hundred seven.      In paragraphs Six and Five of the documents, respectively Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "neither you, nor any other person, is competent for dealing with any of My affairs", and in paragraphs Seven, and Six, respectively, they are noticed that "I am competent for dealing in all My affairs", and further,

One hundred eight.    In paragraphs Forty-six and Forty-seven of the documents, respectively, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "NOT authorized to serve commercial process on Me", and further,

One hundred nine.     In paragraphs One hundred and fifty-nine and One hundred eighty-four of the documents, respectively, I DEMAND that Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "protect Me from all foreign agents, including

but not limited to, the FBI, the CIA, the US Marshalls, the IRS, the NSA, the City Police, the State Police, any other police, US Customs, and any other foreign agents who are, or may yet be, on the land known as Texas, or Arizona, or New York, or California, or elsewhere on turtle Island (North America) from time to time.", and further,

One hundred ten.   In paragraphs <u>Sixty</u> and <u>Sixty-one</u> of their documents, respectively, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "....law merchant..... does not apply to Me, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war.", and further,

One hundred eleven.   In paragraphs <u>Twenty-seven</u> and <u>Twenty-eight</u> of the documents, respectively, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "according to the courts, there is no such thing as a driver's license, under Texas law", and further,

One hundred twelve.   In paragraphs One hundred <u>forty-two</u> and <u>One hundred and forty-three</u> of the documents, respectively, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "the US Passport is a 15 USC § 44 unincorporated corporation" therefore it is NOT Me, and further,

One hundred thirteen.   In paragraph One hundred <u>forty-four</u> of the documents, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "even if I was a "person" or an "individual" as defined by your codes, rules, and regulations, I am still not responsible for anything your lowlife scumbag US citizen does because I signed it as the authorized agent with a "By" in front of my signature, and "<u>Agent</u>" after the signature, and also "<u>Without Prejudice</u>" and "<u>All Rights Reserved</u>" next to the signature.", and further,

One hundred fourteen.   In paragraphs <u>One hundred and thirty-seven</u> and <u>One hundred and thirty-eight</u> of the documents, respectively, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "your hired thugs are oppressing, threatening, and <u>intimidating Me in the free exercise of My right to travel</u> in violation of 18 USC § 241, and 18 USC § 242, with your unlawful arrests, and your unlawful searches of My private property every time I have had to deal with them. I told them this, but they do not care and in fact, they put it in their computer system to make sure that it continues to happen. Therefore, it is deliberate, and calculated.", and further,

One hundred fifteen.   In paragraphs <u>Sixty-five</u> and <u>Sixty-six</u> of the documents, respectively, Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry and all of their subordinates are NOTICED that; "<u>unalienable</u>" as found in the positive law embodied in the Declaration of Independence (1776), which means that they <u>cannot</u> be alienated under <u>any</u> circumstances", and further,

One hundred sixteen.   My document says I shall resist their unlawful arrest with lethal force if necessary, which is my right, and they know that they arrest people unlawfully all the time, and they intend to make sure that they can continue to unlawfully arrest anybody they want, and further,

One hundred seventeen.  Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry, Larry Overcast, the private man acting as Director for the Maritime port of Sweetgrass, Montana, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder,

private woman acting as Secretary for Homeland Security do not intend that I should be able to resist an unlawful arrest, and they intend to prevent me from exercising My right to resist an unlawful arrest in any manner, and that is why they sent their subordinates out to visit with Me, and further,

One hundred eighteen.   Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, and Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry, Larry Overcast, the private man acting as Director for the Maritime port of Sweetgrass, Montana, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General, Janet Napolitano, the private woman acting as Secretary for Homeland Security are all cowards, because they never do anything themselves. They send their hired thugs out to violate My rights under the color of law, and further,

One hundred nineteen.   All of the above mentioned perjurers know that Montana is NOT United States. United States is not Texas. United States is NOT Arizona or any of the states. United States is the District of Columbia and the territories,

**"The term "United States", when used in a geographic sense, means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, any possession of the United States, and any waters within the jurisdiction of the United States."** 6 USC § 101 (17) (A)
but they intend to perjure their oaths by showing their "color of law" down the throat of people that they know that they have no authority over, and further,

One hundred twenty.   These perjurers know that a state of the UNITED STATES is NOT Montana, or Texas, or Arizona or any of the states. United States is the District of Columbia and the territories,

**"The term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any possession of the United States."** 6 USC § 101 (15), and further,

One hundred twenty-one. Larry Overcast, the private man acting as Director for the Maritime port of Sweetgrass, Montana, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General, Janet Napolitano, the private woman acting as Secretary for Homeland Security know they have no authority to put up barricades on the roads between the land of Alberta and the land of Montana, or anywhere between the land of any American state and any Canadian state, but they don't care, and they intend to perjure their oaths literally tens of thousands of times every day, and further,

One hundred twenty-two. All of the above mentioned perjurers know that a "person" is ONLY a corporation, trust, or other fictitious entity.

**"the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;"** 1 USC § 1
but they intend to perjure their oaths by showing their "color of law" down the throat of people, like Me, that they know that they have no authority over, and further

One hundred twenty-three.   All of the above mentioned perjurers know that nothing in the Criminal Code of the United States, Title 18 United States Code, applies to a living soul, because the words "person" and "whoever", ONLY apply to fictitious entities,

**"the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;"** 1 USC § 1
but they intend to perjure their oaths by showing their "color of law" down the throat of people that they know that they have no authority over, and further,

One hundred twenty-four. All of these above mentioned perjurers know that a "person" is a fictitious entity, and that ONLY a fictitious entity can work for the government;

""person" includes an individual, partnership, corporation, association, or public or private organization other than an agency" 5 USC § 551 (2), and further,

One hundred twenty-five. All of these above mentioned perjurers know that an "Individual" is a fictitious entity;

**"the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence."** 5 USC § 552a(a)(2)

One hundred twenty-six. All of the above mentioned perjurers know that ONLY an individual is required to have a Social Security Number, and further,

One hundred twenty-seven.     All of the above mentioned perjurers know that no court of the United States has any authority whatsoever in Montana, or Texas, or Arizona, or any of the states, and they are nothing but pirates (**criminals**) operating on the high seas of commerce, looking for some prize, and as such, they are *de facto* courts, and criminals, and further,

One hundred twenty-eight.     All of these above mentioned perjurers know that no government official who represents ANYTHING about United States has any authority whatsoever on the land of Montana, or the land of Texas, or the land of Arizona, or the land of any of the states, and they are all foreign agents, and the minute they attempt to assert any such authority, they immediately perjure their oaths, engages in TREASON (breach of trust) and SEDITION, because they are making war against the established government which is "we the people", and they immediately loses all immunity they might otherwise enjoy, they cease to represent My government,

**"An officer who acts in violation of the Constitution ceases to represent the government".** Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."** In re McCowan (1917), 177 C. 93, 170 P. 1100. and further,

One hundred twenty-nine.     These perjurers, are all attorneys and officers of the court, and any officer of any court who attempts to compel anyone of "the people" into their foreign corporate commercial jurisdiction has perjured their oaths, and is engaging in TREASON, and SEDITION, and they have no immunity whatsoever, because all officers of all courts are presumed to know the law,

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."** In re McCowan (1917), 177 C. 93, 170 P. 1100.

**"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen ['300)] that \*\*\*  the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."**188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398 and further

One hundred thirty.     All of these perjurers each know that the word "includes" in their statutes is limiting;

**Montello Salt v. Utah 221 US page 455** *"Include" or the participial form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'enclosed'; 'comprised'; 'comprehend'; 'embrace'; 'involve'."* and further,

One hundred thirty-one.  All of these above mentioned perjurers each know that the Maxim of Law *ejusdem generis* says that they have to have the same types of entities in their definitions;

Ejusdem Generis (eh-youse-dem generous) v adj. Latin for "of the same kind," used to interpret loosely written statutes. Where a law lists specific classes of

060

persons or things and then refers to them in general, the general statements only apply to the same kind of persons or things specifically listed. Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.

but these perjuring, murdering, thieves intend to complete their (so-called) commercial transaction and they don't care at all about their oaths, and they intend to cause me as much harm and injury as possible, and further,

One hundred thirty-two.   All of these above mentioned perjurers are engaged in sedition by forcing their foreign martial law on Me in violation of 18 USC § 2384 which says, "If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both." and further,

One hundred thirty-three. All of these above mentioned perjurers know that the ONLY power held by the government is power that "we the people" delegated to the government; One sovereign does not need to tell another sovereign that they are sovereign, they is sovereign by their very existence. "The rule in America is that the American people are the sovereigns, and in them is lodged all power, and the agencies of government possess no authority save that which is delegated to them by the people in the written compact entered into between the people, which is styled the 'Constitution,' and the laws adopted by the representatives of the people....consistent therewith."
Kemper v. State, 138 Southwest 1025 (1911), page 1043.

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." Yick Wo v Hopkins, 118 US 356, at pg 370;

"People of a state are entitled to all rights, which formerly belong to the King by his prerogative." Lansing v Smith, (1829) 4 Wendell 9,20 (NY).

"It will be admitted on all hands, that with the exception of the powers surrendered by the Constitution of the United States, the people of the several states are absolutely and unconditionally sovereign...."
Ohio L. Ins. & T. Co. v. Debolt, 16 How, 416, 14 L.Ed. 997, and further,

One hundred thirty-four. All of these above mentioned perjurers know that, if I delegate any power, it is power that I still have and can exercise myself, at any time I choose, and further,

One hundred thirty-five.   All of these above mentioned perjurers know that the only way you can do anything to cause Me injury in any way is with a jury of My peers or the law of the land (common law), as affirmed for 'persons' only as follows;
"No person shall be...deprived of life, liberty, or property without due process of law...." Article Five in Amendment, Constitution for the United States of America and further,

One hundred thirty-six.   All of these above mentioned perjurers know that the words "due process of law" as found in Article Five in Amendment, mean by indictment, and conviction by jury at common law;
"The words "by the law of the land" as here used do not mean a statute passed for the purpose of working the wrong....This Section was taken with some modifications from a part of the 29th Chapter of the Magna Carta, which provided that no freeman should be taken or imprisoned or be disseized of his freehold etc, but by the lawful judgment of his peers or by the law of the land. Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law", which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45, 50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court, and further,

One hundred thirty-seven.      All of these above mentioned perjurers have deliberately and calculatedly perjured their oaths, and further,

One hundred thirty-eight. Because Canada is a municipal corporation domiciled in the District of Columbia, as found in the US SEC webpage, a true copy of which is attached hereto, and incorporated herein by reference in its entirety; therefore, it is already part of the United States;

"Canada acceding to this confederation, and adjoining in the measures of the United States, shall be admitted into, and entitled to all the advantages of this Union; but no other colony shall be admitted into the same, unless such admission be agreed to by nine States." Article 11 Articles of Confederation for the United States of America and further,

One hundred thirty-nine.   All of these above mentioned perjurers know that there is no border between Canada and the United States and Canada is already part of the United States and they are nothing but a gang of pirates harassing people when they travel, looking to get revenue for their Vatican handlers, and further,

One hundred forty.     All of these above mentioned perjurers are conspiring together to intimidate me in the free exercise of My rights, including but not limited to travel, and my right to be left alone, and have violated My rights under the color of law in violation of 18 USC § 242, which says;

"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ........ shall be fined under this title or imprisoned not more than one year, or both; .........." Pub. L. 103-322, Sec. 320201(a), substituted "person in any State" for "inhabitant of any State" in first paragraph.

and 18 USC § 241 says;

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

and they are operating a criminal racketeering enterprise in violation of 18 USC § 1951, and further,

One hundred forty-one.    All of these above mentioned perjurers know that everything they do is under color of law, and have no authority, and they are owned and operated by the Vatican with their chicanery called justice, which is a fraud because they even say themselves, that it is "the appearance of justice", which is NOT justice, but is the color of justice, and a fraud,

"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable." Black's Law Dictionary, 5th Edition, on page 240.

"Colorable" means "That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth." Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146.

"Color of Law" means "The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'" Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188.

**Because of what appears to be a lawful command on the surface, many citizens, because of their respect for what only appears to be a law, are cunningly coerced into waiving their rights, due to ignorance.** United States v. Minker, 350 US 179, 187, and further,

One hundred forty-two.   All of these above mentioned perjurers are involved in chicanery,
"**Chicane** – Swindling, shrewd, cunning. The use of tricks and artifice.
**Chicanery**
1.   The use of trickery or sophistry to deceive (as in matters of law).
2.   A trick; a subterfuge.", Black's Law Dictionary Fifth Edition
"**The use of clever but tricky talk or action to deceive, evade, etc., as in legal dealings**", Webster's New World College Dictionary
"**Deception by trickery or sophistry**",
The American Heritage Dictionary of the English Language, 4th edition, and further,

One hundred forty-three.   All of these above mentioned perjurers know that My rights are unalienable, which means that they cannot be alienated under any circumstances, and that My rights are "**unalienable**" as found in the positive law embodied in the Declaration of Independence (1776), which means that they **cannot** be alienated under **any** circumstances, and they and their subordinates, including their thieving bankster handlers, know this because they always criminally convert My name in some way with all block capital letters, into a dead thing (trust) to facilitate their violation of My rights, and help out their Vatican handlers.
"**A Divine Trust is the highest possible form of Trust and unique as the only possible type of Trust that can hold actual Form, rather than the Rights of Use of Form being Property.**" Canon 1170

"**In accordance with these canons, a Divine Trust can never be terminated.**" Canon 1171

"**In accordance with these canons, every child or higher order spirit that is borne from now until the end of time possesses a Divine Personality through the creation of their Divine Trust before any other legal entity or claim.**" Canon 1179 and further,

One hundred forty-four.   All of these above mentioned perjurers know that the War of Independence was fought because of martial law being imposed on the American colonists as found in the Declaration of Independence (1776) where some of the reasons that they rebelled from the tyrant are;
"**He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws, giving his Assent to their Acts of pretended legislation.**" color of law – martial law
"**For imposing taxes on us without our consent.**" martial law
"**For depriving us in many cases of the benefits of trial jury.**"martial law

and "pretended legislation" is another way of saying "color of law" and that is exactly what these perjurers and their hired thugs are using their "color of law" to violate My rights, and engage in the theft of My property and then deprive me of the right of a **trial by a jury of My peers**, state citizens, and further,

One hundred forty-five.   All of these above mentioned perjurers know that the US War of Independence was fought because of martial law being imposed on the American colonists as found in the Causes and Necessity of Taking Up Arms (1775) which says;
"...**statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property.......to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial....**", and further,

One hundred forty-six.   These criminals know that 2 years before the Magna Carta (1215), that the criminal tyrant King John signed the Concessions to the Pope (1213), and the reason that "we the people" rose up in rebellion against the criminal tyrant King John was because he was imposing the Vatican's martial law dictatorship on "the people", because in the Concessions to the Pope (1213) it was agreed to pay the Vatican a tribute every year;
"**As a sign, moreover, of this our on we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for**

them, saving in all things the penny of St. Peter, the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland...," and further, Concessions of England to the Pope (1213), and further,

One hundred forty-seven. These criminals know that the Magna Carta has multiple chapters prohibiting the criminal tyrant King John's martial law shock troops from imposing their Vatican originated private martial law dictatorship upon the people, including, but not limited to;

- Chapter 13 where they were charging fees under the color of law (Martial Law) to enter into the City of London (one mile square of downtown London that was never conquered by William the Conqueror);

"And the city of London shall have all it ancient liberties and free customs, as well by land as by water; furthermore, we decree and grant that all other cities, boroughs, towns, and ports shall have all their liberties and free customs,"
- and Chapter 23 where their martial law shock troops, under the color of law (Martial Law dictatorship), were forcing people and villages to build bridges;

"No village or individual shall be compelled to make bridges at river banks, except those who from of old were legally bound to do so."
- and Chapter 24 where their martial law shock troops, were holding hearings without a judge, under the color of law (Martial Law dictatorship);

"No sheriff, constable, coroners, or others of our bailiffs, shall hold pleas of our Crown."
- and, Chapter 28 where their martial law shock troops were stealing corn, and other provisions under the color of law (Martial Law dictatorship), without paying for it.

"No constable or other bailiff of ours shall take corn or other provisions from anyone without immediately tendering money therefor, unless he can have postponement thereof by permission of the seller."
- and Chapter 30 where the martial law shock troops were stealing horses and carts based on their trumped up charges for transport duty, under the color of law (Martial Law dictatorship).

"No sheriff or bailiff of ours, or other person, shall take the horses or carts of any freeman for transport duty, against the will of the said freeman."
- and Chapter 31 the martial law shock troops were stealing wood under the color of law (Martial Law dictatorship);

"Neither we nor our bailiffs shall take, for our castles or for any other work of ours, wood which is not ours, against the will of the owner of that wood."
- and Chapter 38, where they were imposing their Private Martial Law upon the people under the color of law (Martial Law dictatorship);

"No bailiff for the future shall, upon his own unsupported complaint, put anyone to his "law", without credible witnesses brought for this purposes."
- and Chapter 39 they were imprisoning people, stealing their property, violating their rights under the color of law (Martial Law dictatorship);

"No freemen shall be taken or imprisoned or disseised or exiled or in any way destroyed, nor will we go upon him nor send upon him, except by the lawful judgment of his peers or by the law of the land."
- and Chapter 40 where they were charging fees for their so-called justice, (filing fees, and other fees and regulations), denying access to justice by making rules, regulations and fees, under the color of law (Martial Law dictatorship);

"To no one will we sell, to no one will we refuse or delay, right or justice."
- and Chapter 45 where officers of the court, and other officials were ignoring the law and violating the rights of the people under the color of law (Martial Law dictatorship), and this Chapter was inserted to create the presumption that the officers of the court and other officers are presumed to know the law, exactly like Section 19 of the Queen's Criminal Code where ignorance of the law is no excuse.

"We will appoint as justices, constables, sheriffs, or bailiffs only such as know the law of the realm and mean to observe it well."
- and Chapter 55 they were imposing fines, and other sentences under the color of law (Martial Law dictatorship);

"All fines made with us unjustly and against the law of the land, and all amercements, imposed unjustly and against the law of the land, shall be entirely remitted, ....", and further,

One hundred forty-eight. These above mentioned criminals know that it took only two years for the Welsh Barons to rise up against the criminal tyrant King John, they know that they are imposing the same martial law that the criminal tyrant King John tried to impose that resulted in the Magna Carta, and the same martial law that the criminal

tyrant King George tried to impose, that resulted in the American revolution, all of which is Satanic Law and under ORDERS from the Vatican, and it is deliberate and calculated, so they can get their five pounds of flesh that these criminal tyrants promised, and further,

One hundred forty-nine.   These criminals are conspiring together to overthrow my government, because there have been at least two civil wars already over their martial law being imposed on "we the people", so they are going for number three, and further,

One hundred fifty. These criminals know that because I have all the rights of the King, that my rights are unalienable and they would be guilty of treason, sedition, perjury of oath if they did violate My rights, which is exactly why they criminally convert My name into their *ces to que* trust every time;

**"The rights of sovereignty extend to all persons and things, not privileged that are within the territory. They extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection."** Carlisle v United States 83 U.S. 147, 154 (1873)

and they know that because I am the King, any evidence of a contract is a nullity because the government cannot commit treason, and for the government to get Me (the King) into a contract by which I give up my sovereignty would be treason (breach of trust), but they intend to continue to violate My rights under the color of law anyway, and further,

One hundred fifty-one.   These perjurers know that I have the right to be left alone, but they intend to help out their Vatican handlers and the fictitious debt;

**"They conferred as against the government the right to be let alone — the most comprehensive of rights and the right most valued by civilized men."** Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U.S. 210 (1990)

but they intend to violate My right to be left alone, too, and they do it every time I cross their so-called border, or when they come and visit me without authority, or when they unlawfully arrest Me at the airports, and further,

One hundred fifty-two.   These perjurers know that I DO NOT exist under the authority of any government. I am the government and it exists under My authority;

**"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may almost be pronounced as self-evident. The sovereignty of the state extends to everything which exists by its authority or its permission."** McCullough v Maryland, 17 U.S. [4 Wheat] 316 (1819).

**"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, by their Constitution entrusted to it; All else is withheld."** Julliard vs. Greenman, 110 U.S. 421

**"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please.... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."** *Luther v. Borden*, 48 US 1, 12 Led 581.

**"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people."** U.S. v. Morris, 125 F 322, 325, but they intend to violate My rights under the color of law, and further,

One hundred fifty-three.   These perjurers have no immunity, and I can collaterally attack their void judgment at any time, and in any way;

**"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to**

counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308; and further,

One hundred fifty-four.    These perjurers know that;

**"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662, Bothke v. Terry, 713 F2d 1404) . . "but merely act as an extension as an agent for the involved agency – but only in a "ministerial" and not a "discretionary capacity..."** Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E. 261 US 428; F.R.C. v. G.E., 281, U.S. 464. **Immunity for judges does not extend to acts which are clearly outside of their jurisdiction.** Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719; Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

One hundred fifty-five.    These perjurers intend to impose their martial law (military dictatorship) on everybody whether they like it or not; **"In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which was largely (if not wholly) governed by martial law rule. "Equity" has always been understood to follow the law; to have "superior equity" is to turn things on their head. This is exactly what happens when martial law is imposed. If "equity" is the law, then it follows its own course rather than following the common law, thereby destroying the common law and leaving what is called "equity" in its place.** Dyett v. Turner, 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Assistant Director A.H. Ellett, Utah Supreme Court, and further,

One hundred fifty-six.    These criminals know that their martial law jurisdiction is <u>voluntary for "persons"</u> and <u>not applicable to "we the people"</u> under any circumstances, and further,

One hundred fifty-seven.  These perjurers know that all judgments that are entered in My case are void judgment, and I can collaterally attack them in any way, and at any time, because the Courts have further decreed, that want of jurisdiction makes; **"...all acts of judges, magistrates, U.S. Marshals, sheriffs, local police, all void and not just voidable."** *Nestor v. Hershey,* 425 F2d 504, and all of these perjurers know it, and further,

One hundred fifty-eight.  These criminals are using their martial law to impose Canon Law so their handlers in the Vatican can enrich themselves, and they don't care about any oaths of allegiance or oaths of office, and further,

One hundred fifty-nine.   These criminals all know that they are the terrorists; **"Terrorism - noun – 2 A system of government that seeks to rule by intimidation."** Funk and Wagnall's New Practical Standard Dictionary (1946), and further,

One hundred sixty.    These criminals all know that at common law a proper name is NEVER spelled in all block capital letters, and their own government style manual says that they are to use upper and lower case, and further,

One hundred sixty-one.    These criminals know that the US Passport that I carry is not me, because the name is spelled in all block capital letters, therefore, when I signed it, I also inserted, **"By", "Agent", "Without Prejudice", "With the Power of Attorney in Fact"**, and **"All Rights Reserved"**, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and they know that the authorized representative is not responsible for anything their US citizen does, but they intend to violate My rights under the color of law, any way they can, and further,

One hundred sixty-two.    These perjurers know that their US citizen GLENN WINNINGHAM FEARN, is a 15 USC § 44 unincorporated corporation, as admitted by the US Department of so-called Justice in My US Supreme Court case 07-5674, and further,

One hundred sixty-three.   These perjurers all know that the Passport itself is the US citizen, because it is the fictitious entity, and I am an American national, but they intend to continue to violate My rights under the color of law, and further,

One hundred sixty-four.   These perjurers know that on the Passport application form, when I fill it out, I put a line through "US-citizen", and insert "American national" wherever it says "US citizen", but they don't care and they intend to shove their US citizen down my throat, so they can violate My rights under the color of law, and further,

One hundred sixty-five.   These perjurers know that I would not even carry their US Passport, (because ONLY a "person" is required to have one, under their color of law codes, rules and regulations), if it wasn't for their deliberate and calculated coercion and intimidation with their guns and everything they have done recently when I tried to cross their so-called border, but they intend to violate My rights under the color of law, again, and again, and again, and further,

One hundred sixty-six.   These perjurers know that I have the right to renounce their lowlife scumbag US citizen as affirmed by Book 15 Statutes at Large of the United States of America, Chapter 249, that says in the preamble;
**"Whereas the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness..."**
And it goes on to say;
**"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That any declaration, instruction, opinion, order or decision of any officers of this government, which denies, restricts or impairs or questions the right of expatriation, is hereby declared inconsistent with the principles of this government."**
Therefore, my right of expatriation is not subject to regulation in any way, which is why it is called a right, but these criminals intend to impose their slavery on Me, one way or another, and further,

One hundred sixty-seven. These perjurers know that they have no authority over Me;
Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them. Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795), and further,

One hundred sixty-eight.  These perjurers know that everything they do against Me is the crime of barratry;
"No action can be taken against a sovereign in the non-constitutional courts of either the United States or the state courts & any such action is considered the crime of Barratry.  Barratry is an offense at common law."
State vs. Batson, 17 S.E. 2d 511, 512, 513, and further,

One hundred sixty-nine.   These criminals know that because I have "people", "land" (absolute title to land), and "resources" (lawful money) that I am a nation under international law, and further,

One hundred seventy.    These criminals know that I do NOT have to identify myself to anybody and if I do it is ONLY a courtesy;
"We must emphasize that we do not hold that a suspect may be detained and searched merely because he either refused to identify himself or refused to produce proof of identification." People v. Loudermilk, 241 Cal.Rptr. 208 (1987)

"...The defendants' refusal to furnish identification--which they were entitled to do ...[in] a Terry stop...." U.S. v. Brown, 731 F.2d 1491, at 1494 (1984)

"Probable cause is not established by failing to present identification upon request by a law enforcement officer, ..."
Moya v. United States, 761 F.2d 322, at 325-326 (Sept. 21, 1984).

"Defendant could not be arrested for refusing to give law enforcement officer his name" State v. Hoffman, 664 P.2d 1259, 35 Wash. App. 13, 16, 664 P.2d 1259 (1983).

" . . . a detainees refusal to disclose his name address, and other information cannot be the basis of an arrest." State v. White, 97 Wn.2d 92, at 103, 640 P.2d 1061 (1982)

"Indeed, there is no general requirement in this country for citizens to carry any identification".
State v. Barwick, 66 Wn. App. 706 at 709, 833 P.2d 421 (July 30, 1992), and further,

One hundred seventy-one.    These criminals know that I always carry in my possession a minimum of one silver eagle one troy ounce silver coin with a face value of one dollar, therefore I am not a vagrant, but they intend to violate My rights under the color of law, whereas all they have is commercial paper in their wallet, and they want to impose their foreign martial law jurisdiction on Me anyway, as evidenced by the gold fringed flags that hang in their offices, and buildings.
"The gold-fringed flag only stands inside military courts that sit in summary court martial proceedings against civilians and such courts are governed in part by locals rules, but more especially by The Manual of Courts Martial, U.S., 1994 Ed., at Art. 99, (c)(1)(b), Pg. IV-34," PIN 030567-0000, U.S. Government Printing Office, Wash. D.C., and further,

One hundred seventy-two.    These perjurers know that pursuant to Section 35 of the Judiciary Act of 1789, which is codified at 28 USC 1654, I have the right not to have an attorney
28 USC § 1654. Appearance personally or by counsel
"In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."
and anyone who volunteers to have a BAR member attorney represent them, volunteers to go to jail;

"We hold that no person may be deprived of his liberty who has been denied the assistance of counsel as guaranteed by the Sixth Amendment. This holding is applicable to all criminal prosecutions, including prosecutions for violations of municipal ordinances. The denial of assistance of counsel will preclude the imposition of a jail sentence. . . . Under the rule we announce today, every judge will know when the trial of a misdemeanor starts that no imprisonment may be imposed, even though local law permits it, unless the accused is represented by counsel.  He will have a measure of the seriousness and gravity of the offense and therefore know when to name a lawyer to represent the accused before the trial starts."
Argersinger v. Hamlin, 407 U.S. 25, 27, 31, 37, 38, 40 (June 12, 1972), and this is the reason these perjurers and their subordinates, on the bench, want to have one of their foreign agents represent Me, and further,

One hundred seventy-three.    All of these perjurers know that the right to be represented is ONLY before a General or Special Court Martial, and that it is further proof that they are imposing their foreign martial law (military dictatorship) on Me and everybody else;
10 USC § 838. Duties of trial counsel and defense counsel
"(b) (1) The accused has the right to be represented in his defense before a general or special court-martial or at an investigation under section 832 of this title (article 32) as provided in this subsection", and further,

One hundred seventy-four.    These criminals know that they have unlawfully arrested me, and they are doing everything they can to deprive me of a remedy in every case,
"Perhaps it should be mentioned that as a general rule a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him. It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 75 (1961);"  Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the authority of the officers, is an "arrest"." Robinson v. State 198 S.W.2d 633, 635, 184 Tenn. 277

"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested"... even if the motorist was not specifically informed that he had been arrested." People ex rel. Winkle v. Bannan 125 N.W.2d 875, 879, 372 Mich. 292.

"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest." Swetnam v. W.F. Woolworth Co. 318 P.2d 364, 366, 83 Ariz. 189, and further,

One hundred seventy-five.      These perjurers know that they do not have a shred of authority.

"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948., and further,

One hundred seventy-six. These perjurers know that their judgments are not voidable, just void.

"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed." City of Lufkin v. McVicker, 510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).

"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree." Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985), and further,

One hundred seventy-seven.      I would rather be dead than have public servants like these perjurers so go ahead and send your hired thugs over to my house and have them take me out back and blow my brains out, and the sooner the better, it will do us both a favor, and make sure and let me know first so I can have a butcher knife and they will have an excuse to murder me, which is what they want to do, and the proof of that fact is that they have criminally converted My name into the name of a dead thing (cestui que trust/15 USC § 44 unincorporated corporation), and further,

One hundred seventy-eight.      But they are not going to do that because they will catch me on some lonely stretch of highway and if I do not have the means to resist their unlawful arrest, with lethal force if necessary, and they don't get to MURDER Me, they will kidnap Me and force Me into their foreign corporate commercial so-called court, into their special or general court martial, and the perjurer on the bench will engage in one of their Satanic Vatican religious ceremonies, compel one of his BAR member attorney buddies on Me, and will fraudulently issue a bid bond, and a performance bond, and a payment bond, in the name of the *ces te que* trust GLENN WINNINGHAM FEARN, and then they will keep me in their warehouse (jail) as collateral while the International Monetary Fund pays off the so-called debt, and the perjurer on the bench, and the perjuring attorney that forces his "representation", in the case, on their fraudulently created GLENN WINNINGHAM FEARN, get rich off the royalties, and further,

One hundred seventy-nine.      All of these perjurers know that according to the Texas Rules of Civil Procedure, Rule 52, all I have to do is say that I am not a corporation, but they don't care because they intend to violate My rights under the color of law anyway,

"An allegation that a corporation is incorporated shall be taken as true, unless denied by the affidavit of the adverse party, his agent or attorney, whether such corporation is a public or private corporation and however created." TRCP Rule 52 and further,

One hundred eighty.      These perjurers, have deliberately, and calculatedly made sure that there is no name information for their hired thugs so they can continue to keep their presumptions, and keep their plausible deniability, to facilitate them to continue to violate the rights and freedoms of "we the people", and further,

One hundred eighty-one. Each of these perjurers Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General, were served with copies of the Affidavit of Criminal Complaint describing what Janet Napolitano and her thugs were up to and

Janet Napolitano and her hired thugs have the full approval and endorsement of their handlers Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and Eric H. Holder, Jr., the private man acting as United States Attorney General, and further,

One hundred eighty-two. Each of these perjurers are all attorneys and all have a title of nobility;

"**ESQUIRE. A title applied by courtesy to officers of almost every description, to members of the bar, and others. 2. In England, it is a title next above that of a gentleman, and below a knight.**" Bouvier's Law Dictionary 1856 Edition,

"**NOBILITY. 2. The constitution of the United States provides that no state shall "grant any title of nobility; and no person can become a citizen of 'the United States until he has renounced all titles of nobility.'" The federalist, No. 84; 2 Story, Laws U.S. 851. 3.**" Bouvier's Law Dictionary 1856 Edition, and further,

One hundred eighty-three.     Because these perjurers have a title of nobility, they have given up their US citizenship as found in the true Article Thirteen in Amendment as taken from a certified copy of an 1819 US Constitution, which says;

"**If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.**", and further,

One hundred eighty-four. These above mentioned perjurers have deliberately and calculatedly deprived me and every state citizen in America of our right to pursue happiness to obtain compensation for labor, by making regulations that make it mandatory for ONLY US citizens to work for many companies, and also through their ITAR (International Trafficking in Arms) regulations, they deprive us of having access to many positions, when at the same time, they themselves are NOT US citizens, and further,

One hundred eighty-five.  These above mentioned perjurers have deliberately and calculatedly deprived me and every state citizen in America of our right to pursue happiness to obtain compensation for labor, by making it so that ONLY fictitious entities can work for the government as found in 5 USC § 551 (2) and 5 USC § 552a(a)(2) as well as many corporations, and further,

One hundred eighty-six.  These above mentioned perjurers have deliberately and calculatedly deprived me and every state citizen in America of our right to pursue happiness to obtain compensation for labor by making regulations that make it mandatory for ONLY US citizens to work for many companies, and by compelling the disclosure of a Social Security Number in various ways including their E-Verify program, and for background checks, and for security clearances, and all of this is intended by these criminals to deprive "we the people" of our right to pursue happiness, by obtaining compensation for labor, by compelling "we the people" to "volunteer" into their US citizen slavery scam, and further,

One hundred eighty-seven.     These above mentioned criminals intend to do everything they can to make sure all of my rights are violated as much as possible, and they intend to make sure I have no remedy when they do violate My rights, and the proof is;

a.   the numerous cases I have filed in the courts, all of which have been dismissed by their perjuring bencher buddies, and,

b.   the 3 times the US Solicitor General perjurer waived their right to respond in 3 US Supreme Court cases, which were subsequently dismissed because the US Solicitor General perjurer removed the controversy, (by waiving their right to respond), and thus depriving me of a remedy, and,

c.   the two billion dollars in lawful money that their criminal corporation United States owes Me, as evidenced by their invoices, that they intend to make sure I never collect, and,

d.   the five hundred million dollars in lawful money that their bankster thieves JP Morgan Chase Bank owes me, as evidenced by the Commercial Lien that is recorded with the Pinal County Recorder at Fee Number: 2005-107493A, that they intend to make sure I never collect, and,

670

e. the five hundred million dollars in lawful money that is owed me by the bankster thieves Wilshire Credit Corporation which is recorded with the Pinal County Recorder at Fee Number 2005-121873, that they intend to make sure I never collect, and,

f. the one billion dollars in lawful money that their thieving BAR member buddies Tiffany & Bosco owe Me as evidenced by the commercial lien which is recorded with the Pinal County Recorder at Fee Number 2006-008260, that they intend to make sure I never collect, and,

g. the one billion three hundred and twenty million dollars in lawful money that their thugs in the Pinal County courts owe me as evidenced by the Notice of Claim that is recorded with the Pinal County Recorder at Fee Number 2006-106016, that they intend to make sure I never collect, and,

h. the three hundred and fifty million dollars in lawful money that the Pinal County Justice Court owes Me as evidenced by the Notice of Claim which is recorded with the Pinal County Recorder at Fee Number 2006-106017, that they intend to make sure I never collect, and,

i. the one hundred and twenty million dollars in lawful money that the Pinal County Courts owe me as evidenced by the Notice of Claim that is recorded with the Pinal County Recorder at Fee Number 2006-108117, that they intend to make sure I never collect, and,

j. the two billion dollars in lawful money that US Airways owes me, that they intend to make sure I never collect, and,

k. the fifteen million and five thousand dollars in lawful money that their thieving IRS buddies owe me as evidenced by the commercial lien which is recorded with the Pinal County Recorder at Fee Number 2005-176346, which they intend to make sure I never collect, and,

l. the seventeen million and five thousand dollars in lawful money that the bankster thieves in Capital One Bank owe me as evidenced by the commercial lien which is recorded with the Pinal County Recorder at Fee Number 2005-121874, which they intend to make sure I never collect, and

m. the numerous times I have been fired for not producing a Social Security Number, and,

n. the fact that their corporate commercial thugs refuse to pay in lawful money and refuse to accept lawful money at face value, and,

o. the fact that most of their corporate thugs refuse to hire someone under a corp. to corp. arrangement as a mechanism to compel the disclosure of a Social Security Number, and,

p. the fact I was fired from Hawkins and Powers for not producing a Social Security Number, and,

q. the fact that I was fired from AAR Oklahoma, for not producing a Social Security Number, and,

r. the fact that I was fired from Federal Express, in conspiracy with Oxford International, because I did not provide a Social Security Number in February of this year (2011), and,

s. the numerous positions I have not been considered for (when I am highly qualified) because I ONLY work under a corp. to corp. arrangement, because I refuse to work direct (the corporate thugs will compel the disclosure of a Social Security Number and then fire me when I do not give them one), and further,

One hundred eighty-eight.     These above mentioned perjurers are incapable of holding these offices, which means they are imposters, and criminals, and further,

One hundred eighty-nine. It is the intent of these above mentioned perjurers to coerce and compel anyone who thinks they are free into their US citizen slavery scam, so they can help out their thieving bankster buddies, and their Vatican handlers, and further,

One hundred ninety.     Each of these perjurers are deliberately and calculatedly depriving me of My right to due process of law, as affirmed for persons ONLY, by Article Five in Amendment, but clearly that is what they intend, and further,

One hundred ninety-one. Each of these perjurers are deliberately and calculatedly criminally converting My citizenship, to facilitate the violation of My rights;

"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are

671

**bound by its obligations."** *Brasswell v. United States* 487 U.S. 99 (1988) quoting, *United States v. White* 322 U.S. 694 (1944), and further,

One hundred ninety-two.   Each of these perjurers know that My rights CANNOT be alienated under any circumstances, and they owe me allegiance, but they do not care, as evidenced by their unlawful arrests and their unlawful and illegal searches of My property, as proven in this document as well as the Solemn Asseveration of Criminal Complaint – Janet Napolitano and Hired Thugs which is recorded with the Pinal County Recorder at Fee Number 2011-054037, all of which is incorporated herein by reference in its entirety, which is now public policy, and also by the unlawful arrests, and their unlawful searches of My property that have happened numerous times subsequent to their NOTICE, and further,

One hundred ninety-three.        These perjurers deliberately, and calculatedly have full intent to violate the rights of every American they see, because they know that a US citizen does not exist, and yet they publish on their website that all US citizens must have a Passport to exercise their right to travel across the border, and it is proof that they intend to violate the rights of every American that travels internationally, with their unlawful searches and their illegal and unlawful searches, a true copy of the US Department of Homeland Security website is attached hereto, all of which is incorporated herein by reference in its entirety,

*"...it might be correctly said that there is no such thing as a citizen of the United States. ....A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."* Ex Parte Frank Knowles, 5 Cal. Rep. 300, and further,

One hundred ninety-four. These perjurers, know that it is a felony to claim to be a US citizen when you know you are not, for multiple reasons, and many documents that they compel on people also have statements under penalty of perjury, but they intend to suborne perjury in violation of 18 USC § 1622 which says:

**"§ 1622. Subornation of perjury - Whoever procures another to commit any perjury is guilty of subornation of perjury, and shall be fined under this title or imprisoned not more than five years, or both."**

with their I-9 forms, and their other forms, that compel you to swear under penalty of perjury that you are a US citizen, because they know that nobody is a US citizen, and these perjurers intend to use that to deprive everybody of our right pursue happiness by obtaining compensation for labor, and further,

One hundred ninety-five. These perjurers, don't care if I do not own the Passport and they don't care if I have reserved My rights with the signature, and they don't care if the entity in the Passport is NOT me, and they don't care if My rights are unalienable, because they and their subordinate thugs, intend to violate My rights under the color of law with their unlawful arrests, and their unlawful searches of My property, with their foreign martial law jurisdiction, and further,

One hundred ninety-six.   These criminals are cowards because they do not dare confront me in person, but instead they send their hired thugs out with their bullet proof vests, and their guns, and this testimony shall stand as an indictment against them, and their handlers in the Vatican, at the Judgment bar of God in this life, and the next, and further,

One hundred ninety-seven.        I do NOT consent to these criminals, or their inquisition tribunals, or their satanic handlers in the Vatican, and further,

**Relief Demanded by I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, sui juris, a sovereign living soul, and "We the People"**

One hundred ninety-eight.        Larry Overcast, the private man acting as Director, Sweetgrass area Port of Entry, is giving aid and comfort to the enemy in a time of war, and is an imposter operating without authority, under the color of law, and none of his JUDGMENT S/ORDERS are of any force and effect, and he is in criminal violation by knowingly, intentionally, willingly conspiring with criminals, to criminally convert My address, and My citizenship, and the address and citizenship of every American that travels from the land of Alberta to the land of Montana, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Texas, which violates the Peace and Dignity of the People of Texas. It is ORDERED that his bond be seized, and he be arrested and be prosecuted for TREASON in a time of war, giving aid and comfort to the enemy, SEDITION, Misprison of Felony,

Extortion under color of Office, theft by conversion, Criminal Conversion, perjury of oath, theft, obstruction of justice, extortion, unlawful arrest, false imprisonment, assault, murder, and racketeering, barratry, and conspiracy to commit the above mentioned crimes, and further,

One hundred ninety-nine. Janet Napolitano, the private woman acting as Secretary of Homeland Security is giving aid and comfort to the enemy in a time of war, and is an imposter operating without authority, under the color of law, and none of her JUDGMENTS/ORDERS are of any force and effect, and she is in criminal violation by knowingly, intentionally, willingly conspiring with criminals, to criminally convert My address, and My citizenship, and the address and citizenship of every American that travels internationally, and has violated her bond and her Corporate Charter, which violation is a Breach of the Trust which was established with the people of Texas and against the Peace and Dignity of the People of Texas. It is ORDERED that her bond be arrested, and she be arrested and prosecuted for TREASON in a time of war, giving aid and comfort to the enemy, SEDITION, Misprison of Felony, Extortion under color of Office, theft by conversion, Criminal Conversion, perjury of oath, theft, obstruction of justice, extortion, unlawful arrest, false imprisonment, assault, murder, and racketeering, barratry, and conspiracy to commit the above mentioned crimes, and further,

Two hundred.      Eric Holder, the private man acting as United States Attorney General, is giving aid and comfort to the enemy in a time of war, and is an imposter operating without authority, under the color of law, and none of his JUDGMENTS/ORDERS are of any force and effect, and he is in criminal violation by knowingly, intentionally, willingly conspiring with criminals, to criminally convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Texas and against the Peace and Dignity of the People of Texas. It is ORDERED that his bond be arrested, and he be arrested and prosecuted for TREASON in a time of war, giving aid and comfort to the enemy, SEDITION, Misprison of Felony, Extortion under color of Office, theft by conversion, Criminal Conversion, perjury of oath, theft, obstruction of justice, extortion, unlawful arrest, false imprisonment, assault, murder, and racketeering, barratry, and conspiracy to commit the above mentioned crimes, and further,

Two hundred one. Barak Obama, the private man acting as President of the United States, is giving aid and comfort to the enemy in a time of war, and is an imposter operating without authority, under the color of law, and none of his JUDGMENTS/ORDERS are of any force and effect, and he is in criminal violation by knowingly, intentionally, willingly conspiring with criminals, to criminally convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Texas and against the Peace and Dignity of the People of Texas. It is ORDERED that his bond be arrested, and he be arrested and prosecuted for TREASON in a time of war, giving aid and comfort to the enemy, SEDITION, Misprison of Felony, Extortion under color of Office, theft by conversion, Criminal Conversion, perjury of oath, theft, obstruction of justice, extortion, unlawful arrest, false imprisonment, assault, murder, and racketeering, barratry, and conspiracy to commit the above mentioned crimes, and further,

Two hundred two. Angel McKinney, the private man acting as Assistant Director for the Dallas Fort Worth Port of Entry, is giving aid and comfort to the enemy in a time of war, and is an imposter operating without authority, under the color of law, and none of his JUDGMENTS/ORDERS are of any force and effect, and he is in criminal violation by knowingly, intentionally, willingly conspiring with criminals, to criminally convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Texas and against the Peace and Dignity of the People of Texas. It is ORDERED that his bond be arrested, and he be arrested and prosecuted for TREASON in a time of war, giving aid and comfort to the enemy, SEDITION, Misprison of Felony, Extortion under color of Office, theft by conversion, Criminal Conversion, perjury of oath, theft, obstruction of justice, extortion, unlawful arrest, false imprisonment, assault, murder, and racketeering, barratry, and conspiracy to commit the above mentioned crimes, and further,

Two hundred three.      Judson W. Murdock, the private man acting as Director, Dallas Fort Worth Port of Entry, is giving aid and comfort to the enemy in a time of war, and is an imposter operating without authority, under the color of law, and none of his JUDGMENTS/ORDERS are of any force and effect, and he is in criminal violation by knowingly, intentionally, willingly conspiring with criminals, to criminally convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which

violation is a Breach of the Trust which was established with the people of Texas and against the Peace and Dignity of the People of Texas. It is ORDERED that his bond be arrested, and he be arrested and prosecuted for TREASON in a time of war, giving aid and comfort to the enemy, SEDITION, Misprison of Felony, Extortion under color of Office, theft by conversion, Criminal Conversion, perjury of oath, theft, obstruction of justice, extortion, unlawful arrest, false imprisonment, assault, murder, and racketeering, barratry, and conspiracy to commit the above mentioned crimes, and further,

The Undersigned, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, of Original Jurisdiction do herewith declare, state and say that I issue this Asseveration for Truth with sincere intent in truth, that I am competent to state the matters set forth herein, and will so testify in court, that the contents are true, correct, complete, certain, admissible as evidence, and reasonable and just, by Me, undersigned addressee, one of "We the People", and not a corporation or a fiction of any type, and further,

Signed and sealed in red ink on the land of Delaware, under penalties with perjury, (28 USC § 1746(1)), and further,

Further Affiant sayeth not,

It has been said, so it is done.

Signed and sealed this day in November, in the year, two Thousand and Eleven.

_____

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
Inhabitant of the land known as Texas
currently travelling on the land of Delaware
With full responsibility for my actions
under God's law as found in the Bible

## JURAT

**Delaware republic**              )
                                   ) )
**Kent County**                    )   Subscribed, Sworn, Sealed

As an officer of the court, I hereby certify that Glenn Winningham; house of Fearn, who is known to me, appeared before me and after being duly put under oath, he executed the foregoing document on this the ___ day of November, in the year two thousand and eleven.

_____
Notary Public

Title Holder: Glenn Winningham; house of Fearn

Judson W. Murdock private man, Notice and Demand 052111

**By Registered Mail RR 569 486 603 US**

To:
Judson W. Murdock, the private man acting as
Director, Dallas Fort Worth Port of Entry
Dallas Fort Worth International Airport
Dallas, Texas
75261

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Zip Code Exempt 18 USC 1342

<u>Notice and Demand</u>

**Ecclesiastical Notice for the Principal is Notice for the Agent and Notice for the Agent is Notice for the Principal.**

I, Me, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people" with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, <u>Zip Code Exempt</u>, without your unlawful corporate United States, do hereby <u>notice</u> you of the following:

One.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I accept your Oaths. Please find an Oath acceptance document attached hereto, and incorporated herein by reference in its entirety.

Two.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that equality under the Law is paramount and mandatory by Law.

Three.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your *ces ti que* trust, JUDSON W. MURDOCK, is bonded with your Risk Management Department in the amount of one million dollars, with a one hundred thousand dollar deductible, but you the private man are fully liable civilly and criminally to "we the people" for your actions.

Four.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that if you think or assume that you are representing Me, the heir of God (Genesis 1:26), you are **fired!**

Five.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that neither you, nor any other man or woman, nor any person, is competent in dealing with any of My affairs.

Six.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I am competent for dealing in all of My affairs.

Seven.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that any communication with me, by you, your successors, or your subordinates is to be signed "under the penalty of perjury".

Eight.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an acceptance to the fee of:
a)   ten thousand, one troy ounce, pieces of pure silver, minimum; or
b)   one million, one troy ounce, pieces of pure silver if violated for the purpose of profit/gain; or
c)   ten million, one troy ounce, pieces of pure silver, if violated for the purpose of profit or gain more than three times within a year,
for each and every violation.

Nine.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that any violation as described in paragraph ten above would constitute an agreement that I could seek relief from you, all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

Ten.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that My proper name is Glenn Winningham; house of Fearn and My proper postal address is;

Page 1 (plus attachments)
This matter is copyright © by the Title Holder. All right to this matter/font and what it may represent is reserved by terms and conditions of the Title Holder.

Judson W. Murdock private man, Notice and Demand 052111
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim.

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock private man, Notice and Demand 062111

**Non Domestic Mail**
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Zip Code Exempt
(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10
and if it is not shown **exactly** like it, in any communication with Me, it is further agreed by you, your subordinates, and your successors, that you **intend to be guilty of mail fraud.**

Eleven.    You Judson W. Murdock, the private man acting as Director, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that all Zip Codes are in Martial Law and any communication with Me, a sovereign living soul, with the use of a zip code, is treason (breach of trust), sedition, perjury of oath, mail fraud, and other indictable offenses, because by using a fictitious mailing address, they are criminally converting My postal address from the land known as Texas to a foreign martial law jurisdiction in United States.
"As we have said, the Federal Personal Income Tax is Collected under a Military Venue within a Martial-Law jurisdiction. Federal Reserve Notes are Military Scrip circulated within a Military Venue. The problem is the people don't understand how the entire United States is covered by a Military Venue..... Under the Social Security Act, there was brought into existence Ten Federal Regional Areas. These ten federal regional areas are the same as a military base. It is not unconstitutional to circulate "military scrip" on a military base as the base is considered to be a military venue. "Military scrip" cannot circulate in the civil jurisdiction of the several States. To get around this Constitutional bar, the Congress (via the Social Security Act), created Ten Military Venues, called Federal Regional Areas. The problem the Congress realized was, while Congress could restructure the Government agencies into these Federal Regional Areas, the people could not be identified to be within this Military Venue but by their own consent. The solution was to create another Military Venue which would trick the people to voluntarily accept recognition that they are within a Military Venue. Congress solved this problem by creating the ZIP CODE. The "zip code" divides the United States into Ten Military Venues called "National Areas." When a Citizen receives mail from an agency of the federal government (such as the I.R.S.), in the return address of the federal agency is the district within the regional area the letter is sent from, and on the address of the "Citizen" it was sent to is the national area [ZIP] in which he received the correspondence from the I.R.S. In other words, the correspondence was sent from one of the federal regional areas [military venue] to one of the National Areas [another military venue], "Taxing Districts" are established within one of the Federal Regional Areas, which places the collection of taxes under a martial law jurisdiction."
Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Director A.H. Ellett, Utah Supreme Court

Twelve.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that any communication to the *cestui que* trust GLENN WINNINGHAM FEARN, GLENN A.FEARN, or FEARN WINNINGHAM GLENN, or any derivative thereof, in addition to the copyright violations, it is treason (breach of trust), sedition, perjury of oath, and other indictable offenses because they are criminally converting My name for the specific purpose of violating My god given rights, because a trust has no rights or rights, and is a slave (property).

Thirteen.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that if you communicate with Me, that in your communication, I shall be addressed **only** as "Glenn" because I am **not** a "Mr.", or a "Mister", or a "Sir", or a "Lord", or anything but "Glenn", and I have no titles of nobility, and it is further agreed that any deviation from this requirement shall be further proof of your **intent** to **perjure your oath**, engage in **sedition**, and **breach of trust**, and your **intent** to be **guilty of mail fraud.**

Fourteen.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that it is My intent, **never** to act as **surety**, or in any way be the guarantor, or an accommodation party for the fictitious entities (trusts) created by you, or your subordinates, or other government officials through **fraud, coercion, intimidation,** and **perjury of oath** and neither you, nor your successors, nor your subordinates, as implied under your oaths, will attempt to impose, or even offer to impose such a thing on Me.

Fifteen.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I am **not** a United States citizen, but I am an American National, and an inhabitant of the land known as Texas, currently.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.-----------------------------------Title Holder Glenn Winningham, house of Fearn with me Copy-Claim

Judson W. Murdock, private man, Notice and Demand 062111

Judson W. Murdock private man, Notice and Demand 662111

Sixteen.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that US State Department regulations state that a "person" has to renounce their US citizenship in a foreign country before a consular officer, but your codes, rules and regulations are all "color of law", and mean nothing to me.

Seventeen.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that all living souls that are inhabiting the land known as Texas, are all American nationals, because at common law anyone who is on the land has all the rights protected by common law, and they have more rights than one of your US citizens.

Eighteen.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the reason the US State Department regulations state that all "persons" renounce your US citizen before a US consular officer is because there are no US consular officers in any of the American states.

Nineteen.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the reason US State Department regulations say that all "persons" have to go to a foreign country to renounce your US citizen, is an attempt to get them to go to some country in Europe, or elsewhere overseas, because then they will not be on the land of one of the American states, and your hired thugs can then violate their rights with impunity by stopping them from travelling home to the land of their American state.

Twenty.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that because I sent the document that renounced your US citizen by Registered Mail from the land of Texas, therefore, I did renounce your US citizen from a foreign country, (the land of Texas), and Registered Mail is used for international commerce.

Twenty-one.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I have the right to renounce their US citizen as affirmed by **Book 15 Statutes at Large of the United States of America, Chapter 249**, that says in the preamble:
"Whereas the right of expatriation is a natural and inherent right of all people, indispensible to the enjoyment of the rights of life, liberty, and the pursuit of happiness..."
and it goes on to say:
*"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That any declaration, instruction, opinion, order or decision of any officers of this government, which denies, restricts or impairs or questions the right of expatriation, is hereby declared inconsistent with the principles of this government."*
Therefore, my right of expatriation is not subject to regulation in any way, which is why it is called a right.

Twenty-two.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that "United States" in Title 6, United States Code is NOT Montana, Texas, Arizona, or any of the states;
"**The term "United States", when used in a geographic sense, means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, any possession of the United States, and any waters within the jurisdiction of the United States.**"
6 USC § 101 (17) (A).

Twenty-three.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that a "state" in Title 6 United States Code is NOT Montana, Texas, Arizona, or any of the states;
"**The term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any possession of the United States.**" 6 USC § 101 (15).

Twenty-four.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your military troops on the border are engaged in sedition by forcing their foreign martial law on Me in violation of 18 USC § 2384 which says;
"**If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government**

Page 3 (plus attachment)
Judson W. Murdock private man, Notice and Demand 662111
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
—Title Holder Glenn Winningham, house of Ream
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock private man, Notice and Demand 062111

of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."

Twenty-five.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the words "due process of law" as found in Article Five in Amendment, mean by indictment, and conviction by jury at common law;

"The words "by the law of the land" as here used do not mean a statute passed for the purpose of working the wrong.... This Section was taken with some modifications from a part of the 29th Chapter of the Magna Carta, which provided that no freeman should be taken or imprisoned or be disseized of his freehold etc., but by the lawful judgment of his peers or by the law of the land. Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law", which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45, 50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.

Twenty-six.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are presumed to know the law;

"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen ['300] that "NO" the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242.
188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242"

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398

Twenty-seven. You, Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the land of Texas is not a federal judicial district, therefore the proper place for Me to bring an action, in federal courts is in The District of Columbia.

Twenty-eight.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that there is no such thing as a drivers license under Texas law.
*This court has held that there is no such license known to Texas Law as a "driver's license."*
Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.* Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

Twenty-nine.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that because of the Maxim of Law *ejusdem generis*, in definition sections of statutes the entities listed are all the same kind of entities,
Ejusdem Generis (eh-youse-dem generous) v adj. Latin for "of the same kind," used to interpret loosely written statutes. Where a law lists specific classes of persons or things and then refers to them in general, the general statements only apply to the same kind of persons or things specifically listed. Example: if a law refers to automobiles, trucks, tractors,

Thirty. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, there is no such thing as a drivers license.

Page 4 (plus attachments).
This matterfact copyright © by the Title Holder. All right to this matterfact and what it may represent is by terms and conditions of the Title Holder.——————— Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Judson W. Murdock private man, Notice and Demand 062111

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock private man, Notice and Demand 062111

motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.

Thirty-one.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in statute writing, the maxim of law says that the word "includes" means only that which comes after it and it excludes all else by its use;

"Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another. 11 Co. 58." Bouvier's 1856 Law Dictionary

Thirty-two.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in statute writing, the word "includes" is a word of limitation.

**Montello Salt v. Utah 221 US 455**

"Include or the participial form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'enclosed'; 'comprised'; 'comprehend'; 'embrace'; 'involve'."

Thirty-three.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the words "person" and "whoever" are ONLY used for corporations and fictitious entities, and an "individual" is a 15 USC § 44 unincorporated corporation (cestui que trust);

"the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals." 1 USC § 1

Thirty-four.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that it is a felony ONLY for a fictitious entity to claim to be a US citizen when it is known that it is not;

"Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both." 18 USC § 911 County.

Thirty-five.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that a United States citizen is a "person";

"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States...." 14th Amendment Section 1

Thirty-six.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that as admitted by the US Department of Justice in US Supreme Court case 07-5674, a US citizen is a 15 USC § 44 unincorporated corporation, (a cestui que trust).

Thirty-seven.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I am NOT a "resident" of your corporation called United States, and anything else about any birth is hearsay, and inadmissible as evidence in any court, called United States, and I have NEVER been a "resident" of your corporation called United States, but I have been an inhabitant of the land known as Texas, and other lands on Turtle Island (North America) from time to time.

Thirty-eight.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I do not have any firsthand knowledge of any birth, and anything else about any birth is hearsay, and inadmissible as evidence in any court, because both of my parents are now dead, and I have not been given an opportunity to cross examine them, or their doctor involved, under oath, to determine the veracity of their information.

Thirty-nine.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your hired thugs operate exclusively under the color of law, and I demand and have My God given rights as affirmed and secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation, and the US Constitution, not to be subjected to your foreign martial law jurisdiction, under the color of law.

"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable." Black's Law Dictionary, 5th Edition, on page 240.

"Colorable" means "That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth." Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146.

This matterfact copyright © by the Title Holder. All right to the materfand and what it may represent is by terms and conditions of the Title Holder...............

Judson W. Murdock, private man, Notice and Demand 062111
Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim.

Seal

Title Holder: Glenn Winningham, house of Feam

Judson W. Murdock (private man, Notice and Demand 062111

"Color of Law" means "The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'" Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188.

Forty. You, Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I am not a person, as far as your statutes are concerned, because a "person" is:

a) "a variety of entities other than human beings." Church of Scientology v  U.S. Department of Justice, 612 F.2d 417 (1979) at pg 418

b) "...foreigners, not citizens...." United States v Otherson, 480 F. Supp. 1369 (1979) at Pg 1373.

c) "Person – term may include labor organizations, partnerships, associations, corporations, legal representatives, trustees, trustees in bankruptcy, or receivers.... Scope and delineation of term is necessary for determining those to whom Fourteenth Amendment of Constitution efforts protection since this Amendment expressly applies to — person."
Black's Law Dictionary, Sixth Edition

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;

a) " *In common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.*' Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)' Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304

b) "a sovereign is not a person in a legal sense" In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

Forty-one.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the only legitimate power that is held by any governmental entity, is power that "We the people" delegated, and "we the people" are not subject to your codes, rules, and regulations, and I demand and have My God given Right to complete and total access to all of My Common Law rights as affirmed and secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation, and the US Constitution.

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; … while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."
Yick Wo v Hopkins, 118 US 356, at pg 370;

"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. … The sovereignty in every state resides in the people of the state and they may after and change their form of government at their own pleasure." Luther v. Borden, 48 US 1, 12 Led 581.

Forty-two.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that "We the people" have all the rights of the King or Queen as applicable.
"The people are sovereign or the people are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign....It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the people) he shall not be bound." People v Herkimer, 4 Cowen (NY) 345, 348 (1825)

Forty-three.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that you have no immunity whatsoever, because all officers of all governments are presumed to know the law, and the Magna Carta requires it, as does Ezra 7:23-26, and I demand and have My God given rights have all of those private men and women acting as public servants are held to their Oaths, and all that their Oaths imply.
"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)

Forty-four.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the phrase "due process of law", as found in Article Five in Amendment, for the Constitution for the United States of

Judson W. Murdock private man, Notice and Demand 062111
This masterfoot copyright © by the Title Holder. All right to this masterfoot and what it may represent is by terms and conditions of the Title Holder.——————————————————————————————
Title Holder: Glenn Winningham, house of Feam
With the Copy-Claim.

Title Holder: Glenn Winningham; house of Fearn

Judson W. Murdock private man, Notice and Demand 062111

America, means by indictment at common law and by trial at common law and conviction before a jury of My peers,

"Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law", which he afterwards explains to be, "by indictment and presentment of good and lawful men" where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45,50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.

Forty-five.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the **only way** you can do **anything** to cause Me injury is in **any** way is with a jury of My peers or the law of the land (common law), as affirmed for 'persons' only in Article Five in Amendment;

"No person shall be...deprived of life, liberty, or property without due process of law..." Article Five in Amendment, Constitution for the United States of America

Forty-six.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I am not a United States citizen, but I am a American national, because nationality is common law.

"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine." In Re Page 12 F (2d) 135.

Forty-seven.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that you are not authorized, nor shall you serve commercial process on Me.

Forty-eight.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that changes that are few, and simple, and independent can be considered Amendments;

"...includes only the power to amend any section in such a manner that such Amendment, if approved, would be complete within itself, relate to one subject and not substantially affect any other section of Articles of the Constitution or require further Amendments to the Constitution to accomplish its purpose." Adams v Gunter, 238 So.2d 824

Forty-nine.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that a revision is affects many parts of a document;

". . . the wide and diverse range of subject matters proposed to be voted upon, and the revisional effect which it would necessarily have on our basic plan of government. The proposal is offered as a single amendment but it obviously is multifarious. It does not give the people an opportunity to express approval or disapproval severally as to each major change suggested. . . ." McFadden v Jordan, 196 P.2d 787

Fifty.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the so-called Fourteenth Amendment is actually a revision because it changes many things in the Constitution, including property rights, citizenship, taxes, apportionment, the debt, and more.

Fifty-one.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that Congress does not have the authority to revise the Constitution, therefore, the Fourteenth Amendment is a nullity;

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County, 118 U.S. 425, p. 442

Fifty-two.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the so-called fourteenth amendment is for slaves;

"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29.

Fifty-three.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that as implied under your oaths, that you have no authority to impose anything in the so-called Fourteenth Amendment or any subsequent amendment on Me.

Page 7 (plus attachments)

This material/text copyright © by the Title Holder, and what it may imply, in the manner and conditions of the Title Holder.

Judson W. Murdock private man, Notice and Demand 062111
Title Holder's vessel is by name and title and conditions of the Title
Holder: Glenn Winningham; house of Fearn
With the Copy-Claim
—Title Holder

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock private man, Notice and Demand 082111

**Fifty-four.**     You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I do not have to stop, or communicate with you, your successors, or your subordinates, that you and your hired thugs are terrorists; "Terrorism - noun – 2 A system of government that seeks to rule by intimidation." Funk and Wagnal's New Practical Standard Dictionary (1946).

**Fifty-five.**     You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that you are My agent;
"the government is but an agency to the state," – the state being the sovereign people. *State v. Chase, 175 Minn, 259, 220 N.W. 951, 953.*

**Fifty-six.**     You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the **Internal Revenue Code,** and the **Transportation Code,** and the **Immigration Code,** and the **Customs Code,** are NOT positive law, and you have no authority whatsoever, to impose anything in any of them, and you shall **not** attempt to impose **anything** in any **color of law** Statutes, Codes, Rules, or Regulations, on Me.

**Fifty-seven.**     You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that a "person" is a fictitious entity, as found in the Texas Transportation Code and the Texas Government Code, and an "individual" as found in the Texas Transportation Code is a 15 USC § 44 unincorporated corporation (cestui que trust);
""Person" means an individual, firm, partnership, association, or corporation."
Texas Transportation Code Section 541.001 (4)

""Person" includes corporation, organization, government or governmental subdivision or agency, business trust, estate, trust, partnership, association, and any other legal entity."
Texas Government Code 311.005 (2)

**Fifty-eight.**     You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in the Texas region of the District of Columbia, an operator is a fictitious entity;
""Operator" means, as used in reference to a vehicle, a person who drives or has physical control of a vehicle." Texas Transportation Code Section 541.001 (1)

**Fifty-nine.**     You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in the Texas region of the District of Columbia Police Officers are ONLY authorized to arrest fictitious entities for traffic violations;
""Police officer" means an officer authorized to direct traffic or arrest persons who violate traffic regulations." Texas Transportation Code Section 541.002 (4)

**Sixty.**     You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the word "state" in the Texas Transportation Code means any agency of the United States;
""State," when referring to a part of the United States, includes any state, district, commonwealth, territory, and insular possession of the United States and any area subject to the legislative authority of the United States of America."
Texas Government Code Section 311.005(7)

""United States" includes a department, bureau, or other agency of the United States of America." Texas Government Code Section 311.005(9)

**Sixty-one.**     You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that because I am a sovereign living soul, and a holder of the office of "the people" and an inhabitant of the land of Texas, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, does not apply to Me, and if you, your successors, or one of your subordinates, attempts to impose one of your law merchant so-called contracts upon Me, you, your subordinate and you will be engaging in Perjury of Oath, Sedition, and Treason, as well as giving aid and comfort to the enemy in a time of war.

""State" has the meaning assigned by Section 311.005, Government Code, and includes a province of Canada." Texas Transportation Code Section 541.002 (5)

Page 8 (plus attachments)

This matter/text copyright © by the Title Holder. All right to the matter/text and what it may represent is by terms and conditions of the Title Holder.

Judson W. Murdock private man, Notice and Demand 082111
With the Copy-Claim, house of Fearn
Title Holder: Glenn Winningham, house of Fearn

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock private man, Notice and Demand 082111

*Inasmuch as **every government is an artificial person, an abstraction, and a creature of the mind only**, a government can interface only with other **artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.***

Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)

Sixty-two.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

Sixty-three.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I am not bankrupt like you and your corporation, and I have in my possession much more than thirty pieces of silver, each piece of which is one troy ounce of pure silver, and I **demand and have My God given right** not to be treated like a vagrant.

Sixty-four.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that because I have "people", "land", and "resources" (lawful money) that I am a nation under international law.

Sixty-five.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that while I do travel on the land known as Texas, or the land known as Indiana or the land known as Arkansas, or elsewhere on Turtle Island, from time to time, but I am not even remotely interested in being in your criminal corporation called United States, or in any of its political subdivisions called STATE OF TEXAS, or STATE OF ARKANSAS, or STATE OF INDIANA, or any such municipal corporation, and I shall not be in any of your criminal municipal corporations, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is perjury of oath, treason, and **sedition, at a minimum,** by whoever does it, and you.

Sixty-six.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that My rights are "**unalienable**" as found in the positive law embodied in the Declaration of Independence (1776), which means that they **cannot** be alienated under **any** circumstances, and you and your subordinates know this because they always criminally convert My name in some way will all block capital letters, into a dead thing (trust) to facilitate their violation of My rights.
"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."
Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

Sixty-seven.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that any (so-called) contract which appears to alienate **any** of My God given rights, is one of "the people," involving **any** government in America, or any agency of any government, in America, is a **nullity,** because the government cannot commit treason (breach of trust), and **any** presumption to the contrary by **any** Officer of **any** Court, is Perjury of Oath, Treason, and sedition at a minimum.

Sixty-eight.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that all corporations are by definition incorporated into the government, therefore any so-called contract with any corporation is by definition a nullity, because the government cannot commit treason, by getting me into some so-called contract by which I lose my God given rights.

Sixty-nine.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the **only** valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of Turtle Island (America), and this does **not** include **any** law merchant (so-called) contracts, or any contracts with any fictitious entities.

Seventy.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that all corporations are, by definition, **incorporated** into the government, therefore they are all agencies of the

Page 9 (nine attachments)
This matter/fact copyright © by the Title Holder. All right to this matter/text and what it may represent is/by terms and conditions of the Title Holder.   —Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Judson W. Murdock private man, Notice and Demand 082111
Glenn Winningham, house of Fearn
—Title Holder Glenn Winningham, house of Fearn

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock private man, Notice and Demand 062111

government, and **all** contracts with **any** government agency is a **nullity**, as far as **any** violation of My rights is concerned, whether the so-called contract is in writing or not.

Seventy-one.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I have many honest hard working public servants who uphold their oaths, and for those who uphold their oaths, I have no idea how much they get paid, but in my opinion, it is not enough.

Seventy-two.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that all so-called courts in the United States are corporate commercial courts, and operate exclusively under martial law which originates with Canon Law and the Vatican, in violation of God's Law, Deuteronomy 4:2.

Seventy-three. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you and your subordinates create a *cestui que* trust with the name of GLENN WINNINGHAM FEARN, or GLENN WINNINGHAM FEARN, or GLENN A FEARN or any such derivative thereof, in my case, and then you proceed against me, the living soul, with the intent of getting Me, the living soul to be a surety or accommodation party for the "trust" that you created, and you use this as a mechanism to facilitate the violation of My God given rights, deliberately, and calculatedly for your own personal gain.

"A Divine Trust is the highest possible form of **Trust** and unique as the only possible type of **Trust** that can hold actual **Form**, rather than the **Rights** of **Use** of **Form** being **Property**." Canon 1170

"In accordance with these canons, a Divine Trust can never be terminated." Canon 1171

"In accordance with these canons, every child or higher order spirit that is borne from now until the end of time possesses a Divine Personality through the creation of their Divine Trust before any other legal entity or claim." Canon 1179

Seventy-four.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that all tribunals are military, and come from Canon Law which comes from the Vatican and it is Satanic Law.

Seventy-five.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your so-called court operates exclusively under martial law and the proof of that is found in the military gold fringed flag that hangs in your rooms.

**The gold-fringed flag only stands inside military courts that sit in summary court martial proceedings against civilians and such courts are governed in part by local rules, but more especially by The Manual of Courts Martial, U.S., 1994 Ed., at Art. 99, (c)(1)(b), pg. IV-34, PIN 030567-0000, U.S. Government Printing Office, Wash. D.C.**

Seventy-six.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that a large part of the filing fee, for any cases filed with the Courts is used to pay for errors and omissions insurance, which is further proof that it is nothing more than a commercial transaction.

Seventy-seven.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the United States District Courts for all districts, the Court of Appeals for all circuits are all de facto courts and have no authority whatsoever over a living soul, one of "we the people" of Texas, which includes Me.

Seventy-eight. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you have converted all US citizens into enemies of the state with the Trading with the Enemy Act, and you are nothing but a bunch of pirates operating on the high seas of commerce looking for some prize.

Seventy-nine. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the Magna Carta came about because the King John swore allegiance to the Vatican in the Concessions to the Pope (1213), and agreed to pay a yearly tribute, that it took only two years for the Welsh Barons to rise up in rebellion, and bring about the Magna Carta (1215) which is full of prohibitions against Canon/Martial Law being imposed on "the people".

"We wish it to be known to all of you, through this our charter, furnished with our seal, that…we…do offer and freely concede to… our mother the holy Roman church, and to our lord pope Innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances,… As a sign, moreover, of

Judson W. Murdock, private man, Notice and Demand 062111
This matter/text copyright © by the Title Holder. All right to the matter/text and what it may represent is by terms and conditions of the Title Holder. —The Title Holder, Glenn Winningham, house of Fearn With the Copy-Claim

this our own we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and custom which we now ought to render for them... the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred marks, for the kingdom of England, and three hundred for the kingdom of Ireland..." Concessions to the Pope (1213)

Eighty. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the united States War of Independence was fought because of the Vatican's Canon/Martial Law being imposed as found in the Declaration of Independence (1776), and the Causes and Necessity for Taking Up Arms (1775)

"He has affixected to render the Military independent of and superior to the Civil power.
-He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:
-For imposing Taxes on us without our Consent:
-For depriving us in many cases, of the benefits of Trial by Jury:
-For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:
-He has abdicated Government here, by declaring us out of his Protection and waging War against us.
-For protecting them, by a mock Trial..." Declaration of Independence 1776

"...statutes have been passed for extending the jurisdiction of courts of admiralty and vice-admiralty beyond their ancient limits; for depriving us of the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property;
...and for altering fundamentally the form of government established by charter.
We saw the misery to which such despotism would reduce us."
Causes and Necessity of Taking Up Arms 1775

Eighty-one.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that two years after the Declaration of Independence was signed, King George III, made it absolutely clear that taxes would ONLY be imposed for the regulation of commerce;
"Whereas taxation by the Parliament...for the purpose of raising a revenue...has been found by experience to occasion great uneasiness and disorders....That from and after the passing of this Act the King and Parliament of Great Britain will not impose any duty, tax or assessment whatever, payable in any of His Majesty's colonies, provinces, or plantations, in North America..., except such duties as it may be expedient to impose for the regulation of commerce..." George III CAP 12 (1778)

Eighty-two.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that those public servants who perjure their oaths, cease to represent the government, have no immunity, are presumed to know the law, are in fact a color of law enforcement agent, and get the title of pig.
"An officer who acts in violation of the Constitution ceases to represent the government".
Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.

"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen ['300] that *** the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his wilfull and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398

Eighty-three.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that equity is supposed to follow common law except under martial law, where equity is turned upside down and follows its own course.
"In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which was largely (if not wholly) governed by martial law rule. "Equity" has always been understood to follow the law; to have "superior equity," is to turn things on their head. This is exactly what

This maternland copyright © by the Title Holder. All right to this material and what it may represent belong to the Title Holder.<br>Holder—

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock private man, Notice and Demand 062111

**happens when martial law is imposed. If "equity" is the law, then it follows its own course rather than following the common law, thereby destroying the common law and leaving what is called "equity" in its place."** Dyett v. Turner, 439 P2d 266 @ 269, 20 U2d 403 (1968) The Non-Ratification of the Fourteenth Amendment by Director A.H. Ellett, Utah Supreme Court

Eighty-four.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your martial law jurisdiction is voluntary for "persons" and not applicable to "we the people" under any circumstances.

Eighty-five.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, that when you allow your hired thugs to withhold their names, or use pseudonyms, that you are accepting responsibility for their actions.

Eighty-six.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that if you can force anyone to pay you a penny, that they are a slave for that penny. They are forced to work for you for nothing for that penny.

Eighty-seven. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are deliberately and calculatedly engaging in treason, sedition, perjury of your oaths, breach of trust, and multiple other felonies.

Eighty-eight.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, implied under your oaths, that your oaths supersede and trump everything else, and that is the exact reason why you have the oaths, otherwise there would be no reason for an oath.

Eighty-nine.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that if you were dealing with a "person" which is a fictitious entity, what you did was perfectly appropriate, but because I told you that I was one of "the people" and "God's heir" and not a fictitious entity, in every document that I have served on you, that you deliberately, and calculatedly perjured your oaths by imposing your "equity" under martial law, which is for "persons" only, which is criminal conversion of My citizenship from the land of Texas to the foreign jurisdiction the UNITED STATES. "People of a state are entitled to all rights, which formerly belong to the King by his prerogative." Lansing v Smith, (1829) 4 Wendell 9,20 (NY).

**"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

**"One sovereign does not need to tell another sovereign that he/she is sovereign. The sovereign is merely sovereign by his very existence. The rule in America is that the American people are the sovereigns."** Kemper v. State, 138 Southwest 1025 (1911)

Ninety. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; **"the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, that does not mean that My servants in the government can turn me into their slave by getting me into some contract.

Ninety-one.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; **"the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, that does not means that any subordinate of the government (corporation) can turn me into their slave by getting me into some contract.

Ninety-two.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; **"the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, that My rights are unalienable and cannot be alienated under any circumstances.

Page 12 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Judson W. Murdock private man, Notice and Demand 062111
Title Holder: Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Feam

Judson W. Murdock private man, Notice and Demand 062111

Ninety-three.   You, Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; "the people of the several states are unconditionally sovereign within their respective states." Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, that any evidence of any contract with any government or any subordinate of the government (corporation) is an absolute nullity.

Ninety-four.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; "the people of the several states are unconditionally sovereign within their respective states." Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

Ninety-five.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; "the people of the several states are unconditionally sovereign within their respective states." Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, that for any corporation to unlawfully convert My property (money – commercial paper – Federal Reserve Notes Vehicle) over to another corporation, is a violation of both of their corporate charters, and it could cause to revoke both of their corporate charter, and liquidate their assets.

Ninety-six.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; "the people of the several states are unconditionally sovereign within their respective states." Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, that for any corporation to unlawfully convert My citizenship into a so-called Fourteenth Amendment citizen, (which is a nullity), to facilitate the violation of My rights, even if I did produce a Social Security Number, is a violation of their corporate charters, and it good cause to revoke both of their corporate charter, and liquidate their assets.

Ninety-seven.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the I am not one of your lowlife scumbag US citizens;
"There is a clear distinction between national citizenship and state citizenship." 256 P. 545, affirmed 278 US 123, Tashiro vs. Jordan

"The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship." Jones v. Temmer, 89 F. Supp 1226

"there is in our Political System, a government of each of the several states and a government of the United States  Each is distinct from the other and has citizens of its own."  US vs. Cruikshank, 92 US 542,

"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443." Mc Donel v State, 90 Ind. Rep. 320 at pg 323;

Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L. Ed 588 1875: Both before and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a citizen of his State;

Gardina v. Board of Registers 48 So. 788, 169 Ala. 155 1909: "There are two classes of citizens, citizens of the United States and of the State. And one may be a citizen of the former without being a citizen of the latter";

The United States Supreme Court quite thoroughly expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said: "...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection, where they have heretofore rested." Maxwell v Dow, 20 S.C.R. 448, at pg 451;

Page 13 (plus attachments)
Judson W. Murdock private man, Notice and Demand 062111
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is the sole property of Glenn Winningham; house of Feam
Holder.—————Title Holder Glenn Winningham; house of Feam
With the Copy-Claim

Title Holder, Glenn Winningham, house of Feam                                                                                                                    Judson W. Murdock private man, Notice and Demand 082111

"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." Maxwell v Dow, 20 S.C.R. 448, at pg 455;

Ninety-eight.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, the private man acting under your oaths, that a US citizen as defined by the so-called Fourteenth Amendment has to be completely subject to the jurisdiction of the United States, and therefore, is not one of "We the People, but is a corporation, a *cestui que* trust, or other fictitious entity,
"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject...." Elk v Wilkins, 112 US 94, 101, 102, (1884)

Ninety-nine.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that if I am a US citizen, it is a US citizenship as contemplated by the founding fathers, which is derivative and dependent upon state citizenship.
"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship." Colgate v Harvey 296 US 404 at p 427

One hundred.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I shall completely ignore your codes, rules, and regulations because they do NOT apply to Me, and if any of your hired thugs (color of law code enforcers) perceive any obedience by Me, to any of your codes, rules, or regulations, it shall be viewed to be a mistake, or an accident,
"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime", Miller v US, 230 Fed 486,489

"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."
Murdock v. Pennsylvania, 319 US 105

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Sherer v. Cullen, 481 F 946

"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."
Shuttlesworth v. City of Birmingham, Alabama, 373 US 262:

One hundred one.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I shall NOT obey any of your codes, rules or regulations, because they are all "color of law", and I have the right to resist any attempt to force Me to obey them, with lethal force if necessary, because I have an unlimited right to resist any unlawful arrest with lethal force if necessary. It is my sincere wish that I never have to exercise that right, but I do have that right.
"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. I; Beavers v. State, 4 Tex. App. 175; Skidmore v. State, 43 Tex. 93, 903.

"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the

Page 14 (plus attachments)
This matsheet copyright © by the Title Holder. All right to this matsheet and what it may represent is by terms and conditions of the "Title Holder."

Judson W. Murdock private man, Notice and Demand 082111
Title Holder, Glenn Winningham, house of Feam
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock private man, Notice and Demand 062111

oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

One hundred two.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you intend them to violate My rights under the color of law.

One hundred three.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you will never tell any of your subordinates about this document because you intend them to be able to maintain their presumptions, so they can have plausible deniability when they violate My rights under the color of law, and you intend to make it as expensive as possible for me build a case against your hired thugs.

One hundred four.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever, over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

One hundred five.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that it is your intent that your hired thugs, continue to harrass me under the color of law with no authority, so they can violate My right to be left alone, under the color of law, and neither you, nor them, could care less about My rights.
"They conferred as against the government the right to be let alone — the most comprehensive of rights and the right most valued by civilized men." Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U.S. 210 (1990)

One hundred six.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I have an unlimited right to carry educational tools called arms, which are used for defensive purposes, whether concealed or not, and that a weapon is defined as something intended to be used to bring harm to another man or woman
"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace." Wharton's Criminal and Civil Procedure, 12th Ed, Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

One hundred seven.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in the event, that one of your hired thugs, color of law code enforcers, attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug, color of law enforcer, kills Me, your hired thug shall be guilty of MURDER, and so shall you.
"Perhaps it should be mentioned that as a general rule a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him. It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 78 (1961)." Henry v. United States, 361 U.S. 99, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the authority of the officers, is an "arrest." Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" ... even if the motorist was not specifically informed that the had been arrested." People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest." Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

One hundred eight.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you intend that your hired thugs unlawfully arrest Me, and you hope I exercise My right to resist that unlawful arrest so then your hired thug will have an excuse to murder Me, to help promote your slavery agenda, and get rid of another living human soul who thinks he is free.

Page 15 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent by the terms and conditions of the Title Holder.

Judson W. Murdock private man, Notice and Demand 062111
Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn

One hundred nine.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are a member of the BAR, and the BAR is controlled by the Inns of Court in the City of London, *in the nature of* INNS OF COURT - "*These are certain private unincorporated associations, in the nature of collegial houses, located in London, and invested with the exclusive privilege of calling men to the bar,...*" Black's Law Dictionary, 5th Edition page 709.

One hundred ten.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that all members of the BAR are "requires", and an "esquire" is a title of nobility.

"ESQUIRE. A title applied by courtesy to officers of almost every description, to members of the the bar, and others... 2. In England, it is a title next above that of a gentleman, and below a knight." Bouvier's Law Dictionary 1856 Edition

One hundred eleven.  You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the City of London is owned and operated by the Vatican,

"We wish it to be known to all of you, through this our charter, furnished with our seal, that... we ...do offer and freely concede to... our mother the holy Roman church, and to our lord pope Innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances.... As a sign, moreover, of this our own we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them,... the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks–seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland...." Concessions to the Pope (1213)

One hundred twelve.  You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that by being a BAR member, you have renounced your US citizenship as found in the true Article Thirteen in Amendment as taken from the 1819 US Constitution.

"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."

One hundred thirteen. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the US Department of so-called Justice admitted in the US Supreme Court that the War of Independence never did end because your handlers in the Vatican orchestrated the War of 1812 to facilitate the disappearance of the true Article Thirteen in Amendment because one of the major engagements was when the British went to the capitol and burned the national archives, and they continue to make war on us to this day, and you are helping them.

One hundred fourteen.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the current Thirteenth Amendment and all subsequent amendments to the US Constitution are all martial law amendments under the color of law and have no authority.

"*The dissenting opinion asserts that "The Fourteenth Amendment is a part of the Constitution of the United States." While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted.*" State v Phillips 540 Pac. Rep. 2d 936

One hundred fifteen.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your Vatican handlers orchestrated their fraudulent Fourteenth Amendment with the specific intent to criminally convert citizenship in America from that citizenship as contemplated by the founding fathers into what it is today;

"*And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant", instead of "derivative and dependant" upon state citizenship.*" Colgate v Harvey, 296 U.S. 404, on page 427.

One hundred sixteen. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you criminally converted US citizen is a slave,

This matterfact copyright © by the Title Holder. All right to this matterfact and what it may comprise is by laws and confines of the Title Holder.

Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Feam

Judson W. Murdock private man, Notice and Demand 062111

"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43.

"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982

"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity." Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

"A 'US Citizen' upon leaving the District of Columbia becomes involved in "interstate commerce" as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states." Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

"...it might be correctly said that there is no such thing as a citizen of the United States. ...... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300

"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." Maxwell v Dow, 20 S.C.R. 448, at pg 455;

"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States," US vs. Valentine 288 F. Supp. 957, and you intend to enslave Me, by shoving your US citizen down my throat.

One hundred seventeen.        You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are a racist by attempting to impose your US citizenship on Me, and you are enslaving everybody, and are a domestic enemy.

One hundred eighteen.        You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED your rules, statutes, and regulations, created by a dead corporation, do not apply to living souls.

One hundred nineteen.        You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your BAR member benchar buddies' judgment is not just voidable. It is void because they do not have the authority to violate My rights, and they know it, and so do you, but both of you intend to perjure your oaths, so you can help out your Jesuit handlers.
"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."
City of Lufkin v. McVicker,  510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).

"Where there is no jurisdiction there is no Director; the proceeding is and nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948.

"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree." Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

One hundred twenty. You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that unless they witness Me commit a felony at common law, any arrest by one of your color of law enforcement agents is an unlawful arrest.

One hundred twenty-one.       You  Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you couldn't care less about your oaths, and you are attempting to start a revolution by imposing your Canon/Martial Law on 'the people' which has already caused two or more revolutions in the past.

Judson W. Murdock private man, Notice and Demand 062111
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent by the Title Holder's terms and conditions of the Title. With me Copy-Claim
Title Holder Glenn Winningham; house of Feam
Holder: _____

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock private man, Notice and Demand 062111

One hundred twenty-two.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you and your subordinates have violated My rights under the color of law in violation of 18 USC § 242, which says;

"**Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, .......... shall be fined under this title or imprisoned not more than one year; and both; .........**"
Pub. L. 103-322, Sec. 320001(a), substituted "**person in any State**" for "**inhabitant of any State**" in first paragraph.

and 18 USC § 241 says:

"**If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—  They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.**"

One hundred twenty-three.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your hired thugs at the so-called border are intended to intimidate Me in the free exercise of My right to travel, with their military uniforms with no names, and their guns, and their pepper spray, and their violation of My rights under the color of law, and you intend to make sure that they continue to do so.

One hundred twenty-four.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are engaged in chicanery.
"**Chicane - Swindling, shrewd, cunning. The use of tricks and artifice.**
Chicanery
1.  The use of trickery or sophistry to deceive (as in matters of law).
2.  A trick; a subterfuge.", Black's Law Dictionary Fifth Edition

"**The use of clever but tricky talk or action to deceive, evade, etc., as in legal dealings**",
Webster's New World College Dictionary

"**Deception by trickery or sophistry.**"
The American Heritage Dictionary of the English Language, 4th edition, and further,

One hundred twenty-five.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that and subordinates and successors, are NOTICED that none of your codes, rules, or regulations affect My right to bear arms for personal defense, and since I am not a "person" I am not required to "declare" anything to you or your subordinates at the so-called borders or elsewhere.

One hundred twenty-six.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the judgments of your *de facto* Judges mean absolutely nothing because they have no lawful authority, it is void on its face, and even in your Canon Law system, I do NOT consent, but in any event, anything you say means absolutely nothing, to Me, under any circumstances (aside from recognition of the commands of the King James Bible as the ONLY valid law).

One hundred twenty-seven.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED, I am not going to rest until I have brought these issues before a common law grand jury and a common law jury of My peers, and I hope that I get to see somebody do that little dance they do at the end of a common law rope.

One hundred twenty-eight.   You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that no third party may respond for you in this matter, and if a third party does respond, it shall be proof that you intend to continue to perjure your oaths, and you intend to expend public funds for private matters, and

Page 18 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder. —————————— The Title Holder: Glenn Winningham, house of Fearn With the Copy-Claim

Judson W. Murdock private man, Notice and Demand 062111

continue to engage in sedition, and you intend to continue to engage in treason, by imposing your martial law on the heirs of God who are inhabiting the land known as Texas, on Turtle Island.

One hundred twenty-nine.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I shall liquidate your bond by sending copies of this document to your bosses, Standard and Poore's, Dunn and Bradstreet, insurance companies, and anyone else I think, should see it, like the FBI, Interpol, etc. until I have received full compensation for the damages and injuries you, and your subordinates have caused.

One hundred thirty.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I do not have to stop, or communicate with you, your successors, or your subordinates, and if I do, it is as a courtesy ONLY, and by doing so there is no contract, and I have the right to be left alone.

"They conferred as against the government the right to be let alone — the most comprehensive of rights and the right most valued by civilized men." Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

One hundred thirty-one.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I am not a beneficiary, a grantor, a creator, a trustor, a trustee, or anything related to any trust and any evidence of a trust with the name GLENN WINNINGHAM FEARN, or FEARN WINNINGHAM GLENN, or any derivative thereof, (which were obtained by fraud, coercion, intimidation), is an absolute nullity, and any attempt to use your fraudulent created entity to facilitate the theft of My property is treason, sedition, perjury of oath, breach of trust, and numerous other felonies.

"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations." Braswell v. United States 487 U.S. 99 (1988) quoting, United States v. White 322 U.S. 694 (1944), and further,

One hundred thirty-two.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I do not owe the United States, or any officer of the United States, any allegiance, you, and all officers of the United States owe Me allegiance. You have the oath of office and all that it implies, and you owe me the allegiance.

One hundred thirty-three.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that My rights are unalienable as affirmed by the US Declaration of Independence, which means that any evidence of any so-called contract with any agency of the government (all corporations and fictitious entities) is a nullity, and your so-called privileges extend ONLY to "persons and things", and I am neither,

"The rights of sovereignty extend to all persons and things, not privileged, that are within the territory. They extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection." Carlisle v United States 83 U.S. 147, 154 (1873)

One hundred thirty-four.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that in the event that you, or your successors, or subordinates make a legal determination for me by falsely accusing Me of being a "person", or by proceeding against Me as if I was a "person", with threats of searches, or seizures, or questions or any communication, that you, your successors, and subordinates shall be unlawfully representing Me and you, your successors, and your subordinates, shall be liable to Me for the prescribed fees listed above as preliminary minimal damages, jointly, severally, and personally, as provided herein, in addition to the criminal intent described herein.

One hundred thirty-five.    You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I was travelling from the land of England to the land of Texas, and when I was on the land of Texas, your hired thugs Portales, and Lopez unlawfully arrested Me and unlawfully searched my bags on the third day of June in the year two thousand and eleven at approximately 3:30 PM in the afternoon. They were also converting a right into a privilege by attempting to coerce me to make application for your preferred travel program.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Judson W. Murdock, private man, Notice and Demand 082111
The Holder Glenn Winningham/house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn

Judson W. Murdock, private man, Notice and Demand 002111

One hundred thirty-six.       You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that on the seventeenth day of June in the year two thousand and eleven I was travelling from thug land of France to the land of Texas, and on the land of Texas your hired thug Dietrich, in conspiracy with your Major OLD, unlawfully arrested Me, and unlawfully searched my bags at approximately 4:00 PM in the afternoon. They were also converting a right into a privilege by attempting to coerce me to make application for your preferred travel program.

One hundred thirty-seven.       You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your hired thug Major OLD told Me what I could and could not do or where I was talking about, and another one of hired thugs by the name of Mariel was falsely accusing Me of being a "person", and shooting off his mouth about things he had no concept of, in a very rude and offensive manner.

One hundred thirty-eight.       You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your hired thugs are oppressing, threatening, and intimidating Me in the free exercise of My right to travel in violation of 18 USC § 241, and 18 USC § 242, with your unlawful arrests, and your unlawful searches of My private property every time I have had to deal with them. I told them this, but they do not care and in fact, they put it in their computer system to make sure that it continues to happen. Therefore, it is deliberate, and calculated.

One hundred thirty-nine.       You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you and your subordinates intend that your hired thugs violate the rights of everybody you deal with, and you intend to do everything you can to make sure that you continue to violate the rights of everybody you deal with under the color of law.

One hundred forty.       You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are the domestic enemies talked about in the "We the People document" (Constitution for the United States of America), and that you are working to the complete and utter overthrow of the constitution and everything it stands for, and in fact have been able to almost complete it with your martial law rule that you have been engaged in for decades.

One hundred forty-one.       You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that there is no admission contract with a US Passport, because the US Passport office was first started by Benjamin Franklin in 1787, which is long before the so-called Fourteenth Amendment.

One hundred forty-two.       You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the US Passport does have my image (picture) in it, the name is spelled in ALL BLOCK CAPITAL LETTERS, and at common law a proper name is NEVER spelled in ALL BLOCK CAPITAL LETTERS, therefore the US Passport is a 15 USC § 44 unincorporated corporation as admitted by the US Department of Justice in My US Supreme court case 07-5674.

One hundred forty-four.       You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that when I present a US Passport, I am NOT accepting responsibility for it;

"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations." Braswell v. United States 487 U.S. 99 (1988) quoting, United States v. White 322 U.S. 694 (1944).

One hundred forty-five.       You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that even if I was a "person" or an "individual" as defined by your codes, rules, and regulations, I am still not responsible for anything you lowlife scumbag US citizen does because I signed it as the authorized agent with a "By" in front of my signature, and "Agent" after the signature, and also "Without Prejudice" and "All Rights Reserved" next to the signature.

Page 20 (plus attachments)
This matter/and copyright © by the Title Holder. All right to this matter/and and what it may represent is by name and conditions of the Title
Holder.                                                                      Title Holder: Glenn Winningham, house of Fearn
                                                                                                With the Copy-Claim

Judson W. Murdock, private man, Notice and Demand 002111

Title Holder: Glenn Winningham, house of Fearn                                        Judson W. Murdock private man, Notice and Demand 062111

One hundred forty-six.      You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are an accomplice to the criminal conversion of citizenship in America, and it is knowing, willing, and intentional.

One hundred forty-seven.      You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you have thirty days from the date that you receive this communication, with a fifteen day extension if requested, to respond and dispute anything in this private agreement and Notice and Demand, and your failure to dispute each paragraph, on a paragraph by paragraph basis, shall constitute your acceptance and approval with full knowledge and consent, and a private agreement to all paragraphs, and in the event that you fail to respond or otherwise dispute anything in this communication, you, your successors, and your subordinates, shall forever yield to the doctrines of estoppel by acquiescence, waiver, and fraud.

One hundred forty-eight.      You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that each paragraph of this document may be severed from all of the others, therefore, in the event that you have an issue with one paragraph, and you provide notice of such issue, and proof of such error in the specified fact, within the time allowed, all of the other points in this Notice and Demand are still in full force and affect.

One hundred forty-nine.      You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that in the event that you dispute a specified fact (paragraph) in this document, and fail to provide proof of such error in the specified fact, that there is in fact no dispute, and the disputed specified fact and all of the other points in our private agreement are still in full force and affect.

One hundred fifty.      You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you shall protect My God given right not to participate in your satanic commercial system, being mammon, and also to protect My right to honor God's law (Matthew 6:24).

One hundred fifty-one.      You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you, your successors, and your subordinates, shall protect Me from all foreign agents, including but not limited to, the FBI, the CIA, the US Marshalls, the IRS, the NSA, the City Police, the State Police, any other police, US Customs, and any other foreign agents who are, or may yet be, on the land known as Texas, or Arizona, or New York, or California, or elsewhere on Turtle Island (North America) from time to time.

One hundred fifty-two.      You Judson W. Murdock, the private man acting as Director, Port of Entry, DFW Airport, are hereby NOTICED that I DEMAND a jury of My peers, who are not lowlife scumbag US citizens, but are Texas citizens.

One hundred fifty-three.      Ecclesiastically Signed and Sealed in red ink on the land known as Texas.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Ecclesiastical Notice for the Principal is Notice for the Agent and Notice for the Agent is Notice for the Principal.**

This Ecclesiastical private instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN and all derivatives thereof
My Copyright(s)

_____

Glenn Winningham, house of Fearn, sui juris
sovereign living soul, holder of the office of "the people",
inhabitant of the land known as Texas
With full responsibility for My actions under God's law
as found in the Bible, and no other
— Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

This matter/and copyright © by the Title Holder. All right to this matter/and and what it may represent is by terms and conditions of the Title Holder.

Judson W. Murdock private man, Notice and Demand 062111



## FOR THE RECORD At Law;

## OFFICIAL NOTICE/DEMAND by an American Sovereign!

**FOR:** The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breach with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES offering for affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely Oath duties for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truthful. KJV; Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Matthew 23:11-30, James 1:5-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are unalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF TEXAS/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs, I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Texas State Corporatism violation "Law with Color", Nelson's Laws, International Laws and the most superior law over all, our Creator God's one Royal law.

KJV/Gal; 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself. James 2:8-10

**THEREFORE, YOU ARE NOTICED that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF TEXAS/UNITED STATES Corporatism offers no protection for its administrators, agents, employees that are elected, contracted, employed or appointed when they operate outside their jurisdictional bounds and against God's Superior created mankind.**

I demand acknowledgement and receipt with attached NOTICE/DEMAND including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon is not a guilt admission:

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal

Page 1 of 2



## FOR THE RECORD At Law;

Official man/woman's living Name: Larry Overcast: Signature: _____

Official's Corporatism d.b.a./Title: LARRY OVERCAST, DIRECTOR, SWEETGRASS PORT OF ENTRY;

Official's Corporatist Bar Card No.: _____   Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number: _____
Regards:

_____ of God;
Glenn Winningham; house of Fearn, a Sui Juris
Living-Soul, Claimant. By Affidavit I am of God
standing in God's Kingdom without the
Corporatism UNITED STATES as a Private-Texian-
American-Sovereign and all my rights standing
reserved in God's Kingdom, without Recourse

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal

Page 2 of 2

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 062111

**By Registered Mail RR 569 486 617 US**
To:
Angel McKinney, the private man acting as
Assistant Director, Dallas Fort Worth Port of Entry
Dallas Fort Worth International Airport
Dallas, Texas
75261

From:
Glenn Winningham, house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Zip Code Exempt 18 USC 1342

### Notice and Demand

**Ecclesiastical Notice for the Principal is Notice for the Agent and Notice for the Agent is Notice for the Principal.**

I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, **Zip Code Exempt**, without your unlawful corporation United States, do hereby **notice** you of the following:

One. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I accept your Oaths. Please find an Oath acceptance document attached hereto, and incorporated herein by reference in its entirety.

Two. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that equality under the Law is paramount and mandatory by Law.

Three. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your *ces tl que* trust, ANGEL MCKINNEY, is bonded with your Risk Management Department in the amount of one million dollars, with a one hundred thousand dollar deductible, but you the private man are fully liable civilly and criminally to "we the people" for your actions.

Four. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that that if you think or assume that you are representing Me, the heir of God (Genesis 1:26), you are **fired!**

Five. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that neither you, nor any other man or woman, nor any person, is competent in dealing with any of My affairs.

Six. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I am competent for dealing in all of My affairs.

Seven. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that any communication with me, by you, your successors, or your subordinates is to be signed "under the penalty of perjury".

Eight. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an acceptance to the fee of:

a) ten thousand, one troy ounce, pieces of pure silver, minimum; or
b) one million, one troy ounce, pieces of pure silver if violated for the purpose of profit/gain; or
c) ten million, one troy ounce, pieces of pure silver, if violated for the purpose of profit or gain more than three times within a year,

for each and every violation.

Nine. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that any violation as described in paragraph ten above would constitute an agreement that I could seek relief from you, all of your corporate officers and Assistant Directors as well as your parent corporation(s), and its officers and Assistant Directors, jointly, severally, and personally.

Ten. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that My proper name is Glenn Winningham; house of Fearn and My proper postal address is;

Page 1 (plus attachments)
This matterfest copyright © by the Title Holder. All right to this matterfest and what it may represent is by terms and conditions of the Title Holder.—————————

Angel McKinney private man, Notice and Demand 062111
Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder; Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 062111

**Non Domestic Mail**
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Zip Code Exempt
(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10
(DMM 602.1.3.e.2, 18 USC § 1342) and if it is not shown <u>exactly</u> like it, in any communication with Me, it is further agreed by you, your subordinates, and your successors, that you <u>intend</u> to be <u>guilty</u> of <u>mail fraud</u>.

Eleven.        You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that all Zip Codes are in Martial Law and any communication with Me, a sovereign living soul, with the use of a zip code, is because by using a fictitious mailing address, they are criminally converting My postal address from the land known as Texas to a foreign martial law jurisdiction in United States.
"As we have said, the Federal Personal Income Tax is Collected under a Military Venue within a Martial-Law Jurisdiction. Federal Reserve Notes are Military Scrip circulated within a Military Venue. The problem is the people don't understand how the entire United States is covered by a Military Venue.... Under the Social Security Act, there was brought into existence Ten Federal Regional Areas. These ten federal regional areas are the same as a military base. It is not unconstitutional to circulate "military scrip" on a military base as the base is considered to be a military venue. "Military scrip" cannot circulate in the civil jurisdiction of the several States. To get around this Constitutional bar, the Congress (via the Social Security Act), created Ten Military Venues, called Federal Regional Areas. The problem the Congress realized was, while Congress could restructure the Government agencies into these Federal Regional Areas, the people could not be identified to be within this Military Venue but by their own consent. The solution was to create another Military Venue which would trick the people to voluntarily accept recognition that they are within a Military Venue. Congress solved this problem by creating the ZIP CODE. The "zip code" divides the United States into Ten Military Venues called "National Areas." When a Citizen receives mail from an agency of the federal government (such as the I.R.S.), in the return address of the federal agency is the district within the regional area the letter is sent from, and on the address of the "Citizen" it was sent to is the national area [ZIP] in which he received the correspondence from the I.R.S.. In other words, the correspondence was sent from one of the federal regional areas [military venue] to one of the National Areas [another military venue]. "Taxing Districts" are established within one of the Federal Regional Areas, which places the collection of taxes under a martial law jurisdiction." Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Assistant Director A.H. Ellett, Utah Supreme Court

Twelve.        You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that any communication to the *cestui que trust* GLENN WINNINGHAM FEARN, GLENN A.FEARN, or FEARN WINNINGHAM GLENN, or any derivative thereof, in addition to the copyright violations, it is treason (breach of trust), sedition, perjury of oath, and other indictable offenses because they are criminally converting My name for the specific purpose of violating My god given rights, because a trust that has no rights or rights, and is a slave (property).

Thirteen.        You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that if you communicate with Me, that in your communication, I shall be addressed <u>only</u> as "Glenn" because I am <u>not</u> a "Mr.", or a "Mister", or a "Sir", or a "Lord", or anything but "Glenn", and I have no titles of nobility, and it is further agreed that any deviation from this requirement shall be further proof of your <u>intent</u> to <u>perjure your oath</u>, engage in <u>sedition</u>, and <u>breach of trust</u>, and <u>your intent</u> to be <u>guilty</u> of <u>mail fraud</u>.

Fourteen.        You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that it is My intent, <u>never</u> to act as <u>surety</u>, or in any way be the guarantor, or an accommodation party for the fictitious entities (trusts) created by you, or your subordinates, or other government officials through <u>fraud</u>, <u>coercion</u>, <u>intimidation</u>, and <u>perjury of oath</u> and neither you, nor your successors, nor your subordinates, as implied under your oaths, will attempt to impose, or even offer to impose such a thing on Me.

Fifteen.        You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I am <u>not</u> a United States citizen, but I am known as an American National, and an inhabitant of the land known as Texas, currently.

Page 2 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is hereby assigned, subject to the terms and conditions of the Title Holder. ——————

Angel McKinney private man, Notice and Demand 062111
Angel McKinney private man, Notice and Demand 062111 of the Title —The Holder Glenn Winningham, house of Fearn with the Copy Holder

Title Holder: Glenn Winningham, house of Fearn                                                    Angel McKinney private man, Notice and Demand 062111

**Sixteen.**   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that US State Department regulations state that a "person" has to renounce their US citizenship in a foreign country before a consular officer, but your codes, rules and regulations are all "color of law", and mean nothing to me.

**Seventeen.**   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that all living souls that are inhabiting the land known as Texas, are all American nationals, because at common law anyone who is on the land has all the rights protected by common law, and they have more rights than one of your US citizens.

**Eighteen.**   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the reason the US State Department regulations that all "persons" renounce your US citizen before a US consular officer is because there are no US consular officers in any of the American states.

**Nineteen.**   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the reason US State Department regulations say that all "persons" have to go to a foreign country to renounce your US citizen, is an attempt to get them to go to some country in Europe, or elsewhere overseas, because then they will not be on the land of one of the American states, and your hired thugs can then violate their rights with impunity by stopping them from travelling home to the land of their American state.

**Twenty.**   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that because I sent the document that renounced your US citizen by Registered Mail from the land of Texas, therefore, I did renounce your US citizen from a foreign country, (the land of Texas), and Registered Mail is used for international commerce.

**Twenty-one.**   You, Angel McKinney, the private man acting as Assistant Director,  Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I have the right to renounce their US citizen as affirmed by Book 15 Statutes at Large of the United States of America, Chapter 249, that says in the preamble:

"**Whereas the right of expatriation is a natural and inherent right of all people, indispensible to the enjoyment of the rights of life, liberty, and the pursuit of happiness...**"

and it goes on to say,

"**Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That any declaration, instruction, opinion, order or decision of any officers of this government, which denies, restricts or impairs or questions the right of expatriation, is hereby declared inconsistent with the principles of this government.**"

Therefore, my right of expatriation is not subject to regulation in any way, which is why it is called a right.

**Twenty-two.**   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that "United States" in Title 6, United States Code is NOT Montana, Texas, Arizona, or any of the states;

"**The term "United States", when used in a geographic sense, means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, any possession of the United States, and any waters within the jurisdiction of the United States.**"

6 USC § 101 (17) (A).

**Twenty-three.**   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that a "state" in Title 6 United States Code is NOT Montana, Texas, Arizona, or any of the states;

"**The term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any possession of the United States.**"

6 USC § 101 (15).

**Twenty-four.**   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your military troops on the border are engaged in sedition by forcing their foreign martial law on Me in violation of 18 USC § 2384 which says;

"**If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government**

Page 3 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
Angel McKinney private man, Notice and Demand 062111
Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."

Twenty-five.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are presumed to know the law. "In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen ['300] that **AD** the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."
188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398

Twenty-six.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the land of Texas is not a federal judicial district, therefore the proper place for Me to bring an action, in federal courts is in The District of Columbia.

Twenty-seven. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that there is no such thing as a drivers license under Texas law.
*This court has held that there is no such license known to Texas Law as a "driver's license."*
Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.* Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

Twenty-eight. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that since there is no such thing as a drivers license.

Twenty-nine. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that because of the Maxim of Law *ejusdem generis*, in definition sections of statutes the entities listed are all the same kind of entities.
Ejusdem Generis (eh-youse-dem generous) v adj. Latin for "of the same kind," used to interpret loosely written statutes. Where a law lists specific classes of persons or things and then refers to them in general, the general statements only apply to the same kind of persons or things specifically listed. Example: If a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.

Thirty. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in statute writing, the maxim of law says that the word "includes" means only that which comes after it and it excludes all else by its use;
*"Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another.* 11 Co. 58." Bouvier's 1856 Law Dictionary

Thirty-one.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in statute writing, the word "includes" is a word of limitation.
**Montello Salt v. Utah 221 US 455**

This masterhead copyright © by the Title Holder. All right to this masterhead and what it may represent is by terms and conditions of the Title. ——The Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder:——

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 082111

*"include' or the participial form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'enclosed'; 'comprised'; 'comprehend'; 'embrace'; 'involve'."*

Thirty-two.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the words 'person' and 'whoever' are ONLY used for corporations and fictitious entities, and an "individual' is a 15 USC § 44 unincorporated corporation *(cestui que trust)*. "the words 'person' and 'whoever' include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;" 1 USC § 1

Thirty-three.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that it is a felony ONLY for a fictitious entity to claim to be a US citizen when it is known that it is not; "Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both." 18 USC § 911 County.

Thirty-four.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that a United States citizen is a "person"; "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States..." 14th Amendment Section 1

Thirty-five.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that as admitted by the US Department of Justice in US Supreme Court case 07-5674, a US citizen is a 15 USC § 44 unincorporated corporation, (a cestui que trust).

Thirty-six.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I am NOT a "resident" of your corporation called United States, and I have NEVER been a "resident" of your corporation called United States, but I have been an inhabitant of the land known as Texas, and other lands on Turtle Island (North America) from time to time.

Thirty-seven.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I do not have any firsthand knowledge of any birth, and anything else about any birth is hearsay, and inadmissible as evidence in any court, because both of my parents are now dead, and I have not been given an opportunity to cross examine them, or their doctor involved, under oath, to determine the veracity of their information.

Thirty-eight.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your hired thugs operate exclusively under the color of law, and I demand and here My God given rights as affirmed and secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation, and the US Constitution, not to be subjected to your foreign martial law jurisdiction, under the color of law.
"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext." Black's Law Dictionary, 5th Edition, on page 240.

"Colorable" means "That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth." Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146.

"Color of Law" means "The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'" Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188.

Thirty-nine.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I am not a person, as far as your statutes are concerned, because a "person" is:
a)    "a variety of entities other than human beings." Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418
b)    "...foreigners, not citizens...." United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.

Angel McKinney private man, Notice and Demand 082111
This matter/fact copyright © by Title Holder. All right to this matter/fact and what it may represent is by terms and conditions of the Title
Holder.——Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Feann

Angel McKinney private man, Notice and Demand 062111

c) **"Person. —** *term* may include labor organizations, partnerships, associations, corporations, legal representatives, trustees, trustees in bankruptcy, or receivers… Scope and delineation of *term* is necessary for determining those to whom Fourteenth Amendment of Constitution affords protection since this Amendment expressly applies to "**person**."
*Black's Law Dictionary, Sixth Edition*

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;

a) **"In common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are ordinarily construed to exclude it.'** Wilson v Omaha Tribe, 442 US633 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting *United States v Cooper Corp.* 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). *See also United States v Mine Workers*, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)" Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S Ct 2304,

b) **"a sovereign is not a person in a legal sense"** In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

Forty.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the **only** legitimate power that is held by **any** governmental entity, is power that "We the people" delegated, and "we the people" are not subject to your codes, rules, and regulations, and **I demand and have My God given Right** to complete and total access to **all** of My Common Law rights as affirmed and have secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation, and the US Constitution.

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; … while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."
Yick Wo v Hopkins, 118 US 356, at pg 370;

"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. … The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure." *Luther v. Borden*, 48 US 1, 12 Led 581.

Forty-one.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that "We the people" have all the rights of the King or Queen as applicable,

"The people or sovereign are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign….It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the people) he shall not be bound." People v Herkimer, 4 Cowen (NY) 345, 348 (1825)

Forty-two.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that you have no immunity whatsoever, because all officers of all governments are presumed to know the law, and the Magna Carta requires it, as does Ezra 7:23-26, and **I demand and have My God given rights** have **all** of those private men and women acting as public servants are held to their Oaths, and all that their Oaths imply.

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)

Forty-three.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the phrase "due process of law", as found in Article Five in Amendment, for the Constitution for the United States of America, means by indictment at common law and by trial at common law and conviction before a jury of My peers,

"Ld. Coke in his commentary upon this statute says that these words **"by the law of the land"** mean "by the due course and process of law"; which he afterwards explains to be, **"by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law"** 2 Inst. 45,50" Tayler v Porter, 4 Hill 773 (1843)
New York Supreme Court.

Forty-four.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the **only** way you can do **anything** to cause Me injury in **any** way is with a jury of My peers or the law of the land (common law), as affirmed for "persons" only in Article Five in Amendment.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder._____

Angel McKinney private man, Notice and Demand 062111
Title Holder: Glenn Winningham, house of Feann
With the Crow Claim

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 062111

"No person shall be…deprived of life, liberty, or property without due process of law…" Article Five in Amendment, Constitution for the United States of America

Forty-five.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I am not a United States citizen, but I am a American national, because nationality is common law.
"It is however, true that in all common-law countries it has always and consistently been held that the wife and children take the nationality of the husband and father. That is common-law doctrine." In Re Page 12 F (2d) 135.

Forty-six.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that you are not authorized, nor shall you serve commercial process on Me.

Forty-seven.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that changes that are few and simple, and independent can be considered Amendments;
"…includes only the power to amend any section in such a manner that such Amendment, if approved, would be complete within itself, relate to one subject and not substantially affect any other section of the Constitution or require further Amendments to the Constitution to accomplish its purpose." Adams v Gunter, 238 So.2d 824

Forty-eight.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that a revision is affects many parts of a document;
"…the wide and diverse range of subject matters proposed to be voted upon, and the revisional effect which it would necessarily have on our basic plan of government. The proposal is offered as a single amendment but it obviously is multifarious. It does not give the people an opportunity to express approval or disapproval severally as to each major change suggested…." McFadden v Jordan, 196 P.2d 787

Forty-nine.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the so-called Fourteenth Amendment is actually a revision because it changes many things in the Constitution, including property rights, citizenship, taxes, apportionment, the debt, and more.

Fifty.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that Congress does not have the authority to revise the constitution, therefore, the Fourteenth Amendment is a nullity;
"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County, 118 U.S. 425, p. 442

Fifty-one.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the so-called Fourteenth amendment is for slaves;
"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29.

Fifty-two.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that as implied under your oaths, that you have no authority to impose anything in the so-called Fourteenth Amendment or any subsequent amendment on Me.

Fifty-three.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I do not have to stop, or communicate with you, your successors, or your subordinates, that you and your hired thugs are terrorists;
"Terrorism - noun – 2 A system of government that seeks to rule by intimidation." Funk and Wagnal's New Practical Standard Dictionary (1946).

Fifty-four.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that you are My agent;
"the government is but an agency to the state," – the state being the sovereign people. State v. Chase, 175 Minn, 259, 220 N.W. 951, 953.

Page 7 (plus attachments)
This matter/land copyright © by the Title Holder. All right to this matter/land and what it may represent is claimed by the Title Holder Glenn Winningham, house of Fearn With the Copy-Claim Holder: _____

Angel McKinney private man, Notice and Demand 062111

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 062111

**Fifty-five.** You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the Internal Revenue Code, and the Transportation Code, and the Immigration Code, and the Customs Code, are NOT positive law, and you have no authority whatsoever, to impose anything in any of them, and you shall not attempt to impose anything in any color of law Statutes, Codes, Rules, or Regulations, on Me.

**Fifty-six.** You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that a "person" is a fictious entity, as found in the Texas Transportation Code and the Texas Government Code, and an "individual" as found in the Texas Transportation Code is a 15 USC § 44 unincorporated corporation (cestui que trust);

""Person" means an individual, firm, partnership, association, or corporation."
Texas Transportation Code Section 541.001 (4)

""Person" includes corporation, organization, government or governmental subdivision or agency, business trust, estate, trust, partnership, association, and any other legal entity."
Texas Government Code 311.005 (2)

**Fifty-seven.** You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in the Texas region of the District of Columbia, an operator is a fictious entity;

""Operator" means, as used in reference to a vehicle, a person who drives or has physical control of a vehicle." Texas Transportation Code Section 541.001 (1)

**Fifty-eight.** You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in the Texas region of the District of Columbia Police Officers are ONLY authorized to arrest fictious entities for traffic violations;

""Police officer" means an officer authorized to direct traffic or arrest persons who violate traffic regulations." Texas Transportation Code Section 541.002 (4)

**Fifty-nine.** You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the word "state" in the Texas Transportation Code means any agency of the United States;

""State," when referring to a part of the United States, includes any state, district, commonwealth, territory, and insular possession of the United States and any area subject to the legislative authority of the United States of America."
Texas Government Code Section 311.005(7)

""United States" includes a department, bureau, or other agency of the United States of America." Texas Government Code Section 311.005(9)

""State" has the meaning assigned by Section 311.005, Government Code, and includes a province of Canada." Texas Transportation Code Section 541.002 (5)

**Sixty.** You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, does not apply to Me, and if you, your successors, or one of your subordinates, attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition, and Treason, as well as giving aid and comfort to the enemy in a time of war.

Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.
Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)

**Sixty-one.** You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended, nor shall it be

Page 8 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
—The Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Angel McKinney private man, Notice and Demand 062111
With the Copy-Claim

construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

Sixty-two.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I am not bankrupt like you and your corporation, and I have in my possession much more than thirty pieces of silver, each piece of which is one troy ounce of pure silver, and I **demand and have My God given right** not to be treated like a vagrant.

Sixty-three.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that because I have "people", "land", and "resources" (lawful money) that I am a nation under international law.

Sixty-four.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that while I do travel on the land known as Texas, or the land known as Indiana or the land known as Arkansas, or elsewhere on Turtle Island, from time to time, but I am not even remotely interested in being in your criminal corporation called United States, or in any of its political subdivisions called STATE OF TEXAS, or STATE OF ARKANSAS, or STATE OF INDIANA, or any such municipal corporation, and I shall not be in any of your criminal municipal corporations, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is **perjury of oath,** **treason,** and **sedition, at a minimum,** by whoever does it, and you.

Sixty-five.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that My rights are "**unalienable**" as found in the positive law embodied in the Declaration of Independence (1776), which means that they **cannot** be alienated under **any** circumstances, and you and your subordinates know this because they always criminally convert My name in some way with all block capital letters, into a dead thing (trust) to facilitate their violation of My rights.

"**It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states.**"
Ohio L. Ins. & T. Co. v. Deboit, 16 How. 416, 14 LEd. 997.

Sixty-six.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that any (so-called) contract which appears to alienate **any** of My God given rights, as one of "the people", involving **any** government in America, or **any** agency of any government in America, is a **nullity,** because the government **cannot** commit **treason** (breach of trust), and **any** presumption to the contrary by **any** Officer of **any** Court, is Perjury of Oath, Treason, and sedition at a minimum.

Sixty-seven.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the **only** corporations are by definition incorporated into the government, therefore any so-called contract with any corporation is by definition a nullity, because the government cannot commit treason, by getting me into some so-called contract by which I lose my God given rights.

Sixty-eight.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the **only** valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of Turtle Island (America), and this does **not** include **any** law merchant (so-called) contracts, or any contracts with any fictitious entities.

Sixty-nine.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that all corporations are, by definition, **incorporated into** the government, therefore they are all agencies of the government, and **all** contracts with **any** government agency is a **nullity,** as far as **any** violation of My rights is concerned, whether the so-called contract is in writing or not.

Seventy.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I have many honest hard working public servants who uphold their oaths, and for those who uphold their oaths, I have no idea how much they get paid, but in my opinion, it is not enough.

Seventy-one.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that all so-called courts in the United

This materthat copyright © by the Title Holder. All right to this matterthat and what it may represent is by terms and conditions of the Title Holder.

Angel McKinney private man, Notice and Demand 062111
Title Holder: Glenn Winningham; house of Feam
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 062111

States are corporate commercial courts, and operate exclusively under martial law which originates with Canon Law and the Vatican, in violation of God's Law, Deuteronomy 4:2.

Seventy-two.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you and your subordinates create a *cestui que* trust with the name of FEARN GLENN WINNINGHAM, or GLENN WINNINGHAM FEARN, or GLENN A FEARN, or any such derivative thereof, in my case, and then you proceed against me, the living soul, with the intent of getting Me, the living soul to be a surety or accommodation party for the 'trust' that you created, and you use this as a mechanism to facilitate the violation of My God given rights, deliberately, and calculated for your own personal gain.
"A Divine Trust is the highest possible form of Trust and unique as the only possible type of Trust that can hold actual Form, rather than the Rights of Use of Form being Property." Canon 1170

"In accordance with these canons, a Divine Trust can never be terminated." Canon 1171

"In accordance with these canons, every child or higher order spirit that is borne from now until the end of time possesses a Divine Personality through the creation of their Divine Trust before any other legal entity or claim." Canon 1179

Seventy-three. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that all tribunals are military, and come from Canon Law which comes from the Vatican and it is Satanic Law.

Seventy-four. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your so-called court operates exclusively under martial law and the proof of that is found in the military gold fringed flag that hangs in your rooms.
The gold-fringed flag only stands inside military courts that sit in summary court martial proceedings against civilians and such courts are governed in part by local rules, but more especially by The Manual of Courts Martial, U.S., 1994 Ed., at Art. 99, (c)(1)(b), pg. IV-34, PIN 030567-0000, U.S. Government Printing Office, Wash. D.C.

Seventy-five. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that a large part of the filing fee, for any case filed with the Courts is used to pay for errors and omissions insurance, which is further proof that it is nothing more than a commercial transaction.

Seventy-six.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the United States District Courts for all districts, the Court of Appeals for all circuits are all de facto courts and have no authority whatsoever over a living soul, one of "we the people" of Texas, which includes Me.

Seventy-seven.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you have converted all US citizens into enemies of the state with the Trading with the Enemy Act, and you are nothing but a bunch of pirates operating on the high seas of commerce looking for some prize.

Seventy-eight. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the Magna Carta came about because the King, John swore allegiance to the Vatican in the Concessions to the Pope (1213), and agreed to pay a yearly tribute, that it took only two years for the Welsh Barons to rise up in rebellion, and bring about the Magna Carta (1215) which is full of prohibitions against Canon/Martial Law being imposed on "the people".
"We wish it to be known to all of you, through this our charter, furnished with our seal, that... we...do offer and freely concede to.... our mother the holy Roman church, and to our lord pope innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances,.... As a sign, moreover, of this our own will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them,.... the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland..." Concessions to the Pope (1213)

Seventy-nine. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the united States War of Independence was fought because of the Vatican's Canon/Martial Law was being imposed as

This material and copyright © by the Title Holder. All right to this material herof and what it may represent is by terms and conditions of the Title Holder.

Angel McKinney private man, Notice and Demand 062111
Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn

Angel McKinney private man, Notice and Demand 062111

found in the Declaration of Independence (1776), and the Causes and Necessity for Taking Up Arms (1775)

"-He has affected to render the **Military independent of and superior to the Civil power.**
-He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:
-For quartering large bodies of armed troops among us:
-For imposing Taxes on us without our Consent:
-For depriving us in many cases, of the benefits of Trial by Jury:
-For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:
-He has abdicated Government here, by declaring us out of his Protection and waging War against us.
-For protecting them, by a mock Trial..." Declaration of Independence 1776

"...statutes have been passed for extending the **jurisdiction of courts of admiralty and vice-admiralty beyond their ancient limits;** for depriving us of the accustomed and inestimable **privilege of trial by jury,** in cases affecting both life and property;
...and for altering fundamentally the **form of government established by charter.**
We saw the misery to which such despotism would reduce us."
Causes and Necessity of Taking Up Arms 1775

Eighty. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that two years after the Declaration of Independence was signed, King George III, made it absolutely clear that taxes would ONLY be imposed for the regulation of commerce;
"Whereas taxation by the Parliament...for the purpose of raising a revenue...has been found by experience to occasion great uneasiness and disorders.... That from and after the passing of this Act the King and Parliament of Great Britain will not impose any duty, tax or assessment whatever, payable in any of His Majesty's colonies, provinces, or plantations, in North America..., except such duties as it may be expedient to impose for the regulation of commerce..." George III CAP 12 (1778)

Eighty-one.  You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that those public servants who perjure their oaths, cease to represent the government, have no immunity, are presumed to know the law, and are in fact a color of law enforcement agent, and get the title of **pig.**
"An officer who acts in violation of the Constitution ceases to represent the government".
Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.

"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen ['300] that '***' the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398

Eighty-two.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that equity is supposed to follow common law except under martial law, where equity is turned upside down and follows its own course.
"In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which was largely (if not wholly) governed by martial law rule. "Equity" has always been understood to follow the law; to have "superior equity," is to turn things on their head. This is exactly what happens when martial law is imposed. If "equity" is the law, then it follows its own course rather than following the common law, thereby destroying the common law and leaving what is called "equity" in its place."
Dyett v. Turner, 439 P2d 266 @ 269, 20 U2d 403 (1968) The Non-Ratification of the Fourteenth Amendment by Assistant Director A.H. Ellet, Utah Supreme Court

Eighty-three.  You, Angel McKinney, the private man in an acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your martial law jurisdiction is voluntary for "persons" and not applicable to "yes the people" under any circumstances.

Page 11 (plus attachments)
This matter/real copyright © by the Title Holder. All right to this matter/self and what it may represent is by terms and conditions of the Title Holder.

Angel McKinney private man, Notice and Demand 062111
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Foam

Angel McKinney private man, Notice and Demand 002111

Eighty-four.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, that when you allow your hired thugs to withhold their names, or use pseudonyms, that you are accepting responsibility for their actions.

Eighty-five.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that if you can force anyone to pay you a penny, that they are a slave for that penny. They are forced to work for you for nothing for that penny.

Eighty-six.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are deliberately and calculatedly engaging in treason, sedition, perjury of your oaths, breach of trust, and multiple other felonies.

Eighty-seven.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, implied under your oaths, that your oaths supersede and trump everything else, and that is the exact reason why you have the oaths, otherwise there would be no reason for an oath.

Eighty-eight.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that if you were dealing with a "person" which is a fictitious entity, what you did was perfectly appropriate, but because I told you that I was one of "the people" and "God's heir" and not a fictitious entity, in every document that I have served on you, that you deliberately, and calculatedly perjured your oaths by imposing your "equity" under martial law, which is for "persons" only, which is criminal conversion of My citizenship from the land of Texas to the foreign jurisdiction the UNITED STATES.

**"People of a state are entitled to all rights, which formerly belong to the King by his prerogative."** Lansing v Smith, (1829) 4 Wendell 9,20 (NY).

**"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally subordinate within their respective states."** Ohio L. Ins. & T. Co. v. Deboit, 16 How. 416, 14 L.Ed. 997.

**"One sovereign does not need to tell another sovereign that he/she is sovereign. The sovereign is merely sovereign by his very existence.   The rule in America is that the American people are the sovereigns."** Kemper v. State, 138 Southwest 1025 (1911).

Eighty-nine.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; **"the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Deboit, 16 How. 416, 14 L.Ed. 997, that does not mean that My servants in the government can turn me into their slave by getting me into some contract.

Ninety. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; **"the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Deboit, 16 How. 416, 14 L.Ed. 997, that does not means that any subordinate of the government (corporation) can turn me into their slave by getting me into some contract.

Ninety-one.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; **"the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Deboit, 16 How. 416, 14 L.Ed. 997, that My rights are unalienable and cannot be alienated under any circumstances.

Ninety-two.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; **"the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Deboit, 16 How. 416, 14 L.Ed. 997, that any evidence of any contract with any government or any subordinate of the government (corporation) is an absolute nullity.

Ninety-three.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when

Angel McKinney private man, Notice and Demand 002111
This matter that copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
—The Holder, Glenn Winningham: house of Foam
With the Copy-Claim Holder.

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 062111

the US Supreme Court says; "**the people of the several states are unconditionally sovereign within their respective states.**" Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

Ninety-four. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; "**the people of the several states are unconditionally sovereign within their respective states.**" Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, that for any corporation to unlawfully convert My property (money – commercial paper – Federal Reserve Notes Vehicle) over to another corporation, is a violation of both of their corporate charters, and it could cause to revoke both of their corporate charter, and liquidate their assets.

Ninety-five. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that when the US Supreme Court says; "**the people of the several states are unconditionally sovereign within their respective states.**" Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, that for any corporation to unlawfully convert My citizenship into a so-called Fourteenth Amendment citizen, (which is a nullity), to facilitate the violation of My rights, even if I did produce a Social Security Number, is a violation of their corporate charters, and it good cause to revoke both of their corporate charter, and liquidate their assets.

Ninety-six. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that the I am not one of your lowlife scumbag US citizens;

"**There is a clear distinction between national citizenship and state citizenship.**" 256 P. 545, affirmed 278 US 123, Tashiro vs. Jordan

"**The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship.**" Jones v. Temmer, 89 F. Supp 1226

"**there is in our Political System, a government of each of the several states and a government of the United States Each is distinct from the other and has citizens of its own.**" US vs. Cruikshank, 92 US 542,

"**One may be a citizen of a State and yet not a citizen of the United States.** Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelike, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443." Mc Donel v State, 90 Ind. Rep. 320 at pg 323;

Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L. Ed 588 1875: Both before and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a citizen of his State;

Gardina v. Board of Registers 48 So. 788, 169 Ala, 155 1908: "There are two classes of citizens, citizens of the United States and of the State. And one may be a citizen of the former without being a citizen of the latter";

The United States Supreme Court quite thoroughly expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said: "...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested." Maxwell v Dow, 20 S.C.R. 448, at pg 451;

"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." Maxwell v Dow, 20 S.C.R. 448, at pg 455;

Ninety-seven. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that a US citizen as defined by the so-called Fourteenth Amendment has to be completely subject to the jurisdiction of the United States, and therefore, is not one of "We the People, but a corporation, a cestui quo trust, or other fictitious entity;

Page 13 (plus attachments)
This man'sfixed copyright © by the Title Holder. All right to the man'sfixed text and what it may represent is the sole property of the Title Holder.—

Angel McKinney private man, Notice and Demand 062111
I exclusively own and I alone represent it's terms and conditions of the Title
Title Holder: Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 0621111

"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject..." Elk v Wilkins, 112 US 94, 101, 102, (1884)

Ninety-eight. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that if I am a US citizen, it is a US citizenship as contemplated by the founding fathers, which is derivative and dependent upon state citizenship.

"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship." Colgate v Harvey 296 US 404 at p 427

Ninety-nine. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I shall completely ignore your codes, rules, and regulations because they do NOT apply to Me, to any of your of your hired thugs (color of law code enforcers) perceive any obedience by Me, to any of your codes, rules, or regulations, it shall be viewed to be a mistake, or an accident,

"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime". Miller v US, 230 Fed 486,489

"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."
Murdock v. Pennsylvania, 319 US 105

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Sherer v. Cullen, 481 F 946

"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."
Shuttlesworth v. City of Birmingham Alabama, 373 US 262;

One hundred. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I shall NOT obey any of your codes, rules or regulations, because they are all "color of law", and I have the right to resist any attempt to force Me to obey them, with lethal force if necessary, because I have an unlimited right to resist any unlawful arrest with lethal force if necessary. It is my sincere wish that I never have to exercise that right, but I do have that right.

"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. I; Beavers v. State, 4 Tex. App. 175; Skidmore v. State, 43 Tex. 93, 903.

"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "if there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

One hundred one. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you intend them to violate My rights under the color of law.

Page 14 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
————————— Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Angel McKinney private man, Notice and Demand 0621111

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 092111

One hundred two.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you will never tell any of your subordinates about this document because you intend them to be able to maintain their presumptions, so they can have plausible deniability when they violate My rights under the color of law, and you intend to make it as expensive as possible for me build a case against your hired thugs.

One hundred three.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever, over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

One hundred four.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that it is your intent that your hired thugs, continue to harrass me under the color of law with no authority, so they can violate My right to be left alone, under the color of law, and neither you, nor them, could care less about My rights. **"They conferred as against the government the right to be let alone — the most comprehensive of rights and the right most valued by civilized men."** Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

One hundred five.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that I have an unlimited right to carry educational tools called arms, which are used for defensive purposes, whether concealed or not, and that a weapon is defined as something intended to be used to bring harm to another man or woman
**"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace."** Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

One hundred six.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED as implied under your oaths, that in the event that one of your hired thugs, color of law code enforcers, attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug, color of law enforcer, kills Me, your hired thug shall be guilty of MURDER, and so shall you.
**"Perhaps it should be mentioned that as a general rule a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him.** It is not always necessary for the officer to make a formal declaration of arrest. See: 11 Varon, Searches, Seizures and Immunities, 75 (1961)."   Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

**"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the authority of the officers, is an "arrest."** Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

**"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" - - even if the motorist was not specifically informed that he had been arrested." People ex rel. Winkle v. Bannan,** 125 N.W.2d 875, 879, 372 Mich. 292.

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swenham v. W.F. Woolworth Co, 318 P.2d 364, 366, 83 Ariz. 189.

One hundred seven.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you intend that your hired thugs unlawfully arrest Me, and you hope I exercise My right to resist that unlawful arrest so then your hired thug will have an excuse to murder Me, to help promote your slavery agenda, and get rid of another living soul who thinks he is free.

One hundred eight.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that  you are a member of the BAR, and the BAR is controlled by the Inns of Court in the City of London, INNS OF COURT - *"These are certain private unincorporated associations, in the nature of collegiate houses, located in London, and invested with the exclusive privilege of calling men to the bar...."* Black's Law Dictionary, 5th Edition page 709.

Page 15 (plus attachments)                             Angel McKinney private man, Notice and Demand 092111
This material/and copyright © by the Title Holder, All right to this matter/and and what it may represent is by terms and conditions of the Title Holder.                                          Title Holder: Glenn Winningham, house of Fearn
                                                                                         With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 002111

One hundred nine.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that all members of the BAR are "esquires", and an "esquire" is a title of nobility.

"ESQUIRE. A title applied by courtesy to officers of almost every description, to members of the bar, and others. 2. In England, it is a title next above that of a gentleman, and below a knight." Bouvier's Law Dictionary 1856 Edition

One hundred ten.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the City of London is owned and operated by the Vatican,

"We wish it to be known to all of you, through this our charter, furnished with our seal, that... we ...do offer and freely concede to.... our mother the holy Roman church, and to our lord pope Innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances.... As a sign, moreover, of this our own we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them,... the Roman church shall receive yearly a thousand marks sterling, namely, at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland..." Concessions to the Pope (1213)

One hundred eleven.  You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that by being a BAR member, you have renounced your US citizenship as found in the true Article Thirteen in Amendment as taken from the 1819 US Constitution.

"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."

One hundred twelve.  You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the US Department of so-called Justice admitted in the US Supreme Court that the War of Independence never did end because your handlers in the Vatican orchestrated the War of 1812 to facilitate the disappearance of the true Article Thirteen in Amendment because one of the major engagements was when the British went to the capitol and burned the national archives, and they continue to make war on us to this day, and you are helping them.

One hundred thirteen.  You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the current Thirteenth Amendment and all subsequent amendments to the US Constitution are all martial law amendments under the color of law and have no authority.

"The dissenting opinion asserts that 'The Fourteenth Amendment is a part of the Constitution of the United States.' 'While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted.' State v Phillips 540 Pac. Rep.2d 936

One hundred fourteen.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your Vatican handlers orchestrated their fraudulent Fourteenth Amendment with the specific intent to criminally convert citizenship in America from that citizenship as contemplated by the founding fathers into what it is today,

"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant", instead of "derivative and dependant" upon state citizenship." Colgate v Harvey, 296 U.S. 404, on page 427.

One hundred fifteen.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your criminally converted US citizen is a slave;

"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43.

Page 16 (plus attachments)
This matterhood copyright © by the Title Holder. All right to this matterhood and what it may represent is by terms and conditions of the Title Holder.

Angel McKinney private man, Notice and Demand 002111
Title Holder: Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fream

Angel McKinney private man, Notice and Demand 062111

"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982

"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an 'individual entity.'" Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

"A 'US Citizen' upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states." Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

"...it might be correctly said that there is no such thing as a citizen of the United States. .... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300

"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." Maxwell v Dow, 20 S.CR. 448, at pg 455;

"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States." US vs. Valentine 288 F. Supp. 957, and you intend to enslave Me, by showing your US citizen down my throat.

One hundred sixteen. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are a racist by attempting to impose your US citizenship on Me, and you are enslaving everybody, and are a domestic enemy.

One hundred seventeen.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED your rules, statutes, and regulations, created by a dead corporation, do not apply to living souls.

One hundred eighteen.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your BAR member bencher buddies' judgment is not just voidable, it is void because they do not have the authority to violate My rights, and they know it, and so do you, but both of you intend to perjure your oaths, so you can help out your Jesuit handlers.

"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."
City of Lufkin v. McVicker, 510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).

"Where there is no jurisdiction there is no Assistant Director; the proceeding is as nothing. Such has been the law from the days of the Marshalseas, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning V. Ketcham, 58 F.2d 948.

"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree." Loyd v. Assistant Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

One hundred nineteen.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that unless they witness Me commit a felony at common law, any arrest by one of your color of law enforcement agents is an unlawful arrest.

One hundred twenty. You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you and your subordinates and successors, are NOTICED that you couldn't care less about your oaths, and you are attempting to start a revolution by imposing your Canon/Martial Law on "the people", which has already caused two or more revolutions in the past.

One hundred twenty-one.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you and your subordinates have violated My rights under the color of law in violation of 18 USC § 242, which says;

Page 17 (plus attachments)

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Angel McKinney private man, Notice and Demand 062111
Title Holder Glenn Winningham; house of Fream
~~~~~~ Title Holder Glenn Winningham; house of Fream
With the Copy-Claim.

Title Holder: Glenn Winningham, house of Pearn     Angel McKinney private man, Notice and Demand 082111

**"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ........ shall be fined under this title or imprisoned not more than one year, or both; ........"**
Pub. L. 103-322, Sec. 320201(a), substituted "person in any State" for "inhabitant of any State" in first paragraph.

and 18 USC § 241 says:

**"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."**

One hundred twenty-two.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your hired thugs at the so-called border are intended to intimidate Me in the free exercise of My right to travel, with their military uniforms with no names, and their guns, and their pepper spray, and their violation of My rights under the color of law, and you intend to make sure that they continue to do so.

One hundred twenty-three.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are engaged in chicanery.
**"Chicane** - Swindling, shrewd, cunning. The use of tricks and artifice.
Chicanery-
1.  The use of trickery or sophistry to deceive (as in matters of law).
2.  A trick; a subterfuge." Black's Law Dictionary Fifth Edition

**"The use of clever but tricky talk or action to deceive, evade, etc., as in legal dealings",** Webster's New World College Dictionary

**"Deception by trickery or sophistry."**
The American Heritage Dictionary of the English Language, 4th edition, and further,

One hundred twenty-four.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that and subordinates and successors, are NOTICED that none of your codes, rules, or regulations affect My right to bear arms for personal defense, and since I am not a "person" I am not required to "declare" anything to you or your subordinates at the so-called borders or elsewhere.

One hundred twenty-five.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the judgments of your *de facto* Judges mean absolutely nothing because they have no lawful authority, it is void on its face, and even in your Canon Law system, I do NOT consent, but in any event, anything you say means absolutely **nothing**, to Me, under **any** circumstances (aside from recognition of the commands of the King James Bible as the ONLY valid law).

One hundred twenty-six.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED, I am not going to rest until I have brought these issues before a common law grand jury and a common law jury of My peers, and I hope that I get to see somebody do that little dance they do at the end of a common law rope.

One hundred twenty-seven.  You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that no third party may respond for you in this matter, and if a third party does respond, it shall be proof that they intend to continue to perjure your oaths, and you intend to expend public funds for private matters, and continue to engage in sedition, and you intend to continue to engage in treason, by imposing your martial law on the heirs of God who are inhabiting the land known as Texas, on Turtle Island.

One hundred twenty-eight.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I shall liquidate your

Page 18 (plus attachments)     Angel McKinney private man, Notice and Demand 082111
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represents by terms and conditions of the Title Holder.————————————— Title Holder: Glenn Winningham, house of Pearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 062111

bond by sending copies of this document to your bosses, Standard and Poore's, Dunn and Bradstreet, insurance companies, and anyone else I think should see it, like the FBI, Interpol, etc. until I have received full compensation for the damages and injuries you, and your subordinates have caused.

One hundred twenty-nine.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I do not have to stop, or communicate with you, your successors, or your subordinates, and if I do, it is as a courtesy ONLY, and by doing so there is no contract, and I have the right to be left alone,
"They conferred as against the government the right most valued by civilized men." Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

One hundred thirty.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I am not a beneficiary, a grantor, a creator, a trustor, a trustee, or anything related to any trust and any evidence of a trust with the name GLENN WINNINGHAM FEARN, or FEARN WINNINGHAM GLENN, or any derivative thereof, (which were obtained by fraud, coercion, intimidation), is an absolute nullity, and any attempt to use your fraudulent created entity to facilitate the theft of My property is treason, sedition, perjury of oath, breach of trust, and numerous other felonies.
"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations." Brasswell v. United States 487 U.S. 99 (1988) quoting, United States v. White 322 U.S. 694 (1944), and further.

One hundred thirty-one.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I do not owe the United States, or any officer of the United States, any allegiance, you, and all officers of the United States owe Me allegiance. You have the oath of office and all that it implies, and you owe me the allegiance.

One hundred thirty-two.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that My rights are unalienable as affirmed by the US Declaration of Independence, which means that any evidence of any so-called contract with any agency of the government (all corporations and fictitious entities) is a nullity, and your so-called privileges extend ONLY to "persons and things", and I am neither,
"The rights of sovereignty extend to all persons resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory, and owe a temporary allegiance in return for that protection." Carlisle v United States 83 U.S. 147, 154 (1873)

One hundred thirty-three.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that in the event that you, or your successors, or subordinates make a legal determination for me by falsely accusing Me of being a "person", or by proceeding against Me as if I was a "person", with threats of searches, or seizures, or questions or any communication, that you, your successors, and subordinates shall be liable to Me unlawfully representing Me and you, your successors, and your subordinates, jointly, severally, and personally, as provided herein, in addition to the criminal intent described herein.

One hundred thirty-four.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that I was travelling from the land of England to the land of Texas, and when I was on the land of Texas, your hired thugs Portales, and Lopez unlawfully arrested Me and unlawfully searched my bags on the third day of June in the year two thousand and eleven at approximately 3:30 PM in the afternoon. They were also converting a right into a privilege by attempting to coerce me to make application for your preferred travel program.

One hundred thirty-five.   You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that on the seventeenth day of June in the year two thousand and eleven I was travelling from the land of France to the land of Texas, and on the land of Texas your hired thug Dietrich, in conspiracy with your Major OLD, unlawfully arrested Me, and unlawfully searched my bags at approximately 4:00 PM in the

Page 19 (plus attachments)
This motherfect copyright © by the Title Holder. All right to this motherfect and what it represents is by term and conditions of the Title Holder.

Angel McKinney private man, Notice and Demand 062111
Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

afternoon.  They were also converting a right into a privilege by attempting to coerce me to make application for your preferred travel program.

One hundred thirty-six.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you hired thugs have OLD told me that I did not know what I was talking about, and another one of hired thugs by the name of Martel was falsely accusing Me of being a "person", and shooting off his mouth about things he had no concept of, in a very rude and offensive manner.

One hundred thirty-seven.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that your hired thugs are oppressing, threatening and intimidating Me in the free exercise of My right to travel in violation of 18 USC § 241, and 18 USC § 242, with your unlawful arrests, and your unlawful searches of My private property every time I have had to deal with them. I told them this, but they do not care and in fact, they put it in their computer system to make sure that it continues to happen. Therefore, it is deliberate, and calculated.

One hundred thirty-eight.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you and your subordinates intend that your hired thugs violate the rights of everybody you deal with, and you intend to do everything you can to make sure that you continue to violate the rights of everybody you deal with under the color of law.

One hundred thirty-nine.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are the domestic enemies talked about in the "We the People document" (Constitution for the United States of America), and that you are working to the complete and utter overthrow of the constitution and everything it stands for, and in fact have been able to almost complete it with your martial law rule that you have been engaged in for decades.

One hundred forty.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that there is no adhesion contract with a US Passport, because the US Passport office was first started by Benjamin Franklin in 1787, which is long before the so-called Fourteenth Amendment.

One hundred forty-one.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that the application form even talks about a "non-citizen national", which is what I am. I am an American national, but I am not a US citizen, and as an American national I can carry a US Passport.

One hundred forty-two.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that while the US Passport does have my image (picture) in it, the name is spelled in ALL BLOCK CAPITAL LETTERS, and at common law a proper name is NEVER spelled in ALL BLOCK CAPITAL_LETTERS, therefore the US Passport is a US USC § 44 unincorporated corporation as admitted by the US Department of Justice in MY US Supreme court case 07-5674.

One hundred forty-three.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that when I present a US Passport, I am NOT accepting responsibility for it;

"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations." _Braswell v. United States_ 487 U.S. 99 (1988) quoting, _United States v. White_ 322 U.S. 694 (1944).

One hundred forty-four.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that even if it was a "person" or an "individual" as defined by your codes, rules, and regulations, I am still not responsible for anything your lowlife scumbag US citizen does because I signed it as the authorized agent with a "By" in front of my signature, and "Agent" after the signature, and also "Without Prejudice" and "All Rights Reserved" next to the signature.

One hundred forty-five.    You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you are an accomplice to the criminal conversion of citizenship in America, and it is knowing, willing, and intentional.

Page 20 (plus attachments)
This matterhod copyright © by the Title Holder. All right to this matterhod and what it may represent is by placing of this Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim,
—The Title Holder Glenn Winningham; house of Fearn
Holder...........

Angel McKinney private man, Notice and Demand 062111
This matterhod copyright © by the Title

Title Holder: Glenn Winningham, house of Fearn

Angel McKinney private man, Notice and Demand 082111

One hundred forty-six.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you have thirty days from the date that you receive this communication, with a fifteen day extension if requested, to respond and dispute anything in this private agreement and Notice and Demand, and your failure to dispute **each** paragraph, on a paragraph by paragraph basis, shall constitute your **acceptance and approval** with **full knowledge and consent**, and a **private agreement to all paragraphs**, and in the event that you fail to respond or otherwise dispute anything in this communication, you, your successors, and your subordinates, shall forever yield to the doctrines of estoppel by acquiescence, waiver, and fraud.

One hundred forty-seven.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that each paragraph of this document may be severed from all of the others, therefore, in the event that you have an issue with one paragraph, and you provide notice of such issue, and proof of such error in the specified fact, within the time allowed, all of the other points in this Notice and Demand are still in full force and affect.

One hundred forty-eight.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that in the event that you dispute a specified fact (paragraph) in this document, and fail to provide proof of such error in the specified fact, that there is in fact no dispute, and the disputed specified fact and all of the other points in our private agreement are still in full force and affect.

One hundred forty-nine.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you shall protect My God given right not to participate in your satanic commercial system, being mammon, and also to protect My right to honor God's law (Matthew 6:24).

One hundred fifty.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, and subordinates and successors, are NOTICED that you, your successors, and your subordinates, shall protect Me from all foreign agents, including but not limited to, the FBI, the CIA, the US Marshalls, the IRS, the NSA, the City Police, the State Police, any other police, US Customs, and any other foreign agents who are, or may yet be, on the land known as Texas, or Arizona, or New York, or California, or elsewhere on Turtle Island (North America) from time to time.

One hundred fifty-one.     You, Angel McKinney, the private man acting as Assistant Director, Port of Entry, DFW Airport, are hereby NOTICED that I DEMAND a jury of My peers, who are not lowlife scumbag US citizens, but are Texas citizens.

One hundred fifty-two.     Ecclesiastically Signed and Sealed in red ink on the land known as Texas.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Ecclesiastical Notice for the Principal is Notice for the Agent and Notice for the Agent is Notice for the Principal.**

This Ecclesiastical private instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN and all derivatives thereof
My Copyright(s)

_____
Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people",
inhabitant of the land known as Texas
With full responsibility for My actions under God's law
as found in the Bible, and no other

Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

Page 21 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Angel McKinney private man, Notice and Demand 082111



**FOR THE RECORD At Law;**

## OFFICIAL NOTICE/DEMAND by an American Sovereign!

**FOR:** The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breach with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore Impersonating without standing;

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "So help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbodied in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are unalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF TEXAS/UNITED STATES is fixed from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist", if you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Texas State Corporation violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself. James 2:8-10**

**THEREFORE,** *YOU ARE NOTICED* that you may be knowingly or unknowingly **COMMITTING CRIMINAL ACTS** by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF TEXAS/UNITED STATES Corporation offers no protection for its administrators, agents, employees that are elected, contracted, employed or appointed when they operate outside their jurisdictional bounds and against God's Superior created mankind.

I demand acknowledgment and receipt with attached *NOTICE/DEMAND including* any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon is not a quilt admission;

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____   Seal





# FOR THE RECORD At Law;

Official man/woman's living Name: Angel McKinney; Signature: _____

Official's Corporatism d.b.a./Title: ANGEL MCKINNEY, ASSISTANT DIRECTOR, DFW PORT OF ENTRY;

Official's Office No.: _____   Official's Office No.: _____

Official's Corporatist Bar Card No.: _____

Official's Elected and/or Appointed Bonding Co. name and number. _____
Regards:

Glenn Winningham; house of Fearn, a Sui Juris _____ of God;
Living-Soul, Claimant. By Affidavit I am of God
standing in God's Kingdom without the
Corporatism UNITED STATES as a Private-Texian-
American-Sovereign and all my rights standing
reserved in God's Kingdom, without Recourse

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham, house of Fearn, of God

With the Copy-Claim BY _____   Seal

Page 2 of 2

Title Holder: Glenn Winningham; house of Fearn

Barak H. Obama, private man, private agreement 032011

**By Registered Mail RR 569 486 271 US**
To:
Barak H. Obama, the private man acting as
President of the United States
1600 Pennsylvania Avenue NW
Washington, District of Columbia
No zip code – non commercial

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Zip Code Exempt 18 USC § 1342

## Notice and Demand

I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people" with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., Suite #437, Fort Worth, Texas, Zip Code Exempt, without your unlawful corporation United States, do hereby notice you of the following:

One.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I accept your Oaths. Please find an Oath acceptance document attached hereto, and incorporated herein by reference in its entirety.

Two.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that equality under the Law is paramount and mandatory by Law.

Three.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your cos ti que trust, BARAK HUSSEIN OBAMA, is bonded with your Risk Management Department in the amount of one million dollars, with a one hundred thousand dollar deductible, but you the private man are fully liable civilly and criminally to "we the people" for your actions.

Four.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I did not give you, the authority for making an unlawful legal determination for Me, and I Claim My Freedom to arrest anyone making an unlawful legal determination for Me, or representing Me without prior written consent, as an unprovoked assault upon My freedoms because My rights are My property, and they existed prior to your corporations existence, and your duty to protect those freedoms include the freedom to retain and demand My property, and My freedoms are not subject to regulation in any way. (Ezekiel 33:1-10 invokes watch man status in not making use of the law for a benefit but warning you that it applies to you.)

Five.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that that if you think or assume that you are representing Me, the heir of God (Genesis 1:26), you are fired!

Six.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that neither you, nor any other man or woman, nor any person, is competent in dealing with any of My affairs.

Seven.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I am competent for dealing in all of My affairs.

Eight.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you were Noticed of My copyrights on the name(s) Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©, or any derivative(s) thereof and others as found in non-negotiable copyright notice recorded with the Final County Recorder at Fee Number 2005-121243, all of which is incorporated herein by reference in its entirety.

Nine.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that any communication with me, by you, your successors, or your subordinates, is to be signed "under the penalty of perjury".

Ten.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that any violation My

Page 1 (plus attachments)
This matter/not copyright © by the Title Holder. All right to this matter/not and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn

Barak H. Obama, private man, private agreement 032011

copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an acceptance to the fee of;

a) ten thousand, one troy ounce, pieces of pure silver, minimum; or
b) one million, one troy ounce, pieces of pure silver if violated for the purpose of profit/gain; or
c) ten million, one troy ounce, pieces of pure silver, if violated for the purpose of profit or gain more than three times within a year,

for each and every violation.

Eleven.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that any violation as described in paragraph ten above would constitute an agreement that I could seek relief from you, all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

Twelve.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that My proper name is Glenn Winningham; house of Fearn and My proper postal address is;
C/O 6340 Lake Worth Blvd., Suite #437
Fort Worth, Texas
Zip Code Exempt
(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10
and if it is not shown exactly like it, in any communication with Me, it is further agreed by you, your subordinates, and your successors, that you intend to be guilty of mail fraud.

Thirteen.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that all Zip Codes are in Martial Law and any communication with Me, a sovereign living soul, with the use of a zip code, is treason (breach of trust), sedition, perjury of oath, mail fraud, and other indictable offenses, because by using a fictitious mailing address, they are criminally converting My postal address from the land known as Texas to a foreign martial law jurisdiction in United States.

"As we have said, the Federal Personal Income Tax is Collected under a Military Venue within a Martial-Law Jurisdiction. Federal Reserve Notes are Military Scrip circulated within a Military Venue. The problem is the people don't understand how the entire United States is covered by a Military Venue.... Under the Social Security Act, there was brought into existence Ten Federal Regional Areas. These ten federal regional areas are the same as a military base. It is not unconstitutional to circulate "military scrip" on a military base as the base is considered to be a military venue. "Military scrip" cannot circulate in the civil jurisdiction of the several States. To get around this Constitutional bar, the Congress (via the Social Security Act), created Ten Military Venues, called Federal Regional Areas. The problem the Congress realized was, while Congress could restructure the Government agencies into these Federal Regional Areas, the people could not be identified to be within this Military Venue but by their own consent. The solution was to create another Military Venue which would trick the people to voluntarily accept recognition that they are within a Military Venue. Congress solved this problem by creating the ZIP CODE. The "Zip code" divides the United States into Ten Military Venues called "National Areas." When a Citizen receives mail from an agency of the federal government (such as the I.R.S.), in the return address of the letter is sent from, and on the address of the "Citizen" it was sent to is the national area [ZIP] in which the received the correspondence from the I.R.S.. In other words, the correspondence was sent from one of the federal regional areas [military venue] to one of the National Areas [another military venue]. "Taxing Districts" are established within one of the Federal Regional Areas, which places the collection of taxes under a martial law jurisdiction."
Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 (1968) The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court

Fourteen.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that any communication to the ces fe que trust GLENN WINNINGHAM FEARN, GLENN W. FEARN, or FEARN GLENN WINNINGHAM, or any derivative thereof, in addition to the copyright violations, is treason (breach of trust), sedition, perjury of oath, and other indictable offenses because they are criminally converting My name for the specific purpose of violating My god given freedoms, because a trust has no rights or freedoms, and is a slave (property).

Fifteen.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths,

Page 2 (plus attachments)
This material copyright © by the Title Holder. All right to the matter/text and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
house of Fearn
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham: house of Fearn

Barak H. Obama, private man, private agreement 032011

that if you communicate with Me, that in your communication, I shall be addressed only as "Glenn" because I am not a "Mr.", or a "Mister", or a "Sir", or a "Lord", or anything but "Glenn", and I have no titles of nobility, and it is further agreed that any deviation from this requirement shall be further proof of your intent to perjure your oath, engage in sedition, and breach of trust, and your intent to be guilty of mail fraud.

Sixteen.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that it is My intent, never to act as surety, or in any way be the guarantor, or an accommodation party for the fictitious entities (trusts) created by you, or your subordinates, or other government officials through fraud and extortion, intimidation, and perjury of oath and neither you, nor your successors, nor your subordinates, as implied under your oaths, will attempt to impose, or even offer to impose such a thing on Me.

Seventeen.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I am not a United States citizen, but I am an American National, and an inhabitant of the land known as Texas, currently.

Eighteen.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I renounced your lowlife scumbag US citizen two times as found in the Notice and Demand Corporate Commercial Agents 022810 which is recorded with the Pinal County Recorder at Fee Number 2010-034479, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety.

Nineteen.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that US State Department regulations state that a "person" has to renounce their US citizenship in a foreign country before a consular officer, but your codes, rules and regulations are all "color of law", and mean nothing to me.

Twenty.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that all living souls that are inhabiting the land known as Texas, or the land known as Arizona, or the land known as Montana, are all American nationals, because at common law anyone who is on the land has all the rights protected by common law, and they have more rights than one of your lowlife scumbag US citizens.

Twenty-one.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the reason the US State Department regulations that all "persons" renounce your lowlife scumbag US citizen before a US consular officer is because there are no US consular officers in any of the American states.

Twenty-two.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the reason US State Department regulations say that all "persons" have to go to a foreign country to renounce your lowlife scumbag US citizen, in an attempt to get them to go to some country in Europe, or elsewhere overseas, because then they will not be on the land of one of the American states, and your hired thugs can then violate their rights with impunity by stopping them from travelling home to the land of their American state.

Twenty-three.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that because I sent the document that renounced your lowlife scumbag US citizen by Registered Mail from the land of Texas, therefore, I did renounce your lowlife scumbag US citizen from a foreign country, (the land of Texas), and Registered Mail is used for international commerce.

Twenty-four.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I have the right to renounce their lowlife scumbag US citizen as affirmed by Book 15 Statutes at Large of the United States of America, Chapter 249, that says in the preamble, "Whereas the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness...." and it goes on to say,

Page 3 (and attachments)
This material is copyright © by the Title Holder, All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
———Title Holder Glenn Winningham: house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn                    Barak H. Obama, private man, private agreement 032011

*"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That any declaration, instruction, opinion, order or decision of any officers of this government, which denies, restricts or impairs or questions the right of expatriation, is hereby declared inconsistent with the principles of this government."

Therefore, my right of expatriation is not subject to regulation in any way, which is why it is called a right.

Twenty-five.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the reason most US Customs and US Immigration personnel have been moved outside the fifty American states to foreign countries to interview travelers who wish to travel to the fifty American states is because they are doing the interviewing on foreign territory and they can violate the rights of the travelers with impunity because they have no common law rights that they would have if they were on the land of the fifty American states.

Twenty-six.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that "United States" in Title 6, United States Code is NOT Montana, Texas, Arizona, or any of the states;

"The term "United States" when used in a geographic sense, means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, any possession of the United States, and any waters within the jurisdiction of the United States." 6 USC § 101 (17) (A).

Twenty-seven.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that a "state" in Title 6 United States Code is NOT Montana, Texas, Arizona, or any of the states;

"The term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any possession of the United States." 6 USC § 101 (15).

Twenty-eight.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your military troops on the border are engaged in sedition by forcing their foreign martial law on Me in violation of 18 USC § 2384 which says;

"If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."

One.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the words "due process of law" as found in Article Five in Amendment, mean by indictment, and conviction by jury at common law;

"The words "by the law of the land" as here used do not mean a statute passed for the purpose of working the wrong....This Section was taken with some modifications from a part of the 29th Chapter of the Magna Carta, which provided that no freeman should be taken or imprisoned or be disseized of his freehold etc., but by the lawful judgment of his peers or by the law of the land. I.d. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law", which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45, 50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.

Twenty-nine.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are presumed to know the law,

"In arriving at our decision in this matter we do not depart in any way from our holding in Huending v. Jensen, ["300] that **** the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."

Page 4 (plus attachments)
This matterhad copyright © by the Title Holder. All right to this matterhod and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder; Glenn Winningham; house of Fearn

Barak H. Obama, private man, private agreement 032011

188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398

Thirty.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the land of Texas is not a federal judicial district, therefore the proper place for Me to bring an action in federal courts in The District of Columbia.

Thirty-one. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that there is no such thing as a drivers license under Texas law. *This court has held that there is no such license known to Texas Law as a "driver's license."* Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.* Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

Thirty-two. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that since there is no such thing as a drivers license, that I will not have one in the event I get stopped by one of your subordinates. However, if I do get stopped by one of your subordinates, I will have;
a)     a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 9, as well as;
b)     a TRAFFIC STOP LAWFUL NOTICE which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 17, as well as;
c)     a NON-NEGOTIABLE NOTICE AND DEMAND TO all Corporate Commercial Agents, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479, true copies of each of which are attached hereto, all of which are incorporated herein by reference in their entirety.

Thirty-three.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that because of the Maxim of Law *ejusdem generis*, in definition sections of statutes the entities listed are all the same kind of entities,

**Ejusdem Generis (eh-youse-dem generous) v adj** Latin for **"of the same kind,"** used to interpret loosely written statutes. Where a law lists specific classes of persons or things and then refers to them in general, the general statements only apply to the same kind of persons or things specifically listed. Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.

Thirty-four. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that in statute writing, the maxim of law says that the word "includes" means only that which comes after it and it excludes all else by its use;
**"Inclusio unius est exclusio alterius.** The inclusion of one is the exclusion of another. 11 Co. 58." Bouvier's 1856 Law Dictionary

Thirty-five. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that in statute writing, the word "includes" is a word of limitation.
**Montello Salt v. Utah 221 US 455**

Page 6 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder_____
Barak H. Obama, private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn                                                   Barak H. Obama, private man, private agreement 032011

*"Include' or the participial form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'enclosed'; 'comprised'; 'comprehend'; 'embrace'; 'involve'."*

Thirty-six.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the words "person" and "whoever" are ONLY used for corporations and fictitious entities; "the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals." 1 USC § 1

Thirty-seven.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that it is a felony ONLY for a fictitious entity to claim to be a US citizen when it is known that it is not; "Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both." 18 USC § 911

Thirty-eight.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that a United States citizen is a "person"; "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States…" 14th Amendment Section 1

Thirty-nine.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I am NOT a "resident" of your corporation called United States, and I have NEVER been a "resident" of your corporation called United States, but I have been an inhabitant of the land known as Texas, the land known as Arizona, and other lands on Turtle Island (North America) from time to time.

Forty.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I was told that I was born on the land of Alberta, but I do not have any firsthand knowledge of that, but I do have firsthand knowledge of having grown up on the land at Peace River, and subsequently lived on the land at Edmonton, the land at Lethbridge, the land and at Calgary, the land at Raymond, and elsewhere on the land known as Alberta, but I do **not** have any firsthand knowledge of any birth, and anything else about any birth is hearsay, and inadmissible as evidence in any court, because both of my parents are now dead, and I have not been given an opportunity to cross examine them, or their doctor involved, under oath, to determine the veracity of their information.

Forty-one.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your hired thugs operate exclusively under the color of law, and I **Claim** and **have** My God given Freedoms as affirmed and secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation, and the US Constitution, not to be subjected to your foreign martial law jurisdiction, under the color of law.
"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable." Black's Law Dictionary, 5th Edition, on page 240.

"Colorable" means "That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth." Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146.

"Color of Law" means "The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'" Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188.

Forty-two. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that CANADA is a municipal corporation organized under the laws of the District of Columbia as found in the US Securities and Exchange Commission subject to the Security Act of 1934 web page, a true copy of which is attached hereto, all of which are incorporated herein by reference in its entirety.

Forty-three.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that Article 11 of the

Title Holder: Glenn Winningham; house of Fearn

Barak H. Obama, private man, private agreement 032011

Articles of Confederation which is in full force and effect has authorized Canada to become part of the United States of America.

"Canada according to this confederation, and adjoining in the measures of the United States, shall be admitted into, and entitled to all the advantages of this Union; but no other colony shall be admitted into the same, unless such admission be agreed to by nine States."
Articles of Confederation, Article 11

Forty-four. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I am not a person, as far as your statutes are concerned, because a "person" is:
a)    "a variety of entities other than human beings." Church of Scientology v
       U.S. Department of Justice, 612 F2d 417 (1979) at pg 418
b)    "...foreigners, not citizens...." United States v Otherson, 480 F. Supp. 1369       (1979)
       at pg 1373.

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;
a)    "In common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it." Wilson v
       Omaha Tribe, 442 US853 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United
       States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also
       United States v Mine Workers, 330 US 258, 275, 91 L Ed  884, 67 S Ct 677 (1947)" Will
       v Michigan State Police, 491 US 58, 105 L. Ed. 2d  45, 109 S.Ct. 2304
b)    "a sovereign is not a person in a legal sense" In re Fox, 52 N. Y. 535, 11
       Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

Forty-five. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the only legitimate power that is held by any governmental entity, is power that 'We the people' delegated, and 'we the people' are not subject to your codes, rules, and regulations, and I Claim and have My God given Right to complete and total access to all of My Common Law rights as affirmed and secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation, and the US Constitution.

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; ... while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."
Yick Wo v Hopkins, 118 US 356, at pg 370;

"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure." Luther v. Borden, 48 US 1, 12 Led 581.

Forty-six.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that 'We the people' have all the rights of the King or Queen as applicable,
"The people or sovereign are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former good and to prevent injury. It is a maxim of the common law, that when an act is made for the common sovereign....It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the people) he shall not be bound." People v Herkimer, 4 Cowen (NY) 345, 348 (1825)

Forty-seven.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that you have no immunity whatsoever, because all of the governments are presumed to know the law, and the Magna Carta requires it, as does Ezra 7:23-26, and I Claim and have My God given freedom have all of those private men and women acting as  public servants held to their Oaths, and all that their Oaths imply,
"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)

Forty-eight.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the phrase "due process of law", as found in Article Five in Amendment, for the Constitution for the United States of America, means by indictment at common law and by trial at common law and conviction before a jury of My peers,

Page 7 (obe all attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; House of Fearn

Barak H. Obama, private man, private agreement 032011

"I.d. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law", which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 46,50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.

Forty-nine. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the only way you can do anything to cause Me injury in any way is with a jury of My peers or the law of the land (common law), as affirmed for 'persons' only in Article Five in Amendment.

"No person shall be...deprived of life, liberty, or property without due process of law..." Article Five in Amendment, Constitution for the United States of America

Fifty.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I am not a United States citizen, but I am a American national, because nationality is common law.

"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father. That is common-law doctrine." In Re Page 12 F (2d) 135.

Fifty-one.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that all documents that are recorded with the Pinal County Recorder may be viewed at their website at:
http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

Fifty-two.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that you are not authorized, nor shall you serve commercial process on Me.

Fifty-three. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I do not have to stop, or communicate with you, your successors, or your subordinates, that you and your hired thugs are the terrorists;
"Terrorism - noun – 2 A system of government that seeks to rule by intimidation."
Funk and Wagnall's New Practical Standard Dictionary (1946).

Fifty-four.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that you are My agent;
"the government is but an agency to the state," — the state being the sovereign people.
State v. Chase, 175 Minn, 259, 220 N.W. 951, 953.

Fifty-five. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the Internal Revenue Code, and the Transportation Code, and the Immigration Code, and the Customs Code, are NOT positive law, and you have no authority whatsoever, to impose anything in any of them, and you shall not attempt to impose anything in any color of law Statutes, Codes, Rules, or Regulations, on Me.

Fifty-six.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, that it also holds true that I am not a 'person' as found in any of your corporate commercial codes, rules, and regulations; and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, does not apply to Me, and if you, your successors, or one of your subordinates, attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition, and Treason, as well as by giving aid and comfort to the enemy in a time of war. Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.
Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)

Page 8 (plus attachments)
This material is copyright © by the Title Holder. All right to this material and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder: Glenn Winningham; House of Fearn
With the Copy-Claim

Title-Holder; Glenn Winningham; house of Fearn                                     Barak H. Obama, private man, private agreement 032011

**Fifty-seven.**     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied when your oaths, that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

**Fifty-eight.** It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I am not bankrupt like you and your corporation, and I have in my possession much more than thirty pieces of silver, each piece of which is one troy ounce of pure silver, and I Claim and have My God given Freedom not to be treated like a vagrant.

**Fifty-nine.** It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I recently converted some silver to land (exchanged silver for land) together with all of the rights and privileges of the original land patent, therefore, I hold absolute ownership in land and I Claim and have My God given Freedom not to be treated like a vagrant.

**Sixty.**  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that because I have "people", "land", and "resources" (lawful money) that I am a nation under international law.

**Sixty-one.** It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that while I do travel on the land known as Texas, or the land known as Arizona, or the land known as Virginia, or elsewhere on Turtle Island, from time to time, but I am not even remotely interested in being in your criminal corporation called United States, or in any of its political subdivisions called STATE OF TEXAS, or STATE OF ARIZONA, or STATE OF VIRGINIA, or any such municipal corporation, and I shall not be in any of your criminal municipal corporations, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is perjury of oath, treason, and sedition, at a minimum, by whoever does it, and you.

**Sixty-two.**  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that My freedoms are "unalienable" as found in the positive law embodied in the Declaration of Independence (1776), which means that they cannot be alienated under any circumstances, and you and your subordinates know this because they always criminally convert My name in some way with all block capital letters, into a dead thing (trust) to facilitate their violation of My rights.

**Sixty-three.**      It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that any (so-called) contract which appears to alienate any of My God given freedoms, as one of "the people", involving any government in America, or any agency of any government in America, is a nullity, because the government cannot commit treason (breach of trust), and any presumption to the contrary by any Officer of any Court, is Perjury of Oath, Treason, and sedition at a minimum.

**Sixty-four.** It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that all corporations are by definition incorporated into the government, therefore any so-called contract with any corporation is by definition a nullity, because the government cannot commit treason, by getting me into some so-called contract by which I lose my God given freedoms.

**Sixty-five.** It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the only valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of Turtle Island (America), and this does not include any law merchant (so-called) contracts, or any contracts with any fictitious entities.

**Sixty-six.**  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that all corporations are, by definition, incorporated into the government, therefore they are all

Page 9 (plus attachments)
This mattarhad copyright © by the Title Holder. All right to this masterhad and what it may represent is by terms and conditions of the Title
Holder. _____

Barak H. Obama, private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim,

Title Holder: Glenn Winningham, house of Fearn

Barak H. Obama, private man, private agreement 032011

agencies of the government, and all contracts with any government agency is a nullity, as far as any violation of My rights is concerned, whether the so-called contract is in writing or not.

Sixty-seven.    It is agreed by you, Barak H. Obama, the private man acting as President of the United States, and subordinates and successors, that I have many honest hard working public servants who uphold their oaths, and for those who uphold their oaths, I have no idea how they get paid, but in my opinion, it is not enough.

Sixty-eight.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that so-called courts in Canada and the United States are corporate commercial courts, and operate exclusively under martial law which originates with Canon Law and the Vatican, in violation of God's Law, Deuteronomy 4:2.

Sixty-nine. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you want you and your subordinates create a *ces te que* trust with the name of FEARN GLENN WINNINGHAM, or GLENN WINNINGHAM FEARN, or GLENN IW FEARN, or any such derivative thereof, in my case, and then you proceed against me, the living soul, with the intent of getting Me, the living soul to be a surety or accommodation party for the "trust" that you created, and you use this as a mechanism to facilitate the violation of My freedoms, deliberately, and calculatedly for your own personal gain, because you collect a royalty from it.
"A Divine Trust is the highest possible form of Trust and unique as the only possible type of Trust that can hold actual Form, rather than the Rights of Use of Form being Property." Canon 1170

"In accordance with these canons, a Divine Trust can never be terminated." Canon 1171

"In accordance with these canons, every child or higher order spirit that is borne from now until the end of time possesses a Divine Personality through the creation of their Divine Trust before any other legal entity or claim." Canon 1179

Seventy.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that all tribunals are military, and come from Canon Law which comes from the Vatican and it is Satanic Law.

Seventy-one.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your so-called court operate exclusively under martial law and the proof of that is found in the military gold fringed flag that hangs in your rooms.

Seventy-two.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that a large part of the filing fee, for any case filed with the Courts is used to pay for errors and omissions insurance, which is further proof that it is nothing more than a commercial transaction.

Seventy-three.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the United States District Courts for all districts, the Court of Appeals for all circuits are all de facto courts and have no authority whatsoever over a living soul, one of "we the people" of Texas, which includes Me.

Seventy-four.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you have converted all US citizens into enemies of the state with the Trading with the Enemy Act, and you are nothing but a bunch of pirates operating on the high seas of commerce looking for some prize.

Seventy-five.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the Magna Carta came about because the King John swore allegiance to the Vatican in the Concessions to the Pope (1213), and agreed to pay a yearly tribute, that it took only two years for the Welsh Barons to rise up in rebellion, and bring about the Magna Carta (1215) which is full of prohibitions against Canon/Martial Law being imposed on "the people".
"We wish it to be known to all of you, through this our charter, furnished with our seal, that… we….do offer and freely concede to… our mother the holy Roman church, and to our lord pope Innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances,…. As a sign, moreover, of this our own we will and establish perpetual obligation and concession we

Page 10 (plus attachments)
This matter/ad copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder. _____

Barak H. Obama, private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim.

will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them,... the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland,..." Concessions to the Pope (1213)

Seventy-six.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the united States War of Independence was fought because of the Vatican's Canon/Martial Law was being imposed as found in the Declaration of Independence (1776), and the Causes and Necessity for Taking Up Arms (1775)
-"He has affected to render the Military independent of and superior to the Civil power.
-He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:
-For imposing Taxes on us without our Consent:
-For depriving us in many cases, of the benefits of Trial by Jury:
-For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:
-He has abdicated Government here, by declaring us out of his Protection and waging War against us.
-For protecting them, by a mock Trial..." Declaration of Independence 1776

"...statutes have been passed for extending the jurisdiction of courts of admiralty and vice-admiralty beyond their ancient limits; for depriving us of the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property;
...and for altering fundamentally the form of government established by charter.
We saw the misery to which such despotism would reduce us."
Causes and Necessity of Taking Up Arms 1775

Seventy-seven.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that two years after the Declaration of Independence was signed, King George III, made it absolutely clear that taxes would ONLY be imposed for the regulation of commerce;
"Whereas taxation by the Parliament...for the purpose of raising a revenue...has been found by experience to occasion great uneasiness and disorders,...That from and after the passing of this Act the King and Parliament of Great Britain will not impose any duty, tax or assessment whatever, payable in any of His Majesty's colonies, provinces, or plantations, in North America..., except such duties as it may be expedient to impose for the regulation of commerce..." George III CAP 12 (1778)

Seventy-eight.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that those public servants who perjure their oaths, cease to represent the government, have no immunity, are presumed to know the law, are in fact a color of law enforcement agent, and get the title of pig.
"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.

"In arriving at our decision in this matter we do not depart in any way from our holding in Huending v. Jensen [*300] that *** the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited." 188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398

Seventy-nine.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that equity is supposed to follow common law except under martial law, where equity is turned upside down and follows its own course.

This manifest copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim,

"In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which was largely (if not wholly) governed by martial law rule. "Equity" has always been understood to follow the law; to have "superior equity," is to turn things on their head. This is exactly what happens when martial law is imposed. If "equity" is the law, then it follows its own course rather than following the common law, thereby destroying the common law and the point of "equity" in its place."
Dyett v. Turner, 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court

Eighty.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your martial law jurisdiction is voluntary for "persons" and not applicable to "we the people" under any circumstances.

Eighty-one.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, that when you allow your hired thugs to withhold their names, or use pseudonyms, that you are accepting responsibility for their actions.

Eighty-two.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you want your corporate criminal thugs to violate My rights because it creates business for your so-called courts.

Eighty-three.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that the Eaton corporation fired me after the US Marshalls came to visit me at My place of work, under the color of law, and you were happy when they did fire me, under the color of law, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you are doing everything you can to make sure I never get any remedy in that matter.

Eighty-four.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that after I was fired by the Eaton Corporation I filed a lawsuit in the US District Court for the Southern District of New York and they assigned it case number 09-civ-2271(CS) your hired thug Cathy Siebel dismissed it and this is exactly what you wanted her to do because you want the Andra Ruiz, the private woman acting as US Marshal, and her un-named co-conspirator to violate My rights under the color of law because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you are doing everything you can to make sure I never get a remedy in that matter.

Eighty-five.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend to make sure I never get a remedy against Eaton in your case number 09-10678 for their unlawful firing, because you intend to make sure I can't make a living unless I am your slave by forcing Me to produce your fraudulently created Social Security Number for the cause que trust with the name GLENN WINNINGHAM FEARN, so you can force me to work for nothing and thus enslave Me, and you intend to make me a slave and deprive Me of any possible remedy that may be in your power so you can help your thieving buddies in the IRS, and their handlers in the International Monetary Fund, and the Vatican.

Eighty-six. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intended that your hired thug David Sentelle, Chief Judge, United States Court of Appeals for the District of Columbia Circuit, would cover up the crimes by dismissing My judicial complaint of this unnamed hired thu in the US District Court for the District of Columbia when he dismissed My Petition in their case number 09-2435.

Eighty-seven.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend that My case 10-9131, will also get dismissed because the US Department of so-called Justice waived their right to respond and admitted everything and thus took away any controversy, and it is your intent that I get deprived of any remedy in this case, because you intend to help your thieving buddies in the IRS to get away with their theft, and you intend to make sure I get damaged as much as possible by these thieves.

This matter is copyright © by the Title Holder. All right to this matter and what it may represent is by terms and conditions of the Title Holder Glenn Winningham; house of Fearn
Holder: _____

Eighty-eight.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend to make sure I never get a remedy from the US Airways thieves in case 07-5674 that the US Department of so-called Justice waived their right to respond and took away the controversy, and thus admitted everything, but you don't care that they are thieves, and criminals because you intend to help them as much as possible, with their theft, and their extortion, and their murders.

Eighty-nine.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend that your hired thugs at the so-called border with Canada, continue to harass anybody who does not have a US Passport even though it is ONLY your lowlife scumbag US citizen that is required to have a passport according to your own codes, rules and regulations, as found in the **Solemn Assveration of Criminal Complaint – Janet Napolitano and hired thugs**, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and you are doing everything you can to make sure the criminals in this case continue to violate My rights under the color of law, especially My right to be left alone, and My right to build a case against My public servants for multiple felonies, and the rights of everybody else under the color of law, and you are also doing everything you can to make sure I never get a remedy, because it is your intend that they continue with their activity.

Ninety.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend that your hired thugs at the airport security checkpoints harass anybody they can with their genital handling, and their sexual assault, and their X-Ray machines that scramble your DNA, as found in the **Solemn Assveration of Criminal Complaint – Janet Napolitano and hired thugs**, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and you are doing everything you can to make sure the criminals in this case continue to violate My rights under the color of law, and the rights of everybody else under the color of law, and you are also doing everything you can to make sure I never get a remedy, because it is your intent that they continue with their activity.

Ninety-one.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend that your hired thugs in the Texas Department of Public Safety continue to violate My rights under the color of law, especially My right to be left alone, and my right to administer My public servants and build a case against them for multiple felonies, as found in the **Solemn Assveration of Criminal Complaint – Janet Napolitano and hired thugs**, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and you are doing everything you can to make sure the criminals in this case continue to violate My rights under the color of law, and the rights of everybody else under the color of law, and you are also doing everything you can to make sure I never get a remedy, and you intend to make sure that these criminals get to continue their criminal activity.

Ninety-two.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend that your hired thugs in the FBI continue to violate My rights under the color of law, especially My right to be left alone, and my right to administer My public servants and build a case against them for multiple felonies, as found in the **Solemn Assveration of Criminal Complaint – Janet Napolitano and hired thugs**, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and you are doing everything you can to make sure the criminals in this case continue to violate My rights under the color of law, and the rights of everybody else under the color of law, and you are also doing everything you can to make sure I never get a remedy, and you intend to make sure that these criminals get to continue their criminal activity.

Ninety-three.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that are happy that your hired thugs at the border to make my wife go back to the land of British Columbia even through at common law the wife takes on the nationality of her husband.
"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father. That is common-law doctrine." In Re Page 12 F (2d) 135.

Ninety-four.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that your hired thugs at the border to continue to have their presumptions so they can violate My rights and the rights of My family as found in the Affidavit of Criminal Complaint 051905 which is recorded with the Pinal County Recorder at Fee Number 2005-058905, and the Notice and

Demand which is recorded with the Pinal County Recorder at Fee Number 2005-030005, true copies of which are attached hereto, all of which is incorporated herein by reference in its entirety.

Ninety-five.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that your buddy Stephen M. McNamee the private man acting as Chief Judge for the US District Court for the District of Arizona, to falsely accuse me of being your lowlife scumbag US citizen when he knows there is no such thing, and he did this in order to violate My rights under the color of law, and this was all done with your approval, to help out your Vatican handlers and to promote your slavery agenda.

Ninety-six. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that Steve Fickles, the private man who was operating under the pseudonym of David Vincent, US Immigration and Naturalization Service, violated My rights under the color of law and the proof of that is he even said in this document that the INS thieves "does not recognize Arizona State Citizenship", and this was with your approval and endorsement to help out your Vatican handlers and to promote your slavery agenda.

Ninety-seven.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that Janet Napolitano, the private woman who was acting as the Governor of Arizona at the time, to violate My rights under the color of law to help out your Vatican handlers and promote your slavery agenda, by referring me to an attorney, because by referring Me to an attorney she was attempting to convert Me into a ward of the Court, and a Ward of the Court is an imbecile, so she was accusing me of being an imbecile, and then once I did hire an attorney, they would really be able to violate My rights under the color of law in a major way, and this was all done with your approval and endorsement because Janet Napolitano has now received her quid pro quo because she has been promoted to US Secretary of Homeland Security, where she can continue to violate the rights of everybody who is unfortunate enough to have to cross your so-called border.

Ninety-eight.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that your thieving IRS buddies engaged in the theft of My property, under the color of law, when I was working for US Airways, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you are doing everything you can to make sure I never get any remedy for their theft.

Ninety-nine.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that I was forced to leave US Airways because I couldn't afford to work there, after the IRS thieves were done with their theft, because when they do this they violate My rights and you are happy that they did that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda.

One hundred.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that Neil V. Wake, the private man acting as judge, dismissed My case # CIV-06-953-PHX-NVW when I filed a lawsuit against the IRS thieves in the District of Arizona, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you intend to do everything you can to make sure I never get a remedy either.

One hundred one. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that the US Court of (so-called) Appeals for the Ninth Circuit denied the appeal to further justify the IRS thieves, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and it is your intent that I never get a remedy because you want your thieving IRS buddies to continue to engage in theft as much as they can.

One hundred two. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that it is your intent that I never collect on the commercial lien I filed against your IRS thieves, which is recorded with the

This matter/text copyright © by the Title Holder. All right to the matter/text and what it may represent is by terms and conditions of the Title Holder. Glenn Winningham; house of Fearn With the Copy-Claim

Title Holder; Glenn Winningham; house of Fearn
Holder _____

Title Holder: Glenn Winningham: house of Fearn                                                                                                     Barak H. Obama, private man, private agreement 032011

Pinal County Recorder at Fee Number 2005-176346, because you intend to cause me as much injury as possible.

One hundred three.      It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that it is your intent that I never collect on the commercial lien I filed against Wilshire Credit Corporation, which is recorded with the Pinal County Recorder at Fee Number 2005-121873, because you intend to cause me as much injury as possible, and you intend that your thieving bankster buddies get away with as much as possible, and you intend to help them engage in the theft of My property.

One hundred four. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that it is your intent that I never collect on the commercial lien I filed against your Capital One Bank, which is recorded with the Pinal County Recorder at Fee Number 2005-121874, because you intend to cause me as much injury as possible, and you intend to help your thieving bankster buddies as much as possible, and you intend to help them engage in the theft of My property.

One hundred five. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that it is your intent that I never collect on the commercial lien I filed against your BAR member buddies Tiffany & Bosco, which is recorded with the Pinal County Recorder at Fee Number 2005-008260, because you intend to cause me as much injury as possible, and you intend to help out your thieving BAR member buddies and their theft of the homes of the people, and you intend to help them engage in the theft of My property.

One hundred six.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that it is your intent that I never collect on the invoices that I served on US Airways in the amount of over 2 billion dollars for copyright violations and more, because you intend to cause me as much injury as possible, and you intend to help them engage in the theft of My property.

One hundred seven.      It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that it is your intent that US Airways get away with engaging in the criminal conversion of My property under the instructions of the IRS thieves, because you intend that they get away with theft, and extortion, and racketeering, and violating My rights under the color of law.

One hundred eight.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that Paul Clements, the private man acting as US Solicitor General, US Department of (so-called) Justice, and US Airways to waive their right to respond in the case against the IRS thieves when it got to the US Supreme Court in case number 07-5674, and thereby admitting that they are thieves and taking away the controversy, so your perjuring buddies on the US Supreme Court would have an excuse to dismiss the case after they had accepted it.

One hundred nine.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that the US Court of Claims case # 06-1947 dismissed so you could continue to promote your slavery agenda and at the same time make more money for your handlers in the Vatican, and you want to make sure I never get a remedy in this matter.

One hundred ten. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that Hawkins and Powers, at Buffalo, Wyoming, fired me for not producing a Social Security Number, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you are doing everything you can do it again, and again, and again.

One hundred eleven.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that AAR at Oklahoma City fired Me for not producing a Social Security Number, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called court, and your BAR member bencher buddies, and helps promote your slavery agenda.

This matter/text copyright © by the Title Holder. All right to the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder. Barak H. Obama, private man, private agreement 032011

Title Holder: Glenn Winningham: house of Fearn
With the Copy-Claim.

Title Holder: Glenn Winningham; house of Fearn

Barak H. Obama, private man, private agreement 032011

One hundred twelve.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy when companies like Volt Technical Services, Belcan Corporation, Global Technical Services, Oxford International, MOS Engineering, Manpower Technical Services, Chipton Ross, Five Star Technical Services, Keltia Design, and PDS Technical Services, demand a Social Security Number to work for them, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda.

One hundred thirteen.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy when companies like Boeing, US Always, United Technologies, Alaska Airlines, Lockheed, Goodrich Corporation, BAE, Federal Express, Bombardier, Eaton Corporation, Raytheon, demand a Social Security Number to work for them, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda.

One hundred fourteen.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend that Boeing, US Always, United Technologies, Alaska Airlines, Lockheed, Goodrich Corporation, BAE, Federal Express, Eaton Corporation, Bombardier, Raytheon, Volt Technical Services, Belcan Corporation, Global Technical Services, Manpower Technical Services, Chipton Ross, Five Star Technical Services, Keltia Design, and PDS Technical Services, either refuse to do "corp to corp", or demand a Social Security Number in addition to the Employer Identification Number under the pretext of a background check, so they can violate My rights and create business for your BAR member buddies in the so-called courts.

One hundred fifteen.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that Alaska Airlines all of a sudden decided not to hire Me in 2005 when I did not provide a Social Security Number on their application form, even though they flew me up there for an interview, and I was highly qualified for the job, but this is exactly what you intend that they should do, so you and your bencher buddies can make some money.

One hundred sixteen.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that Eaton Aerospace at Jackson, Mississippi, decided not to hire me when I did not provide a Social Security Number in the application form in 2007 when I was already working there as a contractor, but this is exactly what you want them to do, so you and your bencher buddies could make some money.

One hundred seventeen.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are happy that Zack Willis 561-277-2618, and his handler Chris Townes 561-277-2612, with Oxford International violated My rights under the color of law, by stopping the hiring procedure when I could not provide them with a Social Security Number for them to conduct their background investigation, in February of two thousand and eleven, but this is exactly what you intended them to do so you and your bencher buddies could make some money, and you intend that they violate My rights under the color of law, and you intend that they hire one of My professional references, that I gave them, who is Richard Benenati.

One hundred eighteen.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you don't care that I told them that they do not need a Social Security Number to do a background check, and that all they need is a name and a birth date because you intend that they do violate My rights under the color of law because it creates more business for your so-called courts, and your BAR member buddies.

One hundred nineteen.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that there is no requirement to demand a Social Security Number, all your corporate thugs have to do is request a Social Security Number, but you intend that they continue to violate My rights under the color of law.

One hundred twenty.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I have filed several criminal complaints against your corporate thugs for compelling a Social Security Number under my 42 USC § 408, but rather than prosecute anybody, your US Attorney BAR

Page 15 (plus attachments)
This matterified copyright © by the Title Holder. All right to this matterland and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

member buddies resigned instead, after I filed a criminal complaint against them for perjury of oath and dereliction of duty, because you want your corporate thugs to compel the disclosure of Social Security Numbers and violate the rights of the people under the color of law.

One hundred twenty-one. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that even if I did file lawsuit in your court over this issue, or any other issue, you would tell your hired thug bencher, to find some excuse to dismiss the case because you want me to be your slave.

One hundred twenty-two. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you want anybody who thinks they are free to be compelled into your martial law system, so you can enslave them.

One hundred twenty-three.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that if you can force anyone to pay you a penny, that they are a slave for that penny. They are forced to work for you for nothing for that penny.

One hundred twenty-four. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that because My rights are unalienable as affirmed by the Declaration of Independence (1776) that it should not matter if I provided a Social Security Number, but you intend to use it against me to violate My rights under the color of law, and help your thieving buddies in the IRS so they can get royalties too in the theft of My property, which they have already done, under your approval and endorsement.

One hundred twenty-five. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that proof of your intent to violate My right is the fact that you created a *ces ti que* trust with a name similar to mine except it is in all block capital letters, and you use that trust to facilitate the violation of My rights, and steal my property.

One hundred twenty-six.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that this will continue with other unnamed corporate thugs next week, next month, and next year, because you want to make sure I do not have any remedy, and you want to make sure that your hired corporate thugs continue to violate My rights under the color of law until I am either a slave, or I am living in a cardboard box.

One hundred twenty-seven.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you want to make sure that my sons and daughters are properly enslaved by making sure that I cannot provide for them, to help out your Vatican handlers and promote your slavery agenda.

One hundred twenty-eight.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you have deliberately and calculatedly deprived Me of My freedoms under the color of law, and you do not care about your oaths, or anything but helping your Vatican handlers to make lots of money.

One hundred twenty-nine.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you have been waiting for me to file a lawsuit in your court so you and your Vatican handlers can make some money before you find an excuse to dismiss it, and deprive me of any of your so-called justice, because it is your intent to enslave me, and anybody else that thinks they are free.

One hundred thirty.      It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are deliberately and calculatedly engaging in treason, sedition, perjury of your oaths, breach of trust, and multiple other felonies.

One hundred thirty-one.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that for you to impose your foreign martial law "equity" on Me, is at a bare minimum, perjury of oath, sedition (since you are using your equity power under martial law), and treason (breach of trust), and you did it deliberately, and calculatedly.

Barak H. Obama, private man, private agreement 032011
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder:___ Title Holder Glenn Winningham; house of Feam With the Copy-Claim

Title Holder; Glenn Winningham; house of Fearn Barak H. Obama, private man, private agreement 032011

One hundred thirty-two.   It is agreed by you, Barak H. Obama, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that your oaths supersede and trump everything else, and that is the exact reason why you have the oaths, otherwise there would be no reason for an oath.

One hundred thirty-three. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that if you were dealing with a 'person' which is a fictitious entity, whatever you did was perfectly appropriate, but because I told you that I was one of 'the people' and 'God's heir' and not a fictitious entity, in every document that I have served on you, that you deliberately, and calculatedly perjured your oaths by imposing your "equity" under martial law, which is for "persons" only, which is criminal conversion of My citizenship from the land of Texas to the foreign jurisdiction the UNITED STATES.

**"People of a state are entitled to all rights, which formerly belong to the King by his prerogative."** Lansing v Smith, (1829) 4 Wendell 9,20 (NY).

**"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

**"One sovereign does not need to tell another sovereign that he/she is sovereign.  The sovereign is merely sovereign by his very existence. The rule in America is that the American people are the sovereigns."** Kemper v. State, 138 Southwest 1025 (1911), page 1043

One hundred thirty-four.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that the I am not one of your lowlife scumbag US citizens; **"There is a clear distinction between national citizenship and state citizenship."** 256 P. 545, affirmed 278 US 123, Tashiro vs. Jordan

**"The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."** Jones v. Temmer, 89 F. Supp 1226

**"there is in our Political System, a government of each of the several states and a government of the United States Each is distinct from the other and has citizens of its own."**  US vs. Cruikshank, 92 US 542,

**"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."** Mc Donel v State, 90 Ind. Rep. 320 at pg 323;

Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L.Ed 588 1875. **Both before and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a citizen of his State;**

Cardina v. Board of Registers 48 So. 788, 169 Ala. 155 1909: **"There are two classes of citizens, citizens of the United States and of the State. And one may be a citizen of the former without being a citizen of the latter";**

The United States Supreme Court quite thoroughly expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said: "...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed under **the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested."** Maxwell v Dow, 20 S.C.R. 448, at pg 451;

Barak H. Obama, private man, private agreement 032011
This matter/set copyright © by the Title Holder. All right to this matter/set and what it may represent is by terms and conditions of the Title
Holder.———————————————  Title Holder; Glenn Winningham; house of Fearn
With the Copy-Claim)

Title Holder: Glenn Winningham, house of Fearn

Barak H. Obama, private man, private agreement 03/2011

**"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship."** Colgate v Harvey 296 US 404 at pg 427

**"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."** Maxwell v Dow, 20 S.C.R. 448, at pg 455;

One hundred thirty-five.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that you and your hired thugs have deliberately and calculatedly perjured your oaths. Ezekiel 7:23-26

One hundred thirty-six.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I shall completely ignore your codes, rules, and regulations because they do NOT apply to Me, and if **any** of your hired thugs (color of law code enforcers) perceive **any** disobedience by Me, to any of your codes, rules, or regulations, it shall be viewed to be a mistake, or an accident.

**"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime".** Miller v US, 230 Fed 486,489

**"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."** Murdock v. Pennsylvania, 319 US 105

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."** Sherer v. Cullen, 481 F 946

**"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."** Shuttlesworth v. City of Birmingham Alabama, 373 US 262:

One hundred thirty-seven.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that I shall NOT obey any of your codes, rules or regulations, because they are all "color of law", and I have the right to resist any attempt to force Me to obey them, with lethal force if necessary, because I have an unlimited right to resist any unlawful arrest with lethal force if necessary. It is my sincere wish that I never have to exercise that right, but I do have that right.

**"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence."** Jones v. State, 26 Tex. App. I; Beavers v. State, 4 Tex. App. 175; Skidmore v. State, 43 Tex. 93, 903.

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery."** (State v. Robinson, 145 ME. 77, 72 ATL. 260).

**"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense."** State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

**"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance."** (Adams v. State, 121 Ga. 16, 48 S.E. 910).

**"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.**

Page 19 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder._____

Barak H. Obama, private man, private agreement 03/2011
Title Holder: Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn                                                        Barak H. Obama, private man, private agreement 032011

One hundred thirty-eight.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that because Canada is a municipal corporation domiciled in the District of Columbia, that Canada is actually part of the united States of America, and there is in fact no border, except for the border between Alberta and Montana, and your hired thugs at the so-called border are nothing but a gang of thieves raising money for your thieving bankster buddies and their Jesuit handlers.

One hundred thirty-nine.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you wanted your hired thug Larry Overcast, Port Director, Sweetgrass Montana, and his hired thugs to violate My rights under the color of law when they unlawfully arrested me on the fifteenth day of February in the year two thousand and eleven, and put me in handcuffs in front of all of the people who were waiting behind in the lineup, so they could make sure that everybody would see what happens to anybody who thinks they are free.

One hundred forty.       It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the reason your hired thug Larry Overcast, Port Director, Sweetgrass Montana, allows his hired thugs to not have a name tag is because they know they are criminals, and by allowing them to not have a name tag, Larry Overcast is accepting responsibility for their criminal activities.

One hundred forty-one.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your intent that your hired thug Larry Overcast, Port Director, Sweetgrass Montana, and his hired thugs, to keep me in their jail cell for over an hour unlawfully.

One hundred forty-two.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I had noticed your hired thug Larry Overcast, Port Director, Sweetgrass Montana, by Registered Mail RR 569 486 170 US, and his boss Janet Napolitano, Secretary, US Department of Homeland Security by Registered Mail RA 351 951 670 US, true copies of both of which are attached hereto, all of which is incorporated herein by reference in their entirety, but you wanted them to violate My rights under the color of law.

One hundred forty-three.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you will never tell any of your subordinates about this agreement because you want them to be able to maintain their presumptions, so they can have plausible deniability when they violate My rights under the color of law, and you intend to make it as expensive as possible for me build a case against your hired thugs.

One hundred forty-four.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever, over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

One hundred forty-five.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that it is your intent that your hired thug Robert E. Casey, Jr, Special Agent in Charge, Dallas FBI Field Office, send his subordinates out to visit me under the color of law with no authority, so he could violate My right to be left alone, under the color of law, but neither you, nor him, could care less about My rights.

"They conferred as against the government the right to be let alone – the most comprehensive of rights and the right most valued by civilized men." Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

One hundred forty-six.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that it is your intent that the perjurers in the Texas Department of Public Safety continue to perjure their oaths of office by refusing the documents I served on them, so they can keep their plausible deniability, and continue to violate My rights under the color of law, like My right to be left alone, when they sent their subordinate out to visit me with no authority.

One hundred forty-seven. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

your oaths, that I have an unlimited right to carry educational tools called arms, which are used for defensive purposes, whether concealed or not, and that a weapon is defined as something intended to be used to bring harm to another man or woman.

"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace." Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

One hundred forty-eight.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, as implied under your oaths, that in the event that one of your hired thugs, color of law code enforcers, attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug, color of law enforcer, kills Me, your hired thug shall be guilty of MURDER, and so shall you.

"Perhaps it should be mentioned that as a general rule a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him.  It is not always necessary for the officer to make a formal declaration of arrest. Sec. 1 Varon, Searches, Seizures and Immunities, 75 (1961);"  Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the authority of the officers, is an "arrest."  Robinson v. State, 188 S.W.2d 633, 635, 184 Tenn. 277

"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" . . . even if the motorist was not specifically informed that the had been arrested."  People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."  Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

One hundred forty-nine.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that because you are a member of the BAR, and the BAR is controlled by the Inns of Court in the City of London, INNS OF COURT - "These are certain private unincorporated associations, in the nature of collegiate houses, located in London, and invested with the exclusive privilege of calling men to the bar..." Black's Law Dictionary, 5th Edition page 709.

One hundred fifty. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the City of London is owned and operated by the Vatican,

"We wish it to be known to all of you, through this our charter, furnished with our seal, that... we... do offer and freely concede to... our mother the holy Roman church, and to our lord pope Innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances,... As a sign, moreover, of this our own we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them,... the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland..." Concessions to the Pope (1213)

One hundred fifty-one.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that all BAR members (including you) are foreign agents of the Vatican.

One hundred fifty-two.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that by being a BAR member, you have renounced your US citizenship as found in the true Article Thirteen in Amendment as taken from the 1819 US Constitution that is attached to the Affidavit of Criminal Complaint 061407 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073069, which says:

"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
Barak H. Obama, private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

One hundred fifty-three.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the US Department of so-called Justice admitted in my US Supreme Court case 07-5674 that the War of Independence never did end because your handlers in the Vatican orchestrated the War of 1812 to facilitate the disappearance of the true Article Thirteen in Amendment because one of the major engagements was when the British went to the capitol and burned the national archives, and they continue to make war on us to this day, and you are helping them.

One hundred fifty-four.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the current Thirteenth Amendment and all subsequent amendments to the US Constitution are all martial law amendments under the color of law and have no authority;

*"The dissenting opinion asserts that "The Fourteenth Amendment is a part of the Constitution of the United States." While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted."* State v Phillips 540 Pac, Rep.2d 936

One hundred fifty-five.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your Vatican handlers orchestrated their fraudulent Fourteenth Amendment with the specific intent to criminally convert citizenship in America from that citizenship as contemplated by the founding fathers into what it is today;

*"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependant" upon state citizenship."* Colgate v Harvey, 296 U.S. 404, on page 427.

One hundred fifty-six.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your criminally converted US citizen is a slave;

"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43.

"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982

"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity." Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

"A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states." Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

*"...it might be correctly said that there is no such thing as a citizen of the United States. ......A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."* Ex Parte Frank Knowles, 5 Cal. Rep. 300

*"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."* Maxwell v Dow, 20 S.C.R. 448, at pg 455;

*"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States."* US vs. Valentine 288 F. Supp. 957, and you intend to enslave Me, by shoving your US citizen down my throat.

One hundred fifty-seven.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are a racist by attempting to impose your US citizenship on Me, and you are enslaving everybody, and are a domestic enemy.

Barak H. Obama, private man, private agreement 032011
Title Holder Glenn Winningham; house of Feam
Holder.

Title Holder: Glenn Winningham; house of Fearn

Barak H. Obama, private man, private agreement 03/2011

One hundred fifty-eight.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that when your BAR member buddies criminally convert My name into GLENN WINNINGHAM FEARN or some derivative thereof, and address by adding a zip code, right in open court and in spite of My objections, you intend to engage in a conspiracy to violate My rights under the color of law.

One hundred fifty-nine.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you know that your rules, statutes, and regulations, created by a dead corporation, do **not** apply to living souls.

One hundred sixty.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you deliberately and calculatedly perjure your oaths with the objective of getting your BAR member buddies both on and off the bench, to help you cover it up.

One hundred sixty-one.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your BAR member bencher buddies' judgment is not just voidable, it is void because they do not have the authority to violate My rights, and they know it, and so do you, but both of you intend to perjure your oaths, so you can help out your Jesuit handlers.

**"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."**

City of Lufkin v. McVicker, 510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).
**"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948.**

**"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree."** Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

One hundred sixty-two.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that unless they witness Me commit a felony at common law, any arrest by one of your color of law enforcement agents is an unlawful arrest.

One hundred sixty-three.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend that your buddies (color of law enforcement agents) in the "Law Enforcement" community to catch me on some lonely stretch of highway where there are no witnesses, so they can unlawfully arrest Me and when I exercise My right to resist their unlawful arrest they will have an excuse to murder Me, and they will make sure there are no witnesses.

One hundred sixty-four.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you couldn't care less about your oaths, and you are attempting to start a revolution by imposing your Canon/Martial Law on "the people", which has already caused two or more revolutions in the past.

Two.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you and your subordinates have violated My rights under the color of law in violation of 18 USC § 242, which says;

**"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ........ shall be fined under this title or imprisoned not more than one year, or both; .........."**
Pub. L. 103-322, Sec. 320201(a), substituted **"person in any State"** for **"inhabitant of any State"** in first paragraph.

and 18 USC § 241 says;

**"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise of**

Barak H. Obama, private man, private agreement 03/2011
This matter/fraud copyright © by the Title Holder. All right to this matter/fraud and what it may represent is by terms and conditions of the Title Holder.----------------------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim,

Title Holder: Glenn Winningham; house of Fearn                         Barak H. Obama, private man, private agreement 032011

enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

One hundred sixty-five.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are operating a criminal racketeering enterprise in violation of 18 USC § 1951.

One hundred sixty-six.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are not natural born, therefore, the United States that you are President of is an international criminal corporation that is owned and operated by the Vatican, and you are nothing more than pirates (thieves) using chicanery, making war on the people, and looking for some prize on the high seas of commerce, to help support your satanic handlers in the Vatican.

One hundred sixty-seven. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are engaged in chicanery.

"Chicane – Swindling, shrewd, cunning. The use of tricks and artifice.

Chicanery
1.    The use of trickery or sophistry to deceive (as in matters of law).
2.    A trick; a subterfuge.".  Black's Law Dictionary Fifth Edition

"The use of clever but tricky talk or action to deceive, evade, etc., as in legal dealings",
Webster's New World College Dictionary

"Deception by trickery or sophistry."
The American Heritage Dictionary of the English Language, 4th edition, and further,

One hundred sixty-eight.  It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend to deprive Me of any remedy that you can deprive Me of so your hired thugs can continue to violate My rights, and steal my property, under the color of law, with impunity, because you get a royalty from all of that, and your Vatican handlers make all sorts of money (commercial paper) in the process.

One hundred sixty-nine.   It is agreed by you, it is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that and subordinates and successors, that none of your codes, rules, or regulations affect My freedom to bear arms for personal defense, and since I am not a "person" I am not required to "declare" anything to you or your subordinates at the so-called borders or elsewhere.

One hundred seventy.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, and subordinates and successors, that I shall exercise My freedom to resist any unlawful arrest and since you refused to provide a remedy, I shall use a butcher knife if I have to, which will ensure that your buddies get to carry out their murder, and you are excited that you can help out with their agenda in such a lawless pseudo important way.

One hundred seventy-one.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the judgments of your de facto judges mean absolutely nothing because they have no lawful authority, it is void on its face, and even in your Canon Law system, I do NOT consent, but in any event, anything you say means absolutely nothing, to Me, under any circumstances (aside from recognition of the commands of the King James Bible as the ONLY valid law).

One hundred seventy-two.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you might as well send your hired thugs over to my house and have them take me out back and blow my brains out because I am not going to rest until I have brought these issues before a

Page 24 (plus attachments)
This material© copyright © by the Title Holder. All right to this material and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn                                                                 Barak H. Obama, private man, private agreement 032011

common law grand jury and a common law jury of My peers and until I see some criminals discussed do that little dance they do at the end of a common law rope.

One hundred seventy-three.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that no third party may respond for you in this matter, and if a third party does respond, it shall be proof that you intend to continue to perjure your oaths, and you intend to expend public funds for private matters, and continue to engage in sedition, and you intend to continue to engage in treason, by imposing your martial law on the heirs of God who are inhabiting the land known as Texas, on Turtle Island.

One hundred seventy-four.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I shall liquidate your bond by sending copies of this agreement to your bosses, Standard and Poor's, Dunn and Bradstreet, Insurance companies, and anyone else I think should see it, like the FBI, Interpol, etc. until I have received full compensation for the damages and injuries you, and your subordinates have caused.

One hundred seventy-five.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I do not have to stop, or communicate with you, your successors, or your subordinates, and if I do, it is as a courtesy ONLY, and by doing so there is no contract, and I have the right to be left alone,

"They conferred as against the government the right to be let alone — the most comprehensive of rights and the right most valued by civilized men." Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

One hundred seventy-six. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I am not a beneficiary, a grantor, a creator, a trustor, a trustee, or anything related to any trust and any evidence of a trust with the name GLENN WINNINGHAM FEARN, or FEARN GLENN WINNINGHAM, or any derivative thereof, (which were obtained by fraud, coercion, intimidation), is an absolute nullity, and any attempt to use your fraudulent created entity to facilitate the theft of My property is treason, sedition, perjury of oath, breach of trust, and numerous other felonies.

One hundred seventy-seven.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that I do not owe the United States, or any officer of the United States, any allegiance, you, and all officers of the United States owe Me allegiance. You have the oath of office and all that it implies, and you owe me the allegiance.

One hundred seventy-eight.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that My rights are unalienable as affirmed by the US Declaration of Independence, which means that any evidence of any so-called contract with any agency of the government (all corporations and fictitious entities) is a nullity, and your so-called privileges extend ONLY to "persons" and things, and I am neither;

"The rights of sovereignty extend to all persons and things, not privileged that are within the territory. They extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection." Carlisle v United States 83 U.S. 147, 154 (1873)

One hundred seventy-nine.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that in the event that you, or your successors, or subordinates make a legal determination for me by falsely accusing Me of being a "person", by proceeding against Me as if I was a "person", with threats of searches, or seizures, or questions or any communication, other than the prescribed communication, after the Notice provided for herein, that you, your successors, or subordinates shall be unlawfully representing Me and you, your successors, and your subordinates, shall be liable to Me for the prescribed fees listed above as preliminary minimal damages, jointly, severally, and personally, as provided herein, in addition to the criminal intent described herein.

One hundred eighty.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that, at best, you

Page 25 (plus attachments)
This material/text copyright © by the Title Holder. All right to this material/text and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-claim

Title Holder: Glenn Winningham; house of Fearn

Barak H. Obama, private man, private agreement 032011

and your subordinates are going to conspire together to come up with ideas by which you can appear to resolve these issues, but at the same time allow the color of law rights violations to continue, because you really do not intend to resolve the problems because it means too much business for you, your subordinates, and your Vatican BAR member buddies both on and off the bench.

One hundred eighty-one. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that at best, you and your subordinates have no intention of resolving these problems but may do a few things to make it appear that you are attempting to resolve them, and none of the things that you shall do shall mean anything towards a remedy for Me.

One hundred eighty-two. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you and your subordinates intend to violate the rights of everybody they deal with, and you intend to do everything you can to make sure that they continue to violate the rights of everybody they deal with under the color of law.

One hundred eighty-three. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are not interested in anything even remotely resembling justice, and that your ONLY interest is in power and giving aid and comfort to your Vatican handlers in their theft of everything they can get their hands on.

One hundred eighty-four. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you that you are a domestic enemies talked about in the Constitution for the United States of America, and that you are working to the complete and utter overthrow of the constitution and everything it stands for, and in fact have been able to almost complete it with your martial law rule that you have been engaged in for decades.

One hundred eighty-five. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you and your predecessors have been making war on the people of America for decades, and the so-called 9-1-1 event is only the most recent event that you have orchestrated.

One hundred eighty-six. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that your predecessor George Bush made arrangements with the Israeli Mossad for the so-called 9-1-1 event, and you deliberately and calculatedly destroyed the evidence by sending the steel from the World Trade Centers to Japan to be melted down.

One hundred eighty-seven. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that the so-called terrorist group al Qaeda was created by the US Department of so-called Justice in the 1990's, and the truth of the matter is that they work for the CIA.

One hundred eighty-eight. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you have converted all US citizens into enemies of the state with your Trading with the Enemy Act.

One hundred eighty-nine. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you intend to help out your Vatican handlers with their population reduction agenda by facilitating the death of as many US citizens as you can with your so-called wars, like the war on terror, the war on drugs, and your foreign wars.

One hundred ninety. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you, your predecessors, and your perjuring bencher buddies, and your fellow BAR members, and your Jesuit Vatican handlers have been planning this for centuries.

One hundred ninety-one. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are an accomplice to the criminal conversion of citizenship in America, and it is knowing, willing, and intentional.

Barak H. Obama, private man, private agreement 032011

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder:—————————

—Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn

Barak H. Obama, private man, private agreement 032011

One hundred ninety-two. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that this is a living document and as such you are responsible for keeping current with it, so that you can have the opportunity to dispute any changes, as may be found at an online location to be later served.

One hundred ninety-three.     It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you have thirty days from the date that you receive this communication, with a fifteen day extension if requested, to respond and dispute anything in this private agreement and Notice and Demand, and your failure to dispute each paragraph, on a paragraph by paragraph basis, shall constitute your acceptance and approval with full knowledge and consent, and a private agreement to all paragraphs, and in the event that you fail to respond or otherwise dispute anything in this communication, you, your successors, and your subordinates, shall forever yield to the doctrines of estoppel by acquiescence, waiver, and fraud.

One hundred ninety-four. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that each paragraph of this agreement may be severed from all of the others, therefore, in the event that you have an issue with one paragraph, and you provide notice of such issue, and proof of such error in the specified fact, within the time allowed, all of the other points in our private agreement are still in full force and affect.

One hundred ninety-five. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that in the event that you dispute a specified fact (paragraph) in this agreement, and fail to provide proof of such error in the specified fact, that there is in fact no dispute, and the disputed specified fact and all of the other points in our private agreement are still in full force and affect.

One hundred ninety-six.   It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that in the event protect My God given freedom not to participate in your satanic commercial system, being mammon, and also to protect My right to honor God's law (Matthew 6:24).

One hundred ninety-seven.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you are guilty of multiple indictable offenses, including but not limited to treason, sedition, and perjury of oath.

One hundred ninety-eight.    It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you, your successors, and your subordinates, shall protect all of My unalienable God given freedoms.

One hundred ninety-nine. It is agreed by you, Barak H. Obama a/k/a Barry Soetoro, the private man acting as President of the United States, and subordinates and successors, that you, your successors, and your subordinates, shall protect Me from all foreign agents, including but not limited to, the FBI, the CIA, the US Marshalls, the IRS, the NSA, the City Police, the State Police, any other police, US Customs, and any other foreign agents who are, or may yet be, on the land known as Texas, or Arizona, or New York, or California, or elsewhere on Turtle Island (North America) from time to time.

Two hundred.     Ecclesiastically Signed and Sealed in red ink on the land known as Texas.

All of the above is submitted "UNDER PENALTIES with PERJURY".

**Ecclesiastical Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

This Ecclesiastical private instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright(s)

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
inhabitant of the land known as Texas
With full responsibility for My actions under God's law and no other

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Barak H. Obama, private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copyright(s)



FOR THE RECORD At Law;

## OFFICIAL NOTICE/DEMAND by an American Sovereign!

**FOR:** The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL, ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breach with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing.

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and not threatening all my organic God offered Constitutional Rights. I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab inito, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Sovereign common law and commercial law which is created within imprescriptibility as mine and are unalienable in their entirety. Doing otherwise initiates Dishonor unto Him and our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF TEXAS/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Texas State Corporatism Violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself. James 2:8-10

**THEREFORE,** *YOU ARE NOTICED* that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my unalienable rights. These acts are INFERIOR Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR with We the People's Superior organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF TEXAS/UNITED STATES Corporatism offers no protection for its administrators, agents, employees that are elected, contracted, employed or appointed when they operate outside their jurisdictional bounds and against God's Superior created mankind.

I demand acknowledgement and receipt with attached *NOTICE/DEMAND including* any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon is not a quilt admission!

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Ream, of God

With the Copy-Claim BY _____ Seal

Page 1 of 2

## FOR THE RECORD At Law;

Official man/woman's living Name: Barak H.Obama; Signature: _____

Official's Corporatism d.b.a./Title: BARAK H.OBAMA, PRESIDENT OF THE UNITED STATES;

Official's Corporatist Bar Card No: _____   Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number: _____
Regards:

_____ of God;

**Glenn Winningham; house of Fearn, a Sui-Juris Living-Soul, Claimant. By Affidavit I am of God standing in God's Kingdom without the Corporatism UNITED STATES as a Private-Texian-American-Sovereign with full responsibility for my actions under God's law as found in the Bible**

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal

Page 2 of 2

## Third Party Witness Statement
### Offered as Proof of Service

I, Henry Norman, house of Suhl, as an *ex officio* Notary Public and an Officer of the Court, do hereby certify that I have witnessed the contents pertaining to this letter, and I personally delivered it to the Post Office, and handed it to the Clerk to be sent by Registered Mail **RR 569 486 271 US**, on the _11 20_ day of the month of March, in the year of our Lord two thousand and eleven.

### Letter or Document is identified by:

1   an original **Notice and Demand** styled as **Barak H. Obama, private man private agreement 03/2011**, a total of 27 pages;

2   an original OFFICIAL NOTICE/DEMAND by an American Sovereign), a total of 2 pages;

3   one each certified copy of a Traffic Stop LAWFUL Notice Affidavit for Truth, which is recorded with the Pinal County Recorder at Fee Number 2008-040493, and recorded with the republic of Texas, Robertson County Recorder at Book 1, Line 17, a total of 7 pages;

4   a certified copy of a NON-NEGOTIABLE NOTICE AND DEMAND 022810 which is recorded with the Pinal County Recorder at Fee Number 2010-034479, a total of 51 pages;

5   a true copy of a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the Pinal County Recorder at Fee Number 2006-169373, and recorded with the republic of Texas, Robertson County Recorder at Book 1, Line 9, a total of 1 page; and

6   a true copy of a Solemn Asseveration of Criminal Complaint -- Janet Napolitano and hired thugs, a total of 73 pages, and,

7   a true copy of a Notice and Demand which is recorded with the Pinal County Recorder at Fee Number 2005-030005, a total of 33 pages, and,

8   a true copy of an Affidavit of Criminal Complaint 05/19/05 which is recorded with the Pinal County Recorder at Fee Number 2005-058905, a total of 10 pages, and,

9   an original of this Third Party Witness Statement, a total of 1 page.

All responses by Barak H. Obama, must be mailed to my attention at; General Delivery, Azle, Texas, Zip Code Exempt 18 USC § 1342, but in care of Glenn Winningham; house of Fearn, to ensure proper receipt of response. Documentation of the Barak H. Obama, response to this OFFICER OF THE COURT as a THIRD PARTY WITNESS is imperative. Confirming the receipt of the response in the proper time required, and that the response answered clearly the issues presented in the Barak H. Obama, Notice and Demand is the stated function of this OFFICER OF THE COURT. Do not fail to send your response to my attention.

The Proper Response to the issues presented or the Failure to respond will be noted no later than thirty (30) calendar days from the date this letter is received by you. This is our final offer in the exhaustion of the Administrative Process for your organization to respond in a NOTICE TO CURE.

Signed and sealed in red ink on the land of Texas

Seal of the Officer of the Court

_____   Date: March 11, 2011
Notary Public

# CERTIFICATION OF NON-RESPONSE

Texas republic ) ) SSS
Robertson County )

The undersigned, Henry Norman; house of Suhl, an *ex officio* Notary Public and an officer of the court, for the republic of Texas, hereby certifies that, as of this date, May ___, in the year two thousand and eleven, the undersigned has received no correspondence for Glenn Winningham; house of Fearn from any of the parties listed below, pertaining to:

1. an original Notice and Demand styled as <u>Barak H. Obama, private man private agreement 093201</u>, a total of 27 pages;
2. an original <u>OFFICIAL NOTICE/DEMAND by an American Sovereign</u>, a total of 2 pages;
3. one each certified copy of a <u>Traffic Stop LAWFUL Notice Affidavit for Truth</u>, which is recorded with the Pinal County Recorder at Fee Number 2008-040493, and recorded with the republic of Texas, Robertson County Recorder at Book 1, Line 17, a total of 7 pages;
4. a certified copy of a <u>NON-NEGOTIABLE NOTICE AND DEMAND 022318</u> which is recorded with the Pinal County Recorder at Fee Number 2010-034479, a total of 51 pages;
5. a true copy of a <u>PHOTO IDENTIFICATION AFFIDAVIT</u> which is recorded with the Pinal County Recorder at Fee Number 2006-159373, and recorded with the republic of Texas, Robertson County Recorder at Book 1, Line 9, a total of 1 page; and
6. a true copy of a Solemn Asseveration of Criminal Complaint—Janet Napolitano and hired thugs, a total of 73 pages, and,
7. a true copy of a Notice and Demand which is recorded with the Pinal County Recorder at Fee Number 2005-030005, a total of 33 pages, and,
8. a true copy of an Affidavit of Criminal Complaint 05/19/05 which is recorded with the Pinal County Recorder at Fee Number 2005-058905, a total of 10 pages, and,
9. an original of this Third Party Witness Statement, a total of 1 page.

sent via USPS Registered Mail # <u>RR 569 486 271 US</u>
To:     Barak H. Obama, the private man acting as
        President of the United States
        1600 Pennsylvania Avenue NW
        Washington, District of Columbia
        No zip code – non-commercial

and received, as confirmed by the USPS website, copies of which are attached hereto, and incorporated herein by reference in their entirety.

The undersigned affirms under penalties under perjury, (28 USC 1746(1)), that the foregoing is true, correct, and complete in accordance with the undersigned's best firsthand knowledge and belief.

_____
Henry Norman; house of Suhl, sui juris



Title Holder; Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

By Registered Mail RR 669 486 245 US
To:
Eric H. Holder, Jr., the private man acting as
Attorney General for the United States
950 Pennsylvania Avenue NW
Washington, District of Columbia
No zip code -- non commercial

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Zip Code Exempt 18 USC § 1342

**Notice and Demand**

I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., Suite #437, Fort Worth, Texas, Zip Code Exempt, without your unlawful corporation United States, do hereby notice you of the following:

One.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I accept your Oaths. Please find an Oath acceptance document attached hereto, and incorporated herein by reference in its entirety.

Two.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that equality under the Law is paramount and mandatory by Law.

Three.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that your ces ti que trust, ERIC H HOLDER, is bonded with your Risk Management Department in the amount of one million dollars, with a one hundred thousand dollar deductible, but you the private man are fully liable civilly and criminally to "we the people" for your actions.

Four.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I did not give you, the authority for making an unlawful legal determination for Me, or representing Me without prior written consent, as an unprovoked assault upon My freedoms because My rights are My property, and they existed prior to your corporations existence, and your duty to protect those freedoms include the freedom to retain and demand My property, and My freedoms are not subject to regulation in any way. (Ezekiel 33:1-10 invokes watch man status in not making use of the law for a benefit but warning you that it applies to you.)

Five.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that if you think or assume that you are representing Me, the heir of God (Genesis 1:26), you are fired!

Six.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that neither you, nor any other man or woman, nor any person, is competent in dealing with any of My affairs.

Seven.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I am competent for dealing in all of My affairs.

Eight.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you were Noticed of My copyrights on the name(s) Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©, or any derivative(s) thereof and others as found in non-negotiable copyright notice recorded with the Pinal County Recorder at Fee Number 2005-121243, all of which is incorporated herein by reference in its entirety.

Nine.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that any communication with Me, by you, your successors, or your subordinates, is to be signed "under the penalty of perjury".

Ten.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that any violation My copyright(s), or

Page 1 (plus attachments)
This matterfied copyright © by the Title Holder. All right to this matterfied and what it may represent is by terms and conditions of the Title Holder.—

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

106752

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

making a legal defamation for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an acceptance to the fee of;

a)  ten thousand, one troy ounce, pieces of pure silver, minimum; or

b)  one million, one troy ounce, pieces of pure silver, minimum; or

c)  ten million, one troy ounce, pieces of pure silver, if violated for the purpose of profit/gain; or ten million, one troy ounce, pieces of pure silver, if violated for the purpose of profit or gain more than three times within a year, for each and every violation.

Eleven.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that any violation as described in paragraph ten above would constitute an agreement that I could seek relief from you, all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

Twelve.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that My proper name is Glenn Winningham; house of Fearn and My proper postal address is;
Fort Worth, Texas
Zip Code Exempt
C/O 6340 Lake Worth Blvd., Suite #437
(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10
and if it is not shown exactly like it, in any communication with Me, it is further agreed by you, your subordinates, and your successors, that you intend to be guilty of mail fraud.

Thirteen.  It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that all Zip Codes are in Martial Law and any communication with Me, a sovereign living soul, with the use of a zip code, is treason (breach of trust), sedition, perjury of oath, mail fraud, and other indictable offenses, because by using a fictitious mailing address, they are criminally converting My postal address from the land known as Texas to a foreign martial law jurisdiction in United States.
    "As we have said, the Federal Personal Income Tax is Collected under a Military Venue within a Martial-Law jurisdiction. Federal Reserve Notes are Military Scrip circulated within a Military Venue. The problem is the people don't understand how the entire United States is covered by a Military Venue.... Under the Social Security Act, there was brought into existence Ten Federal Regional Areas. These ten federal regional areas are the same as a military base. It is not unconstitutional to circulate "military scrip" on a military base as the base is considered to be a military venue. "Military scrip" cannot circulate in the civil jurisdiction of the several States. To get around this Constitutional bar, the Congress (via the Social Security Act), created Ten Military Venues, called Federal Regional Areas. The problem the Congress realized was, while Congress could restructure the Government agencies into these Federal Regional Areas, the people could not be identified to be within this Military Venue but by their own consent. The solution was to create another Military Venue which would trick the people to voluntarily accept recognition that they are within a Military Venue. Congress solved this problem by creating the ZIP CODE. The "zip code" divides the United States into Ten Military Venues called "National Areas." When a Citizen receives mail from an agency of the federal government (such as the I.R.S.), in the return address of the federal agency is the district within the regional area the letter is sent from, and on the address of the "Citizen" it was sent to is the national area [ZIP] in which he received the correspondence from the I.R.S... In other words, the correspondence was sent from one of the federal regional areas, [military venue] to one of the National Areas [another military venue], "Taxing Districts," are established within one of the Federal Regional Areas, which places the collection of taxes under a martial law jurisdiction."
Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellet, Utah Supreme Court

Fourteen.  It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that any communication to the ces fe que trust GLENN WINNINGHAM FEARN, GLENN W FEARN, or FEARN GLENN WINNINGHAM, or any derivative thereof, in addition to the copyright violations, it is treason (breach of trust), sedition, perjury of oath, and other indictable offenses because they are criminally converting My name for the specific purpose of violating My god given freedoms, because a trust has no rights or freedoms, and is a slave (property).

Fifteen.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that if you

Eric H. Holder, Jr., private man, private agreement 032011
This matter/ad copyright © by the Title Holder. All right to this matter/ad and what it may represent is by terms and conditions of the Title Holder, Glenn Winningham; house of Fearn With the Copyright Claim
Holder: _____

communicate with Me, that in your communication, I shall be addressed **only** as "Glenn" because I am **not** a "Mr.", or a "Mister", or a 'Sir', or a 'Lord', or anything but "Glenn", and I have no titles of nobility, and it is further agreed that any deviation from this requirement shall be further proof of your **intent** to **perjure your oath**, engage in **sedition**, and **breach of trust**, and your **intent to be guilty of mail fraud**.

Sixteen.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that it is My intent, **never** to act as **surety**, created by you, or your subordinates, or other government officials through **fraud**, **coercion**, **intimidation**, and **perjury of oath** and neither you, nor your successors, nor your subordinates, as implied under your oaths, will attempt to impose, or even offer to impose such a thing on Me.

Seventeen.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I am **not** a United States citizen, but I am an American National, and an inhabitant of the land known as Texas, currently.

Eighteen.  It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I renounced your lowlife scumbag US citizen two times as found in the Notice and Demand Corporate Commercial Agents 022810 which is recorded with the Pinal County Recorder at Fee Number 2010-034479, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety.

Nineteen.  It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that US State Department regulations state that a "person" has to renounce their US citizenship in a foreign country before a consular officer, but your codes, rules and regulations are all "color of law", and mean nothing to me.

Twenty.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that all living souls that are inhabiting the land known as Texas, or the land known as Arizona, or the land known as Montana, are all American nationals, because at common law anyone who is on the land has all the rights protected by common law, and they have more rights than one of your lowlife scumbag US citizens.

Twenty-one.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the reason the US State Department regulations that all "persons" have to renounce your lowlife scumbag US citizen before a US consular officer is because there are no US consular officers in any of the American states.

Twenty-two.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the reason US State Department regulations say that all "persons" have to go to a foreign country to renounce your lowlife scumbag US citizen, in an attempt to get them to go to some country in Europe, or elsewhere overseas, because then they will not be on the land of one of the American states, and your hired thugs can then violate their rights with impunity by stopping them from travelling home to the land of their American state.

Twenty-three.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that because I sent the document that renounced your lowlife scumbag US citizen by Registered Mail from the land of Texas, therefore, I did renounce your lowlife scumbag US citizen from a foreign country, (the land of Texas), and Registered Mail is used for international commerce.

Twenty-four.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I have the right to renounce their lowlife scumbag US citizen as affirmed by Book 15 Statutes at Large of the United States of America, Chapter 249, that says in the preamble, "Whereas the right of expatriation is a natural and inherent right of all people, indispensible to the enjoyment of the rights of life, liberty, and the pursuit of happiness..."
and it goes on to say,

Title Holder: Glenn Winningham, house of Fearn                          Eric H. Holder, Jr., private man, private agreement 03/2011

*"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That any declaration, instruction, opinion, order or decision of any officers of this government, which denies, restricts or impairs or questions the right of expatriation, is hereby declared inconsistent with the principles of this government"* and

Therefore, my right of expatriation is not subject to regulation in any way, which is why it is called a right.

Twenty-five.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the reason most US Customs and US Immigration personnel have been moved outside the fifty American states is because they are doing the interviewing on foreign territory and they can violate the rights of the travelers with impunity because they have no common law rights that they would have if they were on the land of the fifty American states.

Twenty-six.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that "United States" in Title 6, United States Code is NOT Montana, Texas, Arizona, or any of the states;
**"The term "United States", when used in a geographic sense, means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, any possession of the United States, and any waters within the jurisdiction of the United States."** 6 USC § 101 (17) (A).

Twenty-seven.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that a "state" in Title 6 United States Code is NOT Montana, Texas, Arizona, or any of the states;
**"The term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any possession of the United States."** 6 USC § 101 (15).

Twenty-eight.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that your military troops on the border are engaged in sedition by forcing their foreign martial law on Me in violation of 18 USC § 2384 which says;
**"If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."**

One.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that the words "due process of law" as found in Article Five in Amendment, mean by indictment, and conviction by jury at common law; "The words "by the law of the land" as here used do not mean a statute passed for the purpose of working the wrong.... This Section was taken with some modifications from a part of the 29th Chapter of the Magna Carta, which provided that no freeman should be taken or imprisoned or be disseized of his freehold etc., but by the lawful judgment of his peers or by the law of the land. Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law", which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45, 50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.

Twenty-nine.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are presumed to know the law;
"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that *fn9* the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches to his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."
188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

Page 4 (plus addendums)                         Eric H. Holder, Jr., private man, private agreement 03/2011
This masthead copyright © by the Title Holder. All right to this masterhead and what it may represent is by terms and conditions of the Title
Holder.                                                                 Title Holder: Glenn Winningham, house of Fearn
                                                                              With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398

Thirty.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the land of Texas is not a federal judicial district, therefore the proper place for Me to bring an action in federal courts is in The District of Columbia.

Thirty-one. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that there is no such thing as a drivers license under Texas law. *This court has held that there is no such license.*

*license."* Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.* Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

Thirty-two. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that since there is no such thing as a drivers license, that I will not have one in the event I get stopped by one of your subordinates. However, if I do get stopped by one of your subordinates, I will have;
a)     a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 9, as well as;
b)     a TRAFFIC STOP LAWFUL NOTICE which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 17, as well as;
c)     a NON-NEGOTIABLE NOTICE AND DEMAND to all Corporate Commercial Agents, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479, true copies of each of which are attached hereto, all of which are incorporated herein by reference in their entirety.

Thirty-three.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that because of the Maxim of Law *ejusdem generis,* in definition sections of statutes the entities listed are all the same kind of entities.
**Ejusdem Generis (eh-youse-dem generous) v adj. Latin for "of the same kind," used to interpret loosely written statutes. Where a law lists specific classes of persons or things and then refers to them in general, the general statements only apply to the same kind of persons or things specifically listed. Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.**

Thirty-four. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that in statute writing, the maxim of law says that the word "includes" is a word of limitation, that it excludes all else by its use;
"*Inclusio unius est exclusio alterius.* The inclusion of one is the exclusion of another. 11 Co. 58." Bouvier's 1856 Law Dictionary

Thirty-five. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the private man, and subordinates and successors, as implied under your oaths, that in statute writing, the word "includes" is a word of limitation.
**Montello Salt v. Utah 221 US 455**
*"include" or the participial form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'enclosed'; 'comprised'; 'comprehend'; 'embrace'; 'involve'."*

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn     Eric H. Holder, Jr., private man, private agreement 032011

**Thirty-six.** It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the **"the words "person" and "whoever" are ONLY used for corporations and fictitious entities; firms, partnerships, societies, and joint stock companies, as well as individuals;" 1 USC § 1**

**Thirty-seven.** It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that it is a felony ONLY for a fictitious entity to claim to be a US citizen when it is known that it is not; **"Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both." 18 USC §911**

**Thirty-eight.** It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that a United States citizen is a "person". **"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States..." 14th Amendment Section 1**

**Thirty-nine.** It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I am NOT a "resident" of your corporation called United States, and I have NEVER been a "resident" of your corporation called United States, but I have been an inhabitant of the land known as Texas, the land known as Arizona, and other lands on Turtle Island (North America) from time to time.

**Forty.** It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I was told that I was born on the land of Alberta, but I do not have any firsthand knowledge of that, but I do have firsthand knowledge of having grown up on the land at Peace River, and subsequently lived on the land at Edmonton, the land at Lethbridge, the land at Calgary, the land at Raymond, and elsewhere on the land known as Alberta, but I do **not** have any firsthand knowledge of any birth, and anything else about any birth is hearsay, and inadmissible as evidence in any court, because both of my parents are now dead, and I have not been given an opportunity to cross examine them, or their doctor involved, under oath, to determine the veracity of their information.

**Forty-one.** It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that your hired thugs operate exclusively under the color of law, and I **Claim** and **have** My God given Freedoms as affirmed and secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation, and the US Constitution, not to be subjected to your foreign martial law jurisdiction, under the color of law. **"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facie or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."** Black's Law Dictionary, 5th Edition, on page 240.

**"Colorable" means "That which is in appearance only, and not in reality; what it purports to be, hence counterfeit feigned, having the appearance of truth."** Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146.

**"Color of Law" means "The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under "color of law.""** Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188.

**Forty-two.** It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that CANADA is a municipal corporation organized under the laws of the District of Columbia as found in the US Securities and Exchange Commission subject to the Security Act of 1934 web page, a true copy of which is attached hereto, all of which are incorporated herein by reference in its entirety.

**Forty-three.** It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that Article 11 of the Articles of Confederation which is in full force and effect has authorized Canada to become part of the United States of America.

Page 6 (plus attachments)
This matter/act copyright © by the Title Holder. All right to this matter/act and what it may represent is by terms and conditions of the Title Holder _____

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim.

Title Holder: Glenn Winningham; house of Foam      Eric H. Holder, Jr., private man, private agreement 032011

"Canada acceding to this confederation, and adjoining in the measures of the United States, shall be admitted into, and entitled to all the advantages of this Union; but no other colony shall be admitted into the same, unless such admission be agreed to by nine States."
Articles of Confederation, Article 11

Forty-four. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I am not a person, as far as your statutes are concerned, because a "person" is:
a) **"a variety of entities other than human beings.** "Church" of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418
b) **"...foreigners, not citizens...."** United States v Otherson, 480 F. Supp. 1369   (1979) at pg 1373.

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;
a) **" In common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.** Wilson v Omaha Tribe, 442 US553 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp, 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947) "Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304
b) **"a sovereign is not a person in a legal sense"** In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

Forty-five. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the **only** legitimate power that is held by **any** governmental entity, is power that "We the people" delegated, and "we the people' are not subject to your codes, rules, and regulations, and I **Claim and have My God given Right** to complete and total access to **all** of My Common Law rights as affirmed and secured by the Magna Carta, the Northwest Ordinance, the Articles of Confederation, and the US Constitution,

**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; ... while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."** Yick Wo v Hopkins, 118 US 356, at pg 370;

**"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might in every state resides in the people of the state and they may after and change their form of government at their own pleasure."** Luther v. Borden, 48 US 1, 12 L Ed 581.

Forty-six. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for people' have all the rights of the King or Queen as applicable, that "We the United States, and subordinates and successors, as implied under your oaths, that "We the **"The people or sovereign are not bound by general word** in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former **sovereign....It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the people) he shall not be bound."** People v Herkimer, 4 Cowen (NY) 345, 348 (1825)

Forty-seven. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that you have no immunity whatsoever, because all officers of all governments are presumed to know the law, and the Magna Carta requires it, as does Ezra 7:23-26, and I **Claim and have My God given freedom to have all** of those private men and women acting as public servants held to their Oaths, and all that their Oaths imply,
**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)

Forty-eight. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the phrase "due process of law", as found in Article Five in Amendment, for the Constitution and conviction before a jury of My peers,
law and conviction before a jury of My peers,
**"Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law", which he afterwards explains to be,**

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder: Glenn Winningham; house of Foam
With The Copy-Claim,

Title Holder: Glenn Winningham; house of Fearn                    Eric H. Holder, Jr., private man, private agreement 032011

"by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45,50" Taylor v Porter, 4 Hill 773 (1843) New York Supreme Court.

Forty-nine. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the **only** way you can do **anything** to cause Me injury in **any** way is with a jury of My peers or the **only** the land (common law), as affirmed for "persons" only in Article Five in Amendment: "No person shall be...**deprived of life, liberty, or property without due process of law...**" Article Five in Amendment, Constitution for the United States of America

Fifty.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I am not a United States citizen, but I am a American national, because nationality is common law. "It is, however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father. That is common-law doctrine." In Re Page 12 F (2d) 135.

Fifty-one.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that all documents that are recorded with the Pinal County Recorder may be viewed at their website at: http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

Fifty-two.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that you are not authorized, nor shall you serve commercial process on Me.

Fifty-three. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I do not have to stop, or communicate with you, your successors, or your subordinates, that you and your hired thugs are terrorists; "Terrorism - noun — 2 A system of government that seeks to rule by intimidation." Funk and Wagnal's New Practical Standard Dictionary (1946).

Fifty-four. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that you are My agent; "the government is but an agency to the state," — the state being the sovereign people. State v. Chase, 175 Minn, 259, 220 N.W. 951, 953.

Fifty-five.  It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the **Internal Revenue Code**, and the **Transportation Code**, and the **Immigration Code**, and the **Customs Code**, are NOT positive law, and you have no authority whatsoever, to impose anything in any of them, and you shall **not** attempt to impose **anything in any color of law** Statutes, Codes, Rules, or Regulations, on Me.

Fifty-six.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, does not apply to Me, and if you, your successors, or one of your subordinates, attempts to impose one of your law merchant so-called Treason, as well as giving aid and comfort to the enemy in a time of war. Inasmuch as **every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.** Penhallow v. Doane's Administrators 3 U.S. 54, 1 L.Ed, 57; 3 Dall, 54, (1795)

Fifty-seven. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended,

Page 8 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder. _____

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim,

Title Holder: Glenn Winningham; House of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

Fifty-eight. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I am not bankrupt like you and your corporation, and I have in my possession much more than thirty pieces of silver, each piece of which is one troy ounce of pure silver, and I Claim and have My God given Freedom not to be treated like a vagrant.

Fifty-nine. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I recently converted some silver to land (exchanged silver for land) together with all of the rights and privileges of the original land patent, therefore, I hold absolute ownership in land and I Claim and have My God given Freedom not to be treated like a vagrant.

Sixty. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that because I have "people", "land", and "resources" (lawful money) that I am a nation under international law.

Sixty-one. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that while I do travel on the land known as Texas, or the land known as Arizona, or the land known as Virginia, or elsewhere on Turtle Island, from time to time, but I am not even remotely interested in being in your criminal corporation called United States, or in any of its political subdivisions called STATE OF TEXAS, or STATE OF ARIZONA, or STATE OF VIRGINIA, or any such municipal corporation, and I shall not be in any of your criminal municipal corporations, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is perjury of oath, treason, and sedition, at a minimum. by whoever does it, and you.

Sixty-two. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that My freedoms are "unalienable" as found in the positive law embodied in the Declaration of Independence (1776), which means that they cannot be alienated under any circumstances, and you and your subordinates know this because they always criminally convert My name in some way with all block capital letters, into a dead thing (trust) to facilitate their violation of My rights.

Sixty-three. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that any (so-called) contract which appears to alienate any of My God given freedoms, as one of "the people", involving any government in America, or any agency of any government in America, is a nullity, because the government cannot commit treason (breach of trust), and any presumption to the contrary by any Officer of any Court, is Perjury of Oath, Treason, and sedition at a minimum.

Sixty-four. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that all corporations are by definition incorporated into the government, therefore any so-called contract with any corporation is by definition a nullity, because the government cannot commit treason, by getting Me into some so-called contract by which I lose my God given freedoms.

Sixty-five. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the only valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of Turtle Island (America), and this does not include any law merchant (so-called) contracts, or any contracts with any fictitious entities.

Sixty-six. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that all corporations are, by definition, incorporated into the government, therefore there are all agencies of the government, and all contracts with any government agency is a nullity, as far as any violation of My rights is concerned, whether the so-called contract is in writing or not.

Sixty-seven. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I have many honest hard

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.———————— The Title Holder Glenn Winningham; House of Fearn
Eric H. Holder, Jr., private man, private agreement 032011
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn
Eric H. Holder, Jr., a private man, private agreement 032011

working public servants who uphold their oaths, and for those who uphold their oaths, I have no idea how much they get paid, but in my opinion, it is not enough.

Sixty-eight.       It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that all so-called courts in Canada and the United States are corporate commercial courts, and operate exclusively under martial law which originates with Canon Law and the Vatican, in violation of God's Law, Deuteronomy 4:2.

Sixty-nine. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you and your subordinates create a *ces te que* trust with the name of FEARN GLENN WINNINGHAM, or GLENN WINNINGHAM FEARN, or GLENN W FEARN, or any such derivative thereof, in my case, and then you proceed against me, the living soul, with the intent of getting Me, the living soul to be a surety or accommodation party for the "trust" that you created, and you use this as a mechanism to facilitate the violation of My freedoms, deliberately, and calculated for your own personal gain, because you collect a royalty from it.
"A Divine **Trust** is the highest possible form of **Trust** and unique as the only possible type of **Trust** that can hold actual Form, rather than the Rights of Use of Form being Property." Canon 1170

"**In accordance with these canons, a Divine Trust can never be terminated.**" Canon 1171

"**In accordance with these canons, every child or higher order spirit that is borne from now until the end of time possesses a Divine Personality through the creation of their Divine Trust before any other legal entity or claim.**" Canon 1179

Seventy.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that all tribunals are military, and come from Canon Law which comes from the Vatican and it is Satanic Law.

Seventy-one.      It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that your so-called court operates exclusively under martial law and the proof of that is found in the military gold fringed flag that hangs in your rooms.

Seventy-two.      It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that a large part of the filing fee, for any case filed with the Courts is used to pay for errors and omissions insurance, which is further proof that it is nothing more than a commercial transaction.

Seventy-three.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that the United States District Courts for all districts, the Court of Appeals for all circuits are all de facto courts and have no authority whatsoever over a living soul, one of "we the people of Texas, which includes Me.

Seventy-four.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you have converted all US citizens into enemies of the state with the Trading with the Enemy Act, and you are nothing but a bunch of pirates operating on the high seas of commerce looking for some prize.

Seventy-five.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that the Magna Carta came about because the King John swore allegiance to the Vatican in the Concessions to the Pope (1213), and agreed to pay a yearly tribute, that it took only two years for the Welsh Barons to rise up in rebellion, and bring about the Magna Carta (1215) which is full of prohibitions against Canon/Martial Law being imposed on "the people".
"**We wish it to be known to all of you, through this our charter, furnished with our seal, that… we…do offer and freely concede to… our mother the holy Roman church, and to our ford pope Innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances,… As a sign, moreover, of this our own we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them,… the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland…**"
Concessions to the Pope (1213)

Eric H. Holder, Jr., a private man, private agreement 032011
The Title Holder; Glenn Winningham; house of Fearn
With the Copy-Claim

**Seventy-six.**    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that the united States War of Independence was fought because of the Vatican's Canon/Martial Law was being imposed as found in the Declaration of Independence (1776), and the Causes and Necessity for Taking Up Arms (1775)

"-He has affected to render the **Military independent of and superior to the Civil power.**
-He has combined with others to subject us to a **jurisdiction foreign to our constitution,** and unacknowledged by our laws; giving his Assent to their Acts of pretended **Legislation:**
-For **imposing Taxes on us without our Consent;**
-For depriving us in many cases, of the **benefits of Trial by Jury;**
-For abolishing the **free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once** an example and fit instrument for introducing the same absolute rule into these Colonies:
-He has abdicated Government here, by declaring us out of his Protection and waging War against us.
-For **protecting them, by a mock Trial..." Declaration of Independence 1776**

"...statutes have been passed for extending the jurisdiction of courts of admiralty and vice-admiralty beyond their ancient limits; for depriving us of the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property;
...and for altering fundamentally the form of government established by charter.
We saw the misery to which such despotism would reduce us."
Causes and Necessity of Taking Up Arms 1775

**Seventy-seven.**    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that two years after the Declaration of Independence was signed, King George III, made it absolutely clear that taxes would ONLY be imposed for the regulation of commerce;
"Whereas taxation by the Parliament...for the purpose of raising a revenue...has been found by experience to occasion great uneasiness and disorders,....That from and after the passing of this Act the King and Parliament of Great Britain will not impose any duty, tax or assessment whatever, payable in any of His Majesty's colonies, provinces, or plantations, in North America..., except such duties as it may be expedient to impose for the regulation of commerce..." George III CAP 12 (1778)

**Seventy-eight.**    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that those public servants who perjure their oaths, cease to represent the government, have no immunity, are presumed to know the law, are in fact a color of law enforcement agent, and get the title of **pig.**
"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.

"In arriving at our decision in this matter we do not depart in any way from our holding in Huending v. Jensen ['300] that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity.
See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited." 188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398

**Seventy-nine.**    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that equity is supposed to follow common law and court under martial law, where equity is turned upside down and follows its own course.

"In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which was largely (if not wholly) governed by martial law rule. "Equity" has always been understood to follow the law; to have "superior equity," is to turn things on their head.
**This is exactly what happens when martial law is imposed. If "equity" is the law, then it** follows its own course rather than following the common law, thereby destroying the common law and leaving what is called "equity" in its place."

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Holder._____

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

Dyett v. Turner, 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court

Eighty.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that your martial law jurisdiction is voluntary for "persons" and not applicable to "we the people" under any circumstances.

Eighty-one.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, that when you allow your hired thugs to withhold their names, or use pseudonyms, that you are accepting responsibility for their actions.

Eighty-two.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you want your corporate criminal thugs to violate My rights because it creates business for your so-called courts.

Eighty-three.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that the Eaton corporation fired me after the US Marshals came to visit me at My place of work, under the color of law, and you were happy when they did fire me, under the color of law, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you are doing everything you can to make sure I never get any remedy in that matter.

Eighty-four.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that after I was fired by the Eaton Corporation I filed a lawsuit in case number 09-civ-2271(CS) your hired thug Cathy Siebel dismissed it and they assigned it case number 09-civ-2271(CS) your hired thug Cathy Siebel dismissed it and this is exactly what you wanted her to do because you want the Andra Ruiz, the private woman acting as US Marshal, and her un-named co-conspirator to violate My rights under the color of law because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you are doing everything you can to make sure I never get a remedy in that matter.

Eighty-five.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you intend that your hired thugs at the so-called border with Canada, continue to harass anybody who does not have a US Passport even though it is ONLY your lowlife scumbag US citizen that is required to have a passport according to your own codes, rules and regulations, as found in the **Solemn Assertion of Criminal Complaint – Janet Napolitano and hired thugs**, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and you are doing everything you can to make sure the criminals in this case continue to violate My rights under the color of law, especially My right to be left alone, and My right to build a case against My public servants for multiple felonies, and the rights of everybody else under the color of law, and you are also doing everything you can to make sure I never get a remedy, because it is your intend that they continue with their activity.

Eighty-six.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you intend that your hired thugs at the airport security checkpoints harass anybody they can with their genital handling, and their sexual assault, and their X-Ray machines that scramble your DNA, as found in the **Solemn Assertion of Criminal Complaint – Janet Napolitano and hired thugs**, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and you are doing everything you can to make sure the criminals in this case continue to violate My rights under the color of law, and the rights of everybody else under the color of law, and you are also doing everything you can to make sure I never get a remedy, because it is your intend that they continue with their activity.

Eighty-seven.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you intend that your hired thugs in the Texas Department of Public Safety continue to violate My rights under the color of law, especially My right to be left alone, and my right to administrate My public servants and build a case against them for multiple felonies, as found in the **Solemn Assertion of Criminal Complaint – Janet Napolitano and hired thugs**, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and you are doing everything you can to make sure the criminals in this case continue to violate My rights under the color of law, and the rights of everybody else under the color of law, and you are also doing everything you can to make sure the criminals in this case continue to violate My rights under the color of law, and the rights of everybody else under the color of law, and you are also doing everything you can to make sure I never get a remedy, because it is your intent that they continue with their activity.

Page 12 (plus attachments)
This matter/fact copyright © by the Title Holder. All right to this matter/fact and what it may represent is by terms and conditions of the Title
——The Title Holder Glenn Winningham; house of Fearn
With the Copyright Claim

Eric H. Holder, Jr., private man, private agreement 032011

Holder:_____

everything you can to make sure I never get a remedy, and you intend to make sure that these criminals get to continue their criminal activity.

Eighty-eight.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you intend that your hired thugs in the FBI continue to violate My rights under the color of law, especially My right to be left alone, and my right to administrate My public servants and build a case against them for multiple felonies, as found in the **Solemn Asseveration of Criminal Complaint — Janet Napolitano and hired thugs**, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and you are doing everything you can to make sure the criminals in this case continue to violate My rights under the color of law, and the rights of everybody else under the color of law, and you are also doing everything you can to make sure I never get a remedy, and you intend to make sure that these criminals get to continue their criminal activity.

Eighty-nine.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that are happy that your hired thugs at the border to make my wife go back to the land of British Columbia even though at common law the wife takes on the nationality of her husband.
"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine." In Re Page 12 F (2d) 135.

Ninety.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that your hired thugs at the border to continue to have their presumptions so they can violate My rights and the rights of My family as found in the Affidavit of Criminal Complaint 051905 which is recorded with the Pinal County Recorder at Fee Number 2005-058905, and the Notice and Demand which is recorded with the Pinal County Recorder at Fee Number 2005-030005, true copies of which are attached hereto, all of which is incorporated herein by reference in its entirety.

Ninety-one.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that your buddy Stephen M. McManee the private man acting as Chief Judge for the US District Court for the District of Arizona, to falsely accuse me of being your lowlife scumbag US citizen when he knows there is no such thing, and he did this in order to violate My rights under the color of law, and this was all done with your approval, to help out your Vatican handlers and to promote your slavery agenda.

Ninety-two.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that Steve Fickles, the private man who was operating under the pseudonym of David Vincent, US Immigration and Naturalization Service, violated My rights under the color of law and the proof of that is he even said in his document that the INS thieves 'does not recognize Arizona State Citizenship', and this was with your approval and endorsement to help out your Vatican handlers and to promote your slavery agenda.

Ninety-three.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that Janet Napolitano, the private woman who was acting as the Governor of Arizona at the time, to violate My rights under the color of law to help out your Vatican handlers and promote your slavery agenda, by referring me to an attorney, because by referring Me to an attorney she was attempting to convert Me into a ward of the Court, and a Ward of the Court is an imbecile, so she was accusing me of being an imbecile, and then once I did hire an attorney, they would really be able to violate My rights under the color of law in a major way, and this was all done with your approval and endorsement because Janet Napolitano has now received her quid pro quo because she has been promoted to US Secretary of Homeland Security, where she can continue to violate the rights of everybody who is unfortunate enough to have to cross your so-called border.

Ninety-four.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that your thieving IRS buddies engaged in the theft of My property, under the color of law, when I was working for US Airways, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you are doing everything you can to make sure I never get any remedy for their theft.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder._____

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim.

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., the private man, private agreement 032011

Ninety-five.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that I was forced to leave US Airways because I couldn't afford to work there, after the IRS thieves were done with their theft, because when they do this they violate My rights and you are happy that they did that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda.

Ninety-six.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that Neil V. Wake, the private man acting as judge, dismissed My case # CIV-06-953-PHX-NVW when I filed a lawsuit against the IRS thieves in the District of Arizona, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you intend to do everything you can to make sure I never get a remedy either.

Ninety-seven.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that the US Court of (so-called) Appeals for the Ninth Circuit denied the appeal to further justify the IRS thieves, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and it is your intent that I never get a remedy because you want your thieving IRS buddies to continue to engage in the theft as much as they can.

Ninety-eight.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that it is your intent that I never collect on the commercial lien I filed against your IRS thieves, which is recorded with the Pinal County Recorder at Fee Number 2005-176346, because you intend to cause me as much injury as possible.

Ninety-nine.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that it is your intent that I never collect on the commercial lien I filed against Wilshire Credit Corporation, which is recorded with the Pinal County Recorder at Fee Number 2005-121873, because you intend to cause me as much injury as possible, and you intend that your thieving bankster buddies get away with as much as possible, and you intend to help them engage in the theft of My property.

One hundred.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that it is your intent that I never collect on the commercial lien I filed against your Capital One Bank, which is recorded with the Pinal County Recorder at Fee Number 2005-121874, because you intend to cause me as much injury as possible, and you intend to help your thieving bankster buddies as much as possible, and you intend to help them engage in the theft of My property.

One hundred one. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that it is your intent that I never collect on the commercial lien I filed against your BAR member buddies Tiffany & Bosco, which is recorded with the Pinal County Recorder at Fee Number 2006-008260, because you intend to cause me as much injury as possible, and you intend to help out your thieving BAR member buddies and their theft of the homes of the people, and you intend to help them engage in the theft of My property.

One hundred two. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that it is your intent that I never collect on the invoices that I served on US Airways in the amount of over 2 billion dollars for copyright violations and more, because you intend to cause me as much injury as possible, and you intend to help them engage in the theft of My property.

One hundred three.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that it is your intent that US Airways get away with engaging in the criminal conversion of My property under the instructions of the IRS thieves, because you intend that they get away with theft, and extortion, and racketeering, and violating My rights under the color of law.

One hundred four. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that Paul Clements, the private man acting as US Solicitor General, US Department of (so-called) Justice, and US Airways to waive their right to respond in the case against the IRS thieves when it got to the US Supreme Court in case number 07-5674, and thereby admitting that they are thieves

Page 14 (plus attachments)

This matter/and copyright © by the Title Holder; All right to this matter/not and what it may represent is by terms and conditions of the Title
Holder. _____

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder; Glenn Winningham; house of Fearn
With the Copy-Claim

and taking away the controversy, so your perjuring buddies on the US Supreme Court would have an excuse to dismiss the case after they had accepted it.

One hundred five. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that the US Court of Claims case # 08-194T dismissed so you could continue to promote your slavery agenda and at the same time make more money for your handlers in the Vatican, and you want to make sure I never get a remedy in this matter.

One hundred six. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that Hawkins and Powers, at Buffalo, Wyoming, fired me for not producing a Social Security Number, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda, and you are doing everything you can to make sure I never get a remedy in that case, so your corporate commercial thugs can do it again, and again, and again.

One hundred seven.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that AAR at Oklahoma City fired Me for not producing a Social Security Number, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called court, and your BAR member bencher buddies, and helps promote your slavery agenda.

One hundred eight.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy when companies like Volt Technical Services, Belcan Corporation, Global Technical Services, Oxford International, MOS Engineering, Manpower Technical Services, Chipton Ross, Five Star Technical Services, Kellia Design, and PDS Technical Services, demand a Social Security Number to work for them, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda.

One hundred nine.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy when companies like Boeing, US Airways, United Technologies, Alaska Airlines, Lockheed, Goodrich Corporation, BAE, Federal Express, Bombardier, Eaton Corporation, Raytheon, demand a Social Security Number to work for them, because when they do this they violate My rights and you want them to do that because it creates more business for your so-called courts, and your BAR member bencher buddies, and helps promote your slavery agenda.

One hundred ten. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you intend that Boeing, US Airways, United Technologies, Alaska Airlines, Lockheed, Goodrich Corporation, BAE, Federal Express, Eaton Corporation, Bombardier, Raytheon, Volt Technical Services, Belcan Corporation, Global Technical Services, Manpower Technical Services, Chipton Ross, Five Star Technical Services, Kellia Design, and PDS Technical Services, either refuse to do 'corp to corp', or demand a Social Security Number in addition to the Employer Identification Number under the pretext of a background check, so they can violate My rights and create business for your BAR member buddies in the so-called courts.

One hundred eleven.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that Alaska Airlines all of a sudden decided not to hire Me in 2005 when I did not provide a Social Security Number on their application form, even though they flew me up there for an interview, and I was highly qualified for the job, but this is exactly what you intend that they should do, so you and your bencher buddies can make some money.

One hundred twelve.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that Eaton Aerospace at Jackson, Mississippi, decided not to hire me when I did not provide a Social Security Number in the application form in 2007 when I was already working there as a contractor, but this is exactly what you want them to do, so you and your bencher buddies could make some money.

One hundred thirteen.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are happy that Zack

This matter∕bond copyright © by the Title Holder. All right to this matter∕text and what it may represent is by terms and conditions of the Title Holder.————————————

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder: Glenn Winningham: house of Fearn
With the Copy∕Claim

Title Holder; Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

Willis 561-277-2618, and his handler Chris Townes 561-277-2812, with Oxford International violated My rights under the color of law, by stopping the hiring procedure when I could not provide them with a Social Security Number for them to conduct their background investigation, in February of two thousand and eleven, but this is exactly what you intended them to do so you and your bencher buddies could make some money, and you intend that they violate My rights under the color of law, and you intend that they hire one of My professional references, that I gave them, who is Richard Benerati.

One hundred fourteen.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you don't care that I told them that they do not need a Social Security Number to do a background check, and that all they need is a name and a birth date because you intend that they do violate My rights under the color of law because it creates more business for your so-called courts, and your BAR member buddies.

One hundred fifteen.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that there is no requirement to demand a Social Security Number, all your corporate thugs have to do is request a Social Security Number, but you intend that they continue to violate My rights under the color of law.

One hundred sixteen.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I have filed several criminal complaints against your corporate thugs for compelling a Social Security Number under your 42 USC § 408, but rather than prosecute anybody, your US Attorney BAR member buddies resigned instead, after I filed a criminal complaint against them for perjury of oath and dereliction of duty, because you want your corporate thugs to compel the disclosure of Social Security Numbers and violate the rights of the people under the color of law.

One hundred seventeen. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that even if I did file lawsuit in your court over this issue, or any other issue, you would tell your hired thug bencher, to find some excuse to dismiss the case because you want me to be your slave.

One hundred eighteen.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you want anybody who thinks they are free to be compelled into your martial law system, so you can enslave them.

One hundred nineteen.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that if you can force anyone to pay you a penny, that they are a slave for that penny. They are forced to work for you for nothing for that penny.

One hundred twenty.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that because My rights are unalienable as affirmed by the Declaration of Independence (1776) that it should not matter if I provided a Social Security Number, but you intend to use it against me to violate My rights under the color of law, and help your thieving buddies in the IRS so they can get royalties too in the theft of My property, which they have already done, under your approval and endorsement.

One hundred twenty-one. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that proof of your intent to violate My right is the fact that you created a cess ti que trust with a name similar to mine except it is in all block capital letters, and you use that trust to facilitate the violation of My rights, and steal my property.

One hundred twenty-two. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that this will continue with other unnamed corporate thugs next week, next month, and next year, because you want to make sure I do not have any remedy, and you want to make sure that your hired corporate thugs continue to violate My rights under the color of law until I am either a slave, or I am living in a cardboard box.

One hundred twenty-three.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you want to make sure that my sons and daughters are properly enslaved by making sure that I cannot provide for them, to help out your Vatican handlers and promote your slavery agenda.

This mattertifest copyright © by the Title Holder. All right to this matterifest and what it may represent is by terms and conditions of the Title Holder; Glenn Winningham; house of Fearn With the Copy-Claim.

Eric H. Holder, Jr., private man, private agreement 032011

Holder_____

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

One hundred twenty-four. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you have deliberately and calculatedly deprived Me of My freedoms under the color of law, and you do not care about your oaths, or anything but helping your Vatican handlers to make lots of money.

One hundred twenty-five. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you have been waiting for before you find an excuse to dismiss it, and deprive me of any of your so-called justice, because it is your intent to enslave me, and anybody else that thinks they are free.

One hundred twenty-six. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are deliberately and calculatedly engaging in treason, sedition, perjury of your oaths, breach of trust, and multiple other felonies.

One hundred twenty-seven.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that for you to impose your foreign martial law "equity" on Me, is at a bare minimum, perjury of oath, sedition (since you are using your equity power under martial law), and treason (breach of trust), and you did it deliberately, and calculatedly.

One hundred twenty-eight.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, implied under your oaths, that your oaths supersede and trump everything else, and that is the exact reason why you have the oaths, otherwise there would be no reason for an oath.

One hundred twenty-nine.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that if you were dealing with a "person" which is a fictitious entity, what you did was perfectly appropriate, but because I told you that I was one of "the people" and "God's heir" and not a fictitious entity, in every document that I have served on you, that you deliberately, and calculatedly perjured your oaths by imposing your "equity" under martial law, which is for "foreign" jurisdiction the UNITED STATES.

"People of a state are entitled to all rights, which formerly belong to the King by his prerogative." Lansing v Smith, (1829) 4 Wendell 9.20 (NY).

"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states." Ohio L. Ins. & T. Co. v. Deboit, 16 How. 416, 14 L.Ed. 997.

"One sovereign does not need to tell another sovereign that he/she is sovereign. The sovereign is merely sovereign by his very existence. The rule in America is that the American people are the sovereigns." Kemper v. State, 138 Southwest 1025 (1911), page 1043

One hundred thirty.     It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that the I am not one of your lowlife scumbag US citizens;

"There is a clear distinction between national citizenship and state citizenship." 256 P. 545, affirmed 278 US 123, Tashiro vs. Jordan

"The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship." Jones v. Temmer, 89 F. Supp 1226

"there is in our Political System, a government of each of the several states and a government of the United States Each is distinct from the other and has citizens of its own."  US vs. Cruikshank, 92 US 542,

"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443." Mc Donel v State, 90 Ind. Rep. 320 at pg 323;

Page 17 (plus attachments)
This mark of/not copyright © by the Title Holder. All right to this mark of/not and what it may represent is by terms and conditions of this Title Holder._____

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn                                                                                              Eric H. Holder, Jr., private man, private agreement 032011

Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L. Ed 588 1875. Both before and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a citizen of his State;

Gardina v. Board of Registers 48 So. 788, 169 Ala. 155 1909: "There are two classes of citizens, citizens of the United States and of the State. And one may be a citizen of the former without being a citizen of the latter";

The United States Supreme Court quite thoroughly expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said: "...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested." Maxwell v Dow, 20 S.C.R. 448, at pg 451;

"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship." Colgate v Harvey 296 US 404 at p 427

"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." Maxwell v Dow, 20 S.C.R. 448, at pg 455;

One hundred thirty-one.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that you and your hired thugs have deliberately and calculatedly perjured your oaths. Ezekiel 7:23-26

One hundred thirty-two.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I shall completely ignore your codes, rules, and regulations because they do NOT apply to Me, and if any of your hired thugs (color of law code enforcers) perceive any obedience by Me, to any of your codes, rules, or regulations, it shall be viewed to be a mistake, or an accident, "The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime". Miller v US, 230 Fed 486,489

"No State shall convert a liberty into a privilege, license it, and charge a fee therefore." Murdock v. Pennsylvania, 319 US 105

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Sherer v. Cullen, 481 F 946

"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity." Shuttlesworth v. City of Birmingham Alabama, 373 US 262;

One hundred thirty-three. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I shall NOT obey any of your codes, rules or regulations, because they are all "color of law", and I have the right to resist any attempt to force Me to obey them, with lethal force if necessary, because I have an unlimited right to resist any unlawful arrest with lethal force if necessary. It is my sincere wish that I never have to exercise that right, but I do have that right. "These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. l; Beavers v. State, 4 Tex. App. 175; Skidmore v. State, 43 Tex. 93, 903.

"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

Page 18 (plus attachments).
This matter/land copyright © by the Title Holder. All right to this matter/land and what it may represent is by terms and conditions of the Title Holder: Glenn Winningham; house of Fearn
Holder:_____                                              Eric H. Holder, Jr., private man, private agreement 032011
                                                                        ─── Title Holder: Glenn Winningham; house of Fearn
                                                                                    With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn          Eric H. Holder, Jr., private man, private agreement 032011

"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ...it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

One hundred thirty-four.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that because Canada is a municipal corporation domiciled in the District of Columbia, that Canada is actually part of the united States of America, and there is in fact no border, except for the border between Alberta and Montana, and your hired thugs at the so-called border are nothing but a gang of thieves raising money for your thieving bankster buddies and their Jesuit handlers.

One hundred thirty-five.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you wanted your hired thug Larry Overcast, Port Director, Sweetgrass Montana, and his hired thugs to violate My rights under the color of law when they unlawfully arrested me on the fifteenth day of February in the year two thousand and eleven, and put me in handcuffs in front of all of the people who were waiting behind in the lineup, so they could make sure that everybody would see what happens to anybody who thinks they are free.

One hundred thirty-six.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that the reason your hired thug Larry Overcast, Port Director, Sweetgrass Montana, allows his hired thugs to not have a name tag, is because they know they are criminals, and by allowing them to not have a name tag, Larry Overcast is accepting responsibility for their criminal activities.

One hundred thirty-seven.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that your intent that your hired thug Larry Overcast, Port Director, Sweetgrass Montana, and his hired thugs, to keep me in their jail cell for over an hour unlawfully.

One hundred thirty-eight.  It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I had noticed your hired thug Larry Overcast, Port Director, Sweetgrass Montana, by Registered Mail RR 569 486 170 US, and his boss Janet Napolitano, Secretary, US Department of Homeland Security by Registered Mail RA 351 951 670 US, true copies of both of which are attached hereto, all of which is incorporated herein by reference in their entirety, but you wanted them to violate My rights under the color of law.

One hundred thirty-nine.  It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you will never tell any of your subordinates about this agreement because you want them to be able to maintain their presumptions, so they can have plausible deniability when they violate My rights under the color of law, and you intend to make it as expensive as possible for me build a case against your hired thugs.

One hundred forty.      It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent by terms and conditions of the Title Holder.—————————————————————

Eric H. Holder, Jr., private man, private agreement 032011
————Title Holder Glenn Winningham; house of Fearn
With the Copy=Claim.

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

One hundred forty-one.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that it is your intent that your hired thug Robert E. Casey, Jr., Special Agent in Charge, Dallas FBI Field Office, send his subordinates out to visit me under the color of law with no authority, so he could violate My right to be left alone, under the color of law, but neither you, nor him, could care less about My rights. "They conferred as against the government the right to be let alone – the most comprehensive of rights and the right most valued by civilized men." Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

One hundred forty-two.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that it is your intent that the perjurers in the Texas Department of Public Safety continue to perjure their oaths of office by refusing the documents I served on them, so they can keep their plausible deniability, and continue to violate My rights under the color of law, like My right to be left alone, when they sent their subordinate out to visit me with no authority.

One hundred forty-three.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, as implied under your oaths, that I have an unlimited right to carry educational tools called arms, which are used for defensive purposes, whether concealed or not, and that a weapon is defined as something intended to be used to bring harm to another man or woman.
"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace." Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

One hundred forty-four.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug, color of law enforcer, kills Me, your hired thug shall be guilty of MURDER, and so shall you.
"Perhaps it should be mentioned that as a general rule a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him. It is not always necessary for the officer to make a formal declaration of arrest. See: I Varon, Searches, Seizures and Immunities, 75 (1961)." Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the authority of the officers, is an "arrest." Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" . . . even if the motorist was not specifically informed that he had been arrested." People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest"." Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

One hundred forty-five.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that because you are a member of the BAR, and the BAR is controlled by the Inns of Court in the City of London, INNS OF COURT - "These are certain private unincorporated associations, in the nature of collegiate houses, located in London, and invested with the exclusive privilege of calling men to the bar...." Black's Law Dictionary, 5th Edition page 709.

One hundred forty-six.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that the City of London is owned and operated by the Vatican,
"We wish it to be known to all of you, through this our charter, furnished with our seal, that ... we...do offer and freely concede to… our mother the holy Roman church, and to our lord, pope Innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances... As a sign, moreover, of this our own we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and that customs which we ought to render for them,… the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the

Page 20 (plus attachments)

This matext/text copyright © by the Title Holder. All right to this matext/text and what it may represent is by terms and conditions of the Title Holder._____

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

**kingdom of England, and three hundred for the kingdom of Ireland..." Concessions to the Pope (1213)**

One hundred forty-seven. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that all BAR members (including you) are foreign agents of the Vatican.

One hundred forty-eight. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that by being a BAR member, you have renounced your US citizenship as found in the true Article Thirteen in Amendment as taken from the 1819 US Constitution that is attached to the Affidavit of Criminal Complaint 061407 which is recorded with the FINAL COUNTY RECORDER at FEE NUMBER 2007-073069, which says;

**"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."**

One hundred forty-nine. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that the US Department of so-called Justice admitted in my US Supreme Court case 07-5674 that the War of Independence never did end because your handlers in the Vatican orchestrated the War of 1812 to facilitate the disappearance of the true Article Thirteen in Amendment because one of the major engagements was when the British went to the capitol and burned the national archives, and they continue to make war on us to this day, and you are helping them.

One hundred fifty. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that the current Thirteenth Amendment and all subsequent amendments to the US Constitution are all martial law amendments under the color of law and have no authority.

**"The dissenting opinion asserts that "The Fourteenth Amendment is a part of the Constitution of the United States." While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted."** State v Phillips 540 Pac. Rep.2d 936

One hundred fifty-one. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that your Vatican handlers orchestrated their fraudulent Fourteenth Amendment with the specific intent to criminally convert citizenship in America from that citizenship as contemplated by the founding fathers into what it is today;

**"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant", instead of "derivative and dependant" upon state citizenship."** Colgate v Harvey, 296 U.S. 404, on page 427.

One hundred fifty-two. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that your criminally converted US citizen is a slave;

**"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution."** Van Valkenburg v. Brown, 43 Cal 43.

**"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property."** 42 USC § 1982

**"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity."** Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

**"A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states."** Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

Page 21 (plus attachments)
This matter/and copyright © by the Title Holder, All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder._____

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300

"... the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." Maxwell v Dow, 20 S.C.R. 448, at pg 455;

"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States," US vs. Valentine 288 F. Supp. 957, and you intend to enslave Me, by showing your US citizen down my throat.

One hundred fifty-three.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are a racist by attempting to impose your US citizenship on Me.

One hundred fifty-four.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that when your BAR member buddies criminally convert My name into GLENN WINNINGHAM FEARN or some derivative thereof, and address by adding a zip code, right in open court and in spite of My objections, you intend to engage in a conspiracy to violate My rights under the color of law.

One hundred fifty-five.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you know that your rules, statutes, and regulations, created by a dead corporation, do not apply to living souls.

One hundred fifty-six.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you deliberately and calculatedly perjure your oaths with the objective of getting your BAR member buddies both on and off the bench, to help you cover it up.

One hundred fifty-seven. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that your BAR member bencher buddies' judgment is not just voidable, it is void because they do not have the authority to violate My rights, and they know it, and so do you, but both of you intend to perjure your oaths, so you can help out your Jesuit handlers.
"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."

City of Lufkin v. McVicker,  510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).
"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948.

"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree." Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

One hundred fifty-eight.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that unless they witness Me commit a felony at common law, any arrest by one of your color of law enforcement agents is an unlawful arrest.

One hundred fifty-nine.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you intend that your buddies (color of law enforcement agents) in the "Law Enforcement" community, to catch me on some lonely stretch of highway where there are no witnesses, so they can unlawfully arrest Me and when I exercise My right to resist their unlawful arrest they will have an excuse to murder Me, and they will make sure there are no witnesses.

One hundred sixty.   It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you couldn't care less about your oaths, and you are attempting to start a revolution by imposing your Canon/Martial Law on "the people", which has already caused two or more revolutions in the past.

Page 22 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder. _____

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; House of Fearn

Eric H. Holder, Jr., private man, private agreement 022011

**Two.** It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you and your subordinates have violated My rights under the color of law in violation of 18 USC § 242, which says;

"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ..... shall be fined under this title or imprisoned not more than one year, or both; ......"
Pub. L. 103-322, Sec. 320201(a), substituted "person in any State" for "inhabitant of any State" in first paragraph.

and 18 USC § 241 says:

"If two or more persons conspire to injure, oppress, threaten, or <u>intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same or</u>
<u>If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—</u>
**They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."**

One hundred sixty-one. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are operating a criminal racketeering enterprise in violation of 18 USC § 1951.

One hundred sixty-two. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are engaged in chicanery.

"Chicane—Swindling, shrewd, cunning. The use of tricks and artifice.
**Chicanery**
1.    The use of trickery or sophistry to deceive (as in matters of law).
2.    A trick; a subterfuge.", Black's Law Dictionary Fifth Edition

"The use of clever but tricky talk or action to deceive, evade, etc., as in legal dealings",
Webster's New World College Dictionary

"Deception by trickery or sophistry."
The American Heritage Dictionary of the English Language, 4th edition, and further,

One hundred sixty-three. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you intend to deprive Me of any remedy that you can deprive Me of so your hired thugs can continue to violate My rights, and steal my property, under the color of law, with impunity, because you get a royalty from all of that, and your Vatican handlers make all sorts of money (commercial paper) in the process.

One hundred sixty-four. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that freedom to resist any unlawful arrest and since I am not a "person" I am not required to provide a remedy, I shall use a butcher knife if I have to, which will ensure that your buddies get to carry out their murder, and you are excited that you can help out with their agenda in such a lawless pseudo important way.

One hundred sixty-five. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that My **freedom** to bear arms for personal defense, and none of your codes, rules, or regulations affect My "declare" anything to you or your subordinates at the so-called borders or elsewhere.

One hundred sixty-six. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that the judgments of your de facto judges mean absolutely nothing because they have no lawful authority, it is void on its face, and even in your Canon Law system, I do NOT consent, but in any event, anything you say means absolutely **nothing** to Me, under **any** circumstances (aside from recognition of the commands of the King James Bible as the ONLY valid law).

This matter/text copyright © by the Title Holder, All right to this matter/text and what it may represent is by terms and conditions of the Title Holder._____
Eric H. Holder, Jr., private man, private agreement 022011
—Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 0320011

One hundred sixty-seven. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you might as well send your hired thugs over to my house and have them take me out back and blow my brains out because I am not going to rest until I have brought these issues before a common law grand jury and a common law jury of My peers and until I see some criminals discussed do that little dance they do at the end of a common law rope.

One hundred sixty-eight. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that no third party may respond for you in this matter, and if a third party does respond, it shall be proof that you intend to continue to perjure your oaths, and you intend to expend public funds for private matters, and you intend to continue to engage in sedition, and you intend to continue to engage in treason, by imposing your martial law on the heirs of God who are inhabiting the land known as Texas, on Turtle Island.

One hundred sixty-nine. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I shall liquidate your bond by sending copies of this agreement to your bosses, Standard and Poore's, Dunn and Bradstreet, insurance companies, and anyone else I think should see it, like the FBI, Interpol, etc. until I have received full compensation for the damages and injuries you, and your subordinates have caused.

One hundred seventy. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I do not have to stop, or communicate with you, your successors, or your subordinates, and if I do, it is as a courtesy ONLY, and by doing so there is no contract, and I have the right to be left alone, **"They conferred as against the government the right to be let alone — the most comprehensive of rights and the right most valued by civilized men."** Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

One hundred seventy-one. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that I am not a beneficiary, a grantor, a creator, a trustor, a trustee, or anything related to any trust and any evidence of a trust with the name GLENN WINNINGHAM FEARN, or FEARN GLENN WINNINGHAM, or any derivative thereof, (which were obtained by fraud, coercion, intimidation), is an absolute nullity, and any attempt to use your fraudulent created entity to facilitate the theft of My property is treason, sedition, perjury of oath, breach of trust, and numerous other felonies.

One hundred seventy-two. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that My rights are unalienable as affirmed by the US Declaration of Independence, which means that any evidence of any so-called contract with any agency of the government (all corporations and fictitious entities) is a nullity, and your so-called privileges extend ONLY to "persons" and things, and I am neither;

**"The rights of sovereignty extend to all persons and things, not privileged that are within the territory. They extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection."** Carlisle v United States 83 U.S. 147, 154 (1873)

One hundred seventy-three. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that in the event that you, or your successors, or subordinates make a legal determination for me by falsely accusing Me of being a "person", by proceeding against Me as if I was a "person", with threats of searches, or seizures, or questions or any communication, other than the prescribed communication, after the Notice provided for herein, that you, your successors, or subordinates shall be unlawfully representing Me and you, your successors, and your subordinates, shall be liable to Me for the prescribed fees listed above as preliminary minimal damages, jointly, severally, and personally, as provided herein, in addition to the criminal intent described herein.

One hundred seventy-four. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that this is a living document and as such you are responsible for keeping current with it, so that you can have live opportunity to dispute any changes, as may be found at an online location to be later served.

Page 24 (plus attachments)

This matter/brief copyright © by the Title Holder. All right to this matter/brief and what it may represent is by terms and conditions of the Title Holder.——————Title Holder Glenn Winningham; house of Fearn With the Copy-Claim

Eric H. Holder, Jr., private man, private agreement 0320011

Title Holder: Glenn Winningham; house of Feem

Eric H. Holder, Jr., private man, private agreement 032011

continue, because you really do not intend to resolve the problems because it means too much business for you, your subordinates, and your Vatican BAR member buddies both on and off the bench.

One hundred seventy-five.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that at best, you and your subordinates have no intention of resolving these problems but may do a few things to make it appear that you are attempting to resolve them, and none of the things that you shall do shall mean anything towards a remedy for Me.

One hundred seventy-six. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you and your subordinates intend that your hired thugs violate the rights of everybody they deal with, and you intend to do everything you can to make sure that they continue to violate the rights of everybody they deal with under the color of law.

One hundred seventy-seven.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that this is a living document and as such you are responsible for keeping current with it, so that you can have the opportunity to dispute any changes, as may be found at an online location to be later served.

One hundred seventy-eight.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you have thirty days from the date that you receive this communication, with a fifteen day extension if requested, to respond and dispute anything in this private agreement and Notice and Demand, and your failure to dispute each paragraph, on a paragraph by paragraph basis, shall constitute your <u>acceptance and approval</u> with <u>full knowledge and consent</u>, and a <u>private agreement</u> to <u>all paragraphs</u>, and in the event that you fail to respond or otherwise dispute anything in this communication, you, your successors, and your subordinates, shall forever yield to the doctrines of estoppel by acquiescence, waiver, and fraud.

One hundred seventy-nine.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that each paragraph of this agreement may be severed from all of the others, therefore, in the event that you have an issue with one paragraph, and you provide notice of such issue, and proof of such error in the specified fact, within the time allowed, all of the other points in our private agreement are still in full force and affect.

One hundred eighty.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that in the event that you dispute a specified fact, (paragraph) in this agreement, and fail to provide proof of such error in the specified fact, that there is in fact no dispute, and the disputed specified fact and all of the other points in our private agreement are still in full force and affect.

One hundred eighty-one.  It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you shall protect My God given freedom not to participate in your satanic commercial system, being mammon, and also to protect My right to honor God's law (Matthew 6:24).

One hundred eighty-two.  It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you are guilty of multiple indictable offenses, including but not limited to treason, sedition, and perjury of oath.

One hundred eighty-three.    It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you, your successors, and your subordinates, shall protect all of My unalienable God given freedoms.

One hundred eighty-four. It is agreed by you, Eric H. Holder, Jr., the private man acting as Attorney General for the United States, and subordinates and successors, that you, your successors, and your subordinates, shall protect Me from all foreign agents, including but not limited to, the FBI, the CIA, the US Marshalls, the IRS, the NSA, the City Police, the State Police, any other police, US Customs, and any other foreign agents who are, or may yet be, on the land known as Texas, or Arizona, or New York, or California, or elsewhere on Turtle Island (North America) from time to time.

One hundred eighty-five.   Ecclesiastically Signed and Sealed in red ink on the land known as Texas.

Page 25 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
_____ Title Holder Glenn Winningham; house of Feem
Holder:_____    With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn

Eric H. Holder, Jr., private man, private agreement 032011

All of the above is submitted "UNDER PENALTIES with PERJURY".

**Ecclesiastical Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

This Ecclesiastical private instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright(s)

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people",
inhabitant of the land known as Texas
With full responsibility for My actions under God's law and no other

Eric H. Holder, Jr., private man, private agreement 032011
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Page 26 (plus attachments)
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title.
Holder:



FOR THE RECORD At Law;

## OFFICIAL NOTICE/DEMAND by an American Sovereign!

**FOR:** The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breach with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing) "So help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for making your Constitution and/or Affirmation(s) by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are unalienable in their entirety. Doing otherwise initiates Dishonor unto Him or Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

Absent the above private contract involving my Sovereign private affairs that are arrived at without at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE of TEXAS/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him or Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water created Corporatist. If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Texas State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

KJV/Gal: 5:14; all law is fulfilled in one word: Thou shalt love thy neighbor as thyself. James 2:8-10

**THEREFORE, YOU ARE NOTICED** that you may be knowingly or unknowingly **COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my unalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Kingdom without the Corporatism UNITED STATES. If found you have knowledge or standing in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official and/or servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF TEXAS/UNITED STATES Corporatism offers no protection for its administrators, agents, employees that are elected, contracted, employed or appointed when they operate outside their jurisdictional bounds and against God's Superior created mankind.**

I demand acknowledgement and receipt with attached NOTICE/DEMAND including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against the me that may require a fine, pleading, subpoena or arrest and/or causing me self injury and/or my private injury. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be deemed tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned claim(s) and your signature hereon is not a guilt admission.

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Feam, of God

With the Copy-Claim BY

Seal

## FOR THE RECORD At Law;

Official man/woman's living Name: Eric H. Holder; Signature: _____

Official's Corporatism d.b.a./Title: ERIC H HOLDER, ATTORNEY GENERAL OF THE UNITED STATES;

Official's Corporatist Bar Card No: _____ Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number:
Regards:

Glenn Winningham; house of Fearn, a Sui-Juris
Living-Soul, Claimant. By Affidavit I am of God
standing in God's Kingdom without the
Corporatism UNITED STATES as a Private-Texian-
American-Sovereign with full responsibility for My
actions under God's law as found in the Bible

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal

Page 2 of 2

## Third Party Witness Statement
### Offered as Proof of Service

I, Henry Norman; house of Suhl, as an ex officio Notary Public and an Officer of the Court, do hereby certify that I have witnessed the contents pertaining to this letter, and I personally delivered it to the Post Office, and handed it to the Clerk to be sent by Registered Mail RR 569 486 245 US, on the 22 day of the month of March, in the year of our Lord two thousand and eleven.

### Letter or Document is identified by:

1   an original Notice and Demand styled as Eric H. Holder, Jr., private man private agreement 032011, a total of 26 pages;

2   an original OFFICIAL NOTICE/DEMAND by an American Sovereign!, a total of 2 pages;

3   one each certified copy of a Traffic Stop LAWFUL Notice Affidavit for Truth, which is recorded with the Pinal County Recorder at Fee Number 2008-040493, and recorded with the republic of Texas, Robertson County Recorder at Book 1, Line 17, a total of 7 pages;

4   a certified copy of a NON-NEGOTIABLE NOTICE AND DEMAND 022810 which is recorded with the Pinal County Recorder at Fee Number 2010-034473, a total of 51 pages;

5   a true copy of a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the Pinal Robertson County Recorder at Fee Number 2006-159537, and recorded with the republic of Texas, County Recorder at Book 1, Line 9, a total of 1 page; and

6   a true copy of a Solemn Asseveration of Criminal Complaint – Janet Napolitano and hired thugs, a total of 73 pages, and,

7   a true copy of a Notice and Demand which is recorded with the Pinal County Recorder at Fee Number 2005-030005, a total of 33 pages, and,

8   a true copy of an Affidavit of Criminal Complaint 05/19/05 which is recorded with the Pinal County Recorder at Fee Number 2005-058905, a total of 10 pages, and,

9   an original of this Third Party Witness Statement, a total of 1 page.

All responses by Eric H. Holder, Jr., must be mailed to my attention at; General Delivery, Azle, Texas, Zip Code Exempt 18 USC § 1342, but in care of Glenn Winningham; house of Fearn, to ensure proper receipt of response. Documentation of the Eric H. Holder, Jr., response to this OFFICER OF THE COURT as a THIRD PARTY WITNESS is imperative. Confirming the receipt of the response in the proper time required, and that the response answered clearly the issues presented in the Eric H. Holder, Jr, Notice and Demand is the stated function of this OFFICER OF THE COURT. Do not fail to send your response to my attention.

The Proper Response to the issues presented or the Failure to respond will be noted no later than thirty (30) calendar days from the date this letter is received by you. This is our final offer in the exhaustion of the Administrative Process for your organization to respond in a NOTICE TO CURE.

Signed and sealed in red ink on the land of Texas

Seal of the Officer of the Court

_____
Notary Public

Date: _March 10, 2011_

## CERTIFICATION OF NON-RESPONSE

Texas republic                    )
                                  )  SSS
Robertson County                  )

The undersigned, Henry Norman; house of Suhl, an ex officio Notary Public and an officer of the court, for the republic of Texas, hereby certifies that, as of this date, May _____, _____, in the year two thousand and eleven, the undersigned has received no correspondence for Glenn Winningham; house of Fearn from any of the parties listed below, pertaining to;

1   an original Notice and Demand styled as **Eric H. Holder, Jr., private man private agreement 032011**, a total of 26 pages;

2   an original OFFICIAL **NOTICE/DEMAND by an American Sovereign**, a total of 2 pages;

3   one each certified copy of a **Traffic Stop LAWFUL Notice Affidavit for Truth, which is recorded with the Pinal County Recorder at Fee Number 2008-040493, and recorded with the republic of Texas, Robertson County Recorder at Book 1, Line 17, a total of f7 pages;

4   a certified copy of a **NON-NEGOTIABLE NOTICE AND DEMAND 022810 which is recorded with the Pinal County Recorder at Fee Number 2010-034479, a total of 51 pages;**

5   a true copy of a **PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the Pinal County Recorder at Fee Number 2006-159373, and recorded with the republic of Texas, Robertson County Recorder at Book 1, Line 9, a total of 1 page; and

6   a true copy of a Solemn Asseveration of Criminal Complaint – Janet Napolitano and hired thugs, a total of 73 pages, and,

7   a true copy of a Notice and Demand which is recorded with the Pinal County Recorder at Fee Number 2005-030005, a total of 33 pages, and,

8   a true copy of an Affidavit of Criminal Complaint 05/19/05 which is recorded with the Pinal County Recorder at Fee Number 2005-058905, a total of 10 pages, and,

9   an original of this Third Party Witness Statement, a total of 1 page.

sent via USPS Registered Mail # **RR 569 486 245 US**
To:     Eric H. Holder, the private man acting as
        United States Attorney General
        950 Pennsylvania Avenue NW
        Washington, District of Columbia
        No zip code – non-commercial

and received, as confirmed by the USPS website, copies of which are attached hereto, and incorporated herein by reference in their entirety.

The undersigned affirms under penalties with perjury, (28 USC 1746(1)), that the foregoing is true, correct, and complete in accordance with the undersigned's best firsthand knowledge and belief.

_____
Henry Norman; house of Suhl, sui juris


**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: RR56 9486 603U S
Expected Delivery Date: June 28, 2011
Class: First-Class Mail®
Service(s): Registered Mail™
Status: Acceptance

Your item was accepted at 12:56 pm on June 26, 2011 in DALLAS, TX
75260. Information, if available, is updated periodically throughout the
day. Please check again later.

Track & Confirm
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Careers    Privacy Policy    Terms of Use    Business Customer Gateway

EEO Data    FOIA

---

**Registered No.**                          **Date Stamp**

RR569486603US

| | | Reg. Fee | $11.50 | | 0202 |
| Handling Charge | $0.00 | Return Receipt | $0.00 | 12 |
| Postage | $1.85 | Restricted Delivery | $0.00 | 06/26/11 |
| Received by | | | | |

Customer Must Declare
Full Value $ $21.00    00

Domestic Insurance up to $25,000 is included
based upon the declared value. International
Indemnity is limited. (See Reverse)

**OFFICIAL USE**

FROM:
Seam Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas

TO:
ZIP CODE EXEMPT 18 USC 1342
Watson US Murdock Dir
DFW Port of Entry
DFW International Airport
Dallas Texas 3506

PS Form 3806,  Receipt for Registered Mail  Copy 1 - Customer
May 2007 (7530-02-000-9051)           (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   Director

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Watson US Murdock
DFW Port of Entry
DFW intl Airport
Dallas, Texas 75261

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    RR56 9486 603 US

PS Form 3811, February 2004    Domestic Return Receipt

https://trkcnfrm2.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          7/9/2011



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: RR56 9486 617U S
Expected Delivery Date: June 28, 2011
Class: Priority Mail®
Service(s): Registered Mail™
Status: Acceptance

Your item was accepted at 12:55 pm on June 26, 2011 in DALLAS, TX
75260. Information, if available, is updated periodically throughout the
day. Please check again later.

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Data   FOIA

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RR569486617US | | | 0202 |
| Reg. Fee $11.50 | | | 12 |
| Handling Charge $0.00 | Return Receipt | $0.00 | |
| Postage $5.20 | Restricted Delivery | $0.00 | 06/26/11 |
| Received by | | | |

Customer Must Declare
Full Value $ 2500

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

TO: ~~Don Williamson, House of Foam~~
Non-Domestic Mail
C/O 6349 Lake Worth Blvd., #437
Fort Worth, Texas

FROM: ZIP CODE EXEMPT
Angel McKinney, Asst for Pres
DFW Intl Airport
Dallas, Texas
75264

PS Form 3806,   Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)                        (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Angel McKinney Asst for Pres
DFW Intl Airport
Dallas Texas
75264

2. Article Number
(Transfer from service label)
RR 56 486 617 US

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

USPS - Track & Confirm


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: RR56 9486 271U S
Expected Delivery Date: March 14, 2011
Class: Priority Mail®
Service(s): Registered Mail™
          Return Receipt
Status: Acceptance

Your item was accepted at 12:50 pm on March 11, 2011 in AZLE, TX
76020. Information, if available, is updated periodically throughout the
day. Please check again later.

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   Go >

---

| Registered No. | | Date Stamp |
|---|---|---|
| RR569486271US | | |
| Reg. Fee $11.50 | | 0320 |
| Handling Charge $0.00 | Return Receipt $2.30 | 03 |
| Postage $13.50 | Restricted Delivery $0.00 | 03/11/11 |
| Received by | | |
| Customer Must Declare Full Value $ 21.00 | $2.00 | |

Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas

ZIP CODE EXEMPT
Washington DC President of the United States
1600 Pennsylvania Ave NW
Washington District of

PS Form 3806,   Receipt for Registered Mail
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

SENDER: COMPLETE THIS SECTION
• Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
• Print your name and address on the reverse
  so that we can return the card to you.
• Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Barack Obama
President of the United States
1600 Pennsylvania Ave NW
Washington District of Columbia

2. Article Number    RR56 9486 271 US
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   THE WHITE HOUSE OFFICE
X  WASHINGTON D.C. 20500

B. Received by ( Printed Name )    C. Date of Delivery
   MAR 23 2011
   1800 G STUSPS

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Express Mail   ☐ Return Receipt for Merchandise
   ☐ Certified Mail  ☐ C.O.D.
   ☒ Registered
   ☐ Insured Mail
4. Restricted Delivery? (Extra Fee)   ☐ Yes

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

3/25/2011

784 738



**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RR56 9486 245U S
Expected Delivery Date: March 14, 2011
Class: **Priority Mail**®
Service(s): **Registered Mail**™
        **Return Receipt**
Status: **Acceptance**

Your item was accepted at 12:49 pm on March 11, 2011 in AZLE, TX
76020. Information, if available, is updated periodically throughout the
day. Please check again later.

Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

Careers      Privacy Policy      Terms of Use      Business Customer Gateway

EEO Data    FOIA

| Registered No. | | Date Stamp |
|---|---|---|
| RR569486245US | | |

| Reg. Fee | $11.50 | | | 0320 |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.30 | 03 |
| Postage | $13.50 | Restricted Delivery | $0.00 | 03/11/11 |
| Received by | | | | |

Customer Must Declare
Full Value $ $1.00     Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

### OFFICIAL USE

FROM
**Glenn Winningham; House of Fearn**
**Non-Domestic Mail**
**C/O 6340 Lake Worth Blvd., #437**
**Fort Worth, Texas**

ZIP CODE EXEMPT 18USC1342

TO
Eric H. Holder (for)
United States Attorney Gen.
950 Pennsylvania Ave NW
Washington, District of Columbia

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by ( Printed Name )     □ Agent
                                     □ Addressee
                                     C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

1. Article Addressed to:

Eric H. Holder
United States Attorney General (
950 Pennsylvania Ave NW
Washington, District
of Columbia

3. Service Type
   □ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)     □ Yes

2. Article Number
   (Transfer from service label)     RR56 9486 245 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

765 #54



## Crossing U.S. Borders

☐ Get e-mail updates when this information changes

- U.S. Citizens
- Lawful Permanent Residents
- International Citizens
- Specific Populations and Situations
- Presenting Insufficient Documentation
- Trusted Traveler Programs



### U.S. Citizens
**Air Travel**
All U.S. citizens including children must present a passport or secure travel document when entering the United States by air.

**Land/Sea Travel**
Beginning January 31, 2008, the United States will end the practice of accepting oral declarations of citizenship at the border.

- **U.S. citizens ages 19 and older** must present documentation that proves both identity and citizenship. Identification documents must include a photo, name and date of birth. View the complete list of acceptable documents at CBP.gov.
- **Children ages 18 and under** will only be required to present proof of citizenship, such as a birth certificate.
- More information for specific populations and situations

Background: U.S. Land Border Crossing Updated Procedures Information on why new border crossing procedures are going into effect.

Get a Passport by visiting the State Department's travel Web site , or call the U.S. National Passport Information Center: (877) 4USA-PPT; TDD/TTY: (888) 874-7793.

Get a birth certificate by contacting your state's vital records office. (National Center for Health Statistics)

Pleasure and Business Travel for U.S. Residents. (CBP)

Know Before You Go. (CBP) Travel regulations for U.S. residents. As an international traveler, you should be

aware of the rules for bringing items back from your trip.

## Lawful Permanent Residents
### Air Travel
All travelers including children must present a passport or secure travel document when entering the United States by air.

### Land/Sea Travel
Lawful permanent residents may continue to present their Form I-551, Permanent Resident Card. More information available at CBP.gov.

## International Citizens
### Air Travel
All international visitors regardless of country of origin must present a passport or secure document when entering the United States by air.

US-VISIT biometric procedures apply to international travelers holding a non-U.S. passport or visa with these limited exceptions.

Find out how US-VISIT works.

### Land/Sea Travel
### Canadian Citizens

Beginning January 31, 2008, the United States will end the practice of accepting oral declarations of citizenship at the border.

- **Canadian citizens ages 19 and older** must present documentation that proves both identity and citizenship. Identification documents must include a photo, name and date of birth. View the complete list of acceptable documents at CBP.gov.
- **Children ages 18 and under** will only be required to present proof of citizenship, such as a birth certificate.

US-VISIT biometric procedures may apply to some Canadian citizens. Find out if US-VISIT applies to you.

### Bermudian Citizens

Beginning January 31, 2008, the United States will end the practice of accepting oral declarations of citizenship at the border.

- **Bermudian citizens** must present a passport issued by the Government of Bermuda or the United Kingdom, or government-issued photo identification along with proof of citizenship.

Bermudian citizens are subject to US-VISIT procedures. Find out how US-VISIT works.

### Mexican Citizens

**Mexican citizens including children,** must present a passport with a nonimmigrant visa or a laser visa border crossing card.

US-VISIT biometric procedures may apply to some Mexican citizens. Find out if US-VISIT applies to you.

### All Others

Travel Document Requirements - Visitors Traveling Under the Visa Waiver Program International

6/22/2008

travelers entering the United States under the Visa Waiver Program need to present an e-Passport if their passport was issued on or after October 26, 2006.

**US-VISIT.** Entry and exit process for visitors requiring a visa, using biometrics such as digital fingerscans and digital photographs, to ensure the person crossing our border is the same person who received the visa.

- **10-Fingerprint Scanners to Deploy at all Ports of Entry**

**e-Passports.** The United States requires that travelers entering the United States under the Visa Waiver Program have an e-Passport if their passport was issued on or after October 26, 2006.

**Travel For Non-U.S. Citizens** (CBP) Information for visitors to the United States that are visiting for the purpose of working, studying, business travel or immigration.

## Specific Populations and Situations
### Native American Travelers
The Indian and North Affairs Canada Card and Tribal Enrollment Cards with a photo affixed to the card will be accepted during the transition phase.

Members of the Kickapoo Band of Texas and Tribe of Oklahoma would be permitted to present the Form I-872 American Indian Card in lieu of a passport, as they do currently.

## Traveling to and from U.S. Territories
U.S. Citizens traveling to and returning directly from a U.S. territory are not considered to have left the U.S. territory and do not need to present a passport.

U.S. territories include:

- American Samoa
- Guam
- Northern Mariana Islands
- Puerto Rico
- Swains Island
- U.S. Virgin Islands

## First Responders or Medical Emergency Situations
There is no change for standard processing of first responders or medical emergency personnel.

The department has had and will continue to have procedures in place to ensure prompt processing for these individuals.

Special consideration will continue to be made for urgent medical issues, First Responder situations, and cross-border emergency services.  However, presenting an acceptable document is likely to be the most expedient means of crossing the border for personnel who routinely cross the border.

## Cruise Passengers
U.S. and Canadian citizens arriving on cruises from Canada, Mexico, Bermuda, or the Caribbean will be able to enter or depart the country with proof of identity and citizenship, such as a birth certificate and government-issued photo ID. View complete list of acceptable documents at CBP.gov.

Please be aware that you may still be required to present a passport when you dock at a foreign port, depending on the islands or countries that your cruise ship is visiting. Check with your cruiseline to ensure you have the appropriate documents for the stops you'll be making on your cruise.

## Ferries and Small Boats
Ferries and small boats are processed much like land travel, and all individuals traveling by these modes of travel are subject to the new requirements.

## I-68 Registration Holders

Boaters who have an I-68 form will need to follow the new travel document procedures. Bear in mind that a NEXUS card is an alternative to a passport for entry into the U.S. for Canadian and U.S. citizens, and ensuring that you have either a NEXUS card or a passport will enable you to continue to utilize telephonic clearance procedures currently in place for I-68 holders.

An I-68 form is similar to any kind of vehicle registration, and is not an identity document or a travel document.

## Presenting Insufficient Documentation

Travelers who do not have the appropriate documents may be delayed while Customs and Border Protection officers attempt to verify their citizenship and identity. They will also be given an informational sheet explaining the new procedures. The intent of this transition is to raise awareness of the change, educate travelers, and allow ample time for travelers to obtain the necessary documents.

## Trusted Traveler Programs

The Trusted Traveler Programs provide expedited travel for pre-approved, low risk travelers through dedicated lanes.

NEXUS Program (CBP). Provides expedited travel via land, air or sea to approved members between the U.S. and Canada border.

SENTRI Program (CBP). Provides expedited travel to approved members between the U.S. and Mexico border.

FAST Program (CBP). Provides expedited travel to approved commercial truck drivers between the U.S and Canada and U.S. and Mexico borders.

Global Entry Program (CBP). Expedited screening and processing for pre-screened International travelers entering the United States.

This page was last reviewed/modified on June 9, 2008.