IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GLENN WINNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LARRY OVERCAST, PORT DIRECTOR, | ) |
| UNITED STATES, et al. | ) |
| | ) |
| Defendants. | ) Civil Action No. 4:13-CV-576-C |

## ORDER

Came on for consideration Plaintiff Glenn Winningham's Demand to Proceed Without the Payment of Taxes, which the Court construes as a Motion to Proceed *in Forma Pauperis* on Appeal, filed August 27, 2013. The Court is of the opinion that the motion should be **DENIED** because Plaintiff's appeal is not taken in good faith. Plaintiff fails to identify any nonfrivolous grounds to raise on appeal.

SO ORDERED.

Dated this 29th day of August, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE